## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLIE THORNTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05cv00656 DRB** |
| | ) | |
| **FEDEX GROUND PACKAGE** | ) | |
| **SYSTEM, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Plaintiff, by and through his attorney of record, and would show unto the

Court as follows:

Plaintiff makes no objection to the removal of this cause.

Submitted this the _20th _ day of July, 2005.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

OF COUNSEL:

THE LAW OFFICES OF JAY LEWIS, L.L.C.
847 S. Lawrence Street
Montgomery, AL 36104
(334) 263-7733
(334) 832-4390

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel
by placing a copy of the same in the United States mail, postage prepaid and properly addressed,

or by hand delivery on this_20th_ day of July, 2005.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

                                              s/K. ANDERSON NELMS
                                              K. ANDERSON NELMS
                                              P.O. Box 5059
                                              Montgomery, AL 36103
                                              Phone: (334) 263-7733
                                              Fax: (334) 832-4390
                                              andynelms@jaylewislaw.com
                                              ASB-6972-E63K
                                              Counsel for Plaintiff