UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLIE THORNTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:05cv00656 DRB |
| | ) |
| **FEDEX GROUND PACKAGE** | ) |
| **SYSTEM, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## LEAVE TO AMEND COMPLAINT

Comes now, Plaintiff, in the above styled matter, requesting leave of this Honorable Court to amend his complaint such that the parties are most properly identified: to-wit: the name of the Plaintiff is most properly Charlie Thornton and the name of the Defendant is FedEx Ground Package System, Inc.

RESPECTFULLY submitted this the __19th__ July, 2005.

        s/K. ANDERSON NELMS
        K. ANDERSON NELMS
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K
        Counsel for Plaintiff

LAW OFFICES OF JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
j-lewis@jaylewislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_19th_ day of July, 2005.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

                                                s/K. ANDERSON NELMS
                                                K. ANDERSON NELMS
                                                P.O. Box 5059
                                                Montgomery, AL 36103
                                                Phone: (334) 263-7733
                                                Fax: (334) 832-4390
                                                andynelms@jaylewislaw.com
                                                ASB-6972-E63K