IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CHARLIE THORNTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EXPRESS, )<br>)<br>Defendant. ) | Civil Action No. CV-05-1317<br><br>05-656 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), incorrectly identified as "Federal Express" in the above action, hereby gives notice to the Circuit Court of Jefferson County, Alabama, and to Andy Nelms, as Attorney for the Plaintiff Charlie Thornton, the only party yet adverse to Federal Express, that FedEx Ground filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. A copy of the Notice of Removal is attached as Exhibit "1".

Dated: July 14, 2005

_____
Robert K. Spotswood (SPO 001)

**SPOTSWOOD LLC**
ROBERT K. SPOTSWOOD (SPO 001)
KENNETH D. SANSOM (SAN 047)
JOHN R. PARKER, JR. (PAR 123)

- 2 -

940 Concord Center
2100 3rd Avenue North
Birmingham, AL 35203
Phone: 205-986-3620
Fax: 205-986-3639

Attorneys for FedEx Ground Package System, Inc.

**UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHARLIE THORNTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EXPRESS, )<br>)<br>Defendant. ) | Civil Action No. _____ |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2005, I sent via first-class U.S. mail a copy of the foregoing Notice of Removal to the following:

Andy Nelms
The Law Offices of Jay Lewis, LLC
847 S. Lawrence Street
Montgomery, AL 36104

DATED: July 14, 2005

_____
John R. Parker, Jr. (PAR 123)
SPOTSWOOD LLC.
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel.: (205) 986-3620
Fax: (205) 986-3639
E-Mail: jrparker@spotswoodllc.com

Attorney for FedEx Ground Package System, Inc.