UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 14  P 4: 18

| | |
|---|---|
| CHARLIE THORNTON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:05cv 656 |
| FEDERAL EXPRESS, | )<br>)<br>) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant FedEx Ground Package Systems, Inc. ("FedEx Ground"), incorrectly identified as "Federal Express" in the above action, hereby makes the following disclosure:

FedEx Ground Package Systems, Inc., is a wholly-owned subsidiary of FedEx Corporation (NYSE: FDX), a publicly owned and traded company.

Dated: July 14, 2005

_____
Robert K. Spotswood (SPO 001)

**SPOTSWOOD LLC**
ROBERT K. SPOTSWOOD  (SPO 001)
KENNETH D. SANSOM (SAN 047)
JOHN R. PARKER, JR. (PAR 123)

940 Concord Center
2100 3rd Avenue North
Birmingham, AL 35203
Phone: 205-986-3620
Fax: 205-986-3639

Attorneys for FedEx Ground Package
System, Inc.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, </br></br> Plaintiff, </br></br> v. </br></br> FEDERAL EXPRESS, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Civil Action No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I sent via first-class U.S. mail a copy of the foregoing Corporate Disclosure Statement to the following:

Andy Nelms
The Law Offices of Jay Lewis, LLC
847 S. Lawrence Street
Montgomery, AL 36104

/s/ John R. Parker, Jr.
John R. Parker, Jr.
Bar No.: PAR 123

SPOTSWOOD LLC
940 Concord Center
2100 Third Avenue North
Tel.: (205) 986-3620
Fax: (205) 986-3639
E-Mail: jrparker@spotswoodllc.com

Attorney for FedEx Ground Package System, Inc.