UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-656-B |
| | ) | |
| FEDEX GROUND PACKAGE | ) | |
| SYSTEM, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause shown in Plaintiff's *Leave to Amend Complaint* (Doc. 2, filed July 20, 2005), construed as a *Motion*, it is

**ORDERED** that the Motion is **GRANTED.**

Accordingly, the Clerk is INSTRUCTED to docket the Amended Complaint and to correct the record so that the Plaintiff and the Defendant are each properly identified as indicated in the caption of this order.

Done this 22nd day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE