**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

August 1, 2005

# NOTICE OF ERROR

**From:**            **Clerk's Office**

**Case Style**       **Charlie Thornton vs. Fedex Ground Package System, Inc.**
                     **Civil Action No. 2:05cv656**

**Referenced Pleading   Answer to Amended Complaint**
                        **Document #10**

```
This Notice of Error filed in the above referenced case to reflect that
entry was filed in error.  See document #11 for correct entry.
```