**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 11, 2005

NOTICE OF REASSIGNMENT

Re:     Charlie Thornton vs. Fedex Ground Package
        Civil Action No.  2:05cv656-B

The above-styled case has been  reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05cv-656-F.   This new case number should be used on all future correspondence and pleadings in this action.