UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.  2:05-cv-00656-DRB |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Emily J. Tidmore of the firm Spotswood LLC hereby enters her appearance as counsel on behalf of Defendant FedEx Ground Package System, Inc.

DATED:  January 13, 2005

Respectfully submitted,

s/ Emily J. Tidmore
Emily J. Tidmore (VAN 041)

SPOTSWOOD LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Phone:  205-986-3620
Fax:  (205) 986-3639
E-mail: etidmore@spotswoodllc.com

Attorney for FedEx Ground Package System, Inc.

**OF COUNSEL:**

**SPOTSWOOD LLC**
ROBERT K. SPOTSWOOD (SPO 001)
KENNETH D. SANSOM (SAN 047)
JOHN R. PARKER, JR. (PAR 123)

940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Phone: 205-986-3620
Fax: 205-986-3639
E-mail: rks@spotswoodllc.com

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| CHARLIE THORNTON, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:05-cv-00656-DRB |
| FEDEX GROUND PACKAGE SYSTEM, INC. ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the Plaintiff:

K. Anderson Nelms, Esq.
P.O. Box 5059
Montgomery, AL 36103

DATED: January 13, 2006

/s Emily J. Tidmore
Emily J. Tidmore (VAN 041)

SPOTSWOOD LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203
Phone: 205-986-3620
Fax: 205-986-3639
E-mail: etidmore@spotswoodllc.com

Attorney for FedEx Ground Package System, Inc.

:

3