UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDEX GROUND PACKAGE SYSTEM, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 2:05-cv-00656-DRB |

**NOTICE OF SERVICE OF DISCOVERY**

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") respectfully notifies the Court that it served Plaintiff Charlie Thornton with interrogatories and requests for production by placing same in the United States Mail, postage prepaid and properly addressed, on this 13th day of January, 2006.

DATED: January 13, 2006

/s John R. Parker, Jr.
John R. Parker, Jr. (PAR 123)

**SPOTSWOOD LLC**
ROBERT K. SPOTSWOOD  (SPO 001)
KENNETH D. SANSOM (SAN 047)
JOHN R. PARKER, JR. (PAR 123)

940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Phone:  205-986-3620
Fax:  205-986-3639
E-mail: jrparker@spotswoodllc.com

Attorneys for FedEx Ground Package System, Inc.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| CHARLIE THORNTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDEX GROUND PACKAGE SYSTEM, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 2:05-cv-00656-DRB |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006, I electronically filed the foregoing NOTICE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the Plaintiff:

K. Anderson Nelms, Esq.
P.O. Box 5059
Montgomery, AL 36103

DATED: January 13, 2006

/s John R. Parker, Jr.
John R. Parker, Jr. (PAR 123)

SPOTSWOOD LLC.
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203
Phone: 205-986-3620
Fax: 205-986-3639
E-mail: jrparker@spotswoodllc.com

Attorney for FedEx Ground Package System, Inc.

3