**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 17, 2006

# NOTICE OF NON-COMPLIANCE

To:	ALL COUNSEL OF RECORD

Case Style	Charlie Thornton vs. Fedex Ground Package System, Inc.
	Civil Action No. 2:05cv656

Referenced Pleading:	Notice of Service of Discovery
	Document #19

The referenced pleading was electronically filed on 1/13/06 in this case and is not in compliance with the local rules and/or administrative procedures of this court.

**\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY**

This pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. Parties should be aware that the striking of this document does not affect their responsibilities as to the discovery process.