UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:05cv00656 DRB |
| | ) |
| FEDEX GROUND PACKAGE | ) |
| SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Comes now, Jay Lewis, attorney at law, to enter his appearance as additional counsel for Plaintiff. Counsel prays that the Court and all parties will serve him with process and all needful papers.

RESPECTFULLY submitted this the __19th__ January, 2006.

             /s/ JAY LEWIS
             Jay Lewis
             Law Offices of Jay Lewis, LLC
             P.O. Box 5059
             Montgomery, AL 36103
             334-263-7733 (Voice)
             334-832-4390 (Fax)
             ASB-2014-E66J
             J-Lewis@JayLewisLaw.com
             Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_19th_ day of July, 2005.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

    /s/ JAY LEWIS
    Jay Lewis
    Law Offices of Jay Lewis, LLC
    P.O. Box 5059
    Montgomery, AL 36103
    334-263-7733 (Voice)
    334-832-4390 (Fax)
    ASB-2014-E66J
    J-Lewis@JayLewisLaw.com
    Attorney for Plaintiff