# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:05cv00656 MWF (DRB) |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

You are notified that the Plaintiff, Charlie Thornton, will take the deposition of **Kent Gastineau**, before an officer authorized by law to take the deposition at the time and place set forth below. This oral examination will be conducted pursuant to the Federal Rules of Civil Procedure, for the purposes of discovery or for use as evidence in the action or for both purposes, before a Court Reporter, Notary Public, or some other officer authorized by law to administer oaths.

Said examination will continue from time to time until completed. You are invited to attend and cross examine.

DATE:  September 6, 2005

TIME:  9:00 a.m.

LOCATION: The Law Office of Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

Respectfully submitted this 29th day of August, 2005.

ANDY NELMS (NEL022)
Attorney for Plaintiff

OF COUNSEL:

LAW OFFICES OF JAY LEWIS, L.L.C.
847 S. McDonough Street

P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733

## CERTIFICATE OF SERVICE

     I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this 2₹ day of August, 2005.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

                                                          K. ANDERSON NELMS
                                                          P.O. Box 5059
                                                          Montgomery, AL 36103
                                                          Phone: (334) 263-7733
                                                          Fax: (334) 832-4390
                                                          andynelms@jaylewislaw.com
                                                          ASB-6972-E63K
                                                          Counsel for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:05cv00656 MWF (DRB) |
| | ) |
| FEDEX GROUND PACKAGE | ) |
| SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

You are notified that the Plaintiff, Charlie Thornton, will take the deposition of Defendant, Federal Rules of Civil Procedure, Rule 30(b)(6) representative, before an officer authorized by law to take the deposition at the time and place set forth below. Said deponent to be the person most familiar with the internal operation and procedure for the contracting of delivery drivers. This oral examination will be conducted pursuant to the Federal Rules of Civil Procedure, for the purposes of discovery or for use as evidence in the action or for both purposes, before a Court Reporter, Notary Public, or some other officer authorized by law to administer oaths.

Said examination will continue from time to time until completed. You are invited to attend and cross examine.

DATE:       September 6, 2005

TIME:       2:00 p.m.

LOCATION: The Law Office of Jay Lewis
          847 S. McDonough Street
          Montgomery, AL 36104

Respectfully submitted this 25 day of August, 2005.

_____
ANDY NELMS (NEL022)
Attorney for Plaintiff

OF COUNSEL:

LAW OFFICES OF JAY LEWIS, L.L.C.
847 S. McDonough Street
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733

### CERTIFICATE OF SERVICE

 I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this 2/ day of August, 2005.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff