# Exhibit C

 **SPOTSWOOD LLC**

940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203
205.986.3620   Fax: 205.986.3639
www.spotswoodllc.com

J.R. Parker
Direct Dial: 205.986.3624
E-mail: jrparker@spotswoodllc.com

September 15, 2005

*Via Electronic Mail & U.S. Mail*
Andy Nelms
The Law Offices of Jay Lewis, LLC
847 S. Lawrence Street
Montgomery, AL 36104

Re:   *Charlie Thornton v. Federal Express* Case No.: 2:05-cv-00656-DRB

Dear Andy:

This letter confirms our telephone conversation today, in which counsel for both parties agreed that we will exchange our initial disclosures on Tuesday, September 20, via U.S. mail and e-mail.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

J.R. Parker

JRP/ema