# Exhibit D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM, INC., )<br>    Defendant. ) | Case No.: 2:05cv00656 MWF (DRB) |

### PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW Plaintiff in the above-styled matter and provides the following initial disclosures to the defendant:

### PERSONS WITH DISCOVERABLE KNOWLEDGE

1. The Plaintiff Charlie Thornton. This witness will have knowledge of his contact with the defendant and the circumstances of his detrimental reliance. This witnesses home address is 75 Pine Court, Millbrook, Alabama 36054; telephone 334-285-7915.

2. Any and all persons who are agents, employees or otherwise related to the Defendant who have knowledge of Plaintiff's relationship with the Defendant.

3. Kent Gastineau, Montgomery FedEx Ground employee, will be able to testify as to contacts between Plaintiff and Defendant including the nature and scope of the relationship. This witness's address and telephone numbers are known by Defendant.

4. Chad Primus, Sterns Bank, approved loan for purchase/lease of truck/van and assisted Plaintiff in the sale or release of the purchase/lease agreement. This witness may also have information relevant to the business practices of Defendant. This witness's address is 500 13th Street, Albany, MN 56307; telephone 800-247-1922.

5. Jeff White, Atlanta FedEx Ground, discussed resolving problems with Plaintiff's contract was aware of issues regarding Plaintiff and administrative problems in the Montgomery office. This witness's address and telephone numbers are known by Defendant.

6. Omar Newman, FedEx Ground, promised to work with Plaintiff to resolve problems regarding contract. Will testify that the Montgomery office made administrative mistakes regarding Plaintiff. This witness's address and telephone numbers are known by Defendant.

-receipt from D.O.T. physical

-letters and contract regarding purchase of truck

-payment receipts regarding truck

-Identification Badge issued by Defendant

-FedEx Ground Uniforms/Shoes/Hats

-Instruction Booklet for use of scanner.

-P&D Participant Manual

-Gas Receipts for Truck

-Receipt for purchase of required shoes

-Accident Report Manual

-Insurance Coverage Documents/Protective Insurance

-P&D Maintenance Handbook

-P&D Learning Participant Manual

-Training evaluation reports.

- audio tape recordings of conversations between Plaintiff and Kent Gastineau, Chad Primus, Jeff White, and Omar Newman.

Plaintiff will supplement these disclosures if Plaintiff comes into possession of any relevant documents.

## DAMAGES

Plaintiff, at this time, claims actual and punitive damages in the amount of $850,000.00 as against Defendant for violations of Plaintiff's contractual rights; for actual damages, mental anguish, and emotional distress for the acts complained of.

## INSURANCE COVERAGE

This is not applicable to Plaintiff herein.

Respectfully submitted this __20__ day of September, 2005.

                                      ANDY NELMS (NEL022)
                                      Attorney for Plaintiff

OF COUNSEL:

LAW OFFICES OF JAY LEWIS, L.L.C.
847 S. McDonough Street
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this _20th_ day of September, 2005.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

                                      K. ANDERSON NELMS
                                      P.O. Box 5059
                                      Montgomery, AL 36103
                                      Phone: (334) 263-7733
                                      Fax: (334) 832-4390
                                      andynelms@jaylewislaw.com
                                      ASB-6972-E63K
                                      Counsel for Plaintiff