# Exhibit F

## J.R. Parker

**From:** J.R. Parker
**Sent:** Tuesday, September 20, 2005 3:57 PM
**To:** Andy Nelms
**Subject:** RE: Initial Disclosures

Please do send along copies of those guides, so that we can determine what versions of them are in Mr. Thornton's possession. We will let you know if we have further requests, and thanks for your cooperation.

JR

> -----Original Message-----
> From: Andy Nelms [mailto:nelmsandy@hotmail.com]
> Sent: Tuesday, September 20, 2005 3:25 PM
> To: J.R. Parker
> Subject: Re: Initial Disclosures
>
> yes, done, I have copies of the audio tapes for you already made, kinda hard to send via scanner/email, will mail out today, other items are described in the disclosures, the "guides" are three-ring binders general to all applicants, your client should already have copies, if you wish to have copies or inspect other items I will produce without the necessity of formal discovery per your request.
>
>> ----- Original Message -----
>> From: J.R. Parker
>> To: Andy Nelms
>> Sent: Tuesday, September 20, 2005 3:13 PM
>> Subject: RE: Initial Disclosures
>>
>> Andy-
>>
>> Thanks. I think my assistant Erin emailed ours a few minutes ago, along with the documents we have disclosed. Did you recieve them?
>>
>> JR
>>
>>> -----Original Message-----
>>> From: Andy Nelms [mailto:nelmsandy@hotmail.com]
>>> Sent: Tuesday, September 20, 2005 3:04 PM
>>> To: J.R. Parker
>>> Subject: Initial Disclosures
>>>
>>> J.R.
>>> Please find attached herewith my initial disclosures; I look forward to your's.
>>> Andy Nelms, Esq.
>>> The Law Offices of Jay Lewis, LLC
>>> 847 S. McDonough Street
>>> Montgomery, AL 36104
>>> andynelms@jaylewislaw.com
>>> 334 263 7733
>>> fax 334 263 7733
>>>
>>> CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution,

or copying of this communication or other use of a transmission received in error is strictly prohibited. If you have received this transmission in error, immediately notify me at 334-263-7733