# Exhibit G

## J.R. Parker

**From:** J.R. Parker
**Sent:** Tuesday, October 04, 2005 8:58 AM
**To:** Andy Nelms
**Subject:** RE:

We got them on Friday, thanks.

-----Original Message-----
From: Andy Nelms [mailto:nelmsandy@hotmail.com]
Sent: Tuesday, October 04, 2005 8:14 AM
To: J.R. Parker
Subject:

Please confirm receipt of audio tapes

Andy Nelms, Esq.
The Law Offices of Jay Lewis, LLC
847 S. McDonough Street
Montgomery, AL 36104
andynelms@jaylewislaw.com
334 263 7733
fax 334 263 7733

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or other use of a transmission received in error is strictly prohibited. If you have received this transmission in error, immediately notify me at 334-263-7733