# Exhibit H

SPOTSWOOD LLC

940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203
205.986.3620   Fax: 205.986.3639
www.spotswoodllc.com

J.R. Parker
Direct Dial: 205.986.3624
E-mail: jrparker@spotswoodllc.com

September 14, 2005

*Via Electronic Mail*
Andy Nelms
The Law Offices of Jay Lewis, LLC
847 S. Lawrence Street
Montgomery, AL 36104

Re:    *Charlie Thornton v. Federal Express* Case No.: 2:05-cv-00656-DRB

Dear Andy:

This letter confirms my conversation with Dana Smith of your office. She and I agreed that on September 15, 2005, both parties to the above-named case will serve their Rule 26(a)(1) initial disclosures upon opposing counsel via U.S. Mail, and, as a courtesy, will scan their respective disclosures as .pdf files and email them to opposing counsel.

Additionally, Ms. Smith told me that, pending confirmation from your client, you will be available to take and defend depositions on October 21, and during the entire week that begins on October 24. We will let you know, hopefully sometime next week, on which of these dates Kent Gastineau and a proposed 30(b)(6) representative will be available for depositions.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

J.R. Parker

JRP/ema