# Exhibit I

 **SPOTSWOOD LLC**

940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203
205.986.3620   Fax: 205.986.3639
www.spotswoodllc.com

J.R. Parker
Direct Dial: 205.986.3624
E-mail: jrparker@spotswoodllc.com

November 14, 2005

*Via U.S Mail & Electronic Mail*
Andy Nelms
The Law Offices of Jay Lewis, LLC
847 S. Lawrence Street
Montgomery, AL 36104

     **Re:**    *Charlie Thornton v. Federal Express* Case No.: **2:05-cv-00656-DRB**

Dear Andy:

     This letter confirms that, pursuant to our telephone conversation on November 10, 2005, we are not scheduling any depositions for this case in the month of November.

     Very truly yours,

     J.R. Parker

JRP/ema

Enclosure