# Exhibit J

1  guy.  He's just a -- He's really -- I mean,
2  it's stressing him, too.
3      A.   Will they take the truck back?
4      Q.   Well, no.  They will not take the
5  truck back.  So that was the thing that Dick
6  was telling me during our conversation, that
7  we needed to move the truck.  And instead of
8  calling me and saying, Charlie, we may have a
9  guy that will take the truck, they don't call
10 me, they call Chad.  I think it was a young
11 lady by the name of Carol or something like
12 that.  And they ask Chad could they move the
13 truck.
14          Well, you know, I put my John Henry
15 all over this truck.  I obligated myself to
16 38 --
17          (End of side A of the tape.  Side A
18 stopped.  Tape cut off.  Side B continued as
19 follows:)
20     A.   (Unintelligible.)
21     Q.   And it got down to even Kent calling
22 me and saying, Charlie -- and I didn't even
23 know what he was talking about, to be honest

```
 1      with you, Omar.  He said, do you want a
 2      one-year or two-year contract?
 3              I said, well, I don't plan on going
 4      anywhere.  I said, give me a contract as long
 5      as Fed Ex will allow you to have it.
 6              He said, well, that's two years.  He
 7      said, well, I'm going to go ahead and sign
 8      you up for two years.
 9              It's like a bunch of crap, Omar.  You
10      know?  And, I mean, some of the guys --
11         A.   And I do -- I don't know anything I
12      can do than to call -- I can just call Kent
13      and see it he knows anything.  I don't know.
14         Q.   I know Kent -- Kent is -- I think
15      he's got his butt in hot water.  I really do
16      think he's got his butt in hot water.  And
17      I -- I'm at a point to where I just need -- I
18      need some answers and -- Because to be honest
19      with you, Omar, I'm going to have to do
20      something.  It's just -- Hell, man, I don't
21      know what to do.  I really don't know what to
22      do.
23              I do know that I've got a truck
```

1  telling me that he had spoke to Kent and as
2  soon as they -- Fed Ex gave him the approval
3  number, that he was going to e-mail Chad.
4  And Chad said he would let me know, you know,
5  as soon as he got the number and then would
6  release the papers and I would still have to
7  do some things.
8      But anyways, Chad gave me a call. And he
9  told me that the number had come through on
10 the e-mail to Kent at the terminal in
11 Montgomery. And, man, that was it; I knew I
12 was on my way. And that he would be sending
13 me the -- since everything had been approved,
14 he would be sending me the paperwork to
15 overnight it to me to have -- sign it, have
16 it notarized, and -- you know, to be able to
17 release the van and do what you have got to
18 do.
19     So in the meantime, Kent called me at
20 home and -- one evening and he asked me --
21 and I -- I didn't even really understand what
22 he was talking about, because I had never
23 heard this conversation before. But he asked

1    me how long did I want my contract to be, one
2    year or two years.
3         I told him, well, hey, you know, may as
4    well go two years because I didn't plan on
5    going anywhere.  You know, I wanted the -- I
6    was there to do the job.
7         He said, okay, he was going to go ahead
8    and put me down for a two-year contract.
9         I said, that's fine, you know, that's
10   great.  I told him that I would be getting my
11   papers on my van and I needed to come in and
12   do the insurance because I had to show where
13   I had taken out insurance, and I have to come
14   to the terminal to do it.  So he said that
15   would be no problem.
16        So I got my paperwork the next day.  I
17   went in.  I called him.  And I'm not sure I
18   went that day or it was the next, but it was
19   real close.  And we got together went online,
20   and I completed my insurance coverage on the
21   van.  I put in my truck number, my ID number,
22   the -- you know, the whole nine yards, and
23   got all my insurance approved and so my truck