IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO. 2:05-cv-656-MEF |
| FEDERAL EXPRESS, *et al.*, | ) |
| DEFENDANTS. | ) |

**ORDER**

This cause is before the Court on the Notice of Correction to Motion for Leave to Amend Answer Motion for Relief from Scheduling Order, and Motion for Reconsideration of Order Denying Motion for Leave to Amend (Doc. # 23). By this motion, Defendant Fedex Ground Package System, Inc. ("Fedex") seeks leave to amend its Motion for Leave to Amend Answer (Doc. # 17) to more fully set forth the grounds for that motion and to argue that motion pursuant not only to Federal Rule of Civil Procedure 15, but also pursuant to the good cause standard set forth in Federal Rule of Civil Procedure 16(b). Finally, renews its request for leave to amend its answer to add another affirmative defense. For good cause shown, the motion is GRANTED in all respects. It is further ORDERED that Fedex shall file its amended answer by no later than **January 31, 2006**.

DONE this the 25th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE