Exhibit 5

In The Matter Of:

# CHARLIE THORNTON
v.
# FEDEX GROUND PACKAGE SYSTEM

## NO. 2:05-CV-00656-DRB

---

## STAN TROTT
## April 12, 2006

---



TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

## THE HIGHEST QUALITY IN COURT REPORTING

205.252.9152 • Toll-Free 800.458.6031 • Fax 205.252.0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
——————— www.TylerEaton.com ———————

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO: 2:05-CV-00656-DRB

CHARLIE THORNTON,
        Plaintiff,
vs.
FEDEX GROUND PACKAGE SYSTEM, INC.,
        Defendant.


DEPOSITION
OF
STAN TROTT
12TH DAY OF APRIL, 2006



TAKEN BEFORE:  Gary N. Morgan
        Registered Professional
        Reporter and Notary Public

Page 2

1        S T I P U L A T I O N
2        IT IS STIPULATED AND AGREED,
3   by and between the parties, through their
4   respective counsel, that the deposition
5   of STAN TROTT may be taken before Gary N.
6   Morgan, Commissioner, Registered
7   Professional Reporter and Notary Public,
8   State at Large;
9        That the signature to and
10  reading of the deposition by the witness
11  is waived, the deposition to have the
12  same force and effect as if full
13  compliance had been had with all laws and
14  rules of Court relating to the taking of
15  depositions;
16       That it shall not be necessary
17  for any objections to be made by counsel
18  to any questions, except as to form or
19  leading questions, and that counsel for
20  the parties may make objections and
21  assign grounds at the time of trial, or
22  at the time said deposition is offered in
23  evidence, or prior thereto.

Page 3

1        A P P E A R A N C E S
2
3   FOR THE PLAINTIFF:
4        Mr. K. Anderson Nelms
5        Attorney at Law
6        Law Offices of Jay Lewis, LLC
7        847 South McDonough Street
8        P. O. Box 5059
9        Montgomery, Alabama 36104
10
11  FOR THE DEFENDANT:
12       Mr. Robert K. Spotswood
13       Attorney at Law
14       Law Offices of Robert K. Spotswood
15       Suite 940
16       2100 Third Avenue North
17       Birmingham, Alabama 35203
18
19  OTHERS PRESENT:
20       Mr. Charlie Thornton
21
22
23

Page 4

1        I N D E X
2              PAGE:
3   EXAMINATION BY MR. NELMS        6
4   EXAMINATION BY MR. SPOTSWOOD    68
5

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 5

1    I, Gary N. Morgan, a
2  Registered Professional Reporter of
3  Birmingham, Alabama, and a Notary Public
4  for the State of Alabama at Large, acting
5  as Commissioner, certify that on this
6  date, as provided by the Federal Rules of
7  Civil Procedure of the United States
8  District Court, and the foregoing
9  stipulation of counsel, there came before
10  me at 847 South McDonough Street,
11  Montgomery, Alabama, on the 12th day of
12  April, 2006, commencing at 10:09 a.m.,
13  STAN TROTT, witness in the above cause,
14  for oral examination, whereupon the
15  following proceedings were had:
16
17    STAN TROTT,
18  being first duly sworn, was examined and
19  testified as follows:
20
21    MR. SPOTSWOOD:  Andy, before
22  we get started, I wanted to tell you that
23  we are producing Mr. Trott as an agent

Page 6

1  and representative of FedEx Ground
2  Package Systems.  I do claim an
3  attorney-client privilege with respect to
4  him, and he is obviously offered here
5  today with respect to the subject matters
6  that I know are at issue and about which
7  he has some firsthand knowledge.
8
9  EXAMINATION BY MR. NELMS:
10    Q.    Okay.  Mr. Thornton, have you
11  ever been deposed before?
12    A.    Yes.
13    Q.    Okay.  What was it in
14  reference to?
15    A.    It was an employment issue
16  about 20 years ago, I'm guessing, with
17  Roadway Express.
18    Q.    Okay.  My name is Andy Nelms.
19  I represent Charlie Thorton, who is the
20  Plaintiff in this matter, and as you
21  know, we have a lawsuit pending against
22  FedEx Ground Package System, Inc.
23    A.    Yes.

Page 7

1    Q.    Through the course of this
2  deposition, and I promise you it's not
3  going to be a long one, I may refer to
4  FedEx because I don't work there.
5  Generically, FedEx is Federal Express to
6  me.
7    A.    Right.
8    Q.    If I do that, you may correct
9  me, you're welcome to, or please
10  understand that I'm referring
11  specifically to the Defendant in this
12  matter, which, again, is FedEx Ground
13  Package Systems, Inc., and I will ask you
14  a series of questions.  If for any reason
15  you don't understand my question, please
16  just say I don't understand, and then,
17  you can tell me why you don't understand
18  it or what part of it you don't
19  understand, and I'll rephrase it, if you
20  wish.  Sometimes I ask very bad
21  questions.
22    So, I completely understand
23  why you wouldn't understand, and

Page 8

1  sometimes I have to ask questions in that
2  legalese that we use or proffered in a
3  certain way so that it makes sense on
4  paper.  Because everything we say today
5  Gary is taking down, and it's going to
6  show up on paper; and you're not here,
7  and I won't be there when it's read by us
8  or some third party.
9    So, things like hand motions
10  and predicates that set up the question
11  and things like that may not be
12  completely apparent and sometimes, if you
13  say huh-uh or uh-uh, that won't show up
14  as a positive response or a negative
15  response on paper.  So, let's do the best
16  we can to say yes or no or express it
17  completely, whatever the answer may be.
18    Also, if I'm speaking and then
19  you're speaking, which we do all the
20  time, in common conversations, it's
21  impossible for Gary to get both of what
22  we're saying at the same time on paper.
23    A.    Right.

2 (Pages 5 to 8)

Page 9

1  Q.   And it reads terribly.  And I
2  usually make a pretty good record, but,
3  you know, everybody's prone to their
4  screw-ups.
5       Is there any reason why you
6  would have trouble giving testimony today
7  in this deposition?
8  A.   No.
9  Q.   Any physical reason, any
10 medications, anything like that?
11 A.   No.  Other than time factor,
12 you know, a year and a half ago or --
13 Q.   Oh, okay.
14 A.   I don't want to be
15 speculative.  That sort of depends on
16 what the question is.
17 Q.   Yes, sir.  Well, don't be.
18 Just -- if you remember, you remember it.
19 A.   Right.
20 Q.   If you don't, you don't.  And
21 I understand that you're retired now.
22 A.   Right.
23 Q.   Okay.  When did you retire?

Page 10

1  A.   March of 2005.
2  Q.   Okay.  And what was your last
3  position with FedEx?
4  A.   Senior manager of FedEx Ground
5  here in Montgomery.
6  Q.   Okay.  And I'll assume that
7  that that covers more than just the City
8  of Montgomery.  That's a geographical
9  area?
10 A.   Yes.
11 Q.   Okay.  What is encompassed in
12 that geographical area?
13 A.   Approximately, if you looked
14 at it, it's about a 50-mile radius all
15 the way around the City of Montgomery,
16 give or take.
17 Q.   Okay.
18 A.   Anywhere as far north as --
19 well, just below Clanton to Selma and
20 Demopolis -- or not even Demopolis but
21 Selma and that area to --
22 Q.   Greenville?
23 A.   -- Fort Deposit, right about

Page 11

1  there, to -- quite frankly, when I'm
2  looking east, maybe Union Springs, but
3  not -- not Auburn or Tuskegee or
4  anything -- oh, Tuskegee.
5  Q.   Okay.  And how long did you
6  hold that position?
7  A.   In Montgomery, two years.
8  Q.   Okay.
9  A.   I was a senior manager in
10 Marietta.  I actually came in from FedEx
11 Logistics in 2001 and was brought in
12 as -- to become a managing director.
13 I've been a managing director for FedEx
14 Logistics and for Roadway.  I had almost
15 28, 29 years in the industry, and they
16 brought me into Marietta to run a -- a
17 large facility there which, quite frankly
18 at that time, I was -- I -- I had told
19 them I really didn't want to go back up
20 the ladder.  So, they were kind of just
21 preparing me for retirement.
22 Q.   I understand.  I understand.
23 Now, you're saying FedEx.

Page 12

1  A.   FedEx Ground.
2  Q.   All right.  So, were you
3  solely employed by this Defendant, FedEx
4  Ground Package Systems, Inc.?
5  A.   From 2001, yes, up to 2005.
6  Q.   Okay.  And, so I understand,
7  you were in Montgomery from 2001 until
8  the day you retired?
9  A.   From 2002-ish.
10 Q.   So, the entire time that you
11 worked in Montgomery, you worked for this
12 Defendant --
13 A.   Yes.
14 Q.   -- FedEx Ground?
15 A.   Yes.
16 Q.   And tell me just generally
17 what kind of job responsibilities and
18 duties that you had during that last
19 period of time that you were in
20 Montgomery.
21 A.   As a senior manager in most
22 all FedEx Ground facilities, you oversee
23 the day-to-day operations from what we

3 (Pages 9 to 12)

Page 13

1  call the preload, or packages, coming in
2  to the loading of the packages and, then,
3  the drivers going out; any type of
4  customer service issues; periodically
5  going out with sales to make sales calls;
6  but mainly, pretty much a hand-on --
7  hands-on operation-type of position.
8         Small terminal like
9  Montgomery, two to three direct reports,
10 fairly small operation with -- with seven
11 or eight package handlers.  So, I mean,
12 you -- as a senior manager, you're pretty
13 well over running the -- the entire
14 facility operationally.  Now, in -- in
15 some particular instances, you have an
16 operations manager for the Home Delivery
17 side, and that, where it gets a little
18 confusing, is Home Delivery is a newly
19 formed entity of -- of FedEx Ground,
20 which is now about, maybe, three to four
21 years old.
22     Q.   All right.
23     A.   That is -- Home Delivery is.

Page 14

1      Q.   Home Delivery, you say, is
2  three to four years old from today's
3  date?
4      A.   Don't hold me to that.  Maybe
5  2000, 2001, they formed Home Delivery.
6  So, yes, somewhere, give or take, four or
7  five years.
8      Q.   Okay.
9      A.   And they would have a -- a --
10 a -- a operations person solely trained
11 for Home Delivery within an operation
12 like Montgomery or -- or -- or a lot of
13 the other operations.  They do have some
14 sole Home Delivery operations with no
15 Ground mixed in there, but I just wanted
16 to make sure you knew, in many instances,
17 the Ground manager may not oversee the
18 Home Delivery operation if there's a --
19 a -- an ops manager there for Home
20 Delivery.
21     Q.   Okay.  During the last year,
22 let's say that you were at FedEx here in
23 Montgomery, were you in charge of -- was

Page 15

1  there a -- was there a Ground delivery
2  system in place at the Montgomery branch?
3      A.   There was a Ground delivery.
4  There was not -- the Home Delivery
5  operation itself was within the
6  Montgomery facility.  On or about -- and
7  I think it was even before Charlie.  I'm
8  going to say somewhere around late 2004
9  the ops manager for Home Delivery was
10 promoted out of there, and I was kind of
11 given the responsibility to oversee both
12 sides and trying to just keep the
13 operation running until they could get a
14 full-time Home Delivery guy into the
15 Montgomery operation.
16     Q.   Okay.  When you say "Home
17 Delivery" --
18     A.   But technically, yes, I was
19 over both sides during the time in
20 question.
21     Q.   Okay.  When you say "Home
22 Delivery guy" --
23     A.   Yes.

Page 16

1      Q.   -- is it just --
2      A.   There was an ops manager that
3  used to be there that really ran that
4  side, and he didn't -- he had a dotted
5  line to me, but he had a direct line up
6  to the actual regional manager for Home
7  Delivery.
8      Q.   Okay.
9      A.   This can get somewhat
10 confusing.
11     Q.   I think I got it.  When you
12 say "Home Delivery guy," though, you're
13 just referring to the operations manager?
14     A.   Correct.
15     Q.   Okay.  How many trucks when
16 you retired were dedicated to sole Home
17 Delivery purpose?
18     A.   I think at the time there's
19 about seven to eight contracts and about
20 ten trucks.
21     Q.   Okay.  And at the time that
22 you retired, you were basically in charge
23 of that area of Home Delivery for the

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 17

1 Montgomery operation?
2    A.   Yeah.
3    Q.   Okay.  You hesitated there.
4    A.   Well, that -- the -- the --
5 the previous Home Delivery guy, Joe
6 McConnell, who had been promoted up to
7 Birmingham, would come back every two or
8 three weeks, probably not enough, to kind
9 of make sure the Home Delivery side
10 was -- was somewhat running.  We went --
11 we had just gone through what we call
12 peak, which is, you know, from really
13 about October all the way up through
14 Christmas, where your -- your volumes
15 spike 30 to 40 percent.  But when I said
16 that, it's because Home Delivery tried to
17 make sure that Joe McConnell and/or --
18 and I don't even know Kent's last name,
19 had been -- was -- was eventually
20 assigned to come in and start trying to
21 run that side of the operation and --
22 and -- and manage it.
23        So, yes, I was over it, but it

Page 18

1 was with some help from their point --
2 their side to try and keep the -- the
3 administrative side -- there is -- there
4 is specific training on the Home Delivery
5 side operationally, systemswise, somewhat
6 contractually, with their contract that,
7 quite frankly, I'd not been trained on.
8    Q.   In the first quarter of
9 2005 --
10    A.   Yes.
11    Q.   -- was there a need in the
12 Montgomery operation for more Home
13 Delivery drivers?
14    A.   Yes.  But when I say "more,"
15 we had had, going into peak, and I'm
16 going to say it's probably October-ish, a
17 contractor who owned -- on the Ground
18 side who also owned a contract on the
19 Home Delivery side, and he had just --
20 his -- his -- his daughter was running
21 the truck, or driving the truck for him,
22 and she was pregnant.
23        And -- and I told the guys

Page 19

1 yesterday, when I was over going what
2 happened on the -- on that side, she
3 actually drove and delivered up to 120
4 stops up until the day she delivered, but
5 he had to give up that route.  And it was
6 the -- he oversaw or he had the -- the
7 Troy contract, and it was actually two
8 trucks that ran down in that area.
9        We had, in anticipation of
10 peak, hired what we call temp employees
11 to come in and try and take care of
12 the -- the additional packages and, so,
13 we had probably four or five, six temps
14 running at that time.  So, we had put a
15 couple of temps -- sometimes we had to
16 use three or four to deliver down in the
17 Troy area.
18    Q.   Who --
19    A.   So, we had an open contract in
20 Troy going into the -- going into the
21 January time period.
22    Q.   Okay.  Were there any other
23 areas out of the Montgomery operation

Page 20

1 that you had anticipated would need more
2 Ground Delivery drivers?
3    A.   We were -- we were going
4 through some growth problems and some
5 performance problems with a -- with a
6 driver by the name of Derrick Pettaway.
7 He had lost his -- he had -- he had two
8 contracts, and in most instances, was
9 needing to run anywhere from three trucks
10 to four trucks a day.  He had discharged
11 or fired his guy that drove for him, and
12 again, we were having to, due to lack of
13 area knowledge, give him anywhere from
14 three to four more additional people to
15 run his area.
16        So, there was some speculation
17 on my part, that quite frankly, due to
18 performance issues and/or just a guy
19 walking off the job, that we may have
20 some -- something come open in -- in that
21 area.
22    Q.   Okay.  Before I forget it,
23 let's cover something real quick.  You

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 21

1  said that these Ground Delivery drivers
2  have contracts?
3      A.   Yes.
4      Q.   And the contracts are directly
5  with FedEx Ground Package?
6      A.   You can have two different
7  contracts.  You can have a FedEx Ground
8  contract, and if for some instance --
9  and -- and to a certain degree, we
10  encouraged it to allow them to grow
11  and -- and make more money.  If -- if
12  contracts, due to attrition or growth,
13  became available on the Home Delivery
14  side, because those guys had been in the
15  business and -- and pretty well knew what
16  they were getting into, we would allow
17  them, if -- if they were doing -- doing a
18  good job on the Ground side, to -- to get
19  a Home Delivery contract.  Different type
20  of equipment.
21      In some instances, may --
22  which was a perfect world, they would
23  have a Home Delivery driver running in

---

Page 22

1  their same area.  So, they could flex
2  packages back and forth to adjust the
3  volume, and -- and -- and -- and serve
4  that area a lot better.  But they would
5  sign two different contracts, a Ground
6  contract for your big step vans and a
7  Home Delivery contract for the little
8  delivery vans for Home Delivery, which is
9  supposed to be, theoretically, mostly
10  residential areas for Home Delivery.
11      Q.   Describe for me how, under
12  either contract, the operator would be
13  compensated.  I guess what I'm wanting to
14  know was it --
15      A.   There is a different
16  compensation, and to be honest with you,
17  that comes out of Pittsburgh as to how
18  they engineer.  It's different equipment.
19  It's -- it's -- it's -- they -- and on
20  the Ground side, because it's supposed to
21  be more density in the area, more
22  businesses with docks that you back up to
23  where it's a little bit easier to get

---

Page 23

1  your packages off.  You can, in some
2  instances, drive a little bit faster
3  versus Home Delivery; nobody's ever at
4  home and in, especially in the Home
5  Delivery side, due to lack of density,
6  some stops may be ten, 15 miles apart.
7      They had different
8  compensations for the Home Delivery side
9  versus the Ground side, and I -- you
10  know, I couldn't go into specifics, but
11  it was somewhat different in paper
12  package, paper stop, and -- and then,
13  some of it was very similar.
14      Q.   When you say "paper stop," you
15  mean like the envelope?
16      A.   They would get a certain
17  dollar per package to deliver, and if
18  they delivered, you know, five packages
19  at one stop, they would get paid per
20  package, but they would only get one stop
21  dollar amount.
22      Q.   Okay.  I got you.  All right.
23  And you said there was a difference in

---

Page 24

1  the equipment that they used.
2      A.   Yeah.  And, early on, for the
3  Home Delivery side, you could see little
4  Econoline vans running around versus the
5  big step vans.
6      Q.   An Econoline van is just your
7  regular Ford van that you buy off the lot
8  at --
9      A.   Yeah.  You know, it might be a
10  15-passenger van, but it doesn't have the
11  seats in it.  You know, they set them up
12  with the shelving and all of that stuff.
13  As that evolved over the years, they now
14  give them a smaller type of step van but
15  still one in which you can deliver a lot
16  more efficiently in a residential area.
17  It's not near as big and clunky and
18  probably gets better miles per gallon,
19  but it is a different type of equipment.
20      Q.   Okay.  Did you participate in
21  a program at the Holiday Inn in January
22  of 2005?
23      A.   Apparently, I did, yes.

---

6 (Pages 21 to 24)

Page 25

1   Q.   Do you not recall it?
2   A.   No, I do recall it because I
3   remember when Char -- I mean, I remember
4   meeting with Charlie and his wife. There
5   was a lot of people. I can't remember
6   how many, but we had a pretty good
7   reception there. So, that we -- we
8   periodically put ads in the paper for
9   informational sessions because -- due to
10  growth, and I will say the good side of
11  FedEx, be it Ground or Home Delivery, is
12  in most instances, a -- they -- they're
13  in ten, 15, 30 percent growth modes all
14  the time. There's a constant need to
15  have potential contractors in the
16  pipeline so that we can keep up with the
17  growth.
18  Q.   Okay.
19  A.   So, we call them informational
20  sessions. They run an ad in the paper,
21  and in most instances, it can be for Home
22  Delivery and/or Ground or both.
23  Q.   And what is discussed in the

Page 26

1   informational sessions?
2   A.   Company history as far as
3   FedEx, the particulars on -- on
4   contract -- contractually, what you're
5   looking at, as far as -- they give a --
6   a -- a synopsis of -- of what potential
7   pay could be per stops, things like that.
8   They -- I think they actually have a
9   video, too, that they show to these guys
10  in some of the -- in some of the sessions
11  to just give them a -- an overall view of
12  what a -- a -- an independent contractor
13  within the realm of FedEx does.
14  Q.   Okay. And is there any
15  discussion as to what it will take for a
16  potential contractor to qualify to become
17  a contractor?
18  A.   I would think there is. You
19  know, in most instances, it -- if there's
20  not, and I -- and I'm pretty sure there
21  is an actual -- most all of your regional
22  HR people who -- who hire -- or we have
23  actual staff recruiters that go around

Page 27

1   and give a lot of these informational
2   sessions.
3   In many instances, they have a
4   standard type of presentation that they
5   give at these meetings. And -- and
6   usually, they'll send you a copy of it so
7   you have kind of a working knowledge just
8   in case you get caught having to give the
9   sessions or if somebody comes in and
10  walks -- walks in off the street and
11  you're to talk to them kind of about
12  what's going on in the business, you kind
13  of stick to that.
14  Q.   "Stick to that," what?
15  A.   That type of -- what the
16  presentation would be. You kind of give
17  the highlights of what they want you to
18  tell somebody about FedEx and FedEx
19  Ground.
20  Q.   If you can recall, what kind
21  of qualifications would a potential
22  contractor need to have?
23  A.   Well, I mean, obviously, when

Page 28

1   we look at -- at contractors or potential
2   contractors, we look at somebody who's --
3   we prefer to have somebody that has some
4   type of background in route experience
5   that would be similar to ours. And --
6   and, believe it or not, a guy who comes
7   in off the street, has been driving a --
8   a -- a tractor/trailer truck for 20
9   years, doesn't necessarily mean he's a
10  good match for FedEx because, you know,
11  he may just be backing trailers to docks.
12  And so, we try and look for
13  the type of guys who have a -- a good
14  experience of route -- running routes
15  and -- and know what it takes to run a
16  route, and in many instances, if it's
17  a -- like a Frito-Lay or something like
18  that, where it's a -- a sales route,
19  they're under time constraints to get
20  things done and stock -- you know, we
21  like that kind of background.
22  In the same respect, we also
23  try and look for people who have a good

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 29

1  business background. They run some type
2  of business entity or have had their own
3  trucks in the past. In some instances,
4  we have outside contractors for other
5  companies come in looking to see if they
6  can put a couple of trucks in to run it.
7      And they -- you know, with
8  that kind of experience and background of
9  running their own business, it's a --
10  it's a combination of driving and route
11  experience, and -- and we would like to
12  have somebody who's had some good
13  business experience running their own
14  business. Because they do -- I mean, you
15  are literally running your own business
16  as an independent contractor.
17      Q.    What about the ability to
18  qualify for a CDL, commercial driver's
19  license?
20      A.    Well, CDLs are not necessarily
21  required for the step vans. If they've
22  got one, that's fine. CDLs are -- are
23  required for tractor/trailer. Now, the

Page 30

1  DOT requires you every year. Even for --
2  for the Ground and the Home Delivery
3  guys, you have to recertify every year
4  saying how many tickets you have or have
5  not gotten, whether it's on your personal
6  vehicle or whatever. But CDLs are not
7  necessarily a requirement for these --
8  these pieces of equipment. That's set by
9  the DOT.
10      Q.    What do you mean when you say
11  they need to "recertify every year?"
12      A.    That's a DOT requirement.
13  Every year, you have to -- you have to --
14  you give them a form to fill out, and it
15  says, I hereby certify that I have or
16  have not, and you have to list any
17  particular tickets or violations you
18  might have had while driving, either in
19  your personal vehicle and/or a FedEx van
20  or whatever it may be. And that's -- you
21  have to turn that in, put it in their
22  file and send it up to Pittsburgh. So,
23  they've got it, as a matter of record, as

Page 31

1  to whether these guys have had any
2  accidents or tickets that they might not
3  have reported.
4      Q.    Would FedEx inquire as to the
5  driving history of any potential
6  contractor?
7      A.    That's part of -- yes, that's
8  part of the -- when you -- about two
9  years ago, and -- and I'm trying to
10  remember, but I -- I would say
11  approximately two years ago, they -- they
12  automated this, but whether it's
13  automated or manually, part of when
14  someone comes through the door that wants
15  to apply for a contractor position, one
16  of the forms they sign is the one we're
17  talking about.
18      Automatedwise, if they came in
19  and we took them to that step, where we
20  let them fill out the application, it
21  would -- there was a -- there's an
22  outside firm that does all of our
23  background checks for driving and for

Page 32

1  criminal history or whatever. So, now,
2  it's automated, and they do it, and you
3  get a call as to whether they passed or
4  not.
5      But, yes, every person that
6  comes through the door that applies for a
7  job, we fill out one of those forms, and
8  you have to send it up to have a -- have
9  a background check done on them and their
10  driving history.
11      Q.    Is there any physical
12  examination that needs to be performed?
13      A.    They have to go through a DOT
14  examination at each local facility if --
15  you know, you don't really want to put a
16  guy through those DOT physicals because
17  they're not cheap, if you don't have some
18  intention of -- of using him either as a
19  temp or possible future employment.
20      Q.    What about financial
21  qualifications? Are there any
22  requirements in that regard?
23      A.    I don't think -- to be honest

8 (Pages 29 to 32)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 33

1   with you, no. I -- I -- I'm not aware of
2   any credit checks they may do. I mean,
3   it's pretty well a given, that if they're
4   going to go out and -- and purchase or
5   lease a -- a van, that -- that whoever
6   they're doing it through, will do some
7   type of credit history on them to see if
8   they qualify them to -- to do that. But,
9   no, we don't necessarily do a -- a credit
10  check of any type.
11      Q.   What would happen if someone
12  could not, for some financial reason,
13  procure his own transportation truck for
14  the contract? What steps would be taken
15  by FedEx?
16      A.   Well, obviously, he can't be a
17  contractor if he can't have a van. There
18  are some instances where they've gone
19  out, and -- and this is hypothetical
20  situations where they could go out and
21  lease a van from another contractor who
22  has, you know, additional equipment.
23      Q.   Okay.

Page 34

1       A.   But, no, not -- I mean, if you
2   can't -- that's part of the business, and
3   that's pretty well -- that -- at these
4   informational sessions, there's a couple
5   of things to get people to stand up and
6   walk out at some time during the --
7   during the session, and -- and that would
8   be, no, you're not employees, you're an
9   independent contractor, and you have to
10  have the ability to -- to lease or
11  purchase a -- a 35 to $50,000 van.
12      Q.   Okay. You said there were
13  several things or other things that would
14  make someone get up and walk out of an
15  informational session. What would
16  another one be?
17      A.   Well, that -- that's the --
18  the primary one. Some -- when they -- a
19  lot of people, no matter what the ad may
20  say, have some visions of employee-type
21  versus independent contractor. You know,
22  and -- and at some point in time, and
23  I've done probably, maybe, four to five

Page 35

1   sessions myself, but I've been in on
2   about 20 to 25 sessions where the
3   recruiters did them. Sometimes they'll
4   ask you to come as a senior manager to
5   come and sit in and answer any questions.
6       But I do try and -- I don't
7   necessarily paint a rosy picture, as far
8   as the type of work they're getting into,
9   because it's -- it's not fair to them,
10  and it's really not fair to the company
11  to -- to point out that -- or to paint
12  this big rosy picture of lots of money
13  and, you know, no pressure and no hours
14  and, you know, you're off on weekends.
15  And, so, I usually pretty well tell them
16  up-front, be it a temp or be it a
17  potential contractor, that, you know,
18  this is a pretty tough job.
19      I mean, it's -- it's very
20  demanding. If you want to go and grow
21  and as a entrepreneurial -- make a lot of
22  money, there's a potential there to add
23  on trucks. All of those things are

Page 36

1   potentials with that kind of growth, but
2   when it comes down to the actual work,
3   day-to-day coming to work, it's -- it's
4   pretty high pressure, and I don't really
5   think twice about sometimes saying that
6   to people.
7       Q.   Do you specifically recall the
8   informational session in early January of
9   2005?
10      A.   I don't -- I mean, it -- I
11  went to several at the Holiday Inn, and
12  like I said, I -- I know that, at some
13  point in time, either before or after,
14  that Charlie and his wife came up and --
15  and asked me some questions because they
16  were interested. The specifics, it just
17  depends on what questions you ask.
18      Q.   Okay. And did you -- did you
19  give this informational session alone, or
20  did you have one of the --
21      A.   No, it was just me.
22      Q.   Just you?
23      A.   Yes.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 37

1    Q.    Okay.  And, if you know, how
2  many informational sessions have you
3  given in Montgomery at the Holiday Inn?
4    A.    Four to five.
5    Q.    Okay.  You said a moment ago
6  that it's hard work being a contractor,
7  but you have to have an entrepreneurial
8  spirit, and there's a lot of money to be
9  made.
10    A.    Yes.
11    Q.    If you know, what do the
12  contractors doing Home Delivery in the
13  Montgomery area generally make?
14    A.    If somebody got me to the side
15  and said, look, give me -- just give me a
16  ballpark figure of what these guys make.
17  I would tell somebody probably in the low
18  50's, but I would also tell them that's
19  gross.  There are still expenses there
20  to -- to -- that you got to pay.  So, I
21  mean, gross is probably -- for -- for the
22  average, for a -- a contractor, is in the
23  mid to low 50's.

Page 38

1    Q.    Okay.  And --
2    A.    And -- and, you know, what --
3  and -- and I would have to -- you know,
4  you'd have to look at it and see.  If --
5  if -- even if you wanted to -- I think
6  the actual -- I don't even -- I don't
7  even know if the actual example they give
8  during some of these informational
9  sessions give a gross figure.  It may.
10  It usually gives them just a -- an
11  itemized look at how a contractor gets
12  paid on stops and packages, but -- yeah,
13  I -- I would tell them low to mid-50s.
14    Q.    And that would be --
15    A.    Gross.
16    Q.    You got gross for --
17    A.    One truck.
18    Q.    One truck and one guy?
19    A.    Yes.
20    Q.    Okay.  And then, his expenses
21  would be his fuel, right?
22    A.    Uh-huh.
23    Q.    Yes?

Page 39

1    A.    Yes.  Lease payments.
2    Q.    Insurance?
3    A.    They -- they deduct insurance,
4  all those type of things.
5    Q.    They deduct insurance?
6    A.    Yeah, I think they have -- I
7  think they -- they charge them like ten
8  bucks a paycheck or something for some of
9  the insurance that they pay.  They have
10  to have in -- we have liability
11  insurance.
12    Q.    On the person?
13    A.    On the -- on the -- on the --
14  on the van itself that -- that the
15  company oversees for them.  But
16  there's -- when they're running it on the
17  weekends by themselves, empty or to do
18  another business, there's -- there's
19  other insurance that they have to --
20  to -- to pay for.  And, again, this is
21  one of those where I go I don't
22  necessarily know the exact amount, but
23  they do take out some insurance on -- on

Page 40

1  these guys.
2    Q.    Okay.  Now, what -- that's
3  insurance on the vehicle?
4    A.    Correct.
5    Q.    Okay.  What about insurance on
6  the person --
7    A.    No.
8    Q.    -- the contractor himself?
9    A.    No.
10    Q.    None is taken out by the --
11    A.    Uh-huh.
12    Q.    -- company?
13    A.    (Shaking head negatively.)
14    Q.    Okay.  That's a no?
15    A.    That's a no.
16    Q.    Okay.  All right.  Regarding
17  the Holiday Inn informational session
18  that you gave in January of 2005, other
19  than Charlie and his wife, Debbie, did
20  anyone else contact you with an interest
21  in becoming a contractor in the
22  Montgomery area?
23    A.    They run together, but to

10 (Pages 37 to 40)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 41

1 my -- to the best of my knowledge, there
2 was one other gentleman there with his
3 wife that -- I think was working for
4 Coca-Cola at the time, and they -- I
5 think it was this session.
6    Q.    Okay.
7    A.    He was very interested in
8 doing it, running his own truck, and his
9 wife was -- was -- was a little nervous
10 about that kind of an investment, but,
11 yeah, I -- I remember one other couple,
12 and I'd have to look back and see. I'm
13 sure we got, maybe, a temp or two out of
14 the deal but not necessarily contractors.
15    Q.    Okay.
16    A.    Potential contractors.
17    Q.    For giving the informational
18 sessions for people who become interested
19 in and, ultimately, get into the program,
20 do you get any kind of compensation or
21 commission for new contractors that are
22 brought in?
23    A.    Me, myself?

Page 42

1    Q.    Yes.
2    A.    Oh, no.
3    Q.    Okay. Does the operation, the
4 Montgomery operation, give any special
5 credit for bringing in new contractors?
6    A.    No.
7    Q.    Okay.
8    A.    There used to -- and I will
9 say this: There used to be a referral
10 program for other contractors to bring
11 in, but I don't even know if they still
12 have that.
13    Q.    Okay. Other than that one day
14 at the informational session, did you
15 ever have any direct contact with Charlie
16 Thornton at any other time?
17    A.    Yeah.
18    Q.    Okay. When did you next see
19 him, then?
20    A.    I don't remember.
21    Q.    The best you can recall.
22    A.    A week or two later.
23    Q.    Okay. And what was that in

Page 43

1 regard to?
2    A.    I think really coming in just
3 to talk more seriously about it, get the
4 application process going, kind of talk
5 more in detail about what the job
6 involved. At some point, and I -- I keep
7 looking at Charlie. I think Joe kind of
8 started helping him too. Joe McConnell
9 was the -- the former ops guy in
10 Birmingham --
11    Q.    Yes.
12    A.    -- trying to get him set up as
13 quick as possible. We had a training
14 session going on in Birmingham for
15 potential contractors. I'm pretty
16 sure --
17        MR. THORNTON:  Can I --
18        MR. NELMS:  No.
19    A.    -- Charlie came -- came back
20 and forth two or three times for the
21 physical, and for the -- any additional
22 paperwork that we had forgotten to get or
23 didn't get or lost or whatever. So, I --

Page 44

1 I know I had two or three more times
2 talking with -- with Charlie.
3    Q.    Okay. And was that at your
4 office?
5    A.    Yes.
6    Q.    Okay. Did his wife, Debbie,
7 show up at that second --
8    A.    I don't recollect.
9    Q.    Okay.
10    A.    I don't remember.
11    Q.    Fair enough. And did he, on
12 that day, fill out an application?
13    A.    When he -- at the
14 informational session or when he came to
15 the facility?
16    Q.    I guess we're talking about
17 the second time you saw him, the time
18 when he came to the facility?
19    A.    At that time, it was
20 automated, and I'd have to look and see,
21 but I'm pretty sure we would have
22 probably said, look, sit down here, and
23 let's get this going. I know we had a

11 (Pages 41 to 44)

Page 45

```
 1   lot of problems early on when they
 2   automated that, as far as getting them
 3   to -- to do right, and we had numerous
 4   times where -- and probably Charlie could
 5   tell you, where he had to come back
 6   because something didn't get done right
 7   or whatever.
 8       But, yeah, I would have
 9   probably that day said, you know, sit
10   down, and let's get this process going so
11   we can get physicals and background
12   checks and set you up for -- for
13   training.
14       Q.   Okay.  And you said the
15   training was in Birmingham?
16       A.   Birmingham, yeah.
17       Q.   Okay.  And describe the
18   training for me.
19       A.   It's a structured program,
20   and -- and going into -- let me --
21   there's two different types of training
22   programs -- really three.
23           When we were going into
```

Page 46

```
 1   Christmas, usually around September-ish,
 2   the company will say, okay, let's --
 3   we're going to set up a three-day
 4   training program for people that we know
 5   for a fact are just going to be potential
 6   temporary employees to get us through the
 7   holidays.  And that can be a -- a -- a
 8   one or two-day session of just sitting
 9   there going over procedures and paperwork
10   and, then, taking them out and doing a --
11   a -- a -- a driving test and/or obstacle
12   course, depending on how formalized it is
13   for the temp employees, potential temp
14   employees.
15       MR. SPOTSWOOD:  Can I
16   interrupt a second.  This is terminology.
17   This is a qualification procedure, is it
18   not?  That's what it's called, you have
19   these driver qualification courses?
20   You're using the terminology "training,"
21   and I'm just -- is it --
22       A.   Well, there -- there -- well,
23   when you bring in a temp, you do have
```

Page 47

```
 1   to -- I mean, you obviously have to
 2   qualify.
 3       MR. SPOTSWOOD:  Okay.
 4       A.   And when you drive, I mean --
 5   I think Charlie will pretty well tell
 6   you, that -- that the -- on -- on either
 7   side, but especially on the potential
 8   contractor side, they put them through an
 9   obstacle course forwards and backwards.
10   And if, at any point in time, you knock
11   over one or two, or I don't know what the
12   magic number is, I mean, you're out of
13   the program period.  But there's --
14       Q.   Let me interrupt you.  So, in
15   that respect, Bob's right, that's
16   qualifying.
17       A.   Correct.
18       Q.   You know, if you're not
19   physically able to move the packages --
20       A.   Right.
21       Q.   -- or even if you --
22       A.   I think you -- I don't think.
23   I know.  We -- we even, for -- for --
```

Page 48

```
 1   for -- for package handlers and people
 2   like that, we have a 50-pound lift test
 3   where we make sure they can -- can lift
 4   up to 50 pounds though.
 5       Q.   Right.
 6       A.   You -- you qualify for this.
 7   And the -- and the temps, it's -- it's a
 8   matter of bringing them in, doing --
 9   going over paperwork, routes, and many
10   instances, we let them drive or ride with
11   a contractor for a day or two, but it's
12   kind of the type of person -- it -- it
13   would be great if we could bring in
14   people who would just be temp for six or
15   eight months and really know the business
16   and yet have the ability to give them a
17   van.  I mean, that's the perfect
18   scenario.
19       Q.   Right.
20       A.   But for a known potential
21   contractor that -- that we know really
22   wants to get in the business, we think or
23   we know that he's got the financial
```

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 49

1  ability to go out and -- and purchase or
2  lease a van and he's -- and he's really
3  the type of person, we think from a
4  business perspective, from a -- you know,
5  those go through -- and that's the only
6  thing you can go through, the eight-day
7  qualification course or training course
8  or whatever you want to call it, to
9  become potentially a contractor.
10         Now, when they come out of
11  that training program -- and let me be
12  very clear about this --
13         Q.    Yeah.
14         A.    -- they don't necessarily have
15  a contract waiting on them, okay?
16         Q.    Right.
17         A.    But they are -- they are --
18  they are potential contractors that we
19  know or -- in discussions with them, they
20  want to get into the business.  If a
21  contract's available, we've already got
22  something spotted for him or, in many
23  instances, they just want to come out.

Page 50

1  They know they got to run for -- with
2  a -- as a temp or run with another
3  contractor.  Now, some of these
4  contractors can pay these guys to run
5  other trucks for them.
6         Q.    Right.
7         A.    And in that particular
8  instance, they're actually employed by
9  the contractor.
10         Q.    I want to ask you one question
11  real quick, and then, if it's okay with
12  everybody, we'll take a break.
13         A.    Yeah.
14         Q.    You said "automated system," a
15  while ago, and I think I understand what
16  you're saying, but I'm going to ask you
17  to describe for me what you mean when you
18  say "automated."
19         A.    My experience, from 2001 up
20  until this happened, was it was a lot of
21  paperwork, just manual, okay?
22         Q.    Handwritten on paper?
23         A.    Handwritten on paper, then,

Page 51

1  having to send all of these files to
2  different people and, oops, well, you
3  didn't do this, or I never got it or
4  whatever.  So, I'm pretty sure it was
5  through PeopleSoft, FedEx contracted out
6  for the whole company and set up a -- a
7  PeopleSoft sys -- system where literally,
8  from the time a person comes in, applies
9  to become a dock worker or an independent
10  contractor, whatever it may be, it
11  captures his application, and there's
12  different checkmarks along the way where
13  you approve it, and then, it might send
14  off for the -- the -- the driver -- or
15  the background check and the driving
16  history and all that stuff.  And, all
17  along the way, there's different stages
18  where a person has to come in and approve
19  it, but it's all automated.
20         Q.    Paperless?
21         A.    Paperless.
22         Q.    Okay.
23         A.    Virtually paperless, other

Page 52

1  than, like I said, the -- some of the
2  stuff they have to sign.  That starts the
3  file.
4         Q.    Okay.  If it's all right with
5  everybody, I need to take a break.
6              (Said deposition was in recess
7               at 10:46 a.m. until 10:49
8               a.m., after which the
9               following occurred:)
10         Q.    (BY MR. NELMS:)  All right.
11  We were talking about instances where you
12  met with Charlie, and you've told us
13  about the informational session, and
14  then, you told us, several weeks later,
15  he came back into your office, and you
16  told us about that.  Have you -- can you
17  remember any other instance of meeting
18  Charlie Thornton?
19         A.    Truthfully, no.  I mean,
20  I'm -- I'm sure, at any given point in
21  time when Charlie came into the office,
22  he and I would talk about something.  I
23  mean, you know.  What?  Is this a trick

13 (Pages 49 to 52)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 53

1  question?
2      Q.   No.  Sometimes the question is
3  just a question, you know.
4      A.   I -- I -- I know, from --
5  from -- from firsthand experience, that
6  our processing of paperwork, be it
7  automated or whatever, brought people
8  back many times to get something that we
9  failed to get the first time or the
10  second time or the third time, and I
11  can't see Charlie not walking through the
12  door and sticking his head in and us
13  talking about something, so --
14      Q.   Were you having problems with
15  your automated system?
16      A.   From a training perspective,
17  okay.  In many instances, because we were
18  not hiring a lot of people at that time
19  and/or processing a lot of drivers at
20  that time, it was an ongoing learning
21  experience for us, as far as making sure
22  everything was done correctly.
23      Q.   Okay.

Page 54

1      A.   So, to say were we having
2  trouble with the system as a -- as a
3  company, they'd have to answer that.  We
4  in Montgomery, trying to make sure we did
5  everything since we had not done it a
6  lot, sure, I'm -- we -- we at times,
7  probably didn't -- didn't do things
8  correctly or had to get him to come back
9  to get -- you still -- trust me, you
10  still had a checklist of forms that you
11  had to have before you could move
12  forward.
13          So, if you want to say, did we
14  have problems, yeah.  It meant people
15  having to come back, you know, a second,
16  third and fourth time to -- to get what
17  we didn't get the -- the last time they
18  were there.
19      Q.   I think I completely
20  understand what you're saying --
21      A.   Right.
22      Q.   -- but sometimes I've got to
23  make a record.  So, if a --

Page 55

1      A.   Right.
2      Q.   -- question seems silly or
3  not -- when you say you had a "checklist"
4  of things you had to do, what are you
5  referring to specifically?
6      A.   Well, there -- there -- when
7  you called up the system, as I remember
8  it, okay, it still pretty well mirrored
9  our hiring checklist for paperwork
10  needed, okay, for an independent
11  contractor or temp or whatever.  But
12  because it was now on a screen versus
13  that checklist sitting there that you had
14  in the folder when you first started that
15  and you were just checking it off as you
16  went along, in many instances, or in some
17  instances, you would get, oh, man, I
18  forgot to do that.  And then, you'd have
19  to call up whoever and say, you know,
20  what, I forgot to get this from you.  The
21  next time you're close by, could you come
22  by and sign this?
23      Q.   I got you.  I'm going to ask

Page 56

1  you a couple of little, quick specific
2  questions, and then, I think I'm
3  finished.  Who -- at what point during
4  this process would the decision be made
5  to issue uniforms to a potential
6  contractor?
7      A.   I don't think anybody ever
8  came through the door that was going to
9  drive for us that we didn't give them --
10  give them some uniforms to start out
11  because, if they were going to drive as a
12  temp, ride on a truck, anything
13  pertaining to delivering packages out
14  there in the public that we kept -- tried
15  to keep caps and shirts and -- not pants
16  because we never knew what their waist
17  size was.  Now, to -- to purchase a
18  uniform, I know this is going to sound
19  stupid, but at any given point in time,
20  as long as we knew he was driving, he
21  could come in and request us to order him
22  some uniforms any time he wanted to.
23      Q.   Okay.  Are there -- was the

14 (Pages 53 to 56)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 57

1 Montgomery facility in contact with the
2 drivers by radio?
3     A.   Cell phones, if they had one.
4     Q.   Okay.
5     A.   Going to sound silly to you,
6 but as an independent contractor, over
7 time they found out they had to have some
8 form of communication, but they could go
9 out there and deliver all day long, and
10 as long as they were getting their
11 packages delivered and everybody was
12 happy, they really didn't have to say one
13 thing to us or -- or talk to us.
14     Q.   Okay.  I -- I know from
15 experience because our FedEx guy comes in
16 here every day.  He's got a computer
17 wand.
18     A.   They've got -- they've got --
19 yes, now -- now, when you talk about
20 communication, they have scanners that
21 record every -- he does his bar code
22 scan, and -- and in that bar code, it's
23 got the -- the time -- it's

Page 58

1 automatically -- it -- it shows the time,
2 obviously, the date.  Within the bar
3 code, it shows the address of the
4 package.  Shows how many packages he
5 delivered.  We had over -- we had
6 overview within our system to see how
7 that driver was doing during the day, but
8 we had no means of communication at that
9 time, and I don't know if it's changed,
10 where we could ever even send them
11 anything.  You know, I think in the
12 future, they were talking about trying to
13 get that ability to -- to -- through
14 radio frequency be able to communicate
15 with them through those scanners.
16     Q.   So, it's a one-way
17 communication?
18     A.   Yeah.
19     Q.   Okay.  Were -- what do you
20 call those?
21     A.   I think they were called Star
22 II scanners.
23     Q.   Okay.

Page 59

1     A.   Star II, Roman numeral one,
2 one.
3     Q.   Were the Star II scanners
4 specifically assigned to the independent
5 contractors?
6     A.   Specifically assigned?
7     Q.   Well, I know it's not a good
8 question.  What do you mean by that?  I
9 don't know.
10     An independent contractor, did
11 he have one Star II scanner assigned to
12 him that he kept with him at all times?
13     A.   We -- they all wanted to keep
14 their same scanner, let me put it that
15 way.  And, in many instance, we would
16 type a name or -- or a tape that we would
17 put on there so they knew, when they
18 walked in in the morning, that that was
19 the scanner that they used the day
20 before.  And for the main reason of that
21 most of those scanners would hold that
22 data from the previous day so that when
23 they started up that day, it would call

Page 60

1 up ending mileage and that type of stuff.
2     So, I guess to a certain
3 degree, yeah, they were assigned a
4 scanner, and they actually paid a -- a
5 weekly charge for the use of those
6 scanners.  As a contractor, independent
7 contractor.  Now, temps were a whole
8 different ball game.  They would -- they
9 would get whatever was left over,
10 unfortunately.
11     Q.   So, a temp is actually an
12 employee and not an independent
13 contractor?
14     A.   Correct.  We're paying him.
15     Q.   Is it on the hourly rate or --
16     A.   Uh-huh, yeah, FedEx.  I
17 done -- I done forgot what the hourly
18 rate was, but they got paid by the hour.
19     Q.   Okay.  In regard to the trucks
20 that contractors would have, do you know
21 what process the contractor would have to
22 go through in order to obtain a FedEx
23 truck?

15 (Pages 57 to 60)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 61

1    A.   In most instances, the way I
2  tried to at times talk with -- with -- I
3  would say it's really nothing more
4  than -- you could go to your local bank.
5  You could go to your local loan shark,
6  whatever it may be, because all you were
7  doing was -- was leasing a vehicle or
8  purchasing a vehicle.
9        We had, to my knowledge,
10 either two or three lending or leasing
11 companies that we recommended because, in
12 many instances, they would -- they would
13 take inventory.  FedEx would purchase it
14 so that they had X amount of vehicles
15 every year available for new -- new
16 contractors coming on board, and these
17 lenders or leasing companies would have
18 visibility to that inventory, and in many
19 instances, it was already with the FedEx
20 decal spec'd exactly the way -- or in
21 most instances, the way FedEx would want
22 the truck to be spec'd.
23       And so, we would recommend or

Page 62

1  tell them that there was two or three
2  different companies they could go through
3  to qualify for these vans, but that, at
4  any given time if they located -- or in
5  talking with them wanted to purchase a
6  van with their own -- own private lender
7  or personal, you know, they had the
8  option to do that.
9    Q.   Okay.  Were -- were the
10 vans -- if you know, were the vans or the
11 trucks always -- was the contractor
12 required to buy it through Federal
13 Express, though?  Did the truck, itself,
14 have to come from Federal Express?
15   A.   No.
16   Q.   Okay.  So, a guy could go to
17 the local Dodge dealership and pick up --
18   A.   Yes.
19   Q.   -- a truck that met Federal
20 Express specifications?
21   A.   Uh-huh.
22   Q.   Yes?
23   A.   Yes.

Page 63

1    Q.   Okay.  Sorry.  I know
2  that's --
3    A.   I know.
4    Q.   -- a very particular -- I
5  don't think I could do it either.
6        All right.  Is there a
7  particular procedure within FedEx that
8  assigns or allows a potential contractor
9  to purchase a vehicle?
10   A.   Can you be a little --
11   Q.   Is there an authorization
12 process that a contractor has to go
13 through in order to obtain a vehicle?
14   A.   For FedEx itself?
15   Q.   Yeah.
16   A.   It -- yeah.  I mean, along the
17 way, you -- you would -- yes, there is a
18 process that he has to go through.
19   Q.   Describe that process for me.
20   A.   Well, at any given point in
21 time, you know, especially early on,
22 when -- when you're talking to a
23 contractor or a potential contractor and

Page 64

1  you -- and you give him the -- the
2  information on him having to go out and
3  buy or lease a vehicle, number one, at
4  any given point in time, he can contact
5  very early on to see what the costs are,
6  does he qualify creditwise, you know, as
7  far as that's concerned.
8        The assignment of a vehicle to
9  a new contractor is supposed to come at
10 the time the contract is officially
11 signed, and he is, that day, a
12 contractor, and then, that -- that
13 vehicle, in a perfect world, is
14 released -- it's either on-site, or it's
15 released from wherever it's being held
16 and delivered to the local facility where
17 that contractor is.
18       I don't know if that's giving
19 you the information you want or if --
20   Q.   I don't know what the answer
21 is, to be honest with you.  All right.
22   A.   I mean, a guy could go out --
23 I mean, we -- you know, a guy could go

16 (Pages 61 to 64)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 65

1  out, and like you said, he could buy a --
2  -- a-- what I call a straight truck.
3  It's got a box on the rear of it in --
4  in -- instead of a FedEx step van, and --
5  but if he was going to do it, he knows
6  that he's got to make sure that -- and
7  we'll give him a copy of what the specs
8  are and what it must have on it and
9  what -- within -- you know, they don't
10  have to absolutely buy a brand-new one.
11  They can buy one that's two, three, four
12  years old.  I think, at one point, it
13  used to be newer than five years old, but
14  then, he's got to do all the decals.
15  He's got to do all those things.  But
16  yeah, he could -- he could walk in and
17  go, I'm just going to go buy me a van
18  right now just in case.  And -- but he's
19  on his own, when he does that, you know.
20  I mean -- it's kind of two different
21  scenarios I'm trying to give you there.
22      Q.    No, I understand.  I
23  understand.  Other than what we've

Page 66

1  already talked about today in this
2  deposition, and don't tell me about any
3  conversations, please, that you've had
4  with Mr. Spotswood or anyone with his
5  office --
6      A.    Yes.
7      Q.    -- have you had any
8  conversations with anyone at FedEx
9  regarding this lawsuit?
10      A.    No.
11      Q.    Okay.  And you are
12  currently -- consider yourself not an
13  employee of FedEx, is that correct?
14      A.    Correct.
15      Q.    Okay.
16      A.    I'm retired.
17      Q.    Okay.  What are you doing with
18  yourself?  You're too young to be
19  retired.
20      A.    I'm -- I told Bob I'm a
21  consultant.  By the way, you'll get my
22  bill.
23      Q.    You send it on.

Page 67

1      A.    No, I -- I've -- I graduated
2  from Tennessee, and I grad -- and I -- I
3  was -- I majored in transportation
4  logistics, and kind of part of retirement
5  was just, you know, to do my own thing.
6  So, I'm -- I'm a third-party logistics
7  consultant right now for a couple of
8  companies, and if y'all happen to know
9  anybody that's got the money, I got the
10  time.
11      Q.    I actually did know him.  I'll
12  think about that.
13          MR. NELMS:  I can't think of
14  anything else, Bob, but if you'll let me
15  talk to Charlie for just a minute -- or
16  you can go ahead and ask him, and then,
17  I'll talk to Charlie in a minute, and if
18  I have something else, I'll follow up
19  with it, but I can't think of anything --
20          MR. SPOTSWOOD:  Why don't you
21  figure out if there's anything else you
22  want to ask --
23          MR. NELMS:  Okay.

Page 68

1          MR. SPOTSWOOD:  -- and then,
2  I'll go ahead and ask a few questions
3  while -- after you come back and let me
4  know if you've got anything else.
5          MR. NELMS:  Okay.  Great.
6  Come on, Charlie.  Let's talk just a
7  second.
8          (Said deposition was in recess
9          at 11:03 a.m. until 11:11
10          a.m., after which the
11          following occurred:)
12          MR. NELMS:  I don't have
13  anything else.
14
15  EXAMINATION BY MR. SPOTSWOOD:
16      Q.    All right.  Let me ask a few
17  questions here.
18          Mr. Trott, is it correct that
19  FedEx Ground and FedEx Home Delivery are
20  operating divisions of the Defendant in
21  the case, FedEx Ground Package Systems,
22  Inc.?  In other words, they are
23  functioning, operating divisions within

17 (Pages 65 to 68)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 69

1  the same --
2     A.   Yes.
3     Q.   -- corporate entity?
4     A.   Yes.
5     Q.   Okay. And for a period there,
6  were you -- I took it, from your prior
7  testimony, that you were acting as senior
8  manager in Montgomery for both the FedEx
9  Ground operations and the FedEx Home
10 Delivery operations during this
11 transition period between Mr. McConnell
12 and when Kent Gastineau came?
13    A.   That would be true.
14    Q.   Okay. And you -- you couldn't
15 remember Kent's last name. It's
16 Gastineau.
17    A.   All right.
18    Q.   You said you retired from
19 FedEx in March of 2005. Were you
20 actually working during that last couple
21 of weeks of March, or were you taking
22 vacation?
23    A.   I actually took -- yeah, I

---

Page 70

1  think the official date had to change a
2  couple of times. I actually took my last
3  four weeks or five weeks on vacation,
4  so -- now, during March, no, I would not
5  have been there. I think the actual
6  retirement day is like the 1st of April
7  or 7th of April, if you looked at my
8  actual retirement date because I was on
9  vacation.
10    Q.   So, you would not --
11    A.   I was virtually --
12    Q.   -- have been --
13    A.   I was virtually --
14    Q.   -- at the facility during
15 March?
16    A.   I was not even there during
17 March.
18    Q.   Okay. At the informational
19 session that we've been talking about,
20 did you talk to Mr. Thornton about what
21 routes might or would be available at
22 that time?
23    A.   Yes.

---

Page 71

1     Q.   What do you recall about
2  telling him?
3     A.   I know we were having a lot of
4  problems at that time with some of the
5  routes, like I said. And -- and if
6  Charlie and/or his wife came up to me
7  after the meeting, and I'm sure -- I -- I
8  know they did because I do remember
9  talking with them. I know we had Troy
10 contract wide-open at that time, and
11 probably we discussed that contract being
12 open.
13    Q.   Okay.
14    A.   And then, I would have, if he
15 asked me, any other areas, I probably
16 would have said with growth, the Wetumpka
17 area or that Elmore County area, Autauga
18 County with growth. We might potentially
19 have some growth opportunities coming up,
20 and -- and since I really and truthfully
21 was kind of being off-the-cuff, I
22 probably -- might have told him we were
23 having some problems with a contractor in

---

Page 72

1  Autauga County or Elmore County that
2  could lead to something coming open,
3  but -- I mean, I'd -- I'd done it enough
4  with Ground to know that you stick to --
5  you stick to what's open, and then, with
6  growth and attrition, there's always
7  opportunities there.
8     And I -- and I -- and like I
9  said, I -- I don't remember verbatim
10 everything, but I just remember that he
11 and his wife were very open and nice, and
12 we were just talking about potential for
13 the future.
14    Q.   Did you believe to be true
15 everything that you did tell Mr.
16 Thornton?
17    A.   Yes.
18    Q.   Did you have any intent to
19 injure him or mislead him in any way?
20    A.   No.
21    Q.   Did you ever tell Mr. Thornton
22 that he, in fact, would get and would be
23 entitled to a route with -- a route

---

18 (Pages 69 to 72)

Page 73

1   contract?
2       A.   No.
3       Q.   I want to show you Exhibit --
4   we labeled these letters, and these are
5   just continuations of exhibits that are
6   in -- they actually are the exhibits from
7   Mr. Thornton's deposition.  This one's
8   marked Defendant's Exhibit V as in
9   Victor.  Can you tell me what that is?
10      A.   Well, it's -- it's the P & D
11  Contractor Business Guide which, in many
12  instances, are issued to the managers.
13  It's a working guide we have within the
14  office, and I think -- I'm going to be
15  honest with you.  I don't know -- I don't
16  know if they give them a copy of this at
17  their actual training, but it's kind of
18  the contract itself that -- that kind of
19  leads them to learn and know and
20  understand what the -- what all is
21  entailed in their contract.
22      Q.   The potential contract?
23      A.   Yeah, potential contracts.

Page 74

1   And -- and -- and -- and I will tell you
2   this, whether -- well, nevermind.
3       Q.   Well, what -- what is the
4   procedure that was generally followed by
5   you with respect to educating a potential
6   contractor about this document?
7       A.   When it actually came time,
8   and -- and -- and I will say this, and
9   you guys will have to ask Charlie this.
10  Usually, during the training session,
11  there was a day where they talked, and I
12  don't know how long it was, but they
13  talked about the contract itself and how
14  it worked and specific items and --
15  and --
16      Q.   Right.
17      A.   -- the ins and outs of how a
18  contract worked for an independent
19  contractor.
20           But, in what instances I had
21  where new contractors -- and there wasn't
22  a lot of them that came on board with
23  Ground, under the old process and/or

Page 75

1   under the new automated process, you were
2   always told, and I agreed -- and I agree
3   this was a no-brainer that you -- when
4   you printed it out, your -- it was very
5   smart to make a copy of it and have them
6   go home and at least review it for 24 to
7   4 -- depending upon how big a hurry they
8   were in, 24 to 48 hours, so that, when
9   they came back in, you -- you know, they
10  could ask specific questions as to what
11  this particular area of the contract
12  meant before they signed it.
13           And that was -- I would have
14  to say that's not something I came up
15  with.  In most instances, all managers,
16  as -- might even have been on the
17  checklist.  You -- you had to check off,
18  and I'm doing it from memory, that you
19  had -- you know, had sat down and
20  reviewed the contract with that
21  individual contractor prior to him
22  signing it.
23      Q.   Okay.  I've just got a couple

Page 76

1   of documents I want to see if you can
2   authenticate for me.  These are from
3   Defendant's Exhibit C to Mr. Thornton's
4   deposition.  The first one is labeled FXG
5   0000-13.  Can you tell me what this is?
6       A.   That would have -- that is one
7   of the forms that we had them fill out
8   that has to be for DOT purposes, part of
9   their file for --
10      Q.   And is this for Charlie?
11      A.   Yeah.
12      Q.   And it's called Driver's
13  Annual Certification Motor Vehicle
14  Violations?
15      A.   That was -- that -- that
16  initiates or goes in their file, and
17  really, it's done every year.  They have
18  to fill it out.  And that's where I was
19  talking about having to report any
20  potential violations on their personal
21  vehicle and/or their FedEx vehicle.  And,
22  in this particular instance, since
23  they're applying for a job, he would

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 77

1   still supposedly have to report all of
2   his personal violations.
3       Q.   All right.  And did you sign
4   this on the bottom?
5       A.   That would be me.
6       Q.   And on what date did you sign
7   it?
8       A.   1/14 of '05.
9       Q.   Okay.
10      A.   Just as information, that's
11  that checklist where, if you didn't dot
12  your I's and cross your T's, you might
13  refer back to it and have to get them
14  back in to do stuff.
15      Q.   You're referring to --
16      A.   And I don't know if this is
17  computer-generated or whether it's
18  something we -- you know, it looks like
19  this one's typed out.
20      Q.   I think it's
21  computer-generated.
22      A.   Right.
23      Q.   What you're referring to is

Page 78

1   FXG, a bunch of zeros --
2       A.   Right.
3       Q.   -- 22?
4       A.   And, as it carried you through
5   the process, you can see these are little
6   Xs or dots.
7       A.   Right.
8       A.   And you really -- until you
9   got to the end, you couldn't do anything,
10  until you had done every -- you know.
11      Q.   Right.  Okay.  Let me flip
12  over here to pages 27 and 28.  Can you
13  tell me what those two pages are?
14      A.   That is a record of road test
15  that was given apparently in Birmingham
16  by Omar Newman where they went through
17  the -- I don't know if they issued this
18  after they went through the hazardous --
19  hazardous -- through the driving course
20  or whether they actually went out and did
21  a road test with them, but --
22      Q.   Okay.  And then, what is the
23  document here, exhibit -- this is for Mr.

Page 79

1   Thornton, obviously?
2       A.   Right.
3       Q.   What is Document 29
4   specifically?
5       A.   That's a card apparently they
6   issued to him showing that he is -- he's
7   been certified, and he passed his road
8   test.
9       Q.   Okay.
10      A.   Part of their training, Smith
11  systems.
12          MR. NELMS:  And that's
13  Document 30.
14      Q.   Document 30 is -- this is
15  called on the top of it Advanced Driving
16  Training Safety Seminar.  This is the
17  classroom or the several day
18  qualification program that you described
19  previously?
20      A.   Correct, and if I'm not
21  mistaken, you can ask Charlie, if they do
22  not pass that, they don't move forward in
23  the training.  That looks like the same

Page 80

1   thing.
2       Q.   Right.  Document 31 appears to
3   be the same thing as Document 30.
4   Document 32 --
5       A.   That's a different form.
6       Q.   That's -- that says -- that's
7   a certificate for the on-road format
8   apparently for this seminar?
9       A.   (Nodding head affirmatively.)
10          MR. NELMS:  You're referring
11  to 32?
12          MR. SPOTSWOOD:  Yeah,
13  Exhibit 32.  Correct?
14      A.   Yes.  Strength test.
15      Q.   Right.
16          MR. NELMS:  34.
17          (Off-the-record discussion.)
18          MR. SPOTSWOOD:  That's all I
19  have.
20          MR. NELMS:  Okay.
21
22          FURTHER THE DEPONENT SAITH NOT
23

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 81

1    (Said deposition was concluded
2    at 11:23 a.m. on the 12th day
3    of April, 2006.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 82

1    C E R T I F I C A T E
2
3
4    STATE OF ALABAMA)
5    JEFFERSON COUNTY)
6
7        I hereby certify that the
8    above and foregoing deposition was taken
9    down by me in stenotypy, and the
10    questions and answers thereto were
11    reduced to typewriting under my
12    supervision, and that the foregoing
13    represents a true and correct transcript
14    of the deposition given by said witness
15    upon said hearing.
16        I further certify that I am
17    neither of counsel nor of kin to the
18    parties to the action, nor am I in
19    anywise interested in the result of said
20    cause.
21
22
23    COMMISSIONER - NOTARY PUBLIC

Tyler Eaton Morgan Nichols & Pritchett Inc.