Exhibit 6

# STEARNS Bank N.A.
## EQUIPMENT FINANCE DIVISION

**Date:** Thursday, January 13, 2005 **Time:** 10:31 AM

**To:** 13342701758
**Fax Phone:**

**From:** Chad Primus
**Title:**
**Fax Phone:** 800.201.7102
**Phone:** 800.247.1922

**Subject:** Attn: Stan

**Message:**

Approval for Charlie E Thornton Sr.

CAUTION: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENEDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DESSEMINATION, COPYING OR UNAUTHORIZED USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU!

500 13th Street • P.O. Box 750 • Albany MN 56307 • PH: 800.247.1922 • Fax: 800.201.7102