Exhibit 7

FedEx Ground

OP-104
FedEx Ground
5/01

# RECORD OF ROAD TEST
# (SAFETY RIDE)

CONTRACTOR/DRIVER NAME: Charlie Thornton
CONTRACTOR NO.: 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
DOMICILE TERMINAL: QMTG 3361
TYPE EQUIPMENT:
   PACKAGE VAN ☑
   TRACTOR/TRAILER ☐
   STRAIGHT TRUCK ☐

DATE OF OBSERVATION: 1-31-05
OBERSERVER'S NAME: Omar Newman
TEST TIME FROM 12:30 TO 1:10 pm
LICENSE STATE/PROVINCE AL NO. 3514669
LICENSE EXPIRATION DATE: 12-27-08
PHYSICAL EXPIRATION DATE: 01-14-07

INSTRUCTIONS: WRITE IN YES OR NO AS APPROPRIATE FOR EACH STATEMENT.

## ALL CONTRACTORS

Does Contractor/Driver:

1. PRE-TRIP INSPECTION OF VEHICLE
   - YES Look for leakage of coolants, fuel, and lubricants
   - YES Check exterior of vehicle – tires, all lights, doors, glass, body damage, mirrors.
   - YES Check horn, windshield wipers, steering, defrosters, fuel
   - YES Check brake action. Know hand brake adjustment
   - YES Check emergency warning devices, fire extinguisher
   - YES Make test stop before leaving yard
   - YES Know height of vehicle

2. ENGINE, CLUTCH AND TRANSMISSION
   - YES Start engine, buckle belt smoothly
   - NA Clutch In-park brake on
   - __ Use clutch properly
   - __ Shift gears smoothly
   - __ Use proper gear sequence
   - __ Refrain from excessive RPM's

3. BRAKING
   - YES Plan ahead to minimize braking
   - YES Stop smoothly

4. STEERING
   - YES Steer smoothly, minimum adjustment
   - YES Have proper driving posture, grip on wheel
   - YES Stay centered in lane of travel

5. LIGHTS
   - YES Dim headlights for oncoming traffic
   - YES Adjust speed to headlight spray
   - YES Use four-ways when required

6. STOPPING OR STOPPED
   - YES Check to rear when slowing. Warn following traffic
   - YES In neutral, park brake on at stoplight
   - YES Use space cushion to avoid sudden stop
   - YES Stop behind stop line or cross-walk
   - YES Stop before crossing sidewalk
   - YES LEAVE ONE VEHICLE LENGTH IN FRONT
   - YES COUNT ONE-TWO-THREE AT START-UP

7. PARKING
   - YES Avoid hitting curbs
   - YES Park close to curb
   - YES Lowest forward gear-park brake applied
   - YES LOOK OVER SHOULDER WHEN PULLING FROM CURB
   - YES Park off pavement on highways
   - YES Turn wheels on hills
   - YES Leave space in front

8. BACKING
   - YES Avoid all unnecessary backing
   - YES Back first, if necessary
   - YES Check rear immediately before backing
   - YES Sound horn
   - YES Look back as well as check mirrors
   - YES Back to Operators side
   - YES Recheck conditions on long back when necessary
   - YES Control speed

9. TURNING
   - YES Signal intention well in advance
   - YES Get in proper lane well in advance
   - YES Check traffic and turn when way is clear
   - YES Maintain lane on turns
   - YES Turn at safe speed
   - YES Use turn signal when changing lanes
   - YES Turn into proper lane
   - YES Check mirrors before turn
   - YES Find safe path well ahead
   - YES Avoid shifting on turns
   - YES Avoid U-turns

10. TRAFFIC SIGNS AND SIGNALS
    - YES HANDLE STALE GREEN LIGHTS CORRECTLY
    - YES Heed all traffic signs
    - YES Establish space cushion
    - YES Come to full stop at stop signs
    - YES Apply "right turn on red" correctly

11. INTERSECTIONS
    - YES Approach – prepared to stop
    - YES CHECK LEFT, RIGHT, LEFT
    - YES Yield right-of-way at all times
    - YES Check mirrors
    - YES Stay alert to rural intersections
    - YES Gains eye contact with other drivers

12. RAILROAD GRADE CROSSINGS
    - YES Approach – prepared to stop
    - YES Select proper gear before crossing
    - YES Cross at safe speed
    - YES Clear crossing in advance

FXG 0000-27

13. PASSING
- YES Pass with sufficient clear space ahead
- YES Avoid passing in unsafe location
- YES Signal lane change well in advance
- YES Avoid tailgating – waiting chance to pass
- YES Check mirrors
- YES Use ground–viewing habit
- YES Leave other vehicle sufficient room

14. HILLS
- YES Use proper gear ascending or descending
- YES Stop and restart without rolling back
- YES Test brakes before descending long hills

15. SPEED
- YES Maintain speed consistent with ability and conditions
- YES Adjust speed to varying road, weather, traffic conditions and legal limits
- YES Reduce speed before entering curves
- YES MAINTAIN FOUR TO SIX SECOND FOLLOWING DISTANCE ON CITY STREETS
- YES SCAN STEERING WHEELS

16. COURTESY AND SAFETY
- YES Yield right-of-way at all times
- YES Avoid crowding other drivers
- YES Keep to right
- YES Use horn properly
- YES ESTABLISH EYE CONTACT
- YES Use path of least resistance

17. SAFE WORK METHODS
- YES Use handrail, watch step on and off vehicle
- YES Lift and lower with legs bent
- YES Stack tight, unload from top
- YES Use handtruck safely
- YES Scan area when walking

18. SEEING HABITS
- YES KNOW AND USE SPACE AND VISIBILITY
- YES AIM HIGH IN STEERING®
- YES GET THE BIG PICTURE®
- YES KEEP EYES MOVING®
- YES LEAVE YOURSELF AN OUT®
- YES MAKE SURE OTHERS SEE YOU ®

19. GENERAL DRIVING ABILITY AND HABITS
- YES Remain alert and attentive
- YES Adjust speed for changing conditions
- YES Safely perform routine functions inside cab
- YES Have self-confidence in handling of vehicle
- YES Even-tempered with others
- YES MAINTAIN 8-12 SECOND EYE-LEAD TIME
- YES CHECK MIRRORS 5-8 SECONDS

20. COMPANY POLICIES & SAFETY REGULATIONS
- YES Have knowledge of company policies
- YES Has knowledge of regulations: federal, provincial, state and local laws
- YES Understand Hazardous Materials procedures (US only)
- YES Have presentable personal appearance, manner, cleanliness
- YES Complete Contractors Vehicle Inspection Report

21. SEAT BELTS
- YES Uses seat belts whenever vehicle moving

22. HOURS OF SERVICE
- YES Have knowledge of hours of service restrictions and log requirements, P&D or Linehaul as applicable.

TRACTOR/TRAILER

23. HOOKUP AND UNHOOKING
- NA Lines up units
- ⎯ Keeps brake and light lines clear
- ⎯ Secures trailer against movement
- ⎯ Backs under slowly
- ⎯ Checks hookup visually, hits pin, pulls
- ⎯ Handles landing gear properly
- ⎯ Proper hookup of full trailer
- ⎯ Secures power unit against movement

24. TWIN TRAILER ORIENTATION
- NA View Assembly/Disassembly Video, receive booklet
- ⎯ Assembly/Disassembly Demo
- ⎯ View Rollover Video

EVALUATION OF PERFORMANCE:   SATISFACTORY   YES ☑  NO ☐

SUGGESTIONS GIVEN: _____

REMARKS: _____

This is to certify that the above-named contractor/driver was given a road test under my observation on __1-31__ 20 __05__ consisting of approximately __15__ miles/kilometers of driving. It is my considered opinion that this driver possesses sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

_____Omar Newman_____     ____RRSM (QSOU)____
(Signature of Examiner)               (Title)

FedEx Ground, at ____QBIR 3352____
(Terminal name & number)

FXG 0000-28

**FedEx — CERTIFICATION OF ROAD TEST**

- Driver's Name: Charlie Thornton
- SS#: 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
- Operator's License #: 3514869
- Issuing State: AL
- Type of Power Unit: [illegible]
- Type of Trailer: [illegible]

This is to certify that the above driver was given a road test under my supervision on [ 1-3 ]-05, consisting of approximately 15 miles/kilometers of driving. It is my considered opinion that this driver possesses sufficient skill to operate safely the type of commercial motor vehicle listed above.

Examiner: Oscar New[illegible] — RGM
6170 Breck Hollow Pkwy
Norcross, GA 30071