# Exhibit 9



**Date:** Mon, 28 Mar 2005 07:27:20 -0800 (PST)
**From:** "charlie thornton" <valrider48@yahoo.com>
**Subject:** charlie thornton fedex
**To:** omar.newman@fedex.com

HEY OMAR JUST WANTED TO DROP YOU A LINE SINCE TALKING TO YOU LAST WEEK. I WENT IN TO THE TERMINAL SATURDAY THE 26 AND PICKED UP A P/D CONTRACTOR BUSINESS GUIDE AND TALKED TO KENT. I KNOW THAT YOU HAD ALREADY SIGNED OFF ON MY FILE SEVERAL DAYS BUT HE WAS SAYING THAT HE HAD JUST RECIEVED IT ON THE 25TH SO I DID NOT SAY ANYTHING. I HOPE AND PRAY THAT SOMETHING REALLY GETS GOING THIS WEEK, HE WAS SAYING THAT I AM GOING TO GET THE ROUTE HERE IN THE MILLBROOK AREA BUT I HAVE HEARD THIS BEFORE AND HERE IS SOMETING THAT YOU MIGHT FIND INTERESTING AFTER ALL THE STUFF I HAVE BEEN THRU. ON SUNDAY I WAS LOOKING AT THE MONTGOMERY ADVERTISER OUR LOCAL PAPER AND CAME ACROSS AN AD FOR FEDEX CONTRACTORS IN THE MONTGOMERY AREA. I HAVE BEEN BEGGING TO GO TO WORK AND HERE THEY ARE ASKING FOR PEOPLE INTERESTED IN THE HOME DELIVERY PROGRAM GO FIGURE THAT ONE THIS IS THE LONGEST PERIOD OF TIME I HAVE EVER WENT WITH OUT WORKING. I HOPE THINGS CHANGE SOON OR ILL HAVE TO LOOK FOR A JOB. HEY OMAR THANKS SO MUCH FOR YOUR HELP YOUR A GREAT GUY........CHARLIE

DEFENDANT'S EXHIBIT uu