Exhibit 10

1

```
 1              PHONE CALL TO JEFF WHITE

 2        CHERYL:  Fed Ex Home Delivery.  This is

 3   Cheryl.  May I help you?

 4        CT:  Yes.  Cheryl, is Jeff White in,

 5   please?

 6        CHERYL:  He's in, but he -- I'm not sure

 7   if he's in his office.  He might be in a

 8   meeting with Jim right now.

 9        CT:  Okay.  This is Charlie Thornton.  We

10   had a conference call this morning.

11        CHERYL:  Uh-huh.

12        CT:  He wanted me to call.  And I'm out

13   of Montgomery.  So if you could, please let

14   him know that I have called.  He told me to

15   call a little after 10:00.

16        CHERYL:  Uh-huh.

17        CT:  That's our time.

18        CHERYL;  Okay.  Let me just check first

19   and see if he's in his office; okay?  Hold

20   on, please.

21        CT:  Thank you.

22        CHERYL:  Uh-huh.

23              (on hold.)
```



DEFENDANT'S
EXHIBIT

tabbies

4

```
1              PHONE CALL TO KENT GASTINEAU
2       CT:  -- told me through Cheryl to give
3    you a call.  He didn't say why or anything,
4    but he told me to give you a call, so I'm
5    calling you.
6       KG:  Okay.  He told me this morning -- I
7    thought you -- He didn't say anything about
8    about me calling you or why, or he didn't say
9    anything about me being on a call with you.
10      CT:  Hmmm.
11      KG:  He told me that he didn't think he
12   was going to be able to get around --
13   (unintelligible)  -- He said there's a route
14   approved if you want to go to Anniston and
15   deliver their southwest route, which would be
16   the closest thing to here, and you would end
17   up -- (unintelligible)  -- close to your home
18   every day -- the closest way you could.  You
19   know, where he -- he has a -- he has that
20   available.  He doesn't think that he's going
21   to be able to do any finagling of getting the
22   route approved here.  He's going to work on
23   it, but he did not see -- (unintelligible) --
```

5

1    that the prognosis of it would be good.

2        CT:  Do you know where Anniston is

3    located?

4        KG:  Yes, I do.

5        CT:  That is -- Kent, that is just --

6    That's totally ridiculous.  I mean, there's

7    no way that I can do that.  There's just -- I

8    mean, you can see the point that I'm trying

9    to make?

10       KG:  I understand that.  Yes, sir, I

11   understand that.

12       CT:  Well, let me ask you -- Well, he

13   said that he was going to have to call me

14   back.  Kent, I don't know what to do, man.  I

15   mean -- uh -- I'm going to have to do

16   something.  I don't know, you know, as far as

17   your the truck payment, there's just -- I

18   mean, there's no way I can go to Anniston,

19   Alabama, and relocate.  I mean, what --

20   what -- what else -- what happened in this

21   situation?

22       KG:  Well, I -- I don't really understand

23   it.  I thought that we were approved for two

6

1    routes, but apparently we weren't.  We were

2    only approved for one route and somehow it

3    got -- (unintelligible) -- where you got a

4    vehicle, got a vehicle number then -- we got

5    the vehicle number and got it approved -- got

6    a number because he was called -- Chad was

7    called -- and somehow it got passed through

8    the system.  The vehicle number was issued.

9        CT:  What gets me about the whole thing,

10    nothing like this was ever told, you know, to

11    me.  It was like it was more of a paperwork

12    problem than anything.

13        KG:  Well, that's what it is.  That's

14    what it is.  It's a paperwork problem.  I

15    thought we were approved for two routes and

16    we were approved for one route.

17        CT:  Well, you know, when I first -- when

18    I first started, it was like there was two

19    routes available, possibly three, and we was

20    talking about East Montgomery, the Troy route

21    possibly available, and then Wetumpka.  And I

22    mean, now it's come down to this.

23        And, Kent, you know, I don't know -- I --

7

1    I don't -- I mean, there's a $40,000 vehicle
2    sitting out in my front yard.  I mean, I
3    don't -- you know, what I am going to do?  I
4    mean, Jeff or somebody up the line ought to
5    be trying to get in touch with me and say,
6    Charlie, this -- you know, hey, all we have
7    got is Anniston, Alabama.  Anniston, Alabama
8    is a long ways away.  You know --
9        KG:  Yes I do.
10       CT:  And there's just -- That is just
11   ludicrous.  I mean, they should be saying,
12   hey, we messed up.  And somebody -- I mean --
13   and we're going to do this and this and this.
14       Because, Kent, I mean, just between me
15   and you, man, this is detrimental to me.  I
16   mean, it really is.  And I mean, I'm not -- I
17   don't know -- I'm not -- I don't know who to
18   lay the blame on.  I don't know who to lay
19   the blame on.  But, man, this is just bad.  I
20   mean, it's like, you know, you're in the deep
21   end of the pool and you can't swim and you're
22   going down.
23       KG:  Yes.

1     CT:  But -- Well, Kent, I don't know,
2     man.  I'm going to have to -- I'm going to
3     have to do something and I -- I -- because
4     it's me.  I mean, Fed Ex, they just can't be
5     totally not responsible for some of this crap
6     that has happened.  Because I would have
7     never done it and you know that.  You
8     wouldn't do it.  Nobody else would do it.
9     But I don't know.  You know, he said he would
10    call back, but -- What happened to the
11    Wetumpka thing?  I mean, that was not a done
12    deal or -- you know, what was that?
13        KG:  Well, that's -- That's where
14    Pettaway's running two routes and a
15    supplemental every day.  And he worked to get
16    approved for a third route, but I'm not going
17    to give him a third route because he can't
18    turn his his book and maintenance in.  His
19    service isn't great, but he's -- but he's
20    running it.  And I wanted to take that
21    supplemental route away from him and turn
22    that into a new other contracted route.
23        CT:  Right.

1      KG:  Because there's not enough packages,

2   not enough stops in order to do that is what

3   he's told me now.  Back January, February --

4   Back in February when I was trying to get

5   approved, I told that Pettaway was going to

6   do supplemental every day, and that was my

7   plan, was to get another contractor person

8   out in that area; in other words, you.

9      CT:  Right.

10     KG:  But he said that there's not enough

11   packages.

12     CT:  What happened to that East

13   Montgomery deal, you know, out Pike Road and

14   Mathews and that area?

15     KG:  Pike Road and Matthews is on the

16   Fuller route.  I think he's got that.  The

17   116 route, which Brown had been taking care

18   of --

19     CT:  Right.

20     KG:  In February based on taking care of

21   it, I kept having service problems.  And Tina

22   has agreed to take that area plus all her

23   other stuff, because all her route -- because

1   she was able to get done early with 36116 so

2   she could get a full core zone, because she

3   wasn't getting her full core zone, because

4   she was getting done too early.  NOw she's

5   got the 116 area except for a small portion

6   she doesn't have, which Isaac has.  So that

7   area is covered at the current time.

8       Now with the package temp going south,

9   there will be a cutoff -- a problem again.

10      CT:  Well, Kent, you know, I don't know.

11  I -- I just -- I'm a nervous wreck.  I took

12  out insurance.  I took out health insurance

13  on me and my wife and my boys and when --

14  now, last week, I had to cancel that because

15  I couldn't even pay for that.

16      I mean, this is just -- this is -- And I

17  know I'm beating a dead horse by saying this,

18  but this is just -- this put me in a heck of

19  a position I've never been in in my life.  I

20  mean, I really don't.

21      Now I've got to deal with Chad at Stearns

22  about the truck and, you know, that goes back

23  on my credit, Kent.  I've got excellent

1  credit.  I mean, I do.  I mean, I have worked
2  all my life to try to have something.  I
3  thought that this would be something that I
4  could build toward and do a good job, be --
5  you know, strive to be one of the best guys
6  that you had, and now this -- I hope to the
7  good Lord nothing happens to me physically as
8  far as my health and this truck situation.  I
9  mean, I can't pay for the truck.  I just
10  cannot do it.  And it will destroy my credit.
11  I mean, I -- you know -- Well, I guess when
12  he calls me -- he said he was going to call
13  me back this afternoon.  I don't know what
14  the conference call is about so, apparently,
15  that fell through, too.  So I don't know.
16  But anyways, man --
17    KG:  He told me this morning -- He called
18  me at 8:30 this morning.  He told me that he
19  was going to meet with -- they were going to
20  discuss it some more and talk to some big
21  shots and -- (unintelligible) -- what they
22  could get done.
23    CT:  Well, you know, he ought to let them

1     know that Charlie Thornton has got the truck

2     and they just can't say, oh, well, Charlie,

3     you can go to Anniston.  That's not my home.

4     And Anniston, I would say, is probably two to

5     three hours away, you know, north of here.  I

6     mean, that -- that is just not logical.  I

7     mean, that is just -- I mean, it's like a,

8     well, Charlie could do this and it's a easy

9     thing, just get him -- that's it and that's

10    all we can do.  Now his butt is hung out to

11    dry.  But it's -- you know, it's -- I don't

12    know, Kent.  I just don't know.

13        Well, somebody up the ladder at Fed Ex

14    needs to call me and let me know what they

15    can do, because I have no options.  I mean --

16    other options to take than to get some advice

17    on what to do with this, because it's -- it's

18    bad.  It's just bad, bad.  Well, Kent, if you

19    hear anything, man, just let me know, please.

20        KG:  I'll be glad to let you know

21    something.

22        CT:  Thanks a lot.

23        KG:  (Unintelligible.)

13

```
 1          CT:  Okay.  Bye-bye.
 2               * * * * * * * * * * * * * *
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
1               PHONE CALL WITH RICHARD JEAN
2        Q. - Charlie Thornton
3        A. - Dick Jean
4        Q.   Now, Dick, I've got a situation that
5    I need to really discuss with somebody, and I
6    didn't know really which way to go with it.
7        A.   Are you currently a contractor?
8        Q.   Yes, sir.  Well, I tell you what.
9    Let -- If I may, if you will let me start
10   back from the beginning.
11       A.   Okay.  No problem.
12       Q.   I'll let you know where I'm coming
13   from.  Like I say, I'm in the Montgomery,
14   Alabama area.  And back in January, I was
15   interested in looking into the Fed Ex Home
16   Delivery side of the Fed Ex.
17       A.   Okay.
18       Q.   And I went to an informational
19   meeting --
20       A.   Okay.
21       Q.   -- with Stan Trott.
22       A.   Were you a contractor at that point
23   in time?
```

1    Q.    No, sir.  I was not.

2    A.    Okay.  All right.

3    Q.    And, you know, me and my wife both

4    went.  We was interested.  I knew there were

5    some things that I needed to, you know --

6    some hoops to jump through.

7    A.    Right.

8    Q.    And, you know, I completed all those.

9    I went through all the training and

10    everything.

11    Dick, I have got a $40,000 vehicle

12    sitting in my front yard right now -- Fed Ex

13    van.  I've been approved.  The route was

14    approved.  I've got my numbers and

15    everything.  And if you want me to get those,

16    I can do that real quick.  And I've been told

17    that there's no route for me now.

18    A.    What?

19    Q.    I've got a -- It's a bad situation.

20    A.    Did you ever sign a contract?

21    Q.    The -- Well, I -- I signed so many

22    things, Dick, I don't know what all I

23    actually signed.

```
1        A.    Okay.  Did they give you a copy of a
2    signed contract?
3        Q.    No, sir.
4        A.    Okay.
5        Q.    It's been a long, drawn-out
6    situation, and it's rocked on since January
7    and February.  They said with Stan leaving,
8    my papers --
9        A.    Okay.  Stan -- Stan was the manager
10   there?
11       Q.    Well, he was actually the ground
12   manager.  There was no --
13       A.    Are they co-located in one building?
14       Q.    Yes?
15       A.    Okay.  The reason I'm asking a lot of
16   questions, Charlie, is, number one, I don't
17   even handle the South, so I don't know how
18   you got my name.  I handle the West Coast.
19       Q.    Oh, really?
20       A.    That's neither here nor there.
21       Q.    Well, I'll tell you how I got your
22   name.  I had been trying to talk to a
23   gentleman by the name of Jeff White who
```

48

1    handles -- he's an engineer for this area.

2        A.    Okay.

3        Q.    And I have not been able to get any

4    information out of him as far as a contact --

5    being able to contact anyone above him.

6            And Chad Primus -- which you may know

7    Chad -- he's with Stearns Bank where my truck

8    is financed.

9        A.    Okay.  No.  I don't know him either.

10   Okay.  He just -- He's pretty upset with this

11   situation, too, and -- He called me this

12   morning saying that he had called, you know,

13   corporate office.  And he got your name

14   and -- is it Tim --

15       A.    Tim Edmonds.

16       Q.    -- yes, Tim Edmonds.

17       A.    Yes.  He's a director.

18       Q.    And he told me -- he said, Charlie,

19   both the guys are out of town right now but,

20   you know, if you can at least -- it will be a

21   contact point.  Maybe you could go from there

22   with it.

23       A.    Okay.  Have you spoken to anybody at

1    all in the past in Contractor Relations?

2        Q.   No, sir.  I have not.

3        A.   Okay.  All right.  All right.  So

4    here we are, you've got a $40,000 vehicle

5    sitting in your driveway.

6        Q.   Yes, sir.

7        A.   You're making payments on it.

8        Q.   Well, my first payment --

9        A.   About to?

10       Q.   Yes, sir.  The end of May.  $730.

11       A.   And the people in Montgomery,

12   Alabama, are telling you that they don't have

13   a route for you?

14       Q.   Yes, sir.

15       A.   Who is -- Who told you in Montgomery

16   that they don't have a route for you?

17       Q.   Well, I tell you, when I -- If I may,

18   I'll back up just a little bit.  When my

19   truck -- Well, let's go back to January.  I

20   was told in January that there was three

21   routes available.

22       A.   Who told you that?

23       Q.   Stan Trott.

50

```
 1        A.   Stan what?

 2        Q.   Trott.  He was the ground manager.

 3        A.   Stan Trott, manager?

 4        Q.   Yes.

 5        A.   I'm writing this down.

 6        Q.   I can understand.  And, you know,

 7   there was three routes -- And I know you

 8   don't know this area.  But there was a Troy

 9   route, Montgomery route, and a Wetumpka

10   route.  That's pretty much -- probably a

11   75-mile radius of Montgomery.

12        A.   Wetonka?

13        Q.   Wetumpka?

14        A.   How do you spell that?

15        Q.   W-E-T-U-M-P-K-A.  It's an Indian

16   name.

17        A.   Okay.  So those are the the three

18   routes?

19        Q.   Troy, Montgomery, and Wetumpka.

20        A.   Troy, Montgomery and --

21        Q.   Wetumpka.

22        A.   -- Wetumpka?

23        Q.   There you go.  And so, you know, I
```

1    said, hey, it looks good because, you know,

2    I --

3        A.    Did you tell them which one you

4    wanted or they tell you you could have any

5    one of the three or --

6        Q.    Well, to be honest with you, Dick, I

7    live in the -- I live very, very close to

8    Wetumpka.  It's on the outskirts of

9    Montgomery.

10       A.    Okay.

11       Q.    And I said, hey, that sounds great.

12   But it was -- it was not that I wouldn't take

13   any of the three, because they are not really

14   bad routes.

15       A.    Right.

16       Q.    But anyway, the situation rocked on.

17   I went to the training.

18       A.    Okay.  Now, where is this Stan Trott

19   now?

20       Q.    Okay.  He retired?

21       A.    Retired.

22       Q.    Yes, sir.  He had like 26, 27 years

23   with the company.

1      A.   Okay.

2      Q.   And he -- he retired.

3      A.   Okay.  All right.  So then what

4    happened?

5      Q.   And so, you know, I went in.  I had

6    done my background check, took my DOT

7    physical.  You know, I had to be able to

8    secure financing to be able to get a van.  I

9    mean -- You understand the qualifications.

10   And anyway, all that, you know, was put

11   together.  I went to Birmingham for a

12   eight-day training course with Omar Newman.

13     A.   Driver training?

14     Q.   Yes, sir.  You know, the safety

15   training.  And I came out of there.  I got

16   back to the terminal in Montgomery.

17     A.   That was when?

18     Q.   That was -- I tell you, let me get my

19   papers; okay?  Hold on one second.  I can

20   look at the dates.  Hold on one second.

21     A.   Sure.

22     Q.   Let's see.

23     A.   Hang on just one second.

1    Q.   Yes, sir.

2    A.   I'm in the middle of something.   I

3    just want to wrap it up.

4    Q.   Okay.  Let's see here.  My training

5    was January -- it started January the 24th.

6    So I spent four -- I spent four days of that

7    week and then four days of the next week in

8    Birmingham with Omar and -- let's see.  When

9    I -- when I came out of there --

10   A.   You passed?

11   Q.   Sir?

12   A.   You passed the class?

13   Q.   Oh, yes, sir.

14   A.   So now you've gone to this this QPDL

15   class.  You've taken a DOT physical and drug

16   screen.  You passed all that.  They did a

17   background check on you.  Did they tell you

18   that passed, too?

19   Q.   Yes, sir.  Everything passed.

20   A.   All right.  So you passed everything.

21   Did anybody tell you at any time to go out

22   and buy a truck?

23   Q.   No, I did not go out and buy a truck.

1    I did not do that.

2       A.    All right.  How did you end up with a

3    truck in your front yard?

4       Q.    Okay.  All my paperwork was going

5    through.  And when Stan -- Well, actually,

6    Stan left, and they got a new ground manager

7    in.  And then a fellow by the name of Kent

8    Gastineau came from Chattanooga, Tennessee

9    to, manage the Home Delivery side.  Well, I

10   knew that Fed Ex would not supply me a van

11   until -- everything was approved, a route was

12   approved --

13      A.    Right.

14      Q.    -- and everything.

15      A.    Okay.

16      Q.    So this thing rocked on for a long

17   time.  I had been in contact with the

18   terminal with Kent.  Chad promised that

19   Stearns Bank, which Chad -- you know, he

20   wanted to know what was taking so long, and

21   we was always told that the paperwork was

22   messed up; somebody didn't sign this or

23   somebody misplaced this and they had to get

55

1     it together, and they blamed it on Stan.

2          Well, I just, you know, give them the

3     benefit of the doubt.  I said, okay, no

4     problem; you know, that I would like this

5     thing to be rushed along, because I quit a

6     job to go to work and, you know, the sooner

7     the better.  So that's fine.  Well --

8     A.   Okay.  Is there a new senior manager

9     that came in to replace Stan Trott at Ground?

10    Q.   Yes, sir.  It's a lady.  I have

11    not -- I've never met her.  You know, I've

12    dealt basically with Kent.

13    A.   All right.

14    Q.   Kent Gastineau.

15    A.   All right.  Who was the manager at

16    Home Delivery prior to this Kent Gastineau?

17    Q.   Okay.  It was a gentleman by the name

18    of Joe McConnell.  He worked -- He actually

19    managed the Birmingham, Alabama terminal and

20    would go from Birmingham to Montgomery back

21    and forth to help Stan -- I guess to help

22    Stan out.  I'm just assuming that, you know.

23    But I -- that's --

1          A.    Okay.

2          Q.    -- the way I understood it.

3          A.    Nobody at any time told you that,

4     okay, everything is approved, go out and get

5     the truck?

6          Q.    The only thing that I was told was

7     that I would have to call Stearns Bank and

8     make sure that I could finance a truck.

9          A.    Okay.  Who told you that?

10          Q.    Well, I mean, it says it in the ad.

11     It says that you have got to be able to

12     secure financing on a van.  So I did not go

13     out, Dick, and say, hey -- You know, I knew

14     my credit was good.

15          A.    Right.

16          Q.    I did not go out and say, hey, you

17     know, I want to buy a van -- boom.  I didn't

18     do that.  Because like I said, I knew that

19     they would not -- I knew that Fed Ex would

20     not release the funds for a van or let me

21     purchase a van unless things were approved

22     and they issued a van number --

23          A.    Okay.

57

1       Q.    -- for the truck.

2             Well, after this thing rocked on for

3       several months, I get a call from Kent --

4       Kent Gastineau in the terminal in

5       Montgomery -- and he said that everything has

6       been approved, you'll be actually working the

7       Wetumpka/Elmore County area, which Wetumpka

8       is in Elmore County.  And Fed Ex has

9       released, you know, a number, a van number,

10      and I'm going to go ahead and e-mail that to

11      Stearns Bank and -- where we can get the

12      process going to get your van.

13            I said, okay.  You know, I want to

14      know for sure that I am going to be able --

15      you know, that's the route that I'm taking.

16      A.    Right.

17      Q.    And so I went in to --

18      A.    Do you have an approximate date where

19      all this stuff transpired where Kent said

20      it's all approved, Wetumpka is going to be

21      your route, and Elmore County, Fed Ex has

22      released the --

23      Q.    Yes, sir.  Yes, sir.  Approximate

58

1    date as far as -- Let me get my calendar.

2    Hold on one second.

3       A.   All right.

4       Q.   Okay.  I had went in to see Kent

5    around the last week of May.  Well, let's

6    see.

7       A.   Last week of May?

8       Q.   Well, not May.  It was -- that's --

9    This is the last week of May.  I meant to say

10   April.  Around the week of the 10th of April

11   to discuss it, because I knew that it would

12   take the truck about seven working days to be

13   delivered.

14      A.   All right.

15      Q.   And so I went in and discussed it

16   with him.  He showed me on the computer where

17   the route was, basically told me that the

18   core zone paid and everything about it.  And

19   he said that we would have to get on the

20   computer and sign the contract and go from

21   there.  He showed me on -- he gave me a --

22   I've even got a manifest that he had

23   highlighted in Elmore County showing me --

59

1    A.    But did he say -- When did he say he
2    needs to get on the computer to sign a
3    contract?
4    Q.    Well, we was going to do it that day
5    and he -- when he got on the computer, he
6    said it wouldn't let him access, you know,
7    the whatever he needed to access for me to
8    sign off.
9        Now, I had already, you know -- Since
10    Fed Ex had sent Stearns Bank the van number
11    and everything, Stearns turned around and
12    they sent me the paperwork, which I had to
13    sign that paperwork, get it notarized, and
14    also --
15    A.    What's the van number?
16    Q.    I'm not sure what the van number is
17    because I haven't even -- Let's see here.
18    I've got it written here.  It's 741311.
19    A.    Okay.
20    Q.    So I had to --
21    A.    Van number is 741311 to Stearns Bank.
22    Q.    Yes, sir.
23    A.    That was done by Kent?

1     Q.   That was -- Well, it was e-mailed

2    from, I guess, Corporate to Kent, and then

3    Kent e-mailed the number to Chad Primus at

4    Stearns Bank.

5     A.   Okay.  All right.  Okay.  So they do

6    that, and then Stearns Bank tells you that

7    they got a vehicle number, it's approved.

8     Q.   Yes.  Everything is approved.

9     A.   Send you the contract to sign.

10    Q.   Right.  And I had to -- you know, I

11   had to get insurance on the van.

12    A.   Pay cash or you lease the thing?

13    Q.   Yes.  I'm leasing it.  And I had to

14   get insurance on it and everything.

15    A.   All right.  Okay.  Now, I've got

16   basically all -- pretty much all the details.

17   What's going on now?

18    Q.   Okay.  I tell you, I have one other

19   thing you may want to jot down.  When Chad

20   called me this morning, he gave me a --

21    A.   Chad is with Stearns Bank?

22    Q.   Yes, sir, he is.  He gave me an

23   approval number that he got from someone at

61

1      Corporate and he also give me a work area

2      number.  Would that help you?

3          A.   Yes.  Hang on here.

4          Q.   It's an ID number?

5          A.   Approval number for the work area?

6          Q.   Okay.  The work area number he gave

7      me was 112-069.

8          A.   Okay.  What's the other number he

9      gave you?

10          Q.   I guess it is an approval number.  It

11      was 47793.  And that's when he told me to

12      give you a call.

13          A.   All right.  Okay.  Now, when is the

14      last time you spoke to Kent about what's

15      going on here?

16          Q.   Okay.  When he told me he could not

17      access the information in the computer.

18          A.   Which that was the week of April

19      10th?

20          Q.   That was -- Right.  Thereabout.  That

21      was on a --

22          A.   Okay.

23          Q.   -- on a Thursday, and I expected my

1    truck to be in the next Tuesday, which would

2    have been Tuesday two weeks ago.

3         And he told me, he said, well, I

4    can't access it; we will just -- we're going

5    to start you on that Tuesday when your truck

6    comes in.  We're hoping that it will come in

7    on Monday or Tuesday.  Well, the truck did

8    not come in until that Tuesday.

9    A.   Okay.  So Kent said he would start

10   you that --

11   Q.   Yes, the following week.

12   A.   Would have been somewhere around the

13   18th.

14   Q.   I'm assuming so, yes, because I --

15   you know, I didn't really write down the

16   dates, but I know it's -- it has been --

17   let's see -- counting this week, I have had

18   my truck now for two and a half weeks, I'm

19   pretty sure.

20   A.   Okay.

21   Q.   And --

22   A.   All right.  So, now, then what

23   happened?

1     Q.   Okay.  He claimed -- Well, he told

2    me, he said, don't worry about it.  He said,

3    I'll get everything straightened out and we

4    will get you up and going.  So, you know,

5    Kent seems like a nice guy and I'm pretty

6    sure he is, so I took him for his word.

7        Well, what transpired after that was:

8    I called Kent before the truck came in and I

9    asked him, I said, you know, can you do it?

10   Can you get -- have you been able to access

11   it?

12       No, I haven't been able to access it.

13   I don't know.  He said, you know, we have

14   changed some of the stuff on the scanner to

15   where we can uplink -- we don't have to come

16   into the terminal anymore -- and they are

17   doing some work on the computer.

18       I said, well, okay, I can understand

19   that.  So I -- you know, I just -- the next

20   week, I go on in and I get my truck, and we

21   do an inspection on the truck and I sign off

22   on that.

23       And he tells me, he said, Charlie,

64

```
1    what we will do is just -- we will start the
2    next week.
3        A.   Which would be when?
4        Q.   Sir?
5        A.   Which would be when?
6        Q.   Well, that would have been week
7    before last.  We would have started on
8    Tuesday because, you know, the week for Home
9    Delivery starts --
10       A.   That would be --
11       Q.   So that would have been --
12       A.   -- the 3rd of May.
13       Q.   Let's see.  Yes.  Been the 3rd --
14   yes, the 3rd of May.  Well, he told me that
15   we would sign off on everything on the 3rd,
16   wouldn't take, you know, just a very short
17   period of time to do that.
18            He told me, in the meantime, I needed
19   to go to the Elmore County sheriff's
20   Department and I needed to get a 911 map
21   directory.  So I went up there and purchased
22   that, which that was $25.  He said, that will
23   really help you in finding your locations
```

1      because it's kind of a rural route.  So I

2      went ahead and done that.  Well, I was set to

3      go.  You know, I've already got all my

4      uniforms and everything.

5          A.   Got you your uniforms, too?

6          Q.   Oh, yes.  I've got everything.  I got

7      a full tank of gas.  Man, I'm ready to roll.

8          A.   I can hear that.

9          Q.   On Monday -- and I'm really -- I was

10     really excited about it and I still want

11     to --

12         A.   This past Monday, the 16th?

13         Q.   No, sir.  It would have been --

14         A.   The 9th?

15         Q.   No.  It would have been Monday, the

16     2nd.  I was getting ready.  And about nine

17     o'clock Monday night, Kent calls me on his

18     way back from -- Well, actually, to be honest

19     with you, it was Monday, the 9th -- right --

20     because Mother's Day was on the 8th.  He was

21     on his way back.

22         A.   All right.  On the 10th, not the 3rd?

23         Q.   Yes, sir.  It would have been the

1     10th.

2          A.    All right.

3          Q.    Because he was on his way back from

4     Chattanooga going to see his mom because of

5     Mother's Day.  So he called me about nine

6     o'clock on that Monday night.  And he says,

7     Charlie -- and, Dick, as God is my witness,

8     he said this -- he said, I have messed up.

9               And I said, what do you mean, Kent?

10              He said, I messed some paperwork up;

11    I signed some things wrong; I submitted them;

12    and you can't start on Tuesday.  He said,

13    what I'm looking at doing, it should go

14    through and come back to me, and we are going

15    to start you on either Thursday -- Hopefully,

16    I'll get it on Thursday or Friday, which

17    would have been the 12th or the 13th.

18              So I'm thinking, here we go again

19    because I've heard this same story about

20    paperwork for several months.

21         A.    Right.

22         Q.    Now --

23         A.    Getting old now.

1          Q.    Yes.  So, you know, I say, okay, what

2     can I do?  There's nothing I really can do.

3          A.    Right.

4          Q.    So it rocks on.

5          A.    The 12th and 13th have gone by.  You

6     are still not there?

7          Q.    Yes, sir.

8          A.    What did he tell you on the 12th and

9     13th?

10          Q.    Well, it was still -- He had not

11     heard anything.  Very vague in his answers.

12     Well, so, the 12th and 13th rocked by.  And

13     then on Saturday, I called and that was

14     the -- let me see --

15          A.    The 14th?

16          Q.    Yes, sir.  That was the 14th.  And,

17     you know, I said, Kent, you've got to tell me

18     what's going on.  You know, I've got a $730

19     truck payment that has got to be made on the

20     25th of May and I just don't really know what

21     I am going to do.  I said, I -- you know, I

22     really don't know.

23               And he said, Charlie, I tell you

68

```
1     what.  He said, we've got a problem.  And he
2     sounded -- you know, he sounded really
3     nervous and kind of shaky about it.
4         A.   When was that payment due?
5         Q.   It's due on the 25th.
6         A.   Okay.
7         Q.   And he said, I want to tell you
8     something.  He said, I -- He said, I'll make
9     your truck -- this month's truck payment for
10    you.
11        And I said, well, that's not the
12    point, Kent.  I said, I need to go to work.
13    I said, I've been doing this now going on --
14    in June, it will be five months.  And I said,
15    it's taking a toll on me as far as
16    financially and everything.
17        Because really, Dick, what I was
18    looking at doing -- you know, I'm 48 years
19    old.  I was looking at starting something
20    from the ground up for basically my boys.
21    I've got four boys.
22        A.   Right.
23        Q.   And I wanted to build something for
```

69

1    their future.  I've got two sons that are

2    grown, but I have two that are not, and it

3    would be a good opportunity for them.

4        A.   Sure.

5        Q.   And he said, well -- He said, we've

6    got a problem.  He said, they should have

7    never approved your truck for you.

8             I said, what?

9        A.   Who, Stearns?

10       Q.   No.  Fed Ex.

11       A.   Oh.

12       Q.   Not Stearns.  I mean, Stearns, you

13   know --

14       A.   Why shouldn't they have approved the

15   truck?

16       Q.   Well, he was telling me that Jeff

17   White, which is the engineer for the

18   Montgomery area, told Kent that he blindsided

19   him with this route.  He's got eight routes

20   out of Montgomery.  And he wanted -- he

21   needed a ninth route.

22            Well, in my opinion or -- my thinking

23   was that they had three that was open and

1      Jeff pretty much told him that, look, there's

2      no route.  There's a guy running that

3      Elmore/Wetumpka route as a supplemental route

4      right now.

5             So I'm thinking, well, what's going

6      on with Troy and what's going on with the

7      Montgomery route?  And come to find out, the

8      Troy -- another young man is working Troy.

9      He's a contractor.

10            And then on the Montgomery route,

11     they have given that to another lady on top

12     of the route that she was already running.

13     So there's no routes.  And for some reason,

14     Kent was telling me all along that this

15     Wetumpka route -- and showing it to me

16     telling me what to do.

17     A.    How could --

18     Q.    I don't know.

19     A.    All right.  Okay.  So now where are

20     we?

21     Q.    Okay.  Where we are at now, I call

22     Jeff, and I said, Jeff, you know, you've got

23     to help me out here.  Something's got to

1    give.

2           He said, Charlie -- He, said there's

3    a fellow by the name of Pettaway that is

4    running that Wetumpka route, that he's

5    running it.  He said, I -- I can't get

6    something approved that's not there.

7           And I said, well, why wasn't this

8    told to me in the beginning?

9           He said, I'll tell you what I want

10   you to do.

11          Now, this transpired yesterday,

12   which -- what was yesterday, the 23rd?  I

13   talked to Jeff on the -- which was the 22nd,

14   which was this past Saturday.

15       A.   Uh-huh.

16       Q.   And he told me, I'm fixing to go into

17   a meeting.  I've got your --

18       A.   The 14th here?  We are not even up to

19   the 23rd.  We are not even up to the 23rd

20   yet.

21       Q.   Well, let's see.  The 14th -- Yes.

22   The 14th was Saturday; right?

23       A.   Yes.

```
1        Q.   Okay.  Yes, the 14th.  The 14th was
2    Saturday.  I said, I've got off the phone
3    with Kent and, you know, he has told me
4    that -- in a roundabout way that I don't have
5    a route.  I do not have a route.  And what he
6    has promised me and told me that I had and
7    he's submitted it and it got approved, it
8    doesn't exist.
9             And Jeff said, well, Charlie -- he
10   said, I have got your contract with Stearns
11   on your truck and I've got all your paperwork
12   in my hand, and I'm going into a meeting
13   around three o'clock.  He said, I will call
14   you back or I will have Kent call you back.
15            Well, I never heard anything from
16   anybody.  Finally, on -- let's see -- well,
17   he said this, too.  He said, I will --
18       A.   Deal with the situation?
19       Q.   Sir?
20       A.   Was he going into this meeting to
21   deal with your situation?
22       Q.   Apparently so, from the way it
23   sounded.  But he also told me -- He said, I
```

73

1    tell you one thing.  I want you to -- come

2    Monday morning, he said, 10:00, 10:15

3    Central Standard Time, I want you to call.

4    And he gave me a number.  He said, we are

5    going to have a conference call.  It's going

6    to be you and I, Kent, and -- he didn't name

7    anybody, but he said some guys from

8    corporate.

9         I said, that's great; I have no

10    problem with that.

11    A.   What time was this on Monday?

12    Q.   He told me to call them around 10:15

13    on Monday.

14    A.   Okay.  Conference call with Kent?

15    Q.   Yes.  I'm sorry.  Not on Monday, but

16    on Tuesday.

17    A.   Tuesday the 17th?

18    Q.   Yes, sir, the 17th.

19    A.   Yesterday?

20    Q.   Yes, sir.  Yes, sir.

21    A.   Okay.  Call me on a conference call

22    with Kent, Jeff --

23    Q.   And some guys from corporate.  You

1    know, he didn't call any names.

2        A.    So you called him.

3        Q.    I called him on Monday and he told me

4    to call him on Tuesday.

5        A.    Right.

6        Q.    And he asked me -- he said, did Kent

7    call you on Saturday?

8            I said, no, sir, he did not.   I

9    haven't heard from anybody.

10            He said, well, I called him Saturday

11    afternoon and I told him to contact you.

12            I said, well, you know, that's

13    neither here nor there; he didn't do it.

14            And he said, Charlie, this thing is

15    going to be near to impossible to approve.

16            I said, Jeff, I thought it was

17    already approved.   I said, you know,

18    everything -- I've got showing everything has

19    already been approved.

20            He said, well, that's -- That's when

21    he told me he wanted me to call and do the

22    conference call.

23            Well, I called at 10:15 yesterday

1    morning.

2         A.    Yes.

3         Q.    And I talked to a young lady by the

4    name of Carol.  And she said he was in a

5    meeting and that he would call me back

6    yesterday afternoon.  I never heard from him.

7         A.    That was Jeff; right?

8         Q.    Sir?

9         A.    That was Jeff?

10        Q.    Yes, sir.  So I got off the phone.  I

11   called Kent.  Kent pretty much told me the

12   same thing that he had already said on

13   Saturday, that they shouldn't have done it

14   or -- you know.

15             And so I just said, well, I need to

16   call Jeff back and make sure that he gives me

17   a call, because I have got to know what to

18   do.

19             Well, I told Kent while I had him on

20   the phone on Tuesday, he said -- he said, you

21   know, Charlie, I told you I was going to make

22   that truck payment for you.  He said, but you

23   know you got me in a lot of trouble.

1              I said, how did I get you in trouble?

2              He said, you told Jeff on Saturday

3        when you spoke to him that I said I would

4        make your truck payment.

5              I said, well, you know, Kent -- I

6        said, I was a little -- a little upset.  I

7        said, I'm looking at -- you know, I'm looking

8        at a big issue here with me and my family.  I

9        don't know how I'm going to make a $700 truck

10       payment.  And I -- you know, Kent -- I mean

11       Jeff on Saturday was not giving me any

12       straight answers.  And I said, I just told

13       him -- I said, well, I've got somebody that

14       will make this month's payment.  And I said,

15       it's Kent.

16             Well, Jeff called Kent and told him

17       that he couldn't do that because I was not an

18       employee.  But Kent still -- you know, he

19       still had -- insisted on making the payment.

20       He told me to send him the invoice for the

21       truck payment.  So that's what I have done.

22       I've mailed it to him.  But I have not heard

23       back from Jeff.

1       Chad at Stearns Bank, he has -- he's

2    talked to him, and Chad told him that if he

3    had to, that he would go over his head as far

4    as talking to someone because of -- Chad told

5    me he's never had a situation like this with

6    Fed Ex to where they have approved an

7    individual and there was nothing there, you

8    know, and they ship a truck and then the guy

9    does not have a job.

10    A.   Right.  He said he had never

11    experienced that before?

12    Q.   Chad said he has not experienced it.

13    A.   I haven't either.

14    Q.   And you know -- so I'm -- Dick, I'm

15    kind of in -- I'm in a pickle, man.  I --

16    A.   So where are we at?  This is where

17    we're at right now?

18    Q.   That's where we're at right now.  And

19    I told Kent back before all this came to a

20    head, he had some problems with the young man

21    that was running the Troy route.  And I even

22    told Kent at the time, I said, look, if you

23    can't nail him down -- because I think he was

1    having some problems financing a truck.  He

2    just didn't have -- They was asking for an

3    enormous down payment.  He didn't go through

4    Stearns Bank.  He went through somebody else.

5         I said, look, if Isaac cannot get

6    this van he needs, I will take the route.

7    You just let me know.  And I said, if I need

8    to check with Chad and see about getting a

9    sprinter van, I said, I'll do that.

10        And I even called Chad to ask him.

11   He said, well, you know, Fed Ex, they didn't

12   like to go with the sprinters anymore.

13        And I said, well, I just wanted to

14   see what we could do, because Troy is a rural

15   route.

16   A.   And what kind of truck do you have?

17   Q.   I've got a workhorse.

18   A.   Okay.  So P-500?

19   Q.   P-500, yes, sir.  And as a matter of

20   fact, the day I picked it up, I went down and

21   I had me a radio put in it, you know, to have

22   me something to listen to while I'm working.

23   And washed it up.  It looks good.

79

```
 1        A.    Brand new truck, ready to go?
 2        Q.    Brand new, ready to go, man.   It
 3    ain't got -- It's like dressed up and ain't
 4    got nowhere to go.  But it -- this is --
 5        A.    Got a little bit of a sense of humor,
 6    Charlie.
 7        Q.    Well, you know, I try to -- if I
 8    didn't have a sense of humor, Dick, I think I
 9    would just go crazy.
10        A.    Shot yourself there.
11        Q.    Because I mean, this is -- this is a
12    big thing.  If I -- I can't pay for the
13    truck.   I mean, if I'm going to spend 36, 37,
14    or whatever it's coming out to be -- close to
15    $40,000 on something, hey, I'll by me a bass
16    boat or a Harley Davidson or something.
17        A.    Something you can enjoy other than a
18    step van.
19        Q.    Right.  And this is just a terrible
20    thing.
21        A.    Okay.  I'm going to have to make a
22    few phone calls.  I'm not going to be able to
23    wave a magic wand.
```

80

```
1        Q.   Oh, I understand.

2        A.   There's definitely something wrong

3   here.  I'm going to get ahold of some people

4   higher up and find out just what's going on

5   here and get them involved.

6        Q.   Well, you know, one thing that -- and

7   I'm going to keep my cool.  I really am,

8   because I feel like you can accomplish a lot

9   more by doing that than being, you know --

10       A.   Oh, yes, if you lose it.

11       Q.   -- getting bent out of shape.  But I

12  would have thought that Jeff would have

13  called me back and said, hey, Charlie, this

14  is where we're at; you know, this is what we

15  need to do; or you need to contact this

16  person.

17       A.   Right.

18       Q.   Chad -- If you need to speak to Chad

19  Primus at Stearns Bank, I can give you his

20  phone number.  Or if --

21       A.   Let me have that.  Chad what?

22       Q.   It's Primus, P-R-I-M-U-S.

23       A.   Okay.  What's his phone number?
```

81

1        Q.    His phone number -- his toll free

2     number is 1 800 247-1922.

3        A.    Okay.

4        Q.    Because, Dick, in the process of them

5     saying the paperwork was missing and all,

6     Chad really went -- he really went to bat for

7     me, too, because he made phone calls.  He

8     called and said, hey, you know, when is this

9     thing going to be approved?  Or tell me about

10    the paperwork.  Because he said it was taking

11    a very, very abnormal long time to process

12    everything.

13       A.    Okay.

14       Q.    But I had even spoke to Joe

15    McConnell, you know, in Birmingham to see if

16    he couldn't get things moving.

17       A.    All right.  Let me -- Let me get on

18    this thing, Charlie.  I'm just going to

19    call -- First thing, I'll call Chad just to

20    reconfirm all this stuff --

21       Q.    Okay.  That's fine.

22       A.    -- and to get my ducks in a row.

23    Then I'm going to start moving up the chain

1    here.

2         Q.   Well, you know, Dick, I want to tell

3    you something.  I had a business in

4    Montgomery for nine years.  I had a -- one of

5    the top security companies in Montgomery and

6    I sold it to ADT.  And I can understand how

7    things work.  So, you know, I looked at --

8    when I looked at Fed Ex, I looked at the

9    opportunity and I looked at the future.

10        A.   Sure.

11        Q.   And I -- I still feel very strongly

12   in my heart that it would be a great thing

13   for me to give to my family, for them down

14   the road, an opportunity.  And so, you know,

15   I don't want to burn any bridges?

16        A.   I understand.  I understand.  I mean,

17   you've been wronged here at this point, from

18   what I can gather, and it needs to be --

19   fixed someway, somehow.  Whether they get you

20   out from underneath that truck until

21   something opens up somewhere down the line or

22   something.  But it needs to be right.

23        Q.   Well, one thing that -- Yesterday, I

1    was speaking to Kent.  And Kent said,

2    Charlie, they have a route available in

3    Anniston, Alabama.

4          I said, Kent.  Anniston, Alabama?

5          He said, yes.

6          Well, from where I live, Dick, to

7    Anniston, it's a good two-and-a-half,

8    three-hour drive one way.

9          I said, Kent -- I said, this is not

10   practical.

11   A.   Yes.

12   Q.   I mean, that's just not practical.

13   A.   I don't think that's an acceptable --

14   Q.   I said, I hate to say this, but --

15   but I said, it's just not a practical --

16   A.   I tell you what, Charlie.  It sounds

17   as though they did screw up, which that's

18   their problem.

19   Q.   Yes.

20   A.   But I -- I would -- I mean, if -- if

21   they got the truck out from underneath you

22   and then said, you know, next time that

23   something does become available in Birming--

```
 1        Q.    Montgomery.

 2        A.    -- Montgomery, you would be in line,

 3     would that satisfy you to a certain extent?

 4        Q.    Well, I tell you -- Well, it would,

 5     Dick.  But, you know, the thing about it is,

 6     I have -- it's been -- I have not been

 7     employed for five months.

 8        A.    Right.

 9        Q.    And I -- I believed in what these

10     guys were telling me.  And I said, well, hey,

11     I'm going to give them the benefit of the

12     doubt and -- because this thing is going to

13     break loose and everything is going to be

14     well and good.

15        A.    Right.  I mean, I'm just throwing

16     things out here because they either have the

17     work area -- realistically, they either have

18     a work area or they don't.

19        Q.    Right.

20        A.    If they don't and they just create

21     one, that -- that's just going to hurt

22     everybody.  Because then, you know, you're

23     not going to make enough settlement to cover
```

1    your costs and it will affect the other

2    contractors that they take work area away

3    from.

4        Q.   Let me ask you a question maybe you

5    can answer, because I'm puzzled with it.   In

6    the beginning when they said there was three

7    areas open --

8        A.   Yes.

9        Q.   -- why did they fill those areas?

10       A.   I have no idea.

11       Q.   Or, you know, at least two of the

12   areas with -- with contractors that was

13   already working?  You know --

14       A.   Need a crystal ball on that one,

15   Charlie.

16       Q.   Oh, yes.  I know.

17       A.   Haven't a clue.  I don't know how

18   somebody can say something like that and

19   then, all of a sudden, when there was three,

20   there are none.

21       Q.   Well, Dick, if you could help me,

22   man, I would really appreciate it.

23       A.   Let me get started on this and I'll

86

```
 1    get back to you.
 2         Q.   Okay.  Thank you so much.
 3         A.   All right, sir.  You take care.
 4         Q.   Have a great day.
 5         A.   You, too.  Bye-bye.
 6              * * * * * * * * * * * * * *
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```