# Exhibit 11

From:
To: Kent Gastineau/FIELD/FXG@FXG
cc: Greg P Squeri/FIELD/FXG@FXG
Date: Thursday, April 28, 2005 07:55AM
Subject: New Van Delivery - Workhorse

Terminal     -  QMTG/3361
Contractor   -  CHARLIE THORNTON
Contractor#  -  ??

We have dispatched one (1) P-500 WORKHORSE unit #741311. This unit is will be delivered to your terminal by 05/03/05. Full payment has been received. This unit is approved to be released to the contractor.

Upon delivery make a joint inspection of the vehicle with the delivery driver using a M-116. Note any vehicle damage or problems on the delivery receipt. This is very important if we are to make claims to the delivery company. Be sur to check to see if you have an owner's manual with the vehicle.

Leasing and temp tags issued can be directed to the Contractor Settlement Dept. - Diane Shea, ext 2570.

For any existing contractor changing units, a SET031H - eForm will need to be completed and forwarded to Jason Kaczmarek in the Settlement Department ext 2060.

RETIRE #

Lori Beymer
Vehicle Maintenance - TSM Administrator II
Phone: 412-859-5046
  Fax: 412-262-6246
email: Lori.Beymer@fedex.com

FXG 0000-69