Exhibit 12

1

```
 1                        HISTORY
 2        CHARLIE THORNTON:  I am recording the
 3   events that have taken place with Fed Ex
 4   while trying to become a contractor/driver
 5   for them out of the Montgomery terminal.
 6        Back in January of 2005, I come across an
 7   ad in the Montgomery Advertiser where Fed Ex
 8   was advertising for driver contractors for
 9   the Montgomery terminal, and they had a
10   informational meeting that was to be held at
11   the Holiday Inn I-85 in Montgomery.  And if
12   you was interested, you know, you were to
13   come, and it was to give you the information
14   and background for the job with Fed Ex.
15        At that time, I discussed it with my
16   wife, Debbie, and we decided to go to the
17   meeting.  It was to begin at 6:00 p.m..  I'm
18   really not sure of the day.  I did not write
19   the date down, but we got there a little
20   early, and the meeting actually started about
21   a quarter after 6:00.  The gentleman by the
22   name of Stan Trott held the meeting.  There
23   was probably -- oh, probably 15 to 25 people
```



DEFENDANT'S EXHIBIT 2

30

```
 1          So we went into the -- We did not go into
 2     the terminal.  We went in -- Well, yes.  We
 3     was in the terminal but we was not in the
 4     office.  We was out there where the loading
 5     area, the dock area is at.  And we got on the
 6     PC out there and, at that time, he said,
 7     well, there must be something wrong because I
 8     can't get on.  I can't get on the -- you
 9     know, into the area that I need -- the page
10     that I need to get on.
11          He said, what I will do is -- he said,
12     well, the reason -- He said the reason why he
13     couldn't get on was because they had been
14     doing some work on the computers because of
15     the uplink on the scanner.  The scanner that
16     scans the packages, they had updated some
17     stuff on it.  And he said that's probably
18     what it was.
19          So I -- you know, I -- I said, hey,
20     that's -- that's no problem, I understand.
21          And so he said, what I will do is, as
22     soon as it comes up, I'll give you a call and
23     you can come back in and sign off.
```

39

```
1    want to call Kent and tell Kent and he can
2    call me, that will be fine.
3         He said, I'll do that.  So -- He said,
4    I'll do it as soon as I get out of the
5    meeting.
6         So Saturday, I did not hear anything
7    whatsoever.  So I said, I don't know what to
8    think.
9         Well, I waited until Monday, which was
10   the 16th, and I waited until early afternoon
11   and -- because I was giving them the benefit
12   of the doubt.  I had already given them the
13   benefit of the doubt to the point to where it
14   was just totally ridiculous.
15        So I called Kent that afternoon, on
16   Monday the 16th, and I said, Kent, what --
17   what is going on?
18        And he said, Charlie, there's no routes
19   available; they did not approve the route;
20   they messed up the truck -- this, that and
21   another.
22        And I said, what is -- what -- what do
23   you mean?  Because he was not speaking in --
```

44

1   what about -- what about the routes that was
2   supposedly open?  You had the Wetumpka route
3   which you had already set me up for.  I asked
4   him about the Montgomery route.
5        He said they had give that to another
6   contractor that already had a route.
7        And then I knew all along that Isaac had
8   the Troy route.  So all the routes that was
9   told to me back in January that were open,
10  they had filled them.  So he was telling me
11  that there was no routes available for me.
12  And I was stuck with a truck but they had
13  approved me for the Wetumpka route.  And I
14  was -- I was just -- I was pretty upset.  I
15  really was.
16       So at that time, that Tuesday, I decided
17  to contact Andy, the attorney, and ask for
18  advice.  Because I was really concerned about
19  my truck payment.  I didn't know what to do.
20  I had -- I called Chad and told Chad what the
21  situation was -- at Stearns Bank.  He was
22  upset.  He called Jeff White and he told me
23  that he could not -- he couldn't get a