# Exhibit 15





Contract # ▓▓▓▓▓▓

# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS that **Charlie Edward Thornton Sr** with offices in **75 Pine Ct Millbrook AL 36054** ("Seller") for and in consideration for the sum of **$35,763.30** and other good and valuable consideration paid to it by **Daniel Wayne Goode** ("buyer") with offices at **1700 Green Brier Dear Road, Apt 808 Anniston AL 36207** has granted, bargained, sold, conveyed, transferred, assigned, and delivered; and by these presents does grant, bargain, sell, convey, transfer, assign and deliver unto Buyer, its successor and assigns, all of its right, title and interest in that certain equipment listed below, and all such equipment is sold on an as is, where is basis with Seller making no warranty as to the condition or performance of the Equipment.

**Description of Equipment:**

1 - NEW 2005 WORKHORSE PARCEL VAN MODEL: P-500/P31042 VIN: 5B4KP42Y953400830

TO HAVE AND TO HOLD all and singular the equipment by these presents bargained, sold, and confirmed unto the Buyer, its successors and assigns, forever.

Seller hereby warrants its right to convey title, and warrants by execution and delivery hereof that Seller does hereby convey to Buyer good and marketable title to the equipment free from any lien or encumbrance whatsoever.

IN WITNESS WHEREOF, the Seller has caused this to be executed as of the 25th day of _May_ 2005

By: _[signature]_

Its: _Owner/Lessor_

**DEFENDANT'S EXHIBIT AAA**

500 13th Street • P.O. Box 750 • Albany MN 56307 • PH: 800.247.1922 • Fax: 800.201.7102

Stearns Bank NA          500 13th Street, PO Box 750,   Albany, MN 56307
Equipment Finance Division

# FAX

Date: 3-16-06

Number of pages including cover sheet: 2

To: Law Offices of Jay Lewis LLC
Attn: Andy Nelms

Phone:
Fax phone: (334) 832-4390
CC:

From: Jason M Iverson
Credit Supervisor

Phone:     1-800-247-1922 ext 163
Fax phone: 320-845-4982
E-Mail:    jasoni@stearns-bank.com

REMARKS:  ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please comment

The information contained in this fax is confidential information intended for the specified use of the identified party only. If you have received this fax in error, please notify us immediately at (1800-247-1922) or fax (800-201-7102) and destroy the faxed information.

This would be all I can release to Charlie in regards to Mr. Gooder's account. I hope this helps.....