Exhibit 18




STEARNS Bank

500 13th STREET • PO BOX 750 • ALBANY, MN 56307
Phone: 1-800-247-1922 • Fax: 1-320-845-4982

455-1/1-455
CHARLIE EDWARD THORNTON SR
75 PINE CT
MILLBROOK AL  36054-5052

| INVOICE DATE | INVOICE NUMBER | TOTAL AMOUNT DUE |
|---|---|---|
| 04/30/2005 | 929855 | |

| CONTRACT NUMBERS | AMOUNT ENCLOSED |
|---|---|
| 001-1142360-001 | 730.00 |

☐ PLEASE CHECK BOX FOR ADDRESS CORRECTION AND NOTE CHANGES ON REVERSE SIDE.

**PLEASE MAKE CHECKS PAYABLE AND REMIT TO:**

STEARNS BANK N.A.
500 13TH STREET
P.O. BOX 750
ALBANY, MN 56307-0750



DEFENDANT'S EXHIBIT
M

KG 0000-01

Kent per our conversation on Tuesday about my truck payment here is the invoice, the payment is due on the 25 of May, Kent I hope and pray that some way this will come to a positive end, I have worked very hard as I feel you have to too always do the right thing, I was really looking forward to working with FEDEX and you and if things don't work out it is going to be very hard on me and my family it already has. But I felt that I could give to gain alot but now its got past that point. If there is anyway or anything you can do to keep me from going under I want to thank you please tell your wife thankyou and again thanks Kent and God bless

Charlie Thornton

5-19-05

KG 0000-02



KG 0000-03