IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDEX GROUND PACKAGE SYSTEM, )<br>INC., )<br>)<br>Defendant. ) | CASE NO. 2:05-cv-656-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #26) filed on April 18, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on May 10, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 3, 2006. The defendant may file a reply brief on or before May 10, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 20th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE