UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:05cv00656 DRB |
| ) | |
| FEDEX GROUND PACKAGE ) | |
| SYSTEM, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through his counsel and reporting to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At present, it appears that settlement will not be possible; however the parties continue to negotiate. The parties do believe that mediation will assist them in resolving this case. Therefore, the parties request mediation before a judicial officer.

Submitted this the _27th_ day of April, 2006.

      s/K. ANDERSON NELMS
      K. ANDERSON NELMS
      P.O. Box 5059
      Montgomery, AL 36103
      Phone: (334) 263-7733
      Fax: (334) 832-4390
      andynelms@jaylewislaw.com
      ASB-6972-E63K
      Counsel for Plaintiff

OF COUNSEL:

THE LAW OFFICES OF JAY LEWIS, L.L.C.
847 S. Lawrence Street
Montgomery, AL 36104
(334) 263-7733
(334) 832-4390

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing on the following parties and/or counsel by ECMF, or by hand delivery on this_27th_ day of April, 2006.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

                                  s/K. ANDERSON NELMS
                                  K. ANDERSON NELMS
                                  P.O. Box 5059
                                  Montgomery, AL 36103
                                  Phone: (334) 263-7733
                                  Fax: (334) 832-4390
                                  andynelms@jaylewislaw.com
                                  ASB-6972-E63K
                                  Counsel for Plaintiff