UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 2:05cv00656-MEF-DRB |
| | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) |
| | ) |
|    Defendant. | ) |

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff respectfully requesting an extension of time to respond to Defendant's Motion for Summary Judgment stating as follows:

Defendant filed a Motion for Summary Judgment on April 18, 2006 (Ct. Doc #26) with attached Memorandum. (Ct. Doc #28). The Court entered an Order on April 20, 2006 (Ct. Doc #29) ordering the plaintiff to respond to defendant's motion by May 3, 2006. At present the parties have discussed the possibility of settlement and have filed the Notice of Face to Face Settlement Conference and Mediation Notice. (Ct. Doc # 30). The parties agree that settlement is possible. The parties have agreed to mediation and are in the process of coordinating with the Magistrate for possible dates in the near future to schedule a mediation. Counsel for the parties have discussed the need to extend the date for responses and submissions related to the Motion for Summary Judgment. The parties are in agreement regarding an extension of time.

For this reason, Plaintiff respectfully requests this Honorable Court to extend the time for responses until May 19, 2006 with a prevailing hope that this case will be settled before that time.

RESPECTFULLY submitted this the _27th_ day of April, 2006.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

OF COUNSEL:

THE LAW OFFICES OF JAY LEWIS, L.L.C.
847 S. Lawrence Street
Montgomery, AL 36104
(334) 263-7733
(334) 832-4390

## CERTIFICATE OF SERVICE

  I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_27th_ day of April, 2006.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff
