IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDEX GROUND PACKAGE SYSTEM, )<br>INC., )<br>)<br>Defendant. ) | CASE NO. 2:05-cv-656-MEF |

# **O R D E R**

Upon consideration of the Plaintiff's Request for Extension of Time to Respond to Motion for Summary Judgment (#32), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that defendant's Motion for Summary Judgment (Doc. #26) filed on April 18, 2006, be submitted without oral argument on May 26, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 19, 2006. The defendant may file a reply brief on or before May 26, 2006.

*The parties are advised that given the large number of cases set for trial and pretrial on the same date as this case and the large number of summary judgment motions pending before this court, further extensions of time are not likely to be granted absent exceptional circumstances. Moreover, the extension of time requested and sought will make it less likely that the court will have adequate time to address the motion for summary judgment prior to the pretrial.*

*The parties are further advised that if they electronically file exhibits in support of*

*or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

    DONE this the 28th day of April, 2006.

                                         /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE