# EXHIBIT 1 (A)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

---

Page 161

1  Dairy Fresh, Farmers Ranch and Health,
2  because this guy had called and left his
3  number, and he's -- he could see from my
4  resume where I had sold insurance.
5      Q.   Yes.
6      A.   But because of this situation,
7  my insurance, I've lost my insurance
8  license, and I told -- you know, I spoke
9  to him, and I told him I can't do that
10  now.  I'd have to go back and retest and
11  everything.
12      And then this is the meeting
13  that I went to on the 12th.  And I don't
14  know -- okay.  This is -- well, this was
15  DHL.
16      Q.   So, this was the meeting you
17  went to in connection with getting a job
18  at DHL?
19      A.   Yeah, I assume it is.
20      Q.   Okay.  By the way, I looked
21  further at the W-2, the best I could read
22  it.  It looks like you might have been
23  working for one of the contractors for

Page 162

1  DHL rather than for DHL?
2      A.   They are contractors.
3      Q.   Okay.  So, they have a similar
4  situation to FedEx, their drivers are
5  independent contractors, and then those
6  contractors can hire employees to work
7  for them?
8      A.   No, sir.  It's -- it's
9  different from that.  What it is --
10      Q.   Well, who were you working for
11  is what I'm asking you?
12      A.   Well, I was working -- I guess
13  you would say it's Ozark Delivery.  He's
14  a franchise.  The guy -- an individual
15  purchases a franchise, and that's the way
16  DHL works, and then they work under the
17  DHL umbrella.  Everything is labeled DHL.
18  It was actually Ozark Delivery Service or
19  something like that.  But it's not like a
20  driver.  He was not a driver.
21      Q.   I understand.  All right.
22      MR. NELMS:  Just so I
23  understand.  SO, you were an employee of

Page 163

1  Ozark.  Ozark was a franchisor of or
2  franchisee of --
3      A.   DHL.
4      MR. NELMS:  -- DHL.
5      MR. SPOTSWOOD:  We've got
6  three or four pages on this one, and we
7  might want to make a quick copy of this
8  so you can follow along with me.
9      (Off-the-record discussion.)
10      (Whereupon, Defendant's
11      Exhibit W was marked for
12      identification.)
13      Q.   (BY MR. SPOTSWOOD:)  I'm
14  looking at Exhibit W, Mr. Thornton, which
15  is four pages of handwritten notes, I
16  think, that are in your handwriting,
17  correct?
18      A.   Yes, sir.
19      Q.   Okay.  At the top of the first
20  page, can you tell me what that's about,
21  that reference to Curtis and just copay?
22      A.   Yes, that was an individual at
23  Mega Life and Health where I put an

Page 164

1  inquiry in as far as receiving health
2  insurance through Mega Life.  That was
3  the individual I contacted.  And it says
4  tonight or Friday.  That was a time that
5  they had available that they could come
6  set -- visit with me and the wife as far
7  as doing the insurance.
8      Q.   Okay.  That was a health
9  insurance policy that you were going
10  to --
11      A.   We took it out.
12      Q.   -- consider or took out?
13      A.   Yes, that's right.
14      Q.   All right.  What's the next
15  sentence?
16      A.   Willie Durham?
17      Q.   Yes.
18      A.   Willie -- Willie Durham is the
19  agent that my wife actually works for who
20  owns the State Farm franchise.
21      Q.   Yes.
22      A.   He had called me on that day
23  to offer me the job as far as an agent

41 (Pages 161 to 164)

Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 165

1  working for him.  Well, at that time I
2  had bigger and brighter plans, and that's
3  when I recommended my wife to him.
4      Q.  Okay.  And then underneath
5  here we have Alfa, bi-monthly and then
6  have some --
7      A.  That's just basically
8  information from Alfa on health
9  insurance.
10     Q.  And then the next entry here?
11     A.  That was my van number.  It
12  says Workhorse truck.  And that was the
13  cost of the Workhorse van, and 72 months
14  down payment or down, and I don't know
15  what those figures are.  But, anyway, it
16  figures up to be what the -- I was going
17  to be paying per month and all that good
18  stuff.
19     Q.  All right.  And then I see
20  some figures on the bottom here about Tim
21  Edmunds and contractor relations.  This
22  is -- this was, I take it, late in the
23  game when you were in the process of

Page 166

1  trying to figure out what your situation
2  was with the van, correct?
3      A.  Well, it says talk to -- I
4  talked to him on 5/18.  I -- yes.  It was
5  around the 18th of May, and then he gave
6  me my -- that's when I got my -- the ID
7  number and my work area number.
8      Q.  And as I recall, we're talking
9  about Richard Gene.  It's written down
10  here.  I don't know how -- which is the
11  correct spelling, but your conversation
12  with Richard Gene.  You actually had more
13  than one was -- we have it as J-E-A-N,
14  and you have it here as G-E-N-E, correct?
15     A.  Well, I may be -- I may be
16  wrong.
17     Q.  I don't know which one of us
18  is correct on that.
19     A.  I don't know.
20         MR. NELMS:  You both may be
21  wrong.
22     A.  That's true.
23     Q.  And you would have recorded

Page 167

1  this conversation with Richard Gene,
2  correct?
3      A.  I assume that I -- I know I
4  recorded a conversation with Mr. Gene.
5      Q.  From the looks of the
6  transcript, you left a message.  I'm
7  looking at Exhibit R.  It looks like you
8  left a message for him, and then he
9  called you back, and your actual phone
10  call with Mr. Gene is found on page 45 of
11  that transcript.  I'm sorry.  41 -- no,
12  45.  That's correct.
13     A.  (Examining document.)
14     Q.  Does that look right?
15     A.  Yes, sir.
16     Q.  And then your note here, it
17  says talk to on 5/18/05, so would it
18  be -- would that help us figure out that
19  this conversation that was recorded
20  happened on 5/18/05?
21     A.  Yes, sir.  That's my
22  handwriting.  I put that down.
23     Q.  All right.  And you don't

Page 168

1  recall, do you, any other conversation
2  other than the one conversation you had
3  with Mr. Gene or -- actually there's
4  another one reflected on the tape here.
5  It's Richard Gene 131.  Let me see if you
6  actually spoke with him then.  I saw a -- I
7  do see in the transcript that you had a
8  relatively short conversation with him on
9  pages 131 and 133.  This is the third
10  entry here -- and you do say these calls
11  were made on the 19th of May, so I take
12  it --
13     A.  Well, this -- the particular
14  time I took these notes here, they were
15  made on the 18th.
16     Q.  Right.
17     A.  5/18.
18     Q.  And I think there was a long
19  conversation on one occasion?
20     A.  Apparently so, yes, sir.
21     Q.  And then you called him back?
22     A.  Yes, sir.
23     Q.  And -- or you left him a

Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 169

1  message, he or one of the two of you.
2  No, you reached him. Well, actually, no,
3  it looks like you left him a message.
4  That's what you did on that time.
5        So, maybe that was the only
6  occasion, according to those transcripts,
7  that you actually talked to Gene was that
8  one time. You left him two messages. Do
9  you have any recollection of talking to
10 him more than once personally?
11       A.   No, sir, I don't. I know I
12 spoke to him -- I know I spoke to him. I
13 don't know --
14       Q.   And this note reflects, then,
15 that would have been on the 18th of May?
16       A.   Yes, sir.
17       Q.   All right. Do you know what
18 work area is defined by these numbers on
19 this sheet, 112-069?
20       A.   No, sir, I do not.
21       Q.   And then the top of page two
22 of Exhibit W, we have referenced a truck,
23 668 -- truck insurance, 668. Was that

Page 170

1  how much your truck insurance was per
2  year?
3        A.   I -- well, I'm not really
4  sure. It may be a -- it's possible. I'm
5  not really sure. I know it says truck
6  insurance $668.
7        Q.   Okay.
8        A.   I'd have to look at the
9  policy.
10       Q.   All right. And then I see
11 reference to your lawyers here. I know
12 who they are.
13       A.   Yes.
14       Q.   Who is Patrick Hale?
15       A.   He was an attorney that
16 recommended Andy.
17       Q.   And then down below that I see
18 Jeff White. Who is Jeff White?
19       A.   That, I assume, is the -- he's
20 either an engineer with FedEx or Kent's
21 boss. I'm not really sure.
22       Q.   And is that -- is -- the very
23 first conversation recorded on Exhibit R

Page 171

1  is listed as a phone call to Jeff White,
2  and you -- actually, it doesn't look like
3  you spoke to Jeff. You spoke to somebody
4  by the name of Cheryl and left a message
5  for Jeff.
6        A.   You mean Exhibit O?
7        Q.   Yes, just looking at the first
8  two pages of that.
9        A.   Oh, yes. I see. I know you
10 said R. I was looking for R.
11       Q.   Oh, yeah. Sorry about that.
12       A.   Yes. That's correct. I
13 assume Cheryl was the office or someone.
14       Q.   Do you recall speaking to Jeff
15 White?
16       A.   Oh, sure, I spoke to Jeff
17 White maybe a couple of occasions.
18       Q.   And what did you talk to Jeff
19 about?
20       A.   I don't recall. I'd have to
21 go back to the transcripts to look in
22 there.
23       Q.   I don't see any recorded

Page 172

1  conversations with Jeff White.
2        A.   I know on one occasion I spoke
3  to Jeff. This was the Saturday -- I
4  don't recall the date, but the Saturday
5  of the week I was supposed to start work
6  and because I was wanting to know what
7  was going on, and he said at that time he
8  was going into a meeting and he had all
9  of my paper -- all of my paperwork into
10 the meeting, and he would get back in
11 touch with me the following week. And I
12 never heard from him.
13       Q.   And is that what prompted you
14 to call him on this occasion where you
15 recorded the effort to reach him?
16       A.   It may be that -- possible
17 that that's it.
18       Q.   Okay.
19       A.   But I -- because I know before
20 I recorded these I had had conversations
21 with Jeff to find out what was going on.
22       Q.   Okay.
23       A.   Because I didn't know what to

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 173

1  do. I didn't know what to do.
2      Q.   And you have some notes down
3  here underneath the Jeff White phone
4  number on this Exhibit W, page two. Were
5  those the things that you were going to
6  tell him about if you reached him, is
7  that sort of your outline of topics?
8      A.   It may have been. It may have
9  been. Or I know it was some things I put
10 down on paper pertaining to the
11 situation.
12     Q.   And then below those we have
13 this note: "Spoke to Omar Newman on the
14 20th. Jim French, regional director."
15 Was that the 20th of May?
16     A.   It would have been.
17     Q.   And do I understand from this
18 that he told you to contact Jim French, a
19 regional director, or --
20     A.   Yes.
21     Q.   Did you do that?
22     A.   I believe I tried. I'm -- I
23 really don't remember if I had a

Page 174

1  conversation with Jim or not.
2      Q.   I don't see any transcript of
3  it. I'll say that.
4      A.   Okay. But it's possible that
5  I left a message for him to call, and I
6  never heard from him.
7      Q.   And these other transcripts do
8  reflect when you left messages, so I
9  guess you just didn't record that, if, in
10 fact, you called him?
11     A.   If I would have heard from
12 him, I would have recorded it.
13     Q.   All right. And would you have
14 recorded it if you had left him a message
15 on or after the time you started making
16 these conversations, recordings?
17     A.   Ask that again.
18     Q.   That was a pretty botched up
19 question.
20     A.   Oh, that's fine.
21     Q.   If you had called him on or
22 after the dates when you started making
23 these recordings --

Page 175

1      A.   Yes.
2      Q.   -- would you have recorded the
3  fact that you called him and left him a
4  message?
5      A.   I would have -- yes, I would
6  have. If I would have had a number, I
7  don't -- I don't -- Omar may have -- I
8  really don't think I had a number for
9  Jim. I think Omar was going to have him
10 call me, if I recall correctly. If I had
11 had a number for him and would have
12 called, I would have definitely have
13 recorded it because I may have got him on
14 the phone.
15     Q.   All right. And then on the
16 top of the next page we have an address
17 1015 Seaton Court, Montgomery, 36116. Is
18 that Kent's home address?
19     A.   It may be. I'm --
20     Q.   I recall from the transcript
21 that you -- that you asked him what his
22 home address was.
23     A.   Okay. Yes. I remember now.

Page 176

1  Yes. Yes.
2      Q.   Okay. So, this is what you
3  were writing down while you were on the
4  phone with him recording the
5  conversation?
6      A.   Yes.
7      Q.   Okay. And then underneath
8  that it says letter to Kent and then --
9  that's number one, and then two, Jeff. I
10 understand letter to Kent. What does
11 two, Jeff mean. Paren two, Jeff?
12     A.   This was pertaining to my
13 truck payment.
14     Q.   Okay.
15     A.   I remember that. And --
16     Q.   Jeff White then, is that who
17 you're referring to there?
18     A.   Yes. Yes.
19     Q.   And that was kind of the
20 action plan, you were going to write a
21 letter to Kent, and then you were also
22 going to get in touch with Jeff?
23     A.   Well, I -- yes.

44 (Pages 173 to 176)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 177

1  Q. If you want to explain, I'm
2  interested in it.
3  A. No, I'll wait for a question.
4  Q. Okay. Then to the right it
5  says make a case, paren, write it out,
6  close paren, history and present. What
7  does that refer to?
8  A. That was some notes I was just
9  writing when I was -- after I talked to
10  Andy.
11  Q. Oh, okay. Then, underneath
12  that we have route given to -- I'm having
13  a little trouble reading this?
14  A. Yes.
15  Q. Could you decipher that for
16  me?
17  A. Yes. It says given -- says
18  route given to Tina. That's the
19  Montgomery route. That's 36116. Isaac,
20  which was training for Troy, he accepted
21  that. When I was there, he didn't know
22  if he was going to take it, and Kent
23  didn't know if he wanted him to have it.

Page 178

1  And then Wetumpka, the Elmore/Wetumpka
2  route that I was -- well, actually it was
3  given to Pettaway. I don't even remember
4  Pettaway's first name.
5  Q. Okay. And then the next thing
6  you have written down here is advertise
7  to sell truck?
8  A. Right. That was something
9  that Andy told me I needed to do, which I
10  understood that I had to start some type
11  of advertisement. How are you going to
12  sell a FedEx truck, though? But that was
13  just a note.
14  Q. And you wrote down two year
15  contract?
16  A. Right. That was pertaining to
17  the conversation with Kent.
18  Q. All right. And then we've got
19  a one -- I can't tell if --
20  A. 1-800 or -- I don't know what
21  that number is.
22  Q. All right. Do you know who it
23  is or --

Page 179

1  A. No, sir, I don't.
2  Q. And then it says SS and
3  driver, or diver, rather?
4  A. I don't know. I don't -- I
5  don't recall.
6  Q. All right. And then the last
7  page here, can you explain those entries
8  for me?
9  A. No, sir, I really don't. It
10  was something that I just -- I wrote down
11  there to jog my memory pertaining to
12  something. I guess it took place on the
13  14th of April and had to do with a truck
14  and insurance. I don't know why I put
15  paid also on there, but anyway. I don't
16  recall.
17  Q. All right.
18  MR. NELMS: Let's break for a
19  minute.
20  MR. SPOTSWOOD: Absolutely.
21  (Said deposition was in recess
22  at 1:30 p.m. until 1:45 p.m.,
23  after which the following

Page 180

1  occurred:)
2  Q. (BY MR. SPOTSWOOD:) What
3  specifically did Mr. Trott say at your
4  information session about a route, if you
5  can remember, apart from what's written
6  on your notes that we've already talked
7  about?
8  A. Well, that -- that was -- that
9  was my biggest concern, and after the
10  meeting -- after the meeting, we actually
11  met with Stan in the lobby, my wife and
12  I, and we asked him more questions. And
13  he specifically said that they -- being
14  specific as far as what he was telling
15  us, that there was three available out of
16  the terminal in Montgomery. And which he
17  had already named them. And I was
18  telling him, hey, that would be -- you
19  know, the Wetumpka/Elmore route would be
20  great because I live in Elmore County. I
21  know Elmore County, and I just thought
22  that that was just a Godsend, and
23  basically that was -- I didn't push it

45 (Pages 177 to 180)

Page 181

1 any further. There was no need. He was
2 telling us that there were three routes
3 available.
4    Q.   Okay.
5    A.   Or two, possibly three,
6 because of the other guy in -- with Troy.
7    Q.   Did he make any specific
8 reference to any of the other drivers at
9 that time, Derrick Pettaway, for example?
10    A.   No, sir.
11    Q.   All right. And he said that
12 there are routes available, might be
13 routes available?
14    A.   There are.
15    Q.   May be routes available?
16    A.   No, sir.
17    Q.   What was his exact
18 terminology, if you can remember?
19    A.   There are three -- two to
20 three routes that are available in the
21 Montgomery terminal.
22    Q.   Yes.
23    A.   They were not sure about Troy,

Page 182

1 but they knew that 36116 and
2 Wetumpka/Elmore, Elmore County, those
3 routes were available.
4    Q.   All right.
5        (Off-the-record discussion.)
6    Q.   (BY MR. SPOTSWOOD:) And when
7 you say the routes were available, aren't
8 you necessarily talking about these
9 routes would be available in the future
10 if you were successful in completing your
11 screening and your training?
12    A.   Everything hinged on being
13 successful. That doesn't mean that the
14 routes were not still available to
15 someone. But I was successful.
16    Q.   Right. And did you -- did he
17 tell you whether or not others might wind
18 up with those routes?
19    A.   No, sir, it was never
20 mentioned to me.
21    Q.   All right. So, are you saying
22 here today that you viewed what Mr. Trott
23 said to you that day as a promise that

Page 183

1 those routes were going to be available
2 to you if you get through the training?
3    A.   It was a definite. I viewed
4 it as a definite.
5        MR. PARKER: Definite what?
6    Q.   No, no. I do need an
7 explanation of that terminology. You
8 viewed it as a definite. A definite
9 what?
10    A.   Well -- okay. When he was
11 telling us that they are available --
12    Q.   Yeah.
13    A.   -- there's two available,
14 possibly three that are available.
15    Q.   Yes.
16    A.   But you've got to meet this
17 certain criteria. I knew that I could
18 meet the criteria.
19    Q.   Right.
20    A.   It was just up to knowing
21 which one I would accept.
22    Q.   Did you feel that if those
23 routes changed or, you know,

Page 184

1 circumstances were different at the time
2 that you finally had become qualified
3 that it would have been wrong or unfair
4 for those routes not to be given to you?
5    A.   Sure. At -- now, state your
6 question again.
7    Q.   Yeah.
8        MR. NELMS: Object to the
9 form.
10    Q.   Did you feel -- you know, here
11 you go. You go to an informational
12 session. You haven't been to the first
13 leg of training. You have not signed a
14 contract, you have not demonstrated
15 yourself to be qualified to do anything
16 for FedEx, yet, if I'm hearing you
17 correctly, what you're saying is the
18 moment you walk out of that room in your
19 mind you had a contract with FedEx to
20 give you a route?
21        MR. NELMS: Object to the
22 form.
23    A.   No.

46 (Pages 181 to 184)

Page 185

1    **Q.**   That's not what you're saying?
2    **A.**   No, that's not what I'm
3    saying.
4    **Q.**   All right.
5    **A.**   I'm saying that if Charlie
6    went through the process, which a
7    contract was never mentioned, I will
8    state that, but if I went through the
9    training that FedEx wanted you to go
10   through, if I jumped through all the
11   hoops that they had aligned, that, of
12   course, I would have a route because
13   there was two, possibly three routes open
14   for a contractor. That is the reason why
15   they had the informational session.
16   **Q.**   Did he tell you that's why he
17   had the informational session?
18   **A.**   Yes.
19   **Q.**   Did he not say that they liked
20   to have people lined up --
21   **A.**   No, sir.
22   **Q.**   -- in the pipeline?
23   **A.**   No, sir. That never ever came

Page 186

1    up.
2    **Q.**   Never occurred to you that
3    FedEx would have a desire to have
4    qualified, trained people lined up in the
5    event openings were available?
6    MR. NELMS: Object to the
7    form.
8    **A.**   No, sir. No, sir. It was
9    never put that way. They needed people
10   to go to work, to be contractors.
11   MR. NELMS: Answer his
12   questions.
13   **Q.**   You said a contract was never
14   mentioned, but he was describing a job as
15   an independent contractor, correct?
16   **A.**   Right, yes.
17   **Q.**   And, so, didn't you understand
18   from that that eventually you would have
19   to sign a written contract?
20   **A.**   No, I did not.
21   **Q.**   You didn't understand that?
22   **A.**   No, I did not.
23   MR. NELMS: Object to the

Page 187

1    form.
2    MR. SPOTSWOOD: Too late.
3    (Off-the-record discussion.)
4    **Q.**   (BY MR. SPOTSWOOD:)  Look with
5    me, if you would, at Defendant's Exhibit
6    L.
7    **A.**   L.
8    MR. NELMS: I think I have L.
9    One second. Let me get it for you.
10   **Q.**   These are the documents, I'll
11   tell you, that were produced by FedEx as
12   a part of its initial disclosures in the
13   case.
14           (Whereupon, Defendant's
15           Exhibit L was marked for
16           identification.)
17   **Q.**   And I want you to flip over
18   with me, if you would, to -- do you see
19   they are numbered at the bottom
20   right-hand -- it says FXG and then
21   numbers on the bottom of the page?
22   **A.**   Yes, sir.
23   **Q.**   I want to look at the

Page 188

1    contractor driver information sheet which
2    goes on for a few pages. All right. Is
3    this something that you submitted to
4    FedEx? You might have done it online.
5    I'm not sure exactly how this works.
6    **A.**   Yes.
7    **Q.**   And let's look at the first
8    couple of pages here, 04, 05, 06. Did
9    you fill the information out here that's
10   reflected on those pages?
11   **A.**   Yes, sir.
12   **Q.**   You gave some references. Who
13   is Jeff Owens?
14   **A.**   He's a friend of mine.
15   **Q.**   What does he do?
16   **A.**   As a matter of fact, he's
17   working with UniFirst now, same company
18   I'm with.
19   **Q.**   All right. Mike Proper, what
20   does he do?
21   **A.**   He was a sales manager. I
22   don't know where Mike is. I haven't
23   stayed in contact with him.

47 (Pages 185 to 188)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

Page 189

1  Q.  Where was he a sales manager
2  at the time that you completed this?
3  A.  American General.
4  Q.  And Ray Harris, where was he a
5  sales agent?
6  A.  American General.
7  Q.  Okay.  Let's flip over to page
8  07.  This is the contractor driver
9  information sheet, and on the left-hand
10  side it says CDAS.  Is this another
11  document that you completed yourself?
12  A.  Yeah.
13  Q.  Did you do it online?  Was
14  this something --
15  A.  Yes.
16  Q.  -- that you sat at the
17  computer and filled out?
18  A.  Yes.
19  Q.  Where?
20  A.  At the terminal.
21  Q.  All right.  And then over on
22  page ten, that's your signature there,
23  1/14/05, is that correct?

Page 190

1  A.  Yes, sir.
2  Q.  And then the next document I
3  have here is FedEx Ground -- this is the
4  one -- actually I'm not sure where the
5  Bates numbers are on this.  Oh, here they
6  are right here.  It's on the sticker in
7  the middle of the page FXG 11 and 12, 13.
8  Are these other documents that you
9  completed in connection with the
10  contractor employment process?
11  MR. NELMS:  I'm sorry.  I
12  didn't understand which pages you were
13  actually referring to.
14  Q.  It's 11, 12, 13.  Yeah, they
15  are in the middle here.  See they are on
16  the little stickies is what they are.
17  MR. NELMS:  I don't see that
18  one.  Anyway, I'm --
19  A.  Oh, I see 11.  This must be
20  11.  This must be 12.
21  Q.  Right.
22  A.  Yes, sir.
23  Q.  Okay.  There's a little sticky

Page 191

1  note on the top here, have repeated --
2  have called repeatedly at 615-749-2198.
3  Local number does not give out any
4  information.  Is that your handwriting or
5  somebody else's writing?
6  A.  No, sir, that is not mine.
7  Q.  Do you know whose that is?
8  A.  No, sir, I don't.
9  Q.  Okay.  What this apparently is
10  is a reference questionnaire, and I take
11  it what is going on is you completed the
12  top part, is that right?
13  A.  Yes, sir.
14  Q.  And then they were trying to
15  get information and they weren't having
16  any luck is what I think is going on
17  here.
18  As it stands, Trott, he was
19  the one helping you through this process?
20  A.  No, sir.  There was a young
21  lady, and I do not recall her name that
22  got me set up on the computer to do
23  everything --

Page 192

1  Q.  All right.
2  A.  -- that I needed to do.
3  Q.  All right.  It does look like
4  Stan is the one who was signing the
5  documents down here on the 14th.  Is that
6  when you were completing these papers,
7  January the 14th?
8  A.  Yes, sir, apparently so.
9  Q.  If we flip on back to 18 --
10  A.  Okay.
11  Q.  -- it says driver's receipt,
12  and it says you're acknowledging the
13  receipt of FedEx motor carrier safety
14  regulations, which I think is --
15  MR. PARKER:  They are in a bag
16  behind Andy.
17  A.  Yes, sir, that's that little
18  manual or one of them.
19  Q.  And is this the book that they
20  gave you?  I'm just going to mark that as
21  Exhibit Z.
22  (Whereupon, Defendant's
23  Exhibit Z was marked for

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 193

1          identification.)
2     **A.**   Yes, sir.
3          MR. SPOTSWOOD:  And, Gary,
4     I'll tell you right now I'm not
5     interested in copying the whole book,
6     just the cover page.
7          (Off-the-record discussion.)
8     **Q.**   (BY MR. SPOTSWOOD:)  I'm
9     sorry.  You answered that question?
10    **A.**   Yes, sir, I did.
11    **Q.**   And if you look with me on 19,
12    document number 19, it says at the top
13    Home Delivery Driver Qualification
14    Control Form.  That reflects that you
15    were a full QPDL graduate as of
16    apparently 1/21/2005.  Had you completed
17    all your training by then?
18    **A.**   I don't know what QPDL stands
19    for.
20         MR. GASTINEAU:  Quality --
21    quality --
22    **Q.**   Let him answer.
23         MR. GASTINEAU:  Pickup and

Page 194

1     delivery training.
2     **A.**   Okay.
3          MR. GASTINEAU:  But the form
4     was -- that's the day the form was filled
5     out, and that's -- right after that,
6     Charlie went to Birmingham to take the
7     QPDL class.
8     **Q.**   Okay.  I know we're not
9     supposed to have a round robin here.
10         MR. NELMS:  I understand.
11    **Q.**   But sometimes it's quicker to
12    do that.  So, is that what happened,
13    after you filled that form out, you went
14    to Birmingham and took the class?
15    **A.**   Well, this is my first time to
16    see this, but I -- yes.
17    **Q.**   Okay.
18    **A.**   I went to Birmingham.
19    **Q.**   All right.
20         (Off-the-record discussion.)
21    **Q.**   (BY MR. SPOTSWOOD:)  I'm
22    looking at page 23, which is the P & D
23    Contractor/Driver Safety Instruction

Page 195

1     Summary.
2     **A.**   Yes, sir.
3     **Q.**   Was this form completed by
4     you?  Are these your signatures along
5     here?
6     **A.**   Yes, sir, these are my
7     signatures.
8     **Q.**   And is that Stan Trott's notes
9     on the right or somebody else's, if you
10    know, facilitator's signature line?
11    **A.**   I do not recognize it.  I
12    would -- I do not recognize the
13    handwriting.  I don't know.  I can't
14    judge that.  I know that that's me here.
15    Right here.
16         MR. NELMS:  And he points to
17    the left side.
18    **A.**   Somebody signed off here.  I
19    don't have a clue who that may be.
20    **Q.**   And then over here on pages --
21    page 25, we have a -- a Contractor/Driver
22    Safety Instruction Summary.
23    **A.**   Yes, sir.

Page 196

1     **Q.**   And these have various dates
2     on them, 2/3/05, 2/15/05, 1/31/05 and so
3     forth.  Looks like the last one is
4     2/3/05, and the facilitator is Omar
5     Newman.
6     **A.**   Correct.
7     **Q.**   And what exactly did Omar do
8     with you?
9     **A.**   We had instructural training
10    -- classroom training.
11    **Q.**   And that was up in Birmingham?
12    **A.**   Yes, sir, in Birmingham.
13    **Q.**   And Omar was running the show
14    up there?
15    **A.**   Right.  And then we had driver
16    training out in the -- in Birmingham.
17    And then we also had to --.
18    **Q.**   Who rode around with you in
19    Birmingham?
20    **A.**   Well, there was -- there was
21    two other fellows, and Omar.
22    **Q.**   Do you remember the others?
23    **A.**   No, sir, I don't remember

49 (Pages 193 to 196)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 197

1    their names. And then we had -- and
2    there was a young lady that also went
3    with us. Then we had -- had a driving
4    course that we had to drive over,
5    backing, turning, such as that. We had
6    to pass that.
7        Q.    If we flip over to pages 27
8    and 28, have you ever seen this document
9    before? It's a record of a road test,
10   paren, safety ride, showing the observer
11   as Omar Newman, date of observation,
12   1/31/05?
13       A.    No, sir, I have not seen this,
14   but I believe this is what he had -- was
15   checking off the day I was driving.
16       Q.    All right. And then over here
17   on page 35, it looks like we have a order
18   form for business support contractors for
19   uniforms. Is that something that you
20   signed?
21       A.    Yes, sir, I did sign that.
22       Q.    All right. If we flip over to
23   pages 36 and 37, this says CRS (sic)

Page 198

1    Observation - Critical Safe Driving
2    Behavior. I can't quite make out the
3    signature. Can you tell me who that is?
4    Is that --
5        A.    Where -- where is the
6    signature?
7        Q.    On page 37.
8        A.    37.
9        Q.    On the left. That's the
10   signature of the observer.
11       A.    I remember the young fellow,
12   but I --
13       MR. PARKER:  Jermaine Wilson,
14   I think, Jermaine.
15       A.    Yeah, Jermaine.
16       Q.    Wilson?
17       A.    Yeah, I know his last name was
18   Wilson.
19       Q.    Okay.
20       MR. PARKER:  With a J.
21       Q.    Flip over, if you would, to
22   pages 39 and 40. This is called a
23   Primary Service Area Analysis Worksheet.

Page 199

1    It looks like it's dated -- I'm not sure
2    if that's 2/9/05 or 2/4/05, but what
3    is -- what was this?
4        A.    This was actually observations
5    while I was driving, times that we were
6    in the field and I was driving and
7    delivering.
8        Q.    Did you complete this, or did
9    Jermaine?
10       A.    No, sir, Jermaine did.
11       Q.    All right. What other
12   conversations did you have with Stan
13   Trott regarding whether or when you might
14   be successful in obtaining a contract for
15   a route? You told me about the
16   conversations that happened after the
17   meeting in January. What was the next
18   discussion you had with Stan about --
19   Stan about any route?
20       A.    The only discussion I had with
21   Stan after the meeting was when I went to
22   the terminal, my wife and I had looked
23   this over, and I had decided that it was

Page 200

1    something that I would like to pursue, so
2    I went to the terminal, and I met with
3    Stan at that time. And I mentioned the
4    Elmore route, Elmore/Wetumpka route, and
5    he said he didn't have a problem with
6    that, but there were things that we had
7    to go through to get everything started.
8    So, basically that's when he started on
9    all the paperwork.
10       The only other conversation I
11   had with Stan was he was asking me when I
12   was going to training, and after that I
13   don't really recall if Stan was there --
14   still there when I came back from
15   training or not. I don't think Kent was,
16   but I don't know if Stan was either, you
17   know. But I did, you know --
18       Q.    So, you think you might have
19   had one other conversation with him --
20       A.    About the --
21       Q.    -- when you came back to the
22   facility here in Montgomery and completed
23   your initial application paperwork about

50 (Pages 197 to 200)

Page 201

1   a route?
2       A.   Oh, yes, I met with him the
3   day that I told him that I was very
4   interested --
5       Q.   Right.
6       A.   -- to do the paperwork.
7       Q.   Right.
8       A.   And I made my request known to
9   him at the time.
10      Q.   And your --
11      A.   He said that was -- that would
12  be great.  That's all.
13      Q.   And your request was that when
14  you became qualified you would want to
15  have the route in Elmore County?
16      A.   Correct.
17      Q.   And how did you come to know
18  that Stan Trott left or had retired?
19      A.   He told us at the beginning of
20  the informational meeting that he was
21  going to retire, and that's how I learned
22  -- because I had never met Stan before.
23      Q.   Okay.

Page 202

1       A.   He said he had three or four
2   months left or something like that.
3       Q.   Okay.  And once Stan was gone
4   from the scene, which from your testimony
5   may have been at least by the time you
6   returned to Montgomery after your
7   training up in Birmingham, did you
8   then -- did your contact then become Kent
9   Gastineau?
10      A.   No, sir, it was -- actually it
11  was Joe McDonald -- Mc -- what was his
12  name?  I can't remember Joe's last name.
13          MR. GASTINEAU:  McConnell.
14      A.   McConnell.  Right.  It was Joe
15  McConnell.
16      Q.   What was Mr. McConnell's job?
17      A.   He was the -- from what I
18  understand, he was the terminal manager
19  in Birmingham, and he was also working in
20  Montgomery just back and forth.
21      Q.   Okay.
22      A.   I really -- I didn't know that
23  much about him because I was on the move

Page 203

1   doing things, but that's what I
2   understand his position was until they
3   could get an individual to fill the slot.
4       Q.   Which was Kent?
5       A.   Well, my understanding at the
6   time that Kent was coming down to fill
7   in -- or not fill in, but manage home
8   delivery, whereas Stan was managing both.
9       Q.   And you had expressed interest
10  and were seeking to become qualified as a
11  home delivery contractor, correct?
12      A.   Yes, sir.  Yes.
13      Q.   All right.  Apart from what
14  you've told me, do you recall any other
15  discussions you had with Mr. Trott?
16      A.   No, sir.  I think actually
17  that was the last time I spoke to Stan.
18      Q.   Okay.  Did you ever have any
19  discussions with Mr. McConnell or Mr.
20  Gastineau about a driver in Troy by the
21  name of George McKlinney -- I'm sorry,
22  McKinley, M-C-K-I-N-L-E-Y?
23      A.   No, sir.  In Troy?  Was that

Page 204

1   -- was that your question, Bob?
2       Q.   Right.  He, as I understand
3   it, was a driver from Troy up through
4   December of 2004?
5       A.   Oh, no, sir.
6       Q.   You don't recall any
7   discussions with anybody --
8       A.   No, sir.
9       Q.   -- with anybody about him?
10      A.   The only person that I knew
11  that was driving in Troy was a young man
12  by the name of Isaac.
13      Q.   And that's Isaac Scott?
14      A.   I never knew his last name.
15      Q.   Did anyone ever tell you or
16  mention anything to you about the opening
17  in Elmore County being dependent upon
18  perhaps a change in staffing with Mr.
19  Pettaway or a loss of one of his routes?
20      A.   The only -- the only thing I
21  knew about Pettaway was that he was
22  driving -- he had a route in Millbrook.
23      Q.   Yes.

51 (Pages 201 to 204)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

Page 205

1    **A.**  And that was all I knew that
2  Pettaway had.
3    **Q.**  Millbrook is in Elmore County?
4    **A.**  It's in Elmore County.
5    **Q.**  Right.  And all you knew about
6  it was what?
7    **A.**  He had -- he had a route in
8  the Millbrook area that may have went
9  into Autauga County, Prattville, I don't
10  know.  But I knew he drove in Millbrook.
11    **Q.**  Okay.  What had you been told
12  about the availability specifically in
13  terms of an area, a geographic area about
14  Elmore County, a route being available in
15  Elmore County?
16    **A.**  Basically, it was in the
17  Wetumpka area.
18    **Q.**  And who is talking to you?
19  Who is telling you this?
20    **A.**  Kent.
21    **Q.**  Okay.  So, when did Kent come
22  onto the scene?
23    **A.**  I do not recall the -- the

Page 206

1  dates.
2    **Q.**  Was it in March?  Was he in
3  there part-time, full-time?
4    **A.**  I do not recall the date.  I
5  do not know.  I was too busy.
6    **Q.**  What were you busy doing?
7    **A.**  I was riding with not just
8  this fellow Jermaine.  I rode with other
9  drivers.  I -- you know, and Kent might
10  have been there.  I'm not sure.
11    **Q.**  What were you doing when you
12  were riding with other drivers?  Is this
13  more training or --
14    **A.**  It was basically more -- more
15  training.
16    **Q.**  And when you were training
17  with drivers, you were getting paid for
18  that, right?
19    **A.**  Yes.
20    **Q.**  All right.  I thought you had
21  told me that -- that you -- who else did
22  you ride with?  You said --
23    **A.**  I rode with one -- I rode with

Page 207

1  one other driver.
2    **Q.**  Do you remember the name of
3  that person?  Was it a woman or a man?
4    **A.**  It was a -- it was a -- it was
5  a young man.  I do not recall his name.
6    **Q.**  And how many days did you ride
7  with that other driver?
8    **A.**  I don't actually recall the
9  amount of -- the amount of days.  I just
10  do not.  I'm sorry.
11    **Q.**  Do you think you had more than
12  two weeks total --
13    **A.**  No.
14    **Q.**  -- of --
15    **A.**  No.
16    **Q.**  -- training days?
17    **A.**  Oh, yes, training days, but
18  not with just one individual.
19    **Q.**  All right.  How many days --
20  training days do you think you actually
21  rode?
22    **A.**  I can't recall.  I can't
23  remember.

Page 208

1    **Q.**  15, less than 15?
2    **A.**  I do not recall, I mean.
3    **Q.**  And where were you actually
4  doing the rides with this other
5  individual?
6    **A.**  In the Montgomery area.  I
7  do -- I don't know what zip code.
8    **Q.**  Things that are in a different
9  area from the ones you did with Jermaine?
10    **A.**  It was a different area.  The
11  one that I rode with Jermaine was
12  actually El -- Wetumpka and 36116, the
13  ones that were supposedly open.  And then
14  one other time Isaac was sick, and I ran
15  his route in Troy.
16    **Q.**  And did you do that by
17  yourself, when you ran Isaac's route?
18    **A.**  There was -- yeah, there was
19  days that I went by myself, and there was
20  days that Jermaine actually went with me.
21  For what reason -- I don't know for what
22  reason.
23    **Q.**  And what -- how many times did

Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 209

1  you fill in for Isaac down in the --
2      **A.**   Just one -- one time.
3      **Q.**   -- Troy?
4      **A.**   Yes, in Troy.
5      MR. NELMS: I don't understand
6  something. You said that you went to
7  Troy to cover the route, and sometimes
8  Isaac went with you.
9      **A.**   No, not Isaac. Jermaine.
10     MR. NELMS: Jermaine went with
11  you. I'm sorry.
12     **A.**   Yes, the customer service guy
13  that was over this.
14     **Q.**   Completing your paperwork --
15     **A.**   Yes.
16     **Q.**   -- and your training program?
17     **A.**   Yes.
18     MR. NELMS: But you only
19  covered that Troy route once.
20     **A.**   Right, while Isaac was out
21  sick with the flu or whatever.
22     MR. NELMS: And you went by
23  yourself.

Page 210

1      **A.**   Yeah, when I say Troy, Pike
2  County basically. I mean, it was a very
3  rurial -- rurial -- rural route, so.
4      **Q.**   What was your understanding of
5  Mr. Scott's status when you were working
6  towards obtaining a driver's position in
7  February and March and April?
8      **A.**   Who was Mr. -- who is Scott?
9      **Q.**   Who you have been calling
10  Isaac.
11     **A.**   Oh, Isaac, what his position
12  was.
13     **Q.**   Was he working as a temp
14  driver trying to get on as a -- as a
15  contractor, or do you know?
16     **A.**   I don't know what his status
17  was. All I know is that from what I knew
18  from Kent and talking to Isaac that that
19  route had been offered to him, and he was
20  in the feeling it out to see if he wanted
21  to accept it. And Kent could never
22  actually pin him down, and I even made
23  reference to Kent. Kent, I'll take the

Page 211

1  route.
2      **Q.**   Did you at any point in
3  time -- did at any point in time Kent ask
4  you if you were interested in the route
5  and you initially told him, no, you
6  weren't, the route in Troy?
7      **A.**   I never told him that I was
8  not interested in the route, but
9  preferably I was interested in close to
10  home, the Elmore County/Wetumpka route,
11  because I had --
12     **Q.**   But didn't he at some point in
13  time ask you if you were interested in
14  taking the Troy route and you declined,
15  said you really weren't interested in it?
16     **A.**   No, sir, because I inquired
17  through -- through Dodge Vans about
18  buying a Sprinter van to run that route.
19  And they sent me brochures.
20     **Q.**   Isn't that because you changed
21  your mind a week or two later and came
22  back and said you might be willing to
23  consider it?

Page 212

1      **A.**   I was willing to take whatever
2  route they was willing to give me.
3      **Q.**   You weren't being picky in
4  March?
5      **A.**   Picky?
6      **Q.**   Yes.
7      **A.**   No.
8      **Q.**   You didn't tell him at one
9  point in time that you were not
10  interested in Troy?
11     **A.**   I told Kent that I was
12  interested in Wetumpka, if I had a choice
13  in the matter, but if I did not have a
14  choice in the matter, I would take the
15  Troy route. If I was not interested in
16  it, I would have never inquired about a
17  van and talked to Chad Primus about even
18  financing a van.
19     **Q.**   People change their minds
20  every day.
21     **A.**   Sure, sure, sure.
22     **Q.**   You didn't go through a change
23  of heart on this?

Page 213

1    A.   No, I -- I left it open as an
2  option.
3    Q.   And I guess you've already
4  said that Mr. Scott had been working for
5  a period of weeks, I take it, as a
6  temporary driver down there --
7    MR. NELMS:  Object to the
8  form.
9    Q.   -- in Troy.  Was that -- was
10  that your understanding of what he was
11  doing?
12    A.   I have no idea.  All I know is
13  Isaac was running the route.  I don't
14  know if he was a temp -- I don't know if
15  he -- I don't even know what -- I know
16  nothing about Isaac except he got in that
17  van every day and he headed toward Troy.
18    Q.   Okay.
19    A.   If he had been through the
20  training process or not, I don't know.
21    Q.   Okay.
22    A.   I do not know.
23    Q.   Do you recall having a

Page 214

1  conversation with Kent where he explained
2  to you why he had given the Troy route to
3  Isaac?
4    A.   No, Isaac was already on that
5  route when I came back from Birmingham
6  training.
7    Q.   I mean, giving him a -- giving
8  him a contractor position on that route,
9  not just driving it, but as a contractor?
10    A.   The only thing I know from
11  Kent concerning Isaac is that Kent could
12  not pin the boy down and that he relayed
13  to me that he was having problems getting
14  financing on a van.  And when he would go
15  to him and say Isaac, what are your
16  plans, what are your plans, are you going
17  to take this route, he never would give
18  him an answer.  That's all I know.
19    Q.   Did Mr. Gastineau ever talk to
20  you about the possibility that something
21  might open up in Elmore County depending
22  upon, you know, how things played out
23  with Mr. Pettaway?

Page 215

1    A.   It was already open in Elmore
2  County.  Kent didn't want Pettaway to get
3  the Wetumpka route because Pettaway was a
4  problem.  He didn't keep his records on
5  his truck.  He was just a problem all the
6  way around.
7    Q.   What other kind of problems
8  other than records?
9    A.   I don't know.  All I know is
10  maintenance on the truck and such as
11  that.  I mean, I can't recall every --
12  every conversation we had, but he did not
13  want him to get that route.  And he
14  suggested that I go and get my map book.
15  Why would I go to the --
16    MR. NELMS:  Just answer his
17  questions.
18    A.   Okay.
19    Q.   And how was it that Mr.
20  Pettaway was going to get this route?
21    A.   I don't know.
22    Q.   Was he going to be able to
23  expand his core territory or something

Page 216

1  along those lines?
2    MR. NELMS:  Object to the
3  form.
4    Q.   Did you have any understanding
5  of that?
6    MR. NELMS:  Object to the
7  form.
8    A.   I don't know.  I don't know
9  the procedure for getting an extra route.
10    Q.   Now, you said that you
11  understood that there was a route open
12  over there in Elmore County.  Who told
13  you that?
14    A.   Stan Trott.
15    Q.   I'm talking about in your
16  conversations with -- is it -- did Kent
17  tell you that?
18    A.   Stan Trott told me that it was
19  open in the beginning.
20    Q.   Right.
21    A.   And it was just the same way
22  with Kent.  That was open.
23  Elmore/Wetumpka, that area was open,

54 (Pages 213 to 216)

Page 217

1    36116 was open.
2        Q.    You keep referring to 36116.
3        A.    That's in Montgomery.  That's
4    a Montgomery route.
5        Q.    And who was working that
6    route?
7        A.    My understanding, nobody.  It
8    was just being filled in.
9        Q.    Temporary drivers were working
10   it?
11       A.    From what I understand, there
12   was ground drivers doing home delivery
13   service out there.
14       Q.    Okay.
15       A.    So, I mean, I didn't know all
16   the ins and outs, you know.  I took them
17   for what -- their word.
18       Q.    Well, that's what I'm trying
19   to understand, precisely what it is that
20   Kent told you was the situation in Elmore
21   County, which is apparently what you said
22   you were really interested in.
23       A.    He told me that the Wetumpka

Page 218

1    route in Elmore County was open, that I
2    needed to go to and purchase my map book.
3    I went and purchased my map book.
4        Q.    And that cost you how much
5    money?
6        A.    That was $25.
7        Q.    Yes.
8        A.    He showed me actually a map
9    book, what it looked like, and how it was
10   gridded out from the 911 people.  I went
11   directly up there.  I purchased it for
12   $25.
13       Q.    And you got that from the
14   police department?
15       A.    It was not in the police
16   department.  It was emergency management
17   office.
18       Q.    What discussions did you have
19   with Kent Gastineau about the route in
20   Montgomery that you described just a
21   moment ago?
22       A.    We didn't have --
23       MR. NELMS:  36116?

Page 219

1        Q.    Yeah.
2        A.    The only discussions that we
3    had was that I was available for either,
4    and Isaac was still on the board.  We
5    didn't discuss that one that much because
6    we knew what I was leaning toward.  So,
7    we discussed the Wetumpka route more than
8    anything.  We even went on the computer,
9    and he pulled it up on the computer and
10   showed me an outline of the territory
11   there, where it went, into what -- next
12   to what county, you know, it bumped up
13   against and everything.
14       Q.    Did you doubt that he was
15   trying to do what he could to give you a
16   hand and get you into that route?
17       A.    I never doubted Kent for one
18   moment.  I thought the man was telling me
19   the truth.  I mean, I was excited about
20   it.
21       Q.    Okay.
22       MR. NELMS:  Can we take a
23   minute?

Page 220

1        MR. SPOTSWOOD:  Yeah, sure.
2        (Said deposition was in recess
3        at 2:42 p.m. until 2:50 p.m.,
4        after which the following
5        occurred:)
6        Q.    (BY MR. SPOTSWOOD:)  Your
7    complaint says that Kent Gastineau met
8    with you on April the 19th of 2005,
9    quote, to sign the contract for Elmore
10   County, and that Mr. Gastineau said --
11   stated, and I'm quoting from the
12   complaint, quote, stated that there was a
13   paperwork problem but that the route
14   belonged, close quote, to you.  Is that
15   what he said to you?
16       A.    Yes, sir.
17       Q.    And you remember that
18   specifically?
19       A.    Yes, sir, I do.
20       Q.    What was the paperwork
21   problem?
22       A.    I don't have a clue what the
23   paperwork -- there were so many paperwork

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 221

1  problems, that was one of the main
2  issues, what -- why is there so many
3  paperwork problems?  I was always
4  addressing that, always, why --
5      Q.   Well, try to focus on my
6  question here.  This is apparently an
7  important meeting.  You've quoted it in
8  the complaint, April 19th.  You said
9  there was a paperwork problem, but the
10  route belonged to you.  What specifically
11  did he tell you -- I can see that you
12  were upset about that.  What did he tell
13  you?
14      A.   Basically it was out of his
15  hands, and it had went up the chain of
16  command, and several people had to sign
17  off on that, and it was up the chain.
18      Q.   Okay.  Did he give you any
19  specific explanation for what might have
20  happened or --
21      A.   No, sir, he did not.
22      Q.   All right.  Did he give you
23  any assurances or say anything to you

Page 222

1  about his hope to get it worked out in
2  the future?
3      A.   No, he never used that
4  terminology.
5      Q.   What did he say to calm your
6  nerves, if anything?
7      A.   It was just a time, time
8  factor, being on someone's desk.  Omar
9  Newman's desk had to sign off on it, and
10  there were some other individuals that
11  had to sign off on it, and they just --
12  just in passing had not signed off on it.
13      Q.   On April the 19th, did he sit
14  down at the computer and attempt to print
15  off a contract for you, do you know?
16      A.   No, there was a time on the
17  computer that we were trying to get some
18  type of document, and we couldn't access
19  it through the computer.
20      Q.   Do you know whether or not
21  that document was, in fact --
22      A.   No, I do not.
23      Q.   -- the contract that's here in

Page 223

1  Exhibit V?
2      A.   No, sir, I do not.  My
3  understanding was all my documents -- I
4  don't even know what I was supposed to be
5  signing off on that day, but I do know
6  that my other documents were actually in
7  other people's hands to be signed off on
8  because I know that there was a
9  procedure.  Omar stated that to me.  And
10  he pulled it up on his file saying
11  Charlie will sign off here, here, here
12  and here.  I'm just going by what they
13  tell me.
14      Q.   The complaint says that Mr.
15  Gastineau gave you, quote, an official
16  route book.  Is that the book you went
17  off and -- what are you talking about
18  there, the book -- what's the official
19  route book?
20      A.   I have no idea what the
21  official route book, what that's
22  pertaining to.
23      Q.   Okay.  Well, it's your

Page 224

1  complaint.  I know you didn't write it.
2      A.   Maybe it was the map book.
3      Q.   Is that what you think you're
4  thinking about as the official route
5  book, perhaps?
6      A.   Possible.
7      Q.   Okay.  The complaint says and
8  at this time you were, quote, encouraged
9  to continue working toward preparing for
10  the time when he would work the Elmore
11  County route.  That's a quote out of your
12  complaint.  Is that what he said to you?
13      MR. NELMS:  That's terrible
14  language.  Whoever wrote that needs to --
15      Q.   Did he give you some words of
16  encouragement to hang in there for a
17  while?
18      A.   Sure.  He did.  Exactly -- he
19  surely did, I mean.  And it may have been
20  coming to him down the chain.  It was all
21  a paperwork issue.  From Jeff White on
22  up.
23      Q.   You -- I think your van might

56 (Pages 221 to 224)

Page 225

1  have arrived or did arrive on the
2  premises on May the 3rd, does that sound
3  right to you?
4      A.   It's possible.  I don't really
5  recall the exact date.
6      Q.   Whatever date the van arrived,
7  did Mr. Gastineau attempt to print out a
8  contract for you to sign in the form
9  contained in the book here, Exhibit V?
10     A.   I do not recall that.
11     Q.   Did he tell you the day that
12 your van arrived, though, that the
13 computer system would not give him
14 approval for a contract and a route?
15     A.   No, sir.
16     Q.   He didn't tell you that?
17     A.   No, sir.
18     Q.   What did he tell you that day?
19     A.   He called me and told me the
20 van had arrived.
21     Q.   Yes.
22     A.   I went to the terminal.  He
23 went out and done the maintenance check

Page 226

1  on the van, checked it over.  I told him
2  I was taking it home, I was going to have
3  a radio installed, wash it, be ready to
4  go.  He gave me a start date.
5      Q.   What was the start date?
6      A.   It was the Tuesday after
7  Mother's Day.
8      Q.   Tuesday after Mother's Day?
9      A.   I don't recall the date.
10     Q.   But as of May the 3rd, you had
11 no hint there was going to be any problem
12 or that there was a problem at that time?
13     A.   Paperwork problem.
14     Q.   You did know on the 3rd when
15 the van arrived there was still paperwork
16 problems, correct?
17     A.   No.  No.
18     Q.   You didn't?
19     A.   I did not.  Because I knew
20 that I had not -- the van had been
21 issued, and the issuance of the van would
22 not have taken place if there was a
23 paperwork problem.

Page 227

1      Q.   Okay.  And who told you that?
2      A.   I knew that FedEx would not
3  issue a van with a contractor ID number,
4  DOT number, unless the chain of command
5  at FedEx had not signed off on
6  everything.  Chad Primus at Stearns Bank,
7  which he had been doing this for years,
8  and I knew that that's what it would
9  take.
10     Q.   Because Chad told you that or
11 somebody else did?
12     A.   No, I knew that.  I mean, I
13 just knew that through Kent probably, I
14 knew that they would not issue -- why
15 would a company issue you a van unless
16 everything was A-okay?
17     Q.   I would suspect that would be
18 an error, yes, sir.
19     A.   Okay.
20     Q.   Let's talk about the van
21 purchase.  I need the documents
22 reflecting the purchase and sale of the
23 van.  Where are those documents?  I don't

Page 228

1  know that we've ever seen any documents
2  dealing with the sale of the van.
3          MR. SPOTSWOOD:  That's
4  correct.  Those are exhibits --
5          MR. SPOTSWOOD:  Hang on.  Let
6  me just go off the record here for a
7  second.
8          (Off-the-record discussion.)
9      Q.   (BY MR. SPOTSWOOD:)  Pull
10 Exhibit H out for us, if you would, Andy.
11         (Whereupon, Defendant's
12         Exhibit H was marked for
13         identification.)
14     Q.   Let's look at the second page
15 of Defendant's Exhibit H, which is the --
16 appears to be a conditional sales
17 contract with Stearns Bank.  Is that your
18 signature on the bottom of the pages, on
19 the first two pages of that three-page
20 contract?
21     A.   Yes, sir, it is.
22     Q.   And, then, we have your
23 signature -- those are your initials on

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

---

Page 229

1  your first two. Then we have your
2  signature on the last page, is that
3  right?
4      A.   Yes, sir.
5      Q.   How much money did you sell
6  the -- first let me stop and ask this
7  question of counsel.
8          MR. SPOTSWOOD:  To this day I
9  have not seen any documents dealing with
10 the sale of the van.
11         MR. NELMS:  Do you have any
12 documents dealing with the sale of the
13 van we don't have?
14     A.   No, sir, other than in that
15 packet.
16     Q.   (BY MR. SPOTSWOOD:)  Let me
17 ask you a question. Did you do any
18 paperwork in connection with the sale of
19 the van?
20     A.   Sure, Chad Primus, he worked
21 everything up and sent me the paperwork
22 to sign off on it, and I signed it back
23 to him.

---

Page 230

1      Q.   Did you keep a copy of that?
2      A.   All the copies I had, I gave
3  to them, to Andy. I'm pretty sure that I
4  did.
5          MR. NELMS:  Now, I've -- let's
6  go off the record.
7          (Off-the-record discussion.)
8      Q.   (BY MR. SPOTSWOOD:)  Let me
9  ask you this, Mr. Thornton. I know we
10 don't have apparently the documents
11 reflecting the sale of the van. Do you
12 recall, as we sit here today, what the
13 terms of the sale were?
14     A.   My terms?
15     Q.   Yeah, what -- what did -- what
16 did --
17     A.   He assumed payments on it. He
18 just assumed the van, the payments on the
19 van.
20     Q.   Okay. So, you didn't get
21 any cash back from -- that you had
22 fronted for the down payment or title
23 or --

---

Page 231

1      A.   Tag, no, sir.
2      Q.   -- or tag or any of that?
3      A.   I did not.
4      Q.   And what happened -- what
5  happened to the radio, did he purchase
6  the radio?
7      A.   He purchased the radio.
8      Q.   He did purchase the radio?
9      A.   Yes, sir. The day he picked
10 it up he purchased the radio and --
11     Q.   Did he pay you what you had
12 paid for the radio?
13     A.   Yes, sir, he did. Him and --
14 I don't remember the fellow's name, but
15 him and his -- Tony DeRosa, Tony brought
16 him down to the home, and they picked it
17 up.
18     Q.   Tony was the manager up there
19 in Anniston?
20     A.   Anniston, yes.
21     Q.   Do you remember the guy's name
22 who bought it?
23     A.   No, sir, I do not remember.

---

Page 232

1          (Off-the-record discussion.)
2          (Whereupon, Defendant's
3           Exhibit AA was marked for
4           identification.)
5      Q.   (BY MR. SPOTSWOOD:)  Mr.
6  Thornton, is this -- you tell me what
7  this is.
8      A.   Okay. This was the down
9  payment on the truck.
10     Q.   What are we looking at there?
11 Did you charge that to a credit card?
12     A.   Yes, sir, I did.
13     Q.   What credit card did you
14 charge it to?
15     A.   It was my Visa, National Bank
16 of Omaha.
17     Q.   All right. And the amount of
18 the down payment on the van was the
19 1,029.50?
20     A.   Yes, sir.
21     Q.   And that was a postdate of
22 April the 22nd, correct?
23     A.   Correct.

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 233

1    **Q.**   And that's -- we've been
2  talking about Exhibit AA, I believe.
3            (Whereupon, Defendant's
4            Exhibit BB was marked for
5            identification.)
6    **Q.**   I'm now going to ask you to
7  identify Exhibit BB.
8    **A.**   This is actually a renewal
9  notice that I received not too awfully
10 long -- well, received 10/3/05 on the --
11 on the tag of the van.
12   **Q.**   So, this is not something that
13 you had actually paid then, I take it?
14   **A.**   No, sir, I did not pay it.  I
15 just put it in there.
16           (Whereupon, Defendant's
17           Exhibit CC was marked for
18           identification.)
19   **Q.**   Exhibit CC, is this the sales
20 receipt for the --
21   **A.**   Radio.
22   **Q.**   -- radio?
23   **A.**   Right.

Page 234

1    **Q.**   Is that correct?
2    **A.**   Yes, sir.
3    **Q.**   And the buyer whose name we
4  haven't figured out quite yet reimbursed
5  you in total for the three thirty-five oh
6  four?
7    **A.**   Yes, sir.
8            (Whereupon, Defendant's
9            Exhibit DD was marked for
10           identification.)
11   **Q.**   I'm going to show you
12 Defendant's Exhibit DD.  This is the
13 registration certificate, is it not, for
14 the van?
15   **A.**   Yes, sir.
16   **Q.**   And it reflects a total tag
17 and tax payment and title fee of
18 $1,533.35?
19   **A.**   That's correct.
20   **Q.**   And now, did you get any kind
21 of a refund for any of this amount?
22   **A.**   No, sir.
23   **Q.**   Was this -- frankly, I'm not

Page 235

1  sure that I understand how this works.
2  You obviously paid upon the purchase
3  state tax, county tax, city tax, total
4  sales tax of $1,351.88, correct?
5    **A.**   Yes, sir.
6    **Q.**   And you got no reimbursement
7  at all from the transaction with the
8  new --
9    **A.**   None, no, sir.
10   **Q.**   So, this was an out-of-pocket
11 expense for you?
12   **A.**   Yes, sir.
13   **Q.**   All right.  I am marking this
14 back of this receipt as Defendant's
15 Exhibit EE.
16           (Whereupon, Defendant's
17           Exhibit EE was marked for
18           identification.)
19   **Q.**   It is a receipt from Harbor
20 Freight Tools, listing a hand truck and a
21 lashing, ST.  I'm not sure what that
22 means.  What are these items?
23   **A.**   It's a hand truck that I

Page 236

1  purchased for the truck to use on the
2  truck for delivery.
3    **Q.**   And the lashing, what was
4  that?
5    **A.**   That was just to strap it into
6  the truck where it wouldn't be moving
7  around.
8    **Q.**   Was this an out-of-pocket
9  expense that you had, $29.68?
10   **A.**   Yes, sir.
11   **Q.**   Okay.  I'm not going to mark
12 this.  I'm seeing a receipt here.  You
13 apparently paid on your credit card for
14 the tag amount of 153335.
15   **A.**   Let's see if that was a credit
16 card or a debit.  Yeah, it was credit.
17 It was credit.
18   **Q.**   All right.
19           MR. NELMS:  Can we staple that
20 to the --
21           MR. SPOTSWOOD:  Yeah, that's
22 fine.
23           MR. NELMS:  That way --

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 237

1      MR. SPOTSWOOD:  We'll just
2  make that a part of Exhibit DD.
3      MR. NELMS:  Does that read
4  okay with you?
5      COURT REPORTER:  Yes.
6      (Off-the-record discussion.)
7      (Whereupon, Defendant's
8      Exhibit FF was marked for
9      identification.)
10     Q.    (BY MR. SPOTSWOOD:)  I've
11  marked this one Exhibit FF, which are
12  documents that we received from you
13  today, and it is a variety of different
14  documents.  I just want to walk through
15  them with you if I can.  The first page
16  is a bill of sale from FedEx Ground to
17  you for the Workhouse, correct?
18     A.    Yes, sir.
19     Q.    And it shows the selling price
20  of $33,797, correct?
21     A.    Correct.
22     Q.    All right.  The next page is
23  an insurance identification card that

Page 238

1  shows insurance on the vehicle effective
2  4/16/05 and expiring 2/1/06, correct?
3     A.    Correct.
4     Q.    I take it you did cancel the
5  policy immediately when you sold the van
6  to the -- whoever it was you sold it to?
7     A.    Yes, I contacted them and let
8  them know.  They still sent me a notice,
9  though.
10     Q.    Did you ever pay any insurance
11  premiums on it?
12     A.    No, not after -- not after
13  that.
14     Q.    I guess my question in part
15  is, did you pay any premiums ever for
16  insurance?  They might have billed you
17  after the fact, in which case maybe you
18  didn't pay the bill.  I just don't know.
19  That's what I'm asking.
20     A.    I can't recall.  I really
21  can't recall.  I had to pay something to
22  get the insurance.
23     Q.    And this is a Protective

Page 239

1  Insurance Company additional insured
2  endorsement that names FedEx Ground as
3  named insured and additional insured,
4  Charlie Thornton, correct?
5     A.    Correct.
6     Q.    The cover page of the
7  insurance?
8     A.    Correct.
9     Q.    Correspondence is the next
10  page from Protective to you regarding --
11  basically providing proof of coverage.
12     The next document is a
13  Department of Revenue permit basically
14  for operation of the vehicle before the
15  title comes through, correct?
16     A.    Yes, sir.
17     Q.    The next document is just an
18  envelope from Protective.  All right.
19  Correct?
20     A.    Yes, sir.
21     (Whereupon, Defendant's
22      Exhibit GG was marked for
23      identification.)

Page 240

1     Q.    Mr. Thornton, I'm showing you
2  Defendant's Exhibit GG, which I believe
3  is an application for the insurance
4  coverage that you purchased which
5  consisted of a life insurance policy as
6  well as a disability insurance policy.
7     A.    Right.
8     Q.    Life insurance paying off
9  almost $51,830, and then the disability
10  coverage providing you 750 -- $730 a
11  month in disability benefits, correct?
12     A.    Correct.
13     (Whereupon, Defendant's
14      Exhibit HH was marked for
15      identification.)
16     Q.    What I've got marked as
17  Exhibit HH is a cover page from
18  Protective Insurance, a certificate of
19  group independent contractor work
20  accident insurance effective 4/26/05, and
21  then the actual policy group independent
22  contractor work accident insurance
23  certificate, which is several pages.  Is

Page 241

1  this all material that you received
2  from --
3      **A.**  Yes, sir.
4      **Q.**  -- Protective in connection
5  with your vehicle?
6          (Whereupon, Defendant's
7          Exhibit II was marked for
8          identification.)
9      **Q.**  Let me show you Exhibit II.
10 Is this a letter you received from Chad
11 Primus, the account manager at Stearns,
12 dated April 15th?
13     **A.**  Yes, sir.
14     **Q.**  It appears to ask you to
15 return various documents and execute them
16 along with a check payable to Stearns for
17 $967.50?
18     **A.**  That's correct.
19     **Q.**  And that includes an advance
20 payment of $668?
21     **A.**  Correct.
22     **Q.**  And documentation fee of
23 $299.50?

Page 242

1      **A.**  That's correct.
2      **Q.**  Now, is that -- is that the
3  out-of-pocket costs you incurred in
4  connection with this van separate from --
5      **A.**  Yes.
6      **Q.**  -- any insurance-related
7  issues?
8      **A.**  Yes, sir.
9      **Q.**  Okay.  And you paid that money
10 by, I take it, a check?
11     **A.**  No, that was with a credit
12 card.
13     **Q.**  Was it?
14         (Whereupon, Defendant's
15         Exhibit JJ was marked for
16         identification.)
17     **Q.**  All right.  And Exhibit JJ is
18 a letter from you dated May 6th -- I'm
19 sorry, from Stearns Bank, the customer
20 service department, to you dated May 6th,
21 2005?
22     **A.**  Yes, sir.
23     **Q.**  And that tells you about

Page 243

1  payments, insurance and taxes?
2      **A.**  Yes, sir.
3      **Q.**  And it advises you that your
4  next payment is due 5/25/05?
5      **A.**  Correct.
6      **Q.**  And I think these documents
7  that we've just been through were mailed
8  in this envelope, if I'm not mistaken.
9  Do you know?
10     **A.**  Yeah, flip that up and you can
11 tell what.
12     **Q.**  Okay.  So, these --
13     **A.**  Yeah, those are.
14         (Whereupon, Defendant's
15         Exhibit KK was marked for
16         identification.)
17     **Q.**  The insurance documents came
18 in this envelope --
19     **A.**  Correct.
20     **Q.**  -- is that correct?  And
21 that's Exhibit KK.  And that's got a
22 postmark of May 2nd on it, correct?
23     **A.**  Yes.

Page 244

1      **Q.**  I'm not going to mark that.
2          (Whereupon, Defendant's
3          Exhibit LL was marked for
4          identification.)
5      **Q.**  Exhibit LL is your money
6  receipt for the map book you described in
7  the amount of $25?
8      **A.**  That's correct.
9      **Q.**  I haven't been keeping up with
10 the numbers here, but do you know what
11 this Regions receipt relates to?  It's in
12 the amount of 1351.88?
13     **A.**  I don't.  I can find that out,
14 though.
15     **Q.**  Okay.  If you could find
16 out --
17     **A.**  I know it has something
18 pertaining to something, or it wouldn't
19 be in there.  I don't know.
20     **Q.**  If you can figure that out and
21 let me know in the morning, that would be
22 good.
23         (Off-the-record discussion.)

61 (Pages 241 to 244)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 245

1      (Whereupon, Defendant's
2      Exhibit MM was marked for
3      identification.)
4    **Q.**  (BY MR. SPOTSWOOD:)  I'll show
5  you Defendant's Exhibit MM which is a
6  two-page handwritten note here.  Can you
7  tell me what this reflects?
8    **A.**  (Examining document.)  It's
9  just an itemized statement of expenses
10  going to training.
11    **Q.**  Were you reimbursed by FedEx
12  for those expenses?
13    **A.**  No, sir.
14    **Q.**  What do they consist of?
15    **A.**  Oil, gas, lunch, gas, shoes I
16  bought.
17    **Q.**  So, you were basically keeping
18  those for tax purposes to keep up with
19  your expenses in connection with --
20    **A.**  I really don't know how -- I
21  know my wife wrote this out because
22  actually this is showing an automatic
23  deposit of where they paid me right here.

Page 246

1  That's a deposit.  I was -- that's an
2  auto -- automatic deposit there.
3    **Q.**  I see.
4    **A.**  There's no amounts there, so I
5  don't know what -- the only thing it's
6  showing that I -- I don't know why she
7  just put something there, the 5878, and
8  this is just scribble on the back.
9    **Q.**  All right.  On the 19th of May
10  you wrote Kent a letter, correct?
11    **A.**  That's correct.
12    **Q.**  And is that letter shown on
13  the second page of Defendant's Exhibit M?
14    **A.**  That's correct.
15      (Whereupon, Defendant's
16      Exhibit M was marked for
17      identification.)
18    **Q.**  And you enclose with that
19  letter the first page of Exhibit M?
20    **A.**  That's correct.
21    **Q.**  Was the -- did you also
22  enclose with the letter the document
23  that's marked KG 003 so that he would

Page 247

1  know -- which appears to be the address
2  to which the payments should be sent?
3    **A.**  Correct.
4    **Q.**  So, these three documents
5  consisted of your communication -- your
6  written communication with Kent?
7    **A.**  Right.  I mailed it to his
8  home.
9    **Q.**  All right.  Did you mean what
10  you said here in this letter?
11    **A.**  I surely did.  That was our
12  conversation.
13    **Q.**  Did he ask you when -- when he
14  had indicated that he would take care of
15  making the payment that was due on the
16  25th, did he ask you not to tell anybody
17  about that because he might get into some
18  trouble about it?
19    **A.**  Yes, sir.
20    **Q.**  Did he explain to you why he
21  might get into some trouble about it?
22    **A.**  No, he did not explain it.  He
23  just wanted it to be between us.

Page 248

1    **Q.**  Did you keep it between the
2  two of you?
3    **A.**  No, I did not.
4    **Q.**  Who did you tell about it?
5    **A.**  I told Jeff White.
6    **Q.**  And who is Jeff White?
7    **A.**  He's either an engineer or
8  Kent's boss.
9    **Q.**  What did you say to Jeff about
10  it, or is that in that record -- one of
11  those recorded conversations?
12    **A.**  It -- it may possibly be.  I'm
13  not quite for sure.  There's only one.
14    **Q.**  I don't think you reached Jeff
15  that day.
16    **A.**  Well, I spoke to Jeff about
17  it.  I know I did.  My main concern was
18  how that payment was going to be made,
19  and it wasn't being made, and I wanted to
20  know -- I'm a chain of command guy.  I
21  mean, I'm going to go to him and then I'm
22  going -- if I can't get answers, go
23  above.  And, so, I called Jeff.

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

Page 249

1    Q.   Well, did -- when you called
2  Jeff, did you think that Kent was not
3  going to make good on his promise to make
4  the payment?
5    A.   I wasn't sure if he was or not
6  because it was a situation that was not a
7  very nice situation for either party, and
8  I had already been appeased to the point
9  of it was ludicrous, and I just said I'm
10 not sure, but I knew somebody was going
11 to come after Charlie for the payment.
12   Q.   So, what do you remember
13 saying to Jeff about the payment?
14   A.   I really don't recall the --
15 the whole conversation. I mentioned it
16 to Jeff that my main concern was what is
17 going on with my paperwork, and I had a
18 payment due in X amount of weeks. And
19 someone was going to make that payment,
20 and I told him at the time that Kent --
21 Kent said that he would make the payment.
22   Q.   And did it later turn out that
23 FedEx made that first payment?

Page 250

1    A.   I don't know who made the
2  payment, if anybody made the payment.
3  All I know is that Chad was able to find
4  somebody.
5    Q.   And since that some person
6  just took over the payments, you're not
7  really sure how good a deal he got,
8  whether he got one payment better deal
9  than might otherwise be the case?
10   A.   Well, I remember the
11 conversation with Chad, and it may be in
12 here.
13   Q.   I think it is.
14   A.   I don't remember the whole
15 conversation. The guy got a good deal.
16 I think he got a good deal anyway. But
17 Chad really helped me out with that
18 truck.
19   Q.   Previously you had indicated
20 that you started recording conversations
21 with everyone you talked to at FedEx
22 beginning with the first conversation on
23 here, which we know is at least the 19th,

Page 251

1  maybe earlier than that, possibly the
2  18th. But your testimony today is that
3  you did talk to Jeff about this issue
4  after you wrote this letter to Charlie,
5  so I need some clarification there. Do
6  you think you might have told Jeff about
7  the commitment that Kent had made before
8  you actually wrote the letter to Kent?
9    A.   I don't recall. I really
10 don't recall.
11   Q.   Could it have been, though,
12 before you actually wrote the letter?
13   A.   It's possible. It's possible.
14   Q.   I tell you what I'd like to
15 do, I think, is take a break at this
16 juncture because I really need to spend
17 some time looking at this document, I
18 think.
19      MR. NELMS: Or we can just
20 start over in the morning, whatever you
21 want to do.
22      MR. SPOTSWOOD: Yeah, I mean,
23 it suits me to start in the morning if I

Page 252

1  could take this with me. I'd actually
2  rather not take it with me, so let me see
3  if we can shoot a picture of this.
4      MR. NELMS: Yeah, give it here
5  and let me just get them to copy that off
6  real quick.
7      MR. SPOTSWOOD: Copy the
8  cover, too, if you don't mind.
9      MR. NELMS: Before y'all go
10 out tonight, let's make sure we have
11 everything in order.
12      MR. SPOTSWOOD: Sure,
13 absolutely.
14      (Whereupon, Defendant's
15      Exhibit NN was marked for
16      identification.)
17      (Said deposition was in recess
18      at 3:34 p.m. until 9:30 a.m.
19      on the morning of March 16th,
20      2006. All subsequent
21      testimony of Mr. Thornton is
22      contained in Volume II of his
23      Deposition.)

63 (Pages 249 to 252)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

## A

AA 5:5  232:3  233:2
ability 111:7
able 65:15  82:11  98:18
  101:15  130:21  159:22
  215:22  250:3
about 8:16,18  16:20  20:2
  21:4  25:2,4  27:5  32:14
  37:5,18  43:1  45:8  50:3
  70:3,5,12  74:7  78:12
  87:14  90:7  93:17  104:6
  104:11,18  105:2  106:5
  111:23  112:12  116:6  126:6
  129:10,20  130:23  131:11
  132:11  138:2  139:7
  143:20  148:9,16  149:11
  149:22  152:11  153:10
  155:6,11,18  156:18,20
  158:9  163:20  165:20
  166:9  171:11,19  173:6
  180:4,7  181:23  182:8
  199:15,18,19  200:20,23
  202:23  203:20  204:9,16
  204:21  205:5,12,13
  211:17  212:16,17  213:16
  214:20  216:15  218:19
  219:19  221:12  222:1
  223:17  224:4  227:20
  233:2  242:23  247:17,18
  247:21  248:4,9,16  249:13
  251:3,6
above 6:13  64:3  107:13
  121:1  248:23
absolutely 106:20  179:20
  252:13
accept 183:21  210:21
accepted 60:6  177:20
access 159:21  222:18
accident 67:11  240:20,22
according 29:2  46:11,18
  57:23  62:12  98:9  116:2
  138:10  169:6
account 241:11
accuracy 98:16,20  99:17
  109:6
accurate 16:12  34:12  98:22
  124:12
accurately 38:21  67:5  87:8
  97:2  107:21
acknowledging 192:12
acreage 32:11
acres 32:12,13  33:11
acting 6:4  48:1
action 1:5  176:20
activities 28:23  29:3,12,18
actual 64:2  69:3  167:9
  240:21
actually 15:16  31:16  39:18
  42:23  47:10  50:22  54:1
  57:1,4  63:23  65:19  70:8
  76:9  77:12  81:6  84:5

85:7  90:16  91:4  93:11
  102:16  108:13  129:23
  136:5  141:17  145:6
  146:12  147:4  150:4,22
  152:1  159:20  162:18
  164:19  166:12  168:3,6
  169:2,7  171:2  178:2
  180:10  190:4,13  199:4
  202:10  203:16  207:8,20
  208:3,12,20  210:22  218:8
  223:6  233:8,13  245:22
  251:8,12  252:1
ad 116:10,13,21  118:8  119:11
  119:18,20  120:6,22
add 73:18
addition 91:14
additional 8:12  54:13  239:1,3
address 12:2  28:3  30:9
  31:11  32:5  49:2  52:4
  68:12  175:16,18,22  247:1
addressing 221:4
ads 78:16,17
advance 241:19
advertise 178:6
advertised 155:22
advertisement 116:5  178:11
Advertiser 116:12  119:15
advertising 118:2
advises 243:3
advising 115:19
after 8:10  61:6  62:23  64:10
  66:21  69:16  72:8  80:7
  92:17  101:7,8  105:9
  106:23  108:2,17  111:21
  113:18  119:4  121:22
  127:13  148:22  152:9
  156:3  174:15,22  177:9
  179:23  180:9,10  194:5,13
  199:16,21  200:12  202:6
  220:4  226:6,8  238:10,12
  238:17  249:11  251:4
again 56:6  81:14  94:18  99:9
  108:20  111:18  174:17
  184:6
against 7:3  94:16  219:13
age 52:18
agency 71:11
agent 11:16  12:4,8  67:16
  68:3  71:3,4  72:7  80:12
  81:9  164:19,23  189:5
agents 71:9
agent's 28:2
ages 19:7
ago 20:20  37:9,9  38:9  46:3
  47:4  87:14  218:21
AGREED 2:2
agreement 46:14,15  133:13,14
  134:15,17
ahead 35:1  39:8  66:16
  113:15  132:20
AIG 12:13,15,18,23

Alabama 1:2  3:9,18  6:3,4,11
  9:22  10:8,20  22:14
  103:20  151:23
alcohol 9:12
Alfa 165:5,8
aligned 185:11
allowed 69:11
almost 240:9
along 8:19  42:19  66:8
  155:16  163:8  195:4  216:1
  241:16
already 25:14  69:6,14  99:21
  118:20  153:1  180:6,17
  213:3  214:4  215:1  249:8
always 221:3,4
amended 116:2
American 12:13  14:15,21  15:4
  15:15  16:15  67:10,15
  68:17,20  72:9  75:8,22
  77:13,14  82:1,5  189:3,6
among 63:9
amount 33:17,19,20  39:11
  40:10  59:5  70:7  207:9,9
  232:17  234:21  236:14
  244:7,12  249:18
amounts 246:4
Analysis 198:23
Ancient 37:8
Anderson 3:4
Andy 19:13  20:7,8,15,19
  63:4  127:1  135:20  170:16
  177:10  178:9  192:16
  228:10  230:3
Angela 109:8
Anniston 151:23  152:11,14
  153:6  154:5  231:19,20
annuities 35:6,6
another 35:20  48:21  87:14
  93:6  142:6  168:4  189:10
answer 7:17,18  8:12  27:18
  28:21  59:4  99:11  111:8
  112:16  122:12  125:17
  126:17  132:4  136:8
  137:17,21  186:11  193:22
  214:18  215:16
answered 8:11  111:19,21
  153:12  154:19  193:9
answering 9:14  111:8  123:22
answers 7:13  248:22
anybody 37:16  42:14  56:8
  74:19  120:1  125:11  121:21
  125:11  126:13  159:7
  204:7,9  247:16  250:2
anyone 90:20  204:15
anything 9:12  29:5  34:20
  35:8  57:6  94:8  99:5,23
  130:23  148:3  159:2
  184:15  204:16  219:8
  221:23  222:6
anyway 165:15  179:15  190:18
  250:16

anywhere 60:3  138:15
apart 15:6  34:16,22  42:7,9
  49:12  180:5  203:13
apparently 93:23  107:10
  109:7  110:22  168:20
  191:9  192:8  193:16
  217:21  221:6  230:10
  236:13
appear 88:14  114:10
appears 73:17  228:16  241:14
  247:1
appeased 249:8
apples 98:19,19
application 61:19  62:2,4
  200:23  240:3
applications 65:4
applied 62:17,20  63:18  64:11
  64:13,16,19  65:14,22
apply 62:16  65:9
applying 65:19
appointment 36:23  58:16,21
  85:4
appointments 57:5,7  58:14,17
  58:23  59:1,21  60:9,12,13
  85:7,13,15,15
appreciate 23:17  66:18
approaching 153:23
appropriate 69:20  122:8
approval 225:14  —
approximate 18:19  19:7  52:18
approximately 15:13  38:19,20
  46:2
apps 160:13
April 47:14  179:13  210:7
  220:8  221:8  222:13
  232:22  241:12
archives 120:12
area 21:19,22  22:6  27:13
  59:10,12  91:9  92:2  158:7
  166:7  169:18  198:23
  205:8,13,13,17  208:6,9,10
  216:23
areas 25:3  128:17  140:19
Arizona 10:6
Arkansas 79:14,16
around 22:5  32:14  44:18
  53:12  132:1  152:13  166:5
  196:18  215:6  236:7
arrange 118:23
arrangement 46:17
arrested 94:7
arrive 225:1
arrived 225:1,6,12,20  226:15
asked 91:6  96:23  111:18,21
  124:20  127:3  128:23
  132:12  138:4,22  140:17
  140:20,21,23  145:2
  155:10  175:21  180:12
  132:11  143:20  150:5
asking 8:8  33:18  62:15
  99:22  111:9  112:1  130:11
  132:11  143:20  150:5

152:11  162:11  200:11
  238:19
asks 135:3
assign 2:21
assigned 145:7
assistant 65:6
assume 24:15  62:15  139:22
  161:19  163:7  170:19
  171:13
assumed 156:19  230:17,18
assumption 132:9
assurances 221:13
assure 109:22  135:10
Atlanta 68:14  85:8  151:19
attachments 133:15
attempt 222:14  225:7
attend 28:7  126:2,5,13
attendance 129:14
attended 126:3  156:1  158:20
attending 26:9
attention 134:15
attorney 3:5  170:15
Attorneys 3:14
attorney-client 104:13  105:14
At-Home 53:23  56:13,15
  91:12
audiotapes 107:14
Audrey 120:17  121:3,4
aunt 24:1,8
aunts 22:20  23:21
Autauga 23:2,3  205:9
auto 11:20  246:2
automatic 245:22  246:2
automobile 95:21
availability 205:12
available 164:5  180:15  183:3
  181:12,13,15,20  182:3,7,9
  182:14  183:1,11,13,14
  186:5  205:14  219:3
Avenue 3:17
average 142:21
averaged 47:3
award 39:21
aware 60:5  102:22  103:13,18
  103:21,23  105:9
away 34:6
awfully 233:9
A-okay 221:14
a.m 6:12  61:5,6  66:20,21
  106:22,23  113:17,18  119:3
  119:4  252:18

## B

B 4:10  66:9,11  67:1  75:6,21
  77:11,15,17,19  78:20
  79:13,18  80:2
back 39:3  64:5  69:5,11
  102:23  119:19  120:11
  121:9  123:3  124:6  128:6
  128:6,14  143:22  151:8
  161:10  167:9  168:21

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

171:21 172:10 192:9
200:14,21 202:20 211:22
214:5 229:22 230:21
235:14 246:8
background 10:11 155:3
backing 197:5
backwards 42:22
bad 123:15
bag 192:15
ballpark 40:13
bank 13:1 101:22 227:6
228:17 232:15 242:19
bankruptcy 17:9
Baptist 28:9
base 46:4,5 155:7 157:19
158:4
based 28:20 46:12 75:19
99:22 100:1 132:16
basically 14:2 22:15 42:22
43:1 44:11 47:9 55:2
60:1 81:19 96:22 130:13
165:7 180:23 200:8
205:16 206:14 210:2
221:14 239:11,13 245:17
basis 44:8 45:17 47:5
Bates 190:5
BB 5:6 233:4,7
Beatrice 24:10
became 201:14
become 81:9 184:2 202:8
203:10
becoming 126:6 131:10,11
bedroom 30:19
bedrooms 32:19
before 1:21 2:5 6:9 7:6,11,17
12:7,18,23 35:11 50:21
72:8,10 81:6,13 82:14
93:22,23 94:4 104:2
106:2 122:2,20 123:3
133:20,22 134:6,9,12
145:6 148:23 157:5
172:19 197:9 201:22
239:14 251:7,12 252:9
Beg 78:1
began 47:3
begin 45:22 58:7 147:8
beginning 47:14 201:19
216:19 250:22
Behavior 198:2
behind 192:16
being 6:18 40:21 59:9
105:12,13 112:9 120:23
131:1 150:7 180:13
182:12 204:17 205:14
212:3 217:8 222:8
248:19
believe 72:20 107:22 115:1
126:11 152:3 154:23
173:22 197:14 233:2
240:2
belonged 220:14 221:10

below 76:10 146:18 170:17
173:12
benefits 39:5 64:19 144:6,8
240:11
best 19:12 93:4,12 94:20
109:2 112:17,23 115:7
124:5 161:21
better 23:12 60:17 250:8
between 2:3 120:22 247:23
248:1
beyond 121:1
big 58:19 89:8
bigger 165:2
biggest 180:9
bill 237:16 238:18
billed 238:16
bills 45:5
biological 19:4,8
Birmingham 3:18 6:3 125:2
141:23 143:10,21 145:4
148:6,11,23 149:5,5,15
150:9 194:6,14,18 196:11
196:12,16,19 202:7,19
214:5
birth 10:3,5
bit 16:19 51:9 95:4
bi-monthly 165:5
black 52:17
blank 127:19
blood 9:8
board 219:4
Bob 6:22 111:1 112:18 121:11
123:23 154:13 204:1
bonds 34:19
book 131:23 133:16 192:19
193:5 215:14 218:2,3,9
223:16,16,18,19,21 224:2
224:5 225:9 244:6
books 70:11
born 13:23
boss 146:13,14 170:21 248:8
botched 174:18
both 42:22 90:4 95:13
120:5 131:7 139:10
166:20 203:8
bottom 17:5 63:8 128:16
165:20 187:19,21 228:18
bought 231:22 245:16
Box 3:8
boy 214:12
boys 125:5,8
bracketed 144:6
brackets 140:19 150:18
branch 43:15 44:16 48:1
92:4
break 8:2,4 13:22 113:11
126:4 179:18 251:15
brick 31:5
brighter 165:2
bring 8:14 42:19 124:6
brochures 211:19

Brock 28:14
Brockway 38:15
brothers 23:21,22 24:1
brought 36:18 120:13,14,16
121:2 231:15
bulk 88:13,16,17
bumped 219:12
bunch 62:9
business 12:11 13:21 14:6,8
14:12 16:1,2,4,15,17 17:1
17:7 35:2 43:17 44:22
50:12 64:23 70:10,18
83:12 92:5 133:5 197:18
busy 206:5,6
buy 33:1,15
buyer 234:3
buying 211:18
bypass 11:23 27:22 28:1
51:11 52:2
B'ham 149:10
B-E-A-T-R-I-C-E 24:12

C

C 3:1 4:11 10:19 11:2 72:19
72:22 73:2
Cagle 24:10,13,17
calendar 73:3 86:20
call 21:13 85:12 103:19,20
109:14 110:10,17,18
132:10 134:14 159:23
167:10 171:1 172:14 174:5
175:10
called 35:22 90:10 93:4
110:15 124:20 133:4
136:6 146:15 149:16
152:5,14 161:2 164:22
167:9 168:21 174:10,21
175:3,12 191:2 198:22
225:19 248:23 249:1
calling 45:10,14 57:1 84:23
94:23 95:2 102:18 103:5
150:15 210:9
calls 103:7,9,11 108:21 109:3
109:6,13,17 111:14 112:5
112:11 113:1,6 122:22
168:10
calm 222:5
came 6:9 99:18 116:4 119:14
185:23 200:14,21 211:21
214:5 243:17
Camellia 28:9
cancel 238:4
canceled 69:15
capital 83:13 95:4
card 232:11,13 236:13,16
237:23 242:12
cardiologist 41:16
care 22:19 42:4,10 69:19
124:22 247:14
career 15:19
careerbuilder.com 62:7 63:10

63:12
carrier 77:22 78:2 192:13
cars 95:9,11,11
case 22:13 34:22 37:17
38:8,9,14 96:15 98:9
114:8 177:5 187:13
238:17 250:9
cash 230:21
casualty 11:20
catch 63:5
cause 6:14
caused 16:14,20 38:5 69:23
CC 5:7 233:17,19
CDAS 189:10
cell 152:4
cemetery 84:7,8,11
central 22:3
certain 69:13 183:17
certainly 88:17
certificate 234:13 240:18,23
certify 6:5
Chad 212:17 227:6,10
229:20 241:10 250:3,11
250:17
chain 221:15,17 224:20
227:4 248:20
chance 111:22
change 204:18 212:19,22
changed 183:23 211:20
characterizations 111:6,9
charge 94:13,16 232:11,14
chargeback 69:10
chargebacks 69:4
charging 69:5
Charlie 1:7,16 2:5 6:13,17
9:18 19:9,19,20,21 30:2
97:19 120:8 123:11
152:23 185:5 194:6
223:11 239:4 249:11
251:4
Chattahoochee 23:9
check 39:23 40:12 155:3
225:23 241:16 242:10
checked 226:1
checking 197:15
checks 40:2,4 47:16 69:12
ChemLawn 51:15
Cheryl 110:17 171:4,13
Chevrolet 95:5
child 94:10
children 19:3,8 21:10
Chilton 10:17 19:22 24:2,5
32:2
choice 212:12,14
Christmastime 158:2
church 28:5,8,9 29:3,19
church-related 29:7,11
circumstances 13:18 184:1
city 22:7 31:13 59:14 235:3
Civil 1:5 6:7
claimed 38:3

clarification 251:5
clarify 8:13 76:18
Clark 154:15,16,17,23 155:12
156:5
class 194:7,14
classified 119:11
classroom 196:10
clear 104:21
click 65:18
clicked 62:3
close 17:6 177:6 211:9
220:14
closed 85:22 92:1,16
closet 123:9
clue 95:18 151:11 152:21
156:5 195:19 220:22
code 21:19,22 147:17,19
208:7
Cohen 48:2,3
coincides 15:19
cold 45:10,14 94:23 95:2
collector 64:17
college 10:13,14,18,21 11:3
color 52:15,16
come 8:19 69:11 143:22
145:4 164:5 201:17
205:21 249:11
comes 59:11 239:15
coming 34:7 99:15 150:9
151:21 203:6 224:20
command 221:16 227:4
248:20
commencing 6:12
comment 157:20
commission 45:17,18 46:8,17
47:7,15 57:18,19 59:22
69:12 80:15,16,20 85:16
Commissioner 2:6 6:5
commissions 46:11 69:6,13
commitment 251:7
communication 101:21 247:5
247:6
communications 102:14 104:9
105:1 159:6
community 10:21 11:2 29:18
comp 38:8 39:5,10,11 40:14
companies 59:14 65:4 77:9
90:17
company 14:14,21 35:20
37:5 38:15 51:1 67:12
68:1 69:10 70:3,18 71:13
77:20,21 89:16 90:13,16
92:12,15 93:7,17 95:17
122:19 129:10 188:17
227:15 239:5
Company-owned 89:17
compare 98:19
comparison 114:17
compensated 57:16 78:20
compensation 38:4 45:20
47:3 49:9 54:14 55:1

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

59:6,21 89:11
competent 109:23
competing 27:16
competitive 59:9,11,18
complaint 116:3 220:7,12
221:8 223:14 224:1,7,12
complaints 45:4
complete 55:16 145:3 199:8
189:2,11 190:9 191:11
193:16 195:3 200:22
completing 147:10 182:10
192:6 209:14
compliance 2:13
component 83:18
computed 46:8,9,23 89:12
computer 189:17 191:22
219:8,9 222:14,17,19
225:13
computing 46:11
concern 180:9 248:17 249:16
concerning 214:11
conclusion 141:3
conditional 228:16
conditions 55:1
confirm 73:1 107:16,18,19
111:12 112:8,10,18 113:8
149:16
connected 85:6
connection 7:2 18:23 35:12
36:14,17 39:15 126:21
161:17 190:9 229:18
241:4 242:4 245:19
consider 164:12 211:23
consist 32:10 245:14
consisted 204:5 247:5
consistent 157:7
construction 20:1
contact 149:4 160:23 173:18
188:23 202:8
contacted 160:18,19 164:3
238:7
contained 225:9 252:22
contents 133:14
continually 60:16
continue 224:9
Continued 5:1
contract 35:19 57:12 124:21
131:14,20 132:12 135:5,17
135:23 136:2,11,13 137:1
137:12 138:3,6,17 178:15
184:14,19 185:7 186:13,19
199:14 220:9 222:15,23
225:8,14 228:17,20
contractor 53:6 116:7 126:7
131:1,12,18 132:10 133:5
133:12 134:17 135:3
144:12 151:22 165:21
185:14 186:15 188:1
189:8 190:10 203:11
210:15 214:8,9 227:22

240:19,22
contractors 117:21 130:18
131:15 155:13 161:23
162:2,5,6 186:10 197:18
Contractor/Driver 194:23
195:21
contribute 28:22
control 41:11,15 50:14 193:14
102:14 103:15 106:11,12
110:22 115:6 137:4
153:15 166:11 167:1,4,19
168:1,2,8,19 170:23 174:1
176:5 178:17 200:10,19
214:1 215:12 247:12
249:15 250:11,15,22
conversations 97:19 100:2,6
100:13,15,20 101:3 102:6
104:12 105:11 106:6,10
107:12 108:19 115:18
121:15,17,21 122:9 124:15
172:1,20 174:16 199:12,16
216:16 248:11 250:20
copay 163:21
copied 120:9
copies 117:2 230:2
copy 25:15 48:11 116:17,20
118:13,17,20,23 119:11
120:10 163:7 230:1
252:5,7
copying 193:5
core 215:23
corporation 14:23 43:11
corporations 90:9
correct 9:15 14:4 18:9 20:23
22:15 34:9 43:13 44:23
57:15 67:13 69:9,17
73:10,21 81:5,10 83:14,22
88:11 90:6,12 98:11 101:5
102:17,20 103:8 105:4
116:8,9 119:16 141:12
144:19 158:10,11 160:11
163:17 166:2,11,14,18
167:2,12 171:12 186:15
189:23 196:6 201:16
203:11 226:16 228:4
232:22,23 234:1,19
235:4 237:17,20,21
238:2,3 239:4,5,8,15,19
240:11,12 241:18,21 242:1
243:5,19,20,22 244:8
246:10,11,14,20 247:3
correctly 30:10 74:9 119:14
121:13 156:15 175:10
184:17
Correspondence 239:9
cost 142:22 165:13 218:4
costs 242:3
counsel 2:4,17,19 6:9 96:16
96:22 105:1 106:3 114:6
119:13 120:5 133:3

134:14 229:7
count 74:8
counties 22:22 23:3,13
county 9:23 10:17 19:22
22:16,17,21 24:3,6 32:2
32:7 53:4 154:6 180:20
180:21 182:2 201:15
204:17 205:3,4,9,14,15
210:2 214:21 215:2
216:12 217:21 218:1
219:12 220:10 224:11
235:3
County/Wetumpka 211:10
couple 53:11 150:3 171:17
188:8
course 8:1,9 11:1 43:7 55:4
58:14 105:9 139:7 143:8
143:10,12 144:5 185:12
197:4
court 1:1 2:14 6:8 9:21 38:3
96:14,18 97:22 98:6,9
107:9 175:17 237:5
cousins 22:20
cover 97:18 114:21 193:6
209:7 239:6 240:17
252:8
coverage 239:11 240:4,10
covered 209:19
covers 22:16
Crawford 71:16
created 97:21,23
credit 123:5 232:11,13
236:13,15,16,17 242:11
credited 69:14
creditors 17:12
crime 103:14 105:10
criminal 94:15
criteria 183:17,18
Critical 198:1
CRS 197:23
curiosity 27:11
current 18:3
Curtis 163:21
customer 36:11 44:10 209:12
242:19
customers 44:11
cut 120:13 133:10
C–A–G–L–E 24:15

D
D 4:1,12 5:1 83:4,7 84:15
86:18 133:4 194:22
Daddy 34:5
dad's 24:2
daily 58:15
Dairy 161:1
Dan 48:1
Darrell 154:15,16,17,23 155:11
156:5
date 6:6 10:3 16:5,12 101:10
101:11,13,18 102:12

107:17 108:3,13,16 114:23
115:16 118:22,23 126:10
133:17,18,20 141:17
150:22 172:4 197:11
206:4 225:5,6 226:4,5,9
dated 133:9 199:1 241:12
242:18,20
dates 107:20 108:1 119:21
174:22 196:1 206:1
David 36:7,13 91:2,7,8
93:15
day 1:17 6:11 8:1 36:22
55:17,20 59:2 123:8
145:17 148:1,19 151:9
153:13 164:22 182:23
194:4 197:15 201:3
212:20 213:17 223:5
225:11,18 226:7,8 229:8
231:9 248:15
days 19:20 125:13,15,19
143:11 207:6,9,16,17,19
207:20 208:19,20
DC 151:23 154:15
DD 5:8 234:9,12 237:2
deal 70:21 85:1,17 250:7,8
250:15,16
dealing 228:2 229:9,12
death 31:23 34:2
Debbie 11:8,10 17:14,18 25:3
debit 236:16
Deborah 71:22 90:5
December 68:22 204:4
decide 57:11 69:1
decided 17:5 124:15 199:23
decipher 177:15
declined 72:14 211:14
deduct 65:10
deeded 31:23
defendant 1:11 3:11 37:14
Defendant's 48:6,7 61:11,20
66:10 72:19,21 83:4,6
87:1 97:13 107:5 113:22
119:6,10 127:15 128:4
132:21,22 139:15 158:10
158:12 159:11 160:10
163:10 187:5,14 192:22
228:11,15 232:2 233:3,16
234:8,12 235:14,16 237:7
239:21 240:2,13 241:6
242:14 243:14 244:2
245:1,5 246:13,15 252:14
defined 27:13 169:18
definite 183:3,4,5,8,8
definitely 132:17 175:12
deleted 62:23 64:9
deliver 55:15
delivered 52:22
deliveries 44:14
delivering 199:7
delivers 44:19
delivery 49:22 52:6 130:22

131:8,12 133:12 135:2
155:5 162:13,18 193:13
194:1 203:8,11 217:12
236:2
demise 16:20
demonstrated 184:14
department 26:19 218:14,16
239:13 242:20
departure 15:20
dependent 204:17
depending 214:21
deponent's 111:7
deposed 7:11 35:11
deposit 245:23 246:1,2
deposition 1:14 2:4,10,11,22
7:4,5 8:10 18:22 61:4
66:19 106:21 113:16 119:2
127:11 179:21 220:2
252:17,23
depositions 2:15
Depot 54:1 55:4 56:5,11,15
57:3 58:4,8,11,13 59:10
59:15 60:6,15 86:8,10
91:11,13
DeRosa 152:16 153:9 231:15
Derrick 181:9
describe 30:16 131:14
described 34:18 130:18,19
131:4 153:16 218:20
244:6
describing 186:14
description 52:12,13
desire 186:3
desk 222:8,9
detail 65:20
determine 39:11
determined 87:18
DHL 49:19,20,21 51:19,21
52:21 53:8,21 56:8 60:7
161:15,18 162:1,16,17,17
163:3,4
dictated 114:9,11
died 34:10
different 45:11 46:10 78:15
132:7 139:5 162:9 184:1
208:8,10 237:13
differently 99:16
direct 71:15
directly 44:15 80:7 218:11
director 173:14,19
disability 35:7 39:9,14,21
41:2 240:6,9,11
disclose 35:20
disclosures 96:14 114:7 117:1
187:12
discuss 105:3 219:5
discussed 219:7
discussion 42:8,16 54:20
61:3 120:3 127:10,22
132:18 159:10 163:9
182:5 187:3 193:7

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

194:20 199:18,20 228:8
230:7 232:1 237:6
244:23
discussions 121:9 203:15,19
204:7 218:18 219:2
dispute 36:3 39:2 77:4
dissolve 16:3,15
dissolved 16:2
district 1:1,2 6:8 22:14 23:14
23:16
diver 179:3
division 1:3 88:23
divorce 18:23 37:19
divorced 18:18
Dixie 83:20 86:2,8 160:19
dock 142:8,11,14
document 61:14 113:3,6
117:17 133:3 134:18,23
135:8,11 167:13 189:11
190:2 193:12 197:8
222:18,21 239:12,17
245:8 246:22 251:17
documentation 241:22
documents 98:21 111:7,10
123:1,3 127:5 132:8
135:7 136:3,4 187:10
190:8 192:5 223:3,6
227:21,23 228:1 229:9,12
230:10 237:12,14 241:15
243:6,17 247:4
Dodge 211:17
doing 19:23 27:8 45:6,6,9
67:14 68:2 72:5 77:15
78:12 80:10 84:9,19 86:1
91:10 92:23 108:5 115:20
148:11 155:1 160:3 164:7
203:1 206:6,11 208:4
213:11 217:12 227:7
dollar 123:18
done 59:20 66:6 97:3
109:22 114:16 115:22
188:4 225:23
doodling 148:13,14 160:3
door 147:1
doors 15:14
DOT 155:2 227:4
doubt 219:14
doubted 219:17
down 23:5 25:22,23 46:16
63:8 74:23 91:10 93:12
123:14 124:8,11 125:5,9
126:4 141:6,14 144:21
145:16,20 146:10 148:19
149:18 151:9,21 155:2
157:8 160:4 165:14,14
166:9 167:22 170:17
173:2,10 176:3 178:6,14
179:10 192:5 203:6
209:1 210:22 213:6
214:12 222:14 224:20
230:22 231:16 232:8,18

downtime 82:19
Downtown 13:11
dozen 156:13
Dr 41:21
drew 70:12 80:21
drive 21:1 143:22 145:5
197:4
driver 62:12 89:4 126:7
131:12 143:14 162:20,20
179:3 188:1 189:8 193:13
196:15 203:20 204:3
207:1,7 210:14 213:6
drivers 44:4 78:10 87:23
88:20 162:4 181:8 206:9
206:12,17 217:9,12
driver's 25:15,19 192:11
210:6
driveway 123:7
driving 89:8 197:3,15 198:1
199:5,6 204:11,22 214:9
dropped 70:11,13
dropping 69:4
drove 89:2 205:10
drugs 9:12 41:12,13
ducks 123:12
due 123:19 243:4 247:15
249:18
duly 6:18
Durham 28:3 164:16,18
during 7:23 29:6 55:17
59:23 60:2 61:17 82:23
83:1 86:15 139:7 157:23
158:2

E

E 3:1,1 4:1,13 5:1 86:23
87:2,5,5
each 27:16 59:2 66:5 83:1
86:16 108:4
earlier 35:10 135:6 251:1
earliest 101:18 102:12
early 134:2
earn 75:13
earned 76:3
earning 69:13
earnings 58:1 88:18
easier 7:14
east 22:16,17 23:5
economic 70:21
economically 17:6
Edison 91:19,21,22 92:15,20
92:22 93:11
Edmunds 165:21
educational 10:10
Edward 9:18
EE 5:9 235:15,17
effect 2:12
effective 238:1 240:20
effort 172:15
eight 11:11 17:15 31:19 46:2
47:4 57:21 143:11 151:9

eight–day 143:8
either 21:10 52:10 82:16
94:3 121:17 122:5 126:19
132:14 170:20 200:16
21:3 248:7 249:7
El 208:12
elect 143:23
Electronics 11:4
Elmore 10:2 23:2,4 53:4
129:1 139:21 141:11 154:6
180:20,21 182:2 200:4
201:15 204:17 205:3,4,14
205:15 211:10 214:21
215:1 216:12 217:20
218:1 220:9 224:10
Elmore/Wetumpka 178:1
200:4 216:23
else's 191:5 195:9
embedded 169:22
emergency 218:16
employed 11:12 50:5 77:9
83:1,2
employee 53:5,7 54:16 92:8
121:5 138:7 162:23
employees 15:9,11 100:7
101:4 121:16 162:6
employer 38:13 51:17
employment 12:9,23 26:17
42:21 68:20 71:23 77:8
79:10 81:4 86:6 190:10
enclose 246:18,22
encouraged 224:8
encouragement 224:16
end 71:9 115:5 130:6,7
134:23
ended 81:18
endorsement 239:2
engineer 170:20 248:7
entities 44:21 48:19
entity 41:4 84:4 90:10 91:15
93:4
entries 149:12 179:7
entry 146:1 165:10 168:10
envelope 239:18 243:8,18
equipment 36:21 106:13
133:14
error 227:18
errors 114:14
estate 34:14
estimate 31:7 32:20
even 35:14 39:17 50:17
54:6 110:1 152:22 153:22
153:23 178:3 210:22
212:17 213:15 219:8
223:4
evenings 155:1
event 54:22 154:3 186:5
eventually 186:18
ever 7:5 30:1 37:13,16
64:22 94:7,12 135:5
136:20 148:23 185:23

197:8 203:18 204:15
214:19 228:1 238:10,15
every 20:15 41:17 55:6
101:7,20 102:2 108:4
127:4 212:20 213:17
215:11,12
everybody 48:17 54:8 125:1
125:3 130:1 141:4
everyone 250:21
everything 23:4 44:13 62:2
62:10 128:11 129:23
135:20 149:17 161:11
162:17 182:12 191:23
200:7 219:13 227:6,16
229:21 252:11
evidence 2:23
exact 12:2 40:9 45:20
119:20 181:17 225:5
exactly 54:15,18 59:8 61:18
62:8 99:17 102:21
153:20 188:5 196:7
224:18
exam 82:12
examination 4:5 6:14,21
examined 6:18
Examining 117:17 167:13
245:8
example 59:13,17 65:5 181:9
excellent 122:17,17,19
except 2:18 119:20 128:14,15
128:15 130:2 213:16
exceptions 107:23
exchange 52:20
excited 125:3 219:19
exclusive 27:14
Excuse 102:2
execute 241:15
exhibit 4:8,9,10,11,12,14,15,16
4:18,19,20,21,22,23 5:3,4
5:5,6,7,8,9,10,11,12,13,14
5:15,16,17,18,19 48:6,8
56:13 57:23 60:22,22
61:9,12,21 66:9,11 67:1
72:19,22 73:2 74:10
83:4,7 84:15 86:18 87:5
89:23 97:8,12,14 98:9,17
100:9,14,19 107:3,4,6
113:21,23 119:10 124:4
127:16 128:4 132:21,23
139:16 149:20 158:10,13
159:12 160:10 163:11,14
167:7 169:22 170:23
171:6 173:4 187:5,15
192:21,23 223:1 225:9
228:10,12,15 232:3 233:2
233:4,7,17,19 234:9,12
235:15,17 237:2,8,11
239:22 240:2,14,17 241:7
241:9 242:15,17 243:15
243:21 244:3,5 245:2,5
246:13,16,19 252:15

exhibits 4:13,17 43:5 86:23
87:2 98:3 119:7 228:4
expand 215:23
expense 235:11 236:9
expenses 157:5,9,14,16
245:9,12,19
experience 65:2
Experts 90:11 92:18 93:16
expired 82:15
expiring 238:2
explain 109:16,18 132:13
177:1 179:7 247:20,22
explained 59:4 138:8 214:1
explanation 183:7 221:19
expressed 203:9
extra 33:5 216:9
e-mail 57:8 160:4
e-mailed 123:3

F

F 4:13 86:23 87:2 89:23
face–to–face 121:21 122:6
facilitator 196:4
facilitator's 195:10
facility 52:5 200:22
fact 62:21 71:8 72:11 73:13
75:13 101:8 105:9,12
114:9 153:2,18 174:10
175:3 188:16 222:21
238:17
factor 222:8
fail 81:12
failed 81:21
fair 124:13
familiar 7:10 31:10
family 123:20
far 16:23 17:1,4 43:9 58:20
59:8 71:17 92:4 98:19
113:2,7 121:19 133:17
144:9 150:5,6 164:1,6,23
180:14
Farm 11:15 12:4,5,8,19 27:9
27:12,17 72:12,15 146:3,4
164:20
Farmers 161:1
father's 31:22 34:1
feasible 17:6 152:13 153:7
February 134:3, 210:7
federal 6:6 41:5 67:3 73:2
74:13 87:5 90:1
FedEx 1:10 7:1 37:17 49:9
50:23 51:18 54:11 72:13
97:20 100:6 101:3,21
102:15,15 104:19 116:4,6
123:7 124:16 125:1
133:12 135:2 138:8,13
142:10 149:10 152:2
154:21 159:7 162:4
170:20 178:12 184:16,19
185:9 186:3 187:11 188:4
190:3 192:13 227:2,5

Tyler Eaton Morgan Nichols & Pritchett Inc.

237:16  239:2  245:11
249:23  250:21
**fee** 234:17  241:22
**feel** 8:17  41:9,10,14  183:22
184:10
**feeling** 210:20
**fellow** 198:11  206:8
**fellows** 196:21
**fellow's** 231:14
**felt** 65:1
**fertilizations** 50:13
**few** 86:3  188:2
**FF** 5:10  237:8,11
**field** 62:11  138:17  199:6
**fighting** 159:18
**figure** 46:20  101:15  102:10
145:14  166:1  167:18
244:20
**figured** 156:17  234:4
**figures** 76:11  165:15,16,20
**figuring** 110:8
**file** 120:20  223:10
**filed** 7:3  38:2,17  65:18
115:14  125:13  156:4
**files** 135:22
**fill** 188:9  203:3,6,7  209:1
**filled** 189:17  194:4,13  217:8
**finally** 184:2
**finance** 13:4,5
**financing** 130:22  212:18
214:14
**find** 42:23  65:18  108:8
110:11  117:13  120:19
172:21  244:13,15  250:3
**finding** 39:14
**fine** 174:20  236:22
**finish** 7:16
**Fire** 26:19
**fireman** 26:18
**firm** 121:5
**first** 6:18  13:22  17:23  26:3
48:16  50:5  76:17  77:12
87:5  97:12  98:7  101:10
107:17  108:16  112:2
115:17  116:3  128:16  133:6
152:1  157:8  163:19
170:23  171:7  178:4
184:12  188:7  194:15
228:19  229:1,6  237:15
246:19  249:23  250:22
**five** 37:8  90:8
**five–year** 43:1
**fliers** 78:15  85:8
**flip** 74:4  87:12  90:7  151:15
187:17  189:7  192:9  197:17
197:22  198:21  243:10
**Florida** 23:6  25:6  91:9
**flu** 209:21
**focus** 221:5
**follow** 163:8
**following** 6:15  61:7  66:22

107:1  113:19  119:5  127:14
172:11  179:23  220:4
**follows** 6:19
**footage** 32:18
**force** 2:12
**Ford** 160:21
**foregoing** 6:8
**forget** 37:18  117:15
**forgotten** 8:18
**form** 2:18  56:13  74:20  76:9
110:4  111:18  112:16
122:12  132:3  136:16
137:15  138:19  184:9,22
186:7  187:1  193:14  194:3
194:4,13  195:3  197:18
213:8  216:3,7  225:8
**forms** 49:13  66:9  73:4,18
**Fort** 20:6
**forth** 196:3  202:20
**forward** 101:20
**found** 167:10
**four** 19:4,7  33:8  37:10
49:13  54:10  82:17,18
110:14  125:5  154:9  163:6
163:15  202:1  234:6
**four–bedroom** 30:21  32:21
**four–month** 139:8
**four–wheel–drive** 96:12
**franchise** 14:16  162:14,15
164:20
**franchisee** 163:2
**franchisor** 163:1
**frankly** 48:21  234:23
**free** 8:17
**Freight** 235:20
**French** 173:14,18
**Fresh** 161:1
**Friday** 164:4
**friend** 35:14,15,21  188:14
**Friendly** 160:21
**friend's** 36:5
**from** 9:13  13:15,22  15:6,17
15:20  18:18  34:17,22
38:4  41:4  42:7,10,22
49:9,12  51:3  55:5,18
56:7  57:21  60:7,17  61:9
61:19  62:10  63:4,14
67:10  68:1,8,16  69:12
70:12  73:7  74:13  75:14
75:21,22,23  76:4  79:9
80:18  81:4,23  83:20
84:2,16  85:10  88:8  90:9
90:10  91:15,19  92:14
93:3,19  94:2,4  95:4
99:5  101:20  103:19
107:15  109:3  114:6  119:11
119:15  120:23  125:11
126:3  129:4  132:11
135:23  145:14  150:9
157:8  161:3  162:9  165:8
167:5  172:12  173:17

174:6,11  175:20  180:5
186:18  200:14  202:4,4,17
203:13  204:3  208:9
210:17,18  214:5,10  217:11
218:10,13  220:11  224:21
230:21  235:7,19  237:12
237:16  239:10,18  240:17
241:2,10  242:4,18,19
**front** 25:19  98:17  100:8
111:13  114:2  118:13  128:5
128:6  146:20
**fronted** 230:22
**fuel** 133:8
**full** 2:12  8:15  9:17  18:3
193:15
**full–time** 206:3
**function** 45:7
**functions** 44:9
**fund** 34:19
**funeral** 84:7,8
**further** 161:21  181:1
**future** 125:8  182:9  222:2
**FXG** 187:20  190:7

**G**

**G** 4:9  60:22  61:9,12,21
**game** 165:23
**gamut** 11:20
**Gary** 1:21  2:6  61:1  193:3
**gas** 245:15,15
**Gastineau** 3:21  108:20,20
118:17  121:15  144:17
193:20,23  194:3  202:9,13
203:20  214:19  218:19
220:7,10  223:15  225:7
**gave** 18:21  30:9  76:11
120:17  121:2  127:1
135:20  149:6,7  166:5
188:12  192:20  223:15
226:4  230:2
**Gene** 166:9,12  167:1,4,10
168:3,5  169:7
**General** 12:13  67:11,15  68:17
68:21  72:9  75:8,22
77:13,14  82:1,5  189:3,6
**generated** 85:8
**gentleman** 130:3  156:21
**geographic** 27:13  205:13
**geographically** 22:23
**George** 10:19  11:2  203:21
**getting** 39:9  47:10,11  150:4
161:17  206:17  214:13
216:9
**get–go** 60:18
**GG** 5:11  239:22  240:2
**give** 7:12,17  8:12  15:17
32:19  40:13  52:11  59:13
59:17  117:4  184:20  191:3
212:2  214:17  219:15
221:18,22  224:15  225:13
252:4

**given** 43:4  124:1  177:12,17
177:18  178:3  184:4  214:2
**gives** 113:6
**giving** 214:7,7
**glad** 112:22
**Glass** 38:15
**Glenn** 28:14
**go** 10:14,18  22:10  36:23
39:8  45:8  64:5  66:7,15
78:12  79:7  88:10  89:21
89:23  106:8  108:15
113:15  118:14  122:14,18,18
122:22  123:4,9  132:19
147:1  149:2  161:10  171:21
184:11,11  185:9  186:10
200:7  212:22  214:14
215:14,15  218:2  226:4
228:6  230:6  248:21,22
252:9
**Godsend** 180:22
**goes** 110:14,15  188:2
**going** 7:8,11,12  22:17  42:18
42:21  43:2,6  44:13  60:8
70:9  72:13  97:17  101:14
111:4,5  121:8,11  123:2,10
123:13,14  124:16  128:3
136:12,13,22  138:7,15
139:6,12,14  148:10  149:6
150:4  152:11  157:22
160:7  164:9  165:16  172:7
172:8,21  173:5  175:9
176:20,22  177:22  178:11
183:1  191:11,16  192:20
200:12  201:21  214:16
215:20,22  223:12  226:2
226:11  233:6  234:11
236:11  244:1  245:10
248:18,21,22  249:3,10,17
249:19
**gone** 30:1  202:3
**good** 19:11,11  41:9  45:3
70:21  77:7  165:17
244:22  249:3  250:7,15
250:16
**government** 67:3  86:19
**go–to** 150:13
**graduate** 193:15
**grandchild** 13:23
**grandmother** 24:23
**grandson's** 29:21
**great** 180:20  201:12
**Green** 48:18  50:7,9  51:13,14
71:8  84:6,6
**Greenwood** 84:7
**gridded** 218:10
**ground** 1:10  7:1  116:4,6
131:6,8  146:19  190:3
217:12  237:16  239:2
**grounds** 2:21
**group** 240:19,21
**guarantee** 60:8

**guess** 11:20  14:3  36:3,4
62:15  76:19  88:22
104:23  131:23  141:10
145:14  148:14  162:12
174:9  179:12  213:3
238:14
**Guide** 133:5
**gutters** 86:4
**guy** 52:17  153:2,3  160:20
161:2  162:14  181:6
209:12  248:20  250:15
**guys** 58:20  68:7  77:18
85:22  89:2  95:7  107:3
**guy's** 231:21
**G–E–N–E** 166:14

**H**

**H** 5:4  228:10,12,15
**hair** 52:16
**Hale** 170:14
**half** 12:20  156:13
**Hammond** 18:7
**hand** 106:15  219:16  235:20
235:23
**handle** 30:4
**hands** 221:15  223:7
**handwriting** 128:12  140:18
151:12  163:16  167:22
191:4  195:13
**handwritten** 163:15  245:6
**hand–held** 106:15  143:15
**hang** 104:5  120:1  224:16
228:5
**hanging** 123:8
**happen** 7:9  152:23
**happened** 36:21  38:19  51:3
53:19  139:6  167:20
194:12  199:16  221:20
231:4,5
**Harbor** 235:19
**hard** 25:22  110:8  130:19
133:9  139:2
**harm** 38:6
**Harris** 189:4
**Hattiesburg** 22:6,8,8
**having** 6:4  25:22  84:15
98:13,14,14  110:7  158:20
177:12  191:15  213:23
214:13
**Hawaii** 103:2,5
**head** 7:20
**headed** 213:17
**headquarters** 79:17,18
**headstones** 84:12
**health** 11:19  12:16  41:7
67:19  80:14  161:1  163:23
164:1,8  165:8
**heard** 104:2  107:20  156:14
172:12  174:6,11
**hearing** 184:16
**heart** 212:23

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

held 141:18 150:23 154:22
help 23:1 42:19 43:3 51:8
 167:18
helped 250:17
helpful 139:10
helping 191:19
her 11:21 13:2,4,19 14:2
 18:3,6 24:9 25:5 26:11
 27:2 71:23 72:8,15,15
 140:18 191:21
hey 138:14 180:18
HH 5:12 240:14,17
high 10:12,15 22:11
highlighter 139:20 140:2
Highway 68:14
him 36:16,22 37:1 48:13
 52:12 91:13 104:11 110:11
 112:21 123:3 130:11
 132:13 138:4 150:15
 152:5 159:23 161:9,9
 165:1,3 166:4 167:8
 168:6,8,21,23 169:2,3,8
 169:10,12,12 172:12,14,15
 173:6,6 174:5,6,10,12,14
 174:21 175:3,3,9,11,13,21
 176:4 177:23 180:12,18
 188:23 193:22 200:19
 201:2,3,9 202:23 204:9
 210:19,22 211:5,7 212:8
 214:7,8,15,18 215:13
 224:20 225:13 226:1
 229:23 231:13,15,16
 248:21 249:20
hinged 182:12
hint 226:11
hire 162:6
history 37:8 42:21 124:4
 177:6
hit 70:7
hold 124:19
Holding 95:16
holiday 129:7 155:6,21
 157:19
holidays 158:1
home 14:11 20:8 27:4 30:7
 30:16 31:3,16,22 32:11,16
 36:23 37:1 49:6 54:1
 55:4 56:5,11,15 57:3,9
 58:4,8,11,13 59:9,15 60:6
 60:15 68:8 79:16 84:8,16
 84:20 85:20 86:7,8,10,11
 86:14 87:19 91:11,13
 106:16 131:8,11 133:12
 135:2 155:5,7 157:19
 158:4,6 175:18,22 193:13
 203:7,11 211:10 217:12
 226:2 231:16 247:8
Homecrafters 83:21 86:2,9
 160:20
homeowner 35:16 57:9
homeowners 56:20

homes 57:2
honest 112:9
Honestly 55:23
Honolulu 103:2,5
Hood 20:6
hoops 185:11
hope 19:9 43:2 222:1
hourly 54:5
hours 29:10,14 54:2,4,13
 55:13 58:10,20,22
house 30:12 33:11
How's 41:7
huh-uh 7:20 82:8
hundred 46:6 47:6 54:10
 59:13 123:17
Hunt 75:6,21 77:11,16,17,19
 78:20 79:13,19 80:2
husband's 26:11
hypertension 9:1 41:8,11,20
hyphen 74:20 146:19
H-A-M-M-O-N-D 18:8

—— I ——

ID 166:6 227:3
idea 52:19 65:11 74:18 78:7
 92:7 106:3 140:3 213:12
 223:20
identification 48:9 61:13
 66:12 72:23 83:8 87:3
 97:15 107:7 114:1 119:8
 127:17 133:1 158:14
 159:13 163:12 187:16
 193:1 228:13 232:4
 233:5,18 234:10 235:18
 237:9,23 239:23 240:15
 241:8 242:16 243:16
 244:4 245:3 246:17
 252:16
identified 77:1
identify 233:7
II 5:13 241:7,9 252:22
immediate 47:22 71:14
immediately 134:6 238:5
important 7:18 221:7
impression 112:21,23 113:5
improvement 84:17,20 85:20
 86:12,14 87:20
inaccurate 99:8
Inc 1:10 93:5
includes 241:19
income 49:12,14 60:17 67:6
 68:1 70:12,13 73:2,4,13
 73:20,22 75:14 83:12,13
 83:15 84:16 87:6,9 90:8
 91:15 93:3,19 94:2 95:4
 142:15,18 157:3,14
incurred 242:3
independent 53:6 116:7
 117:21 131:1,12,15 144:12
 162:5 186:15 240:19,21
independently-owned 93:7

index 97:20 98:3 107:9
indicated 247:14 250:19
indicates 55:20
indicating 117:16
indication 158:20
individual 35:18,19 52:14
 103:2 130:2 149:15
 154:13 155:14,15 162:14
 163:22 164:3 203:3
 207:18 208:5
individuals 100:23 122:9
 222:10
influence 9:11
information 35:21 43:3,9
 63:3 116:6 129:10 131:11
 149:4 165:8 180:4 188:1
 188:9 189:9 191:4,15
informational 126:6 155:23
 184:11 185:15,17 201:20
inherit 33:22
initial 76:17 96:13 114:7
 117:1 187:12 200:23
initially 211:5
initials 152:2 228:23
injury 38:6 39:3
Inn 129:7 155:21
inquire 104:9 105:3
inquired 211:16 212:16
inquiry 138:2 164:1
ins 217:16
insect 50:14
inside 133:7
installation 36:17,20
installed 57:14 226:3
instance 108:6
Instruction 194:23 195:22
instructions 156:10
instructural 196:9
insurance 11:15,17 12:10,14
 67:11 69:5 70:6 81:7
 144:9,11 161:4,7,7 164:2
 164:7,9 165:9 169:23
 170:1,6 179:14 237:23
 238:1,10,16,22 239:1,7
 240:3,5,6,8,18,20,22
 243:1,17
insurance-related 242:6
insured 239:1,3,3
intentions 125:11,12
interest 15:3,5 35:2 90:19,23
 203:9
interested 158:19 177:2 193:5
 201:4 211:4,8,9,13,15
 212:10,12,15 217:22
interests 34:17
Internet 63:6,9
interpretation 7:21
interview 55:4
introduction 116:3
investigated 125:6
investments 30:5

involved 29:17 34:23 35:15
 38:13 40:22
involvement 28:15
Iraq 159:15,18
Isaac 177:19 204:12,13
 208:14 209:1,8,9,20
 210:10,11,18 213:13,16
 214:3,4,11,15 219:4
Isaac's 208:17
Isabella 10:15
issuance 226:21
issue 58:19 105:2,8 224:21
 227:3,14,15 251:3
issued 145:12 226:21
issues 58:13 105:4 221:2
 242:7
item 143:7 145:22
itemized 245:9
items 151:17 160:14 235:22

—— J ——

J 6:23 75:6,21 77:11,15,17
 77:19 78:20 79:13,18
 80:1 198:20
January 119:19 120:22,23
 126:8,9,11 150:18 192:7
 199:17
Jay 3:6
Jeff 108:19 110:10,16 146:7
 170:18,18 171:1,3,5,14,16
 171:18 172:1,3,21 173:3
 176:9,11,11,16,22 188:13
 224:21 248:5,6,9,14,16
 248:23 249:2,13,16 251:3
 251:6
Jermaine 198:13,14,15 199:9
 199:10 206:8 208:9,11,20
 209:9,10
Jim 173:14,18 174:1 175:9
JJ 5:14 242:15,17
job 13:2 14:3 43:19 44:9
 51:2 53:20 54:22 56:2,4
 56:8,10,18 58:5 59:20
 60:7 62:9 63:10 64:14
 65:17,18,18 67:21 69:2
 72:11,12,14,15,16,17 79:6
 81:18 89:20 122:21
 123:19 125:12 129:20
 130:18,19,20 131:3 160:13
 160:17 161:17 164:23
jobs 61:16 62:16,19 63:11,11
 63:12,13,15,22 64:2 88:3
Joe 141:14,16,20 148:18
 149:21,23 150:1,2,8,8
 151:3 154:13 202:11,14
Joe's 59:16 149:7 202:12
jog 148:9,15 179:11
John 3:13
joint 76:16
Jones 154:22

Jr 3:13 19:9,20
judge 195:14
judgment 115:8
jumped 185:10
juncture 94:2 251:16
June 34:6,7,8,10 117:22
 118:3 119:12
just 8:2 13:21 16:17,23 17:3
 17:3,5 22:8,22 27:11
 28:18 29:2 32:19 35:22
 36:2,21 39:19,20 40:1
 41:13 42:4,18 44:12 47:6
 47:8 59:4 63:21 64:11
 70:12 76:11 78:3,14 82:8
 87:13 88:22 89:7 91:4
 93:14 98:6 104:23
 105:23 106:15 107:13
 111:14,22 112:7,16 121:9
 123:22 125:4,17 132:13
 133:19 134:9 136:8
 139:13 147:1 148:10,11,13
 149:18 151:6,17 152:12
 153:7,15,16 156:8 157:21
 158:6 160:2 162:22
 163:21 165:7 171:7 174:9
 177:8 178:13 179:10
 180:21,22 183:20 192:20
 193:6 202:20 206:7
 207:9,18 209:2 214:9
 215:5,16 216:21 217:8
 218:20 222:7,11,12
 223:12 227:3 228:6
 230:18 233:15 236:5
 237:1,14 238:18 239:17
 243:7 245:9 246:7,8
 247:23 249:9 250:6
 251:19 252:5
Justin 19:17 25:8 27:5,8
Justin's 25:9
J-E-A-N 166:13

—— K ——

K 3:4,12,15
Kansas 49:2
keep 9:13 81:17 121:11
 135:12 138:11,12,12 160:6
 215:4 217:2 230:1
 245:18 248:1
keeping 118:2 244:9 245:17
Kelly 152:7,15 153:10
Kent 3:21 108:19,20 110:18
 110:19,22 121:15 122:21
 124:20 132:11 135:14
 136:6 144:17 147:21
 150:10 154:23 176:8,10
 176:21 177:22 178:17
 200:15 202:8 203:4,6
 205:20,21 206:9 210:18
 210:21,23,23 211:3 212:11
 214:1,11,11 215:2 216:16
 216:22 217:20 218:19

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

219:17 220:7 227:13
246:10 247:6 249:2,20
249:21 251:7,8
Kent's 146:13 170:20 175:18
248:8
KG 246:23
kids 22:10 27:2 148:6,9
kind 8:22 9:12 11:17 12:14
14:9 31:21 35:3 40:21
41:2 42:19 52:5 67:17
78:2 94:12,15,18 106:13
110:6,14 126:20 150:9
156:16 159:21 176:19
215:7 234:20
KK 5:15 243:15,21
knew 60:11 65:21 102:18
125:7,19 145:20 150:8,8
150:13 155:16 160:20
182:1 183:17 204:10,14,21
205:1,5,10 210:17 219:6
226:19 227:2,8,12,13,14
249:10
know 8:2,18 12:1 13:4,8
15:6 16:10 17:4 18:5,10
18:13,16 20:11 21:9 22:10
27:12,19,21 28:3 29:14
29:22 32:17 35:23 36:10
36:15 37:21 38:10 39:10
39:18 41:14 43:8 45:4
48:23 49:17 50:18 52:15
54:6 55:7 59:19 60:12
61:18 62:17 65:13 66:5
71:18,19,20,21 74:2,7,16
74:19 75:3 78:7 80:5
81:23 82:4,10 85:21 93:2
97:1,20 99:10 100:19
103:4,6 104:10 105:12
107:3 108:12 110:11
114:19 118:2 122:6 123:10
126:19 132:7,16 134:11,11
135:8 136:5 139:4,5,13
142:10 143:5 147:5 148:8
150:6 151:1,11,19 153:21
153:22 157:5 160:2,21,22
161:8,14 165:14 166:10,17
166:19 167:3 169:11,12,13
169:17 170:5,11 171:9
172:2,6,19,23 173:1,9
177:21,23 178:20,22
179:4,14 180:19,21
183:23 184:10 188:22
191:7 193:18 194:8
195:10,13,14 198:17
200:16,17,17 201:17
202:22 205:10 206:5,9
208:7,21 210:15,16,17
213:12,14,14,15,15,20,22
214:10,18,22 215:9,9,21
216:8,8 217:15,16 219:12
222:15,20 223:4,5,8
224:1 226:14 228:1

230:9 238:8,18 243:9
244:10,17,19,21 245:20,21
246:5,6 247:1 248:17,20
250:1,3,23
knowing 99:14 113:7 183:20
knowledge 106:4
known 127:4 201:8

L

L 2:1 4:23 187:6,7,8,15
labeled 162:17
lady 126:16 153:11 191:21
197:2
language 224:14
Large 2:8 6:4
lashing 235:21 236:3
last 20:18 25:9 41:22 64:12
64:13 91:12 96:16,21
107:4 115:2 152:1 179:6
196:3 198:17 202:12
203:17 204:14 229:2
late 165:22 187:2
later 8:10,14,19 15:23 125:13
125:19 131:23 145:20
146:11,15 211:21 249:22
latter 15:22 70:9
law 3:5,6,14,15 103:15 106:4
lawns 50:14
laws 2:13
lawsuit 7:2 37:14 115:14
125:14 156:4
lawyers 135:16 170:11
leading 2:19
leads 85:10,11
leaning 219:6
learned 201:21
leased 32:23 133:14
least 25:18 29:16 62:13
72:4 202:5 250:23
leave 69:2 81:21 158:19
leaving 13:19
Lee 71:16
left 79:7 130:1,4 141:4
145:23 149:10,19 152:6
161:2 167:6,8 168:23
169:3,8 171:4 174:5,8,14
175:3 195:17 198:9
201:18 202:2 213:1
left-hand 189:9
leg 184:13
legal 37:21 40:20
length 46:13 53:9
less 77:22 78:5 157:9,14
208:1
let 7:16 8:2 25:13 34:23
42:17 48:5,13 73:1 82:19
97:1,5,11 102:23 105:22
121:20 126:3 128:14
132:19 134:13,14 159:14
168:5 187:9 193:22
228:5 229:6,16 230:8

238:7 241:9 244:21
252:2,5
letter 176:8,10,21 241:10
242:18 246:10,12,19,22
247:10 251:4,8,12
letting 105:11
let's 25:12 45:22 49:16 50:3
64:11 72:18 74:4 87:4
89:23 113:10,20 154:7,8
154:8 179:18 188:7 189:7
227:20 228:14 230:5
236:15 252:10
level 30:20 31:1 68:1
Lewis 3:6 26:3,6
Liberty 72:5 74:13 75:14,23
76:4,6 77:12 79:8 80:7
80:11 81:4
library 120:11
license 25:15,19 81:8,9 82:4
161:8
licensed 71:3 81:7
life 11:19 12:16 67:11,19
74:13 75:8,22 80:14
163:23 164:2 240:5,8
like 9:13 15:19 29:5 34:20
35:8 41:9,10,14 43:6
44:14 54:23 55:17 59:3
60:1 64:9 65:1 72:3
74:6,12,22 83:19 84:13
87:17 112:7 120:6 135:5
135:6 136:2 139:1 147:2
151:4 152:19 155:23
161:22 162:19,19 167:7
169:3 171:2 192:3 196:3
197:17 199:1 200:1 202:2
218:9 251:14
liked 185:19
limb 122:15
Limited 48:19 51:13
line 17:5 23:6 76:16 83:11
123:5,6,12,21 135:2,3
138:13 139:12 142:14
144:21 145:9 148:17
151:9,18 156:16 195:10
lined 185:20 186:4
lines 216:1
list 60:22 61:20 63:13,16
65:21 117:9
listed 51:12 56:12 64:3
74:17 76:15 107:13,16
142:2,7 171:1
listen 98:23 99:19 107:20
112:14
listened 98:10
listing 235:20
lists 160:14
litigation 8:17 159:6
little 12:6 16:19 51:8 83:20
87:19 95:3 128:17
139:20 177:13 190:16,23
192:17

live 9:19 21:5,10 26:14,15
180:20
lived 10:7 31:17 158:7
livelihood 123:5,20
lives 18:11 19:21,21 21:8
24:2
living 19:19 22:21 24:1 154:6
LL 5:16 244:3,5
LLC 3:6 14:23 15:2 90:11
lobby 180:11
Local 191:3
locate 152:5
located 9:23 10:16 11:22
28:10 31:11 32:1 38:16
42:2,3 43:14 48:3 51:6
52:1 68:5 91:23
location 13:9 51:20 56:21
63:9 79:12
long 10:7 11:9 12:3,17 13:12
31:15,16 50:19 53:8 58:3
67:20 80:1 85:19 86:15
90:18 124:1 125:15 145:5
168:18 233:10
longer 75:16,18 76:6 92:2
long-term 138:7
look 9:10 25:13 48:5,14
60:21 61:9 63:8 64:12
71:5 72:18 83:3 86:23
87:4 96:23 97:6,11 107:8
111:22 119:9 129:19
139:16 154:8 167:14
170:8 171:2,21 187:4,23
188:7 192:3 193:11
228:14
looked 70:23 74:23 97:4
161:20 199:22 218:9
looking 9:10 53:13 60:14,16
61:17 83:10 91:16 108:7
113:2 118:16 125:4,5
154:18,20 160:16 163:14
167:7 171:7,10 194:22
232:10 251:17
looks 68:16 72:3 73:7 74:6
74:12 83:19 87:17 147:2
151:4 152:19 161:22
167:5,7 169:3 196:3
197:17 199:1
loss 83:13 204:19
lost 71:8 161:7
lot 7:13 75:15 139:5 147:12
lots 84:10,11
loud 7:19
low 9:7
LP 84:2
LTL 77:22
lucid 9:10
luck 191:16
ludicrous 249:9
lunch 245:15

M

M 5:18 97:9,10 246:13,16,19
made 2:17 62:1,3 98:14
103:6,9 108:22 109:3,7
109:15 111:15,16 112:6
113:1,7,8 126:20 168:11
168:15 201:8 210:22
248:18,19 249:23 250:1,2
251:7
maiden 18:6
mailed 243:7 247:7
main 45:7 221:1 248:17
249:16
maintain 44:12
maintenance 138:11 215:10
225:23
majority 75:14
make 2:20 44:13 48:16
61:19 96:5 100:5 101:9
125:16 163:7 177:5 181:7
198:2 237:2 249:3,3,19
249:21 252:10
makes 7:13
making 33:3 45:2 65:4
103:19,23 174:15,22
247:15
man 124:23 127:4 150:14
204:11 207:3,5 219:18
manage 44:1,12 203:7
management 65:2 84:2 88:1
88:21 218:16
manager 43:21,23 44:5,16
48:1 62:11 64:14 131:6
141:21 152:14 188:21
189:1 202:18 231:18
241:11
managers 65:6,6
managing 203:8
manual 192:18
manufactured 31:3
many 15:11 17:20 19:2 29:10
29:14 32:12 55:13 58:10
60:12 124:21 129:13
132:7 135:7 136:3 156:11
207:6,19 208:23 220:23
221:2
map 215:14 218:2,3,8 224:2
244:6
Maplesville 32:8
March 1:7 6:12 149:21
206:2 210:7 212:4
252:19
Mario 149:14
mark 65:10 132:20 140:7
141:10 192:20 236:11
244:1
marked 48:8 61:12 66:9,11
72:22 83:7 87:2 97:14
107:6 113:23 119:7
127:16 128:4 132:20,23
141:14 158:13 159:12
163:11 187:15 192:23

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

228:12 232:3 233:4,17
234:9 235:17 237:8,11
239:22 240:14,16 241:7
242:15 243:15 244:3
245:2 246:16,23 252:15
market 59:9
marking 235:13
Marla 41:21 42:2,7,10
marriage 17:18
married 11:5,9 17:14,17,21
26:9 27:6
material 241:1
maternal 24:22
matter 62:21 71:8 72:10
153:2 188:16 212:13,14
may 2:5,20 15:21 58:15,16
59:4 73:16,19 82:17 91:6
99:15 101:12 108:22
111:16 112:7 114:21 115:9
115:14 117:18,19 120:22
121:1 134:13 139:16
142:11 150:22 152:3,10
166:5,15,15,20 168:11
169:15 170:4 172:16
173:8,8,15 177:5,7,13,19
181:15 195:19 202:5
205:8 224:19 225:2
226:10 242:18,20 243:22
246:9 248:12 250:11
maybe 15:19 47:16,19 58:17
75:3 82:9 141:9 169:5
171:17 224:2 238:17
251:1
Mazda 96:8
Mc 202:11
McConnell 148:18 150:1,2
151:4 202:13,14,15
203:19
McConnell's 202:16
McDonald 141:14,16,20
202:11
McDonough 3:7
McDounough 6:10
McKinley 203:22
McKlinney 203:21
mean 7:16 30:19 33:13 38:1
39:18,20 45:21 59:19
62:6 65:10 74:3 75:20
76:8 81:18 82:2 86:11
89:6 99:14 104:8 105:2
105:19,20 110:7 127:3
130:5 132:4 136:21,23
138:6 143:9,18 144:7
145:1 146:20 147:16
148:7 151:10 157:1 160:2
171:6 176:11 182:13
208:2 210:2 214:7 215:11
217:15 219:19 224:19
227:12 247:9 248:21
251:22
means 74:20 75:11 139:22

142:17 144:18 235:22
meant 31:17 142:19
medical 42:11 144:10
medication 41:19
medications 8:21
meet 183:16,18
meeting 141:18 145:17 154:21
155:9,19 156:12 157:9
161:12,16 172:8,10 180:10
180:10 199:17,21 201:20
221:7
meetings 158:16
Mega 163:23 164:2
member 28:19
memorized 21:18
memory 148:9,15 179:11
mention 204:16
mentioned 18:21 22:22 35:10
93:18 182:20 185:7
186:14 200:3 249:15
message 167:6,8 169:1,3
171:4 174:5,14 175:4
messages 169:8 174:8
Messrs 3:12
met 57:9 180:11 200:2
201:2,22 220:7
Miata 96:8
middle 1:2 22:14 23:14
130:5 144:21 190:7,15
might 75:4 76:20 105:7
152:19 161:22 163:7
181:12 182:17 188:4
199:13 200:18 206:9
211:22 214:21 221:19
224:23 238:16 247:17,21
250:9 251:6
Mike 188:19,22
mile 89:13
mileage 59:22
military 20:4
Millbrook 9:21 26:15 31:14
42:3 43:15 48:4 204:22
205:3,8,10
mind 48:14 66:17 124:7
125:16 129:22 184:19
211:21 252:8
minds 212:19
mine 105:18 188:14 191:6
minimum 54:12
minor 94:10
minute 87:14 104:5 113:21
121:10 179:19 219:23
misdemeanor 94:13
missing 63:20 73:16
Mississippi 18:12,14 20:9,22
22:2,3,4
mistaken 68:15 243:8
MM 5:17 245:2,5
mode 47:12,13 49:10
model 96:5
modest 59:5

mom 20:8
moment 32:22 106:18 184:18
218:21 219:18
money 16:23 73:18 218:5
229:5 242:9 244:5
monster.com 64:6
Montgomery 3:9 6:11 12:1
13:11 22:16,17,21 23:4
26:19,23 38:17 51:7,22
56:23 59:15 68:6 85:23
93:8 116:12 119:15 129:1
129:8 141:9 146:22
147:18 150:9 175:17
177:19 180:16 181:21
200:22 202:6,20 208:6
217:3,4 218:20
month 33:8 47:17,19,21
53:11 82:6 144:23 145:8
146:1 165:17 240:3
months 41:17 62:23 64:10
67:22 70:9 81:13 82:4
82:17,18,18 146:1 165:13
202:2
more 16:19 17:6 29:15 37:12
51:9 62:21 64:8 65:20
86:3 108:12 120:9 124:12
151:3 166:12 169:10
180:12 206:13,14,14
207:11 219:7
Morgan 1:21 2:6 6:1
morning 146:23 147:5 244:21
251:20,23 252:19
mortar 31:5
mortgage 13:3,5 30:13 33:3
33:4
mortgages 13:6
most 141:3
motel 143:21 148:5,11
mother 21:8
Mother's 226:7,8
motor 192:13
move 42:20 202:23
moved 12:18 81:18
moving 236:6
much 28:16 41:15 59:16
70:10 73:18 89:13
129:22 131:7 146:15
170:1 202:23 218:4
219:5 229:5
Murabito 36:7 91:2
must 15:18 94:3 190:19,20
MVR 155:2
myself 9:3 35:1 122:14,15,16
123:11 124:2 125:4,7
251:19 252:4,9
nerves 222:6
never 41:1 63:2 78:17
135:18 136:17,19 137:10
137:11 152:23 172:12
174:6 182:19 185:7,23
186:2,9,13 201:22 204:14

N 1:21 2:1,6 3:1 4:1,16 5:1
6:1 113:21,23 124:4
name 6:22 9:5,17 11:7 14:13
18:1,4,6 20:13 24:9 25:9
26:2,3,11 28:2,12 30:2
36:6,11 41:23 50:17 52:9
55:22 76:17 79:21 135:4
149:18 154:12 171:4
178:4 191:21 198:17
202:12,12 203:21 204:12
204:14 207:2,5 231:14,21
234:3
named 37:13 180:17 239:3
namely 91:18
names 19:6 97:23 197:1
239:2
National 72:5 74:13 75:15,23
76:4,6 77:12 79:8
232:15
nature 39:1 43:16 44:22
50:11
near 22:8 112:12
necessarily 182:8
necessary 2:16
need 8:1,3 63:3 106:18
112:1,13 130:17 134:14
181:1 183:6 227:21 251:5
251:16
needed 57:11 178:9 186:9
192:2 218:2
needs 224:14
Nelms 3:4 23:1,8,15,21 24:5
24:16,19,22 25:14 34:9
48:10 54:19 60:23 74:2
74:21 76:20,23 97:9
102:2 104:5,10,16,20
105:5,17 106:8 110:3
111:1,5,17 112:15,20
113:10,14 116:20,23 117:3
117:7,11,15,18,23 118:4,7
118:12,19 119:17,22 120:8
120:15,18 121:6,11 122:11
125:17,20 126:17 127:7
127:21 132:2 136:8,15
137:14,17,21 138:18
154:10 156:8 159:9 160:6
160:8 162:22 163:4
166:20 179:18 184:8,21
186:6,11,23 187:8 190:11
190:17 194:10 195:16
209:5,10,18,22 213:17
215:16 216:2,6 218:23
219:22 224:13 229:11
230:5 236:19,23 237:3
251:19 252:4,9

210:21 211:7 212:16
214:17 219:17 222:3
new 95:11 132:6 235:8
Newman 143:16 173:13 196:5
197:11
Newman's 222:9
newspaper 116:5 120:12
next 47:17 51:16 75:1 84:14
142:14 143:7 145:9,22
148:16 151:9 154:8
164:14 165:10 175:16
178:5 190:2 199:17
219:11 237:22 239:9,12
239:17 243:4
nice 249:7
night 55:6 122:20,20 147:2
Nissan 96:8
NN 5:19 252:15
nobody 123:12 150:6 217:7
nod 7:19
none 100:17 121:18 235:9
normally 58:21 59:15
north 3:17 22:2 23:10 51:10
northern 1:3 21:23 28:1 51:11
52:2
Notary 1:23 2:7 6:3
note 76:10 126:23 157:18
167:16 169:14 173:13
178:13 191:1 245:6
notes 126:20 127:1 128:8
129:19 155:2 158:9
160:11 163:15 168:14
173:2 177:8 180:16 195:8
nothing 54:3 70:13 213:16
notice 51:4 233:9 238:8
noticeable 114:15
noticed 108:11 139:19
number 21:12,16,17 74:8
76:21 101:3 133:6 142:2
142:3,6,9,11 143:2,3,5
144:17 145:10,11 146:5,8
149:7,8 151:7,18 152:4,4
152:6 159:22 161:3
165:11 166:7,7 173:4
175:6,8,11 176:9 178:21
191:3 193:12 227:3,4
numbered 187:19
numbers 103:1 151:4 169:18
187:21 190:5 244:10
nurse 26:22

O

O 2:1 3:8 4:14 97:10,12,14
98:9,17 100:9,14,19
107:3 117:6
object 110:3 111:6,17 112:15
122:11 132:2 136:15
137:14 138:18 184:8,21
186:6,23 213:7 216:2,6
objections 2:17,20

N

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

observation 197:11 198:1
observations 199:4
observed 36:1
observer 197:10 198:10
obtaining 199:14 210:6
obviously 28:20 145:15 156:3
  235:2
occasion 108:13 168:19 169:6
  172:2,14
occasions 150:3 171:17
occurred 61:7 66:22 107:1
  113:19 119:5 127:14 180:1
  186:2 220:5
off 17:11 51:10 52:2 54:19
  60:23 63:5,5 64:5,10
  66:2,5 70:11 80:21 99:15
  99:18 106:16 122:6,23
  127:7 132:9 133:11 159:9
  195:18 197:15 221:17
  222:9,11,12,15 223:5,7,11
  223:17 227:5 228:6
  229:22 230:6 240:8
  252:5
offer 164:23
offered 2:22 72:12 210:19
offering 153:1
offhand 81:2
office 11:21 27:10 43:15 51:5
  52:1 68:4,8,10,12 85:23
  92:4,17 120:17 153:12
  171:13 218:17
offices 3:6,15 27:12,17
official 23:15,18,21 224:4
Off-the-record 42:8,16 54:20
  61:3 120:3 127:10,22
  132:18 159:10 163:9
  182:5 187:3 193:7
  194:20 228:8 230:7
  232:1 237:6 244:23
oh 19:11 24:15 26:3 33:20
  33:20 44:20 47:20 52:19
  61:22 64:2 74:4,7,16
  82:16 85:21 86:13 104:15
  118:19 122:13 137:11
  153:6 154:12 157:2,6
  171:9,11,16 174:20 177:11
  190:5,19 201:2 204:5
  207:17 210:11 234:5
Oil 245:15
okay 7:8 8:5,14 9:6,9 12:22
  15:8,23 16:14 19:6 26:16
  27:3,11,20 28:4 30:21,23
  31:15 33:20 34:8 37:11
  39:22 40:11,18 45:12
  46:20 49:17,18 51:16
  56:1 63:17 65:15 66:3
  70:4 74:4,11 75:19 76:7
  76:23 79:15 80:6 85:16
  86:15 87:16 89:23 90:18
  91:3,6 92:3 95:20 97:5
  97:16 98:8,8 99:2 101:14

102:5,9,11 103:21 106:1
110:20 112:4,11 113:9,12
115:13 121:7 122:1,13
124:9 126:13 128:13,21
130:9 131:22 134:13
135:17 136:10 138:21
140:1,16 141:13 143:1
144:8 145:13,22 147:7,14
147:22 152:17 153:8,14
154:16 156:14 158:8,23
160:1 161:14,20 162:3
163:19 164:8 165:4 170:7
172:18,22 174:4 175:23
176:2,7,14 177:4,11 178:5
181:4 183:10 189:7
190:23 191:9 192:10
194:2,8,17 198:19 201:23
202:3,21 203:18 205:11
205:21 213:18,21 215:18
217:14 219:21 221:18
223:23 224:7 227:1,19
230:20 232:8 236:11
237:4 242:9 243:12
244:15
Omaha 232:16
Omar 143:16 173:13 175:7,9
  196:4,7,13,21 197:11
  222:8 223:9
one 35:11 145:3 169:10
  202:3 209:19
one 7:7 10:12 24:1,7,16
  48:19,21 50:5 58:13,15
  62:14 63:21 64:1,6 74:17
  83:21 91:17 95:23 102:16
  103:1 107:23 108:4,6,11
  108:12 109:3,7,12 110:13
  118:20 128:15 129:12
  130:2 132:12,14 135:18
  138:2,6 139:9 153:4,6
  154:9 155:1,23 161:23
  163:6 166:13,17 168:2,4
  168:19 169:1,8 172:2
  176:9 178:19 183:21
  187:9 190:4,18 191:19
  192:4,18 196:3 200:19
  204:19 206:23 207:1,18
  208:11,14 209:2,2 212:8
  219:5,17 221:1 237:11
  248:10,13 250:8
ones 62:19 63:18 64:7
  65:14 98:5 208:9,13
One-year 138:23
online 65:9 188:4 189:13
only 8:23 24:1 32:3 38:7,7
  54:9 58:17 85:17 120:6
  169:5 199:20 200:10
  204:10,20,20 209:18
  214:10 219:2 246:5
  248:13
onto 205:22
open 15:14 128:18 140:19

151:9 185:13 208:13
213:1 214:21 215:1 216:11
216:19,22,23 217:1 218:1
opened 13:20 14:7 92:17
  93:13,15
opening 204:16
openings 186:5
operating 133:13 134:17
operation 14:17 239:14
opportunity 55:3 122:18
  153:19,21 154:1,2
opposed 157:4
option 32:23 33:14 213:2
oral 6:14
order 50:4 77:8 107:13,17
  197:17 252:11
original 117:12 120:14 139:17
  139:21 154:10
originally 114:19
originals 120:13
Osiris 95:16
other 7:7 15:4,8 22:22 25:6
  27:16 28:21,23 29:17
  30:2 34:13,16 37:17,18
  38:7,8 40:20 41:8 42:11
  49:14 51:17 60:15 61:16
  63:10 69:12 90:16,20
  93:17 100:7 102:5,15
  103:16 107:17 117:19
  121:16 124:7 129:10
  130:2 151:7 168:1,2
  174:7 181:6,8 190:8
  196:21 199:11 200:10,19
  203:14 206:8,12 207:1,7
  208:4,14 215:7,8 222:10
  223:6,7 229:14
others 3:20 44:4 182:17
  196:22
otherwise 111:10 250:9
out 7:18 23:1,9 27:11,15
  40:6 42:23 46:20 47:10
  47:11 51:8 56:21 59:17
  65:16,17,18 68:7,9 79:13
  85:8 101:15 102:10 110:8
  112:13 120:14 122:15
  123:16 128:22 142:11
  145:4,7,14 151:22 164:11
  164:12 166:1 167:18
  172:21 177:5 180:15
  184:18 188:9 189:17
  191:3 194:5,13 196:16
  198:2 209:20 210:20
  214:22 217:13 218:10
  221:14 222:1 224:11
  225:7,23 228:10 234:4
  244:13,16,20 245:21
  249:22 250:17 252:10
outline 173:7 219:10
outs 217:16
outside 29:18 66:14
out-of-pocket 235:10 236:8

242:3
over 10:22 12:6,18 21:1
  31:23 40:2 43:1 55:22
  57:8 59:6 61:9 64:12
  70:8 74:5 83:20 87:12
  87:19 90:7 123:7 134:22
  139:11 140:14 151:15
  152:20 155:8 156:23
  157:2,22 159:18 187:17
  189:7,21 195:20 197:4,7
  197:16,22 198:21 199:23
  209:13 216:12 226:1
  250:6 251:20
Overland 49:2
overtime 54:4
over-the-road 78:3 89:3
owed 33:17,19,21
Owens 188:13
own 14:19 35:6,6 31:20,22
  34:13 37:3 89:14 92:12
  92:15 95:20,23 96:3
  99:5 100:1 144:10,14
owned 31:16 71:11,13 89:16
  90:14,19,19,23 91:21
owner 32:3
ownership 15:6
owns 28:2 164:20
Ozark 162:13,18 163:1,1
o'clock 146:23
O-S-I-R-I-S 95:16

P

P 2:1 3:1,1,8 133:4,7
  194:22
package 1:10 55:11
packages 52:22 55:15
packet 229:15
page 4:2 63:21 64:6,13
  67:12 74:9 83:10,21
  84:14 87:15 90:8 98:7
  107:11 108:15,17,21 109:3
  109:4 110:14 111:14,15
  112:6 115:2,3 117:19,19
  118:13 128:16 133:6,8
  135:1,1 144:21 145:15
  151:15 163:20 167:10
  169:21 173:4 175:16
  179:7 187:21 189:7,22
  190:7 193:6 194:22
  195:21 197:17 198:7
  228:14 229:2 237:15,22
  239:6,10 240:17 246:13
  246:19
pages 51:13 62:12 63:22
  74:8 110:12 112:2 128:12
  163:6,15 168:9 171:8
  188:2,8,10 190:12 195:20
  197:7,23 198:22 228:18
  228:19 240:23
paid 45:16 69:7 78:21 144:2
  179:15 206:17 231:12

233:13 235:2 236:13
  242:9 245:23
paper 38:3 78:16,18 116:10
  118:3 119:12 127:20
  147:23 172:9 173:10
papers 192:6
paperwork 147:11,13 149:3
  150:7 172:9 200:9,23
  201:6 209:14 220:13,20
  220:23,23 221:3,9
  224:21 226:13,15,23
  229:18,21 249:17
pardon 78:1 137:23
paren 176:11 177:5,6 197:10
Park 49:2
Parker 3:13 7:1 25:18 26:1
  60:21 73:19 97:7,10 98:2
  98:5 115:1 117:5,9 118:15
  183:5 192:15 198:13,20
part 15:22 24:6,13 96:13
  105:14 114:7 127:19
  145:15 187:12 191:12
  237:2 238:14
partial 39:14
participation 100:1
particular 53:1 60:9,10 62:14
  113:3 153:4 168:13
parties 2:3,20
partners 91:5
partnership 14:22 90:9
party 105:12 249:7
part-time 60:2 206:3
pass 81:16 197:6
passed 34:6 82:21
passing 82:3 132:1 222:12
pastor 28:13
Patrick 170:14
pay 17:11 53:13 54:2 55:5
  80:21 130:20 143:8,18,23
  144:1,6,13 231:11 233:14
  238:10,15,18,21
payable 241:16
paycheck 46:21,22
paying 45:5 165:17 240:8
payment 123:18 165:14
  176:13 230:22 232:9,18
  234:17 241:20 243:4
  247:15 248:18 249:4,11
  249:13,18,19,21,23 250:2
  250:2,8
payments 33:4 35:6 230:17
  230:18 243:1 247:2
  250:6
peak 155:5,6 157:18,23
pediatric 26:21
pending 22:1
Pennsylvania 102:19 103:8,10
  103:15 105:10 106:5
pension 35:7
people 45:9 57:2 69:4,15
  84:23 85:12 98:1 100:12

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

100:17 102:7,19 103:7
129:13,16 156:11 160:19
185:20 186:4,9 212:19
218:10 221:16
**people's** 223:7
**per** 29:14 89:13 142:22
156:9 165:17 170:1
**percent** 57:21 98:22 99:17
109:5
**percentage** 39:16,17
**percentagewise** 80:21
**perfectly** 9:10
**perform** 138:10
**performance** 132:15
**perhaps** 204:18 224:5
**period** 40:2 43:1 50:20,22
53:15 59:7,23 60:2 61:17
69:15 70:8 72:4 82:7,15
93:1,13 95:7 139:8 213:5
**periods** 82:22
**permanent** 39:13
**permit** 239:13
**person** 103:16 110:17 121:17
156:16,17 204:10 207:3
250:5
**personally** 36:13 169:10
**persons** 115:19
**pertaining** 173:10 176:12
178:16 179:11 223:22
244:18
**Pettaway** 178:3 181:9 204:19
204:21 205:2 214:23
215:2,3,20
**Pettaway's** 178:4
**phase** 47:7
**Phoenix** 10:6
**phone** 21:12,16 97:18 102:6
103:1,9,19 106:16,17
110:10 122:5 132:10
137:4 138:5 142:11 143:2
144:17 146:5 153:12
167:9 171:1 173:3 175:14
176:4
**physician** 42:5
**pick** 78:5
**picked** 231:9,16
**picks** 44:18
**Pickup** 193:23
**picky** 155:15 156:17 212:3,5
**picture** 118:10 252:3
**piece** 38:3 127:19 147:23
**Pike** 210:1
**pin** 210:22 214:12
**Pine** 9:21
**pipeline** 185:22
**Pittsburgh** 102:19 103:8,10
**place** 10:5 35:17 37:6 78:6
78:6 123:1 129:6 150:11
155:20 179:12 226:22
**places** 22:16 160:16
**Plaintiff** 1:8  3:3

**plan** 176:20
**plans** 165:2 214:16,16
**played** 214:22
**playing** 29:22
**please** 7:22 9:17 69:9
117:13
**plural** 109:17
**plus** 13:22 45:18 73:3 80:16
148:5,6
**pocket** 160:9
**point** 8:8 82:5 101:20 118:4
153:8 211:2,3,12 212:9
249:8
**points** 195:16
**police** 218:14,15
**policy** 35:7 69:11,15,18 70:1
70:3,4,6 164:9 170:9
238:5 240:5,6,21
**pool** 70:11 80:20
**poor** 70:16,17
**portfolio** 34:18
**portion** 39:21
**position** 60:6 122:16 203:2
210:6,11 214:8
**positions** 116:7
**possibility** 214:20
**possible** 28:16 170:4 172:16
174:4 224:6 225:4
251:13,13
**possibly** 47:18 58:22 125:8
140:13,14 181:5 183:14
185:13 248:12 251:1
**postdate** 232:21
**postmark** 243:22
**practical** 15:4
**Prattville** 28:11 160:22 205:9
**precede** 11:2,6
**preceding** 109:3
**precisely** 217:19
**preferably** 211:9
**premises** 225:2
**premiums** 238:11,15
**prepare** 123:11
**prepared** 122:14
**preparing** 224:9
**prescribes** 41:19
**present** 3:20 30:6 31:8 35:2
35:17 42:22 177:6
**presentation** 130:1,5,6,8,12,15
130:17 131:10 148:1
**presented** 129:9
**pressure** 9:8
**pretty** 34:11 41:9,15 129:21
131:7 174:18 230:3
**previous** 91:17
**previously** 18:22 91:7 93:18
250:19
**price** 53:2,10,13 46:12
237:19
**prices** 59:16
**Primary** 198:23

**Primus** 101:22 212:17 227:6
229:20 241:11
**print** 63:5,14 65:17 222:14
225:7
**printed** 65:16 66:2,5
**printout** 60:20
**prior** 2:23 17:17 28:21 101:6
**privilege** 104:13 105:6,7,15,18
**probably** 29:16 37:10 53:12
75:11 129:16 148:8
155:17 156:13 227:13
**problem** 70:1 71:10 200:5
215:4,5 220:13,21 221:9
226:11,12,13,23
**problems** 16:16 82:3 214:13
215:7 221:1,3 226:16
**procedure** 6:7 216:9 223:9
**proceeding** 37:19,22
**proceedings** 6:15 40:20
**process** 7:13 146:16 147:8
165:23 185:6 190:10
191:19 213:20
**processed** 150:7
**produced** 61:15 96:15,16
133:4 135:17 187:11
**product** 57:20
**products** 11:18 12:15 56:20
57:13 59:12 67:17 84:17
86:4
**professional** 1:22 2:7 6:2
42:11 109:23
**profitability** 17:1
**profitable** 16:18 17:4
**program** 209:16
**promise** 182:23 249:3
**prompted** 172:13
**proof** 123:14 239:11
**Proper** 188:19
**properly** 9:16 46:23
**properties** 31:21
**property** 11:19 30:5 32:9
33:23 34:17
**protect** 44:2 124:2
**Protective** 238:23 239:10,18
240:18 241:4
**provide** 14:10
**provided** 6:6 130:14 135:18
**providing** 239:11 240:10
**province** 111:10
**psychiatrist** 42:12
**psychologist** 42:12
**Public** 1:23 2:7 6:3
**pull** 64:4 228:9
**pulled** 219:9 223:10
**purchase** 33:10,13 218:2
227:21,22 231:5,8 235:2
**purchased** 57:13 218:3,11
231:7,10 236:1 240:4
**purchases** 162:15
**purchasing** 153:5
**pure** 80:15

**purports** 114:8
**purpose** 7:4
**purposes** 245:18
**pursue** 200:1
**push** 180:23
**put** 17:8 78:16,17 108:13
117:12 119:22 122:15,15
123:4 124:11 136:22
147:5 160:8 163:23
167:22 173:9 179:14
186:9 233:15 246:7
**putting** 127:18 136:6
**p.m** 127:12,13 146:19 147:2
147:3,5 179:22,22 220:3
220:3 252:18

---

### Q

**QPDL** 193:15,18 194:7
**Qualification** 193:13.
**qualified** 184:2,15 186:4
201:14 203:10
**quality** 193:20,21
**quarrel** 98:16
**quarter** 24:16
**question** 7:17 8:7,11 20:3
21:21 22:18 30:18 36:11
56:6 65:9 66:13 69:22
98:12 99:12 100:3 107:15
110:1,2 111:2,8,11 112:4,16
122:12 125:18,21,23
126:4 128:23 137:18,22
140:7,17,20 141:10 145:2
154:19 174:19 177:3
184:6 193:9 204:1 221:6
229:7,17 238:14
**questionnaire** 191:10
**questions** 2:18,19 7:12 8:5
110:9 126:18 130:11
136:9 143:20 150:5
180:12 186:12 215:17
**quick** 82:9 86:22 163:7
252:6
**quicker** 194:11
**quickly** 30:4
**quit** 51:2 54:22 70:21 79:6
**quite** 198:2 234:4 248:13
**quote** 220:9,12,14 223:15
224:8,11
**quoted** 221:7
**quoting** 220:11

---

### R

**R** 3:1,13 4:15 6:23 107:6
167:7 170:23 171:10,10
**radio** 226:3 231:5,6,7,8,10
231:12 233:21,22
**ran** 208:14,17
**Ranch** 161:1
**range** 142:17
**rate** 54:5 57:19 78:23
**rather** 7:19 43:20 162:1

179:3 252:2
**rating** 39:14
**Ray** 189:4
**re** 137:23
**reach** 172:15
**reached** 169:2 173:6 248:14
**read** 48:22 49:1 98:13,23
99:13,20 108:9 112:1,3
114:20 116:4 134:18
161:21 237:3
**reading** 2:10 25:23 98:20
99:6,14,22 177:13
**ready** 226:3
**real** 34:13 252:6
**realized** 63:2
**really** 16:21 25:1 27:18
29:13,20 30:17 35:14
40:16,16,19 42:21 44:22
52:3 71:20 105:19 110:6
110:14 111:10 122:16
123:15,15 129:15 136:1
139:9 151:1 160:23 170:3
170:5,21 173:23 175:8
179:9 200:13 202:22
211:15 217:22 225:4
238:20 245:20 249:14
250:7,17 251:9,16
**reason** 54:9 69:3,7 77:4
100:19 150:14 185:14
208:21,22
**recall** 15:16 16:5,7 20:13
21:17,19,22 35:14 37:7
39:17,23 40:9,21 50:17
51:23 52:3,9 53:9 79:2
79:5 80:4 86:17 88:15
101:11,13 108:5,6 115:16
116:13,15 126:10 129:15
129:18,21,22 133:18,20
134:4,5,8 136:4 140:11
142:9 143:5 166:8 168:1
171:14,20 172:4 175:10
175:20 179:5,16 191:21
200:13 203:14 204:6
205:23 206:4 207:5,8,22
208:2 213:23 215:11
225:5,10 226:9 230:12
238:20,21 249:14 251:9
251:10
**receipt** 192:11,13 233:20
235:14,19 236:12 244:6
244:11
**receive** 133:16
**received** 40:1,1,3 57:22 67:7
67:9 73:5,14 75:20 82:4
87:9 96:17 114:6 132:11
133:19,21,22 134:6,9,12
134:12 233:9,10 237:12
241:1,10
**receiving** 35:5 91:18 164:1
**recently** 108:10
**recess** 61:4 66:19 106:21

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

113:16 119:2 127:11
179:21 220:2 252:17
recognize 195:11,12
recognizing 114:15
recollection 53:15 75:12 80:4
99:5 109:2 115:13 169:9
recommended 72:14 165:3
170:16
record 54:19 61:1 101:4
103:15 105:11 106:10
117:12 121:14 122:8 124:3
124:7 127:7 133:3 156:9
159:9 174:9 197:9 228:6
230:6 248:10
recorded 100:13 101:8,19,22
102:7,13,16 103:11 105:12
105:13 106:9 107:14
110:23 114:23 115:9,18
121:18,22 122:10 166:23
167:4,19 170:23 171:23
172:15,20 174:12,14
175:2,13 248:11
recorder 106:16 112:13 114:11
recording 100:14,20,22 101:1
101:6,7,10 103:17 106:5
109:12 124:14 125:10
176:4 250:20
recordings 100:5 108:18
121:23 122:3 174:16,23
records 215:4,8
recruiter 64:20 77:17 152:2
recruiting 78:9
refer 177:7
reference 95:16 108:16 158:5
163:21 170:11 181:8
191:10 210:23
referenced 169:22
references 188:12
referrals 45:15
referring 176:17 190:13 217:2
reflect 67:5 87:8 135:22
174:8
reflected 48:19 49:13 100:8
100:18 124:4 158:9 168:4
188:10
reflecting 48:23 73:4 227:22
230:11
reflects 67:9 83:9 169:14
193:14 234:16 245:7
refund 234:21
regarding 199:13 201:20
regional 89:5 173:14,19
Regions 13:1,2,9,13,16,19
14:3 15:20 94:2,4 244:11
Registered 1:22 2:6 6:2
registration 234:13
regular 42:4 44:8,9
regulations 138:13 192:14
reimbursed 234:4 245:11
reimbursement 235:6
related 105:7 127:5

relates 244:11
relating 2:14
relations 165:21
relatively 168:8
relatives 22:19 23:20 25:3,5
relayed 214:12
remember 30:10 33:6,9
36:10 38:18 39:12,22
40:17,19 49:3 55:21 65:7
68:11 79:21 80:5 81:1,20
81:23 108:2 121:13 136:1
142:12 143:3 173:23
175:23 176:15 178:3
180:5 181:18 196:22,23
198:11 202:12 207:2,23
220:17 231:14,21,23
249:12 250:10,14
renew 138:9
renewal 233:8
rent 89:15
rental 31:20
rented 32:22
rep 50:10 94:22
repeated 191:1
repeatedly 191:2
reply 155:12
report 44:5,15 71:14 74:5
87:13 91:16 95:5,17
142:1 146:21 147:7
reported 73:8 93:19
reporter 1:23 2:7 6:2 96:19
97:22 98:10 107:10
237:5
reporters 98:6
represent 7:1
representative 62:11
request 61:16 136:12,13,23
137:10 138:3 201:8,13
requested 137:11
requesting 138:17
required 96:14
RES 133:7
residence 21:13
residential 14:11
resign 89:20 92:14
resigned 14:2 56:1,5,7 60:7
79:9 81:4 88:7 94:4
respect 53:19
respective 2:4
respond 138:1
response 61:15 129:3,4 141:7
responsibility 144:10
restaurant 64:14,23
restroom 106:19
resume 62:4 161:4
resumes 62:18 64:7
retake 82:12
retention 70:16,17,19
retest 161:10
retire 13:15 201:21
retired 201:18

retirement 34:19
return 43:3,8 66:8 67:1
72:20 73:3,8 76:16 83:5
86:19 87:6,15 90:1
241:15
returned 202:6
returns 91:17
revealed 104:23
Revenue 239:13
review 132:15
reviewed 98:13,14
reviewing 114:13
Richard 166:9,12 167:1 168:5
ride 197:10 206:22 207:6
rides 208:4
riding 44:18 206:7,12
right 13:12 17:2 19:10 20:5
22:9 24:7,18 25:8,8,15
27:5 28:20 30:1,15 31:6
34:3 37:20 40:7 41:7,10
43:10 49:10 50:1,2,8
51:20 52:20 54:15,18
56:15,17 58:2 59:8 62:3
62:8 64:3 66:7 71:1
75:2 76:12 77:1,7 78:19
81:2,3 88:2 93:6 94:1
96:20 99:4 102:21
104:16 105:5 108:8
117:20 118:6,7,18,19
119:9 121:18 122:4,7
127:8 128:21 129:5 135:9
135:13,21 137:6,9 138:9
139:1,3,4 140:9 142:13,14
142:16,23 143:7 144:16
144:22 145:18,21 146:20
147:3,15 148:3 149:9
150:16,19 151:2,3,8
153:17,20 154:3,7 157:10
157:15,17 158:3 159:19
160:5 162:21 164:13,14
165:19 167:14,23 168:16
169:17 170:10 174:13
175:15 177:4 178:8,16,18
178:22 179:6,17 181:11
182:4,16,21 183:19 185:4
186:16 188:2,19 189:21
190:6,21 191:12 192:1,3
193:4 194:5,19 195:9,15
196:15 197:16,22 199:11
201:5,7 202:14 203:13
204:2 205:5 206:18,20
207:19 209:20 216:20
221:22 225:3 229:3
232:17 233:23 235:13
236:18 237:22 239:18
240:7 242:17 245:23
246:9 247:7,9
right-hand 187:20
River 23:9
road 32:7 125:6,9 145:7
197:9

Robert 3:12,15
robin 194:9
rode 196:18 206:8,23,23
207:21 208:11
roofing 56:19 57:12 59:12,14
59:17
room 144:1 184:18
rough 32:19
roughly 33:6 51:23 84:1,15
90:10
round 194:9
route 53:1,3 55:16,19 140:14
147:18,19 152:23 153:4
154:5 177:12,18,19 178:2
180:4,19 184:20 185:12
199:15,19 200:4,4 201:1
201:15 204:22 205:7,14
208:15,17 209:7,19 210:3
210:19 211:1,4,6,8,10,14
211:18 212:2,15 213:13
214:2,5,8,17 215:3,13,20
216:9,11 217:4,6 218:1,19
219:7,16 220:13 221:10
223:16,19,21 224:4,11
225:14
routes 155:11 181:2,12,13,15
181:20 182:3,7,9,14,18
183:1,23 184:4 185:13
204:19
rules 2:14 6:6 138:13
run 59:20 85:9 106:19
120:23 211:18
runaround 150:5
running 57:4 59:6 85:11
131:7 196:13 213:13
run-around 124:1
rural 210:3
rurial 210:3,3

─────────
S
─────────
S 2:1 3:1 4:17 74:20 90:9
119:7,10 146:2
Safe 198:1
safety 192:13 194:23 195:22
197:10
salaried 54:16
salaries 73:9 83:9 91:15
salary 45:18 46:4,5 74:5,22
78:22 79:1,3 80:16,17,19
80:19 81:2 87:13 95:5,17
sale 36:20 46:19 69:16
227:22 228:2 229:10,12
229:18 230:11,13 237:6
sales 50:10 56:19 62:10
84:10 94:22 188:21 189:1
189:5 228:16 233:19
235:4
salesman 92:10 95:8
same 2:12 20:2 68:1 71:10
72:1 86:3,3 87:13 92:11
99:20 118:8 124:11

188:17 216:21
Sarasota 91:8
sat 189:16
Saturday 55:11,13 155:4
172:3,4
Saturdays 55:8
saved 63:11,13,15
saw 20:18 119:19 131:23
134:3 168:6
saying 47:16 54:17 62:5
63:7,19 77:2 82:17
105:21 108:4 109:10
152:22 153:6 182:21
184:17 185:1,3,5 223:10
249:13
says 62:7,23 63:9,19 65:5,9
76:13 107:11 108:17,21
109:16 111:14 114:22
115:4 120:8 128:17,23
142:14,21 144:22 146:23
149:12 157:18 159:15,16
160:13 164:3 165:12
166:3 167:17 170:5 176:8
177:5,17,17 179:2 187:20
189:10 192:11,12 193:12
197:23 220:7 223:14
224:7
scanner 143:15
scene 202:4 205:22
schedule 155:4
school 10:12,15 22:11 29:4
SCI 84:2 86:9
Scott 204:13 210:8 213:4
Scott's 210:5
screening 182:11
scribble 246:8
Sears 84:16 85:20 86:11,13
87:19 88:10,14,18 89:21
season 155:6 157:18,23
Seaton 175:17
second 64:12 76:16 83:22
107:9 118:20 120:2
134:16 146:19 187:9
228:7,14 246:13
secretary 121:6
secure 137:4
security 14:8,9 35:16 41:5
76:21 90:11,17 91:19,21
92:12,18,20,22 93:4,7,16
94:21
see 8:15 21:2 25:12 41:17
62:22 64:2 74:4 91:14
93:3 94:1 95:3 99:4,23
108:8,16,22 114:13 116:10
120:20 128:16,22 146:1
149:1 150:3 157:4 158:21
161:3 165:19 168:5,7
170:10,17 171:9,23 174:2
187:18 190:15,17,19
194:16 210:20 221:11
236:15 246:3 252:2

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

seeing 47:15  90:8  236:12
seeker 63:11
seeking 203:10
seemed 150:6
seems 59:3,5
seen 197:8,13  228:1  229:9
Seithaiil 25:10
self-employment 73:20,22
self-explanatory 76:10
sell 11:18  12:15  13:6  15:23
  44:2  46:12,13  178:7,12
  229:5
selling 35:15  45:7  47:12
  56:19  67:18  80:13  84:11
  95:9  237:19
Selma 10:20
seminar 131:9  148:21
sent 57:8  62:4,18  64:7
  96:21  211:19  229:21
  238:8  247:2
sentence 164:15
Sentra 96:8
separate 242:4
sequence 86:5  110:15
series 40:2  97:23
serve 27:14
service 44:10  45:3  49:22
  62:11  84:7  162:18  198:23
  209:12  217:13  242:20
services 14:9  49:6  53:23
  56:14,16  91:12
session 29:23  116:6  126:6
  129:6  131:11  141:3,18
  150:23  155:23  180:4
  184:12  185:15,17
sessions 119:21  126:2
set 46:10  57:5,7  58:14
  85:15  164:6  191:22
Seth 19:13  20:2,4
sets 85:3
settlement 40:9
seven 32:13,13  33:11  55:5,6
  55:18,18  83:11  123:17
  129:16
several 45:11  46:9  62:1  64:8
  64:8  71:9  103:7  117:2
  160:14  221:16  240:23
sharp 126:16
sheet 139:15  158:16,22
  169:19  188:1  189:9
sheets 159:3
Shelby 19:14  21:4
Shield 14:15,22  15:4,15  16:15
shoes 245:15
shoot 252:3
short 50:20,22  70:8  93:13
  95:6  168:8
show 48:18  49:5,8  84:15
  128:3  196:13  234:11
  241:9  245:4
showed 57:22  62:20  218:8

219:10
showing 197:10  240:1
  245:22  246:6
shown 61:20  100:13  246:12
shows 49:2  91:18  237:19
  238:1
shut 93:11
sic 197:23
sick 208:14  209:21
side 24:2  128:23  189:10
  195:17
siding 56:19  57:12  84:22
  86:4
sign 57:11  131:16,20  135:5
  186:19  197:21  220:9
  221:16  222:9,11  223:11
  225:8  229:22
signature 2:9  135:1,4  189:22
  195:10  198:3,6,10  228:18
  228:23  229:2
signatures 195:4,7
signed 122:23  123:1  132:7,9
  135:6,17,22  136:3,5
  184:13  195:18  197:20
  222:12  223:7  227:5
  229:22
significance 140:5,10  141:15
  150:20  151:17  156:22
  157:20,22  160:15
signing 136:2  137:4  192:4
  223:5
sign–up 158:16,22
similar 67:23  85:1  119:18
  162:3
simple 111:12
since 7:10  10:9  47:3  115:22
  140:18  250:5
Single 31:1
sir 9:17  14:18  21:11  30:3,11
  30:14  31:4,9,13  32:4
  35:4,9  36:4,12  37:4
  40:23  41:3,6  42:15  49:4
  49:15  50:3  51:14  68:13
  73:6,11,15  77:6  79:4
  81:22  83:2,23  85:5,13,18
  86:21  87:7,11  89:16,19
  90:3  92:16,21  94:9,14,17
  94:19  100:10  102:1,8,11
  104:4  106:7  107:18
  108:23  114:4,12,18  115:10
  115:12,21  116:1,15,19
  124:17  128:2,10,13  131:2
  131:13,13  134:1  136:18
  141:1,8  142:5  144:4,15,15
  145:18  146:9,12  148:2
  151:6,14  156:7  158:17
  159:4  160:12  162:8
  163:18  167:15,21  168:20
  168:22  169:11,16,20  179:1
  179:9  181:10,16  182:19
  185:21,23  186:8,8  187:22

188:11  190:1,22  191:6,8
  191:13,20  192:8,17  193:2
  193:10  195:2,6,23  196:12
  196:23  197:13,21  199:10
  202:10  203:12,16,23
  204:5,8  211:16  220:16,19
  221:21  223:2  225:15,17
  227:18  228:21  229:14,14
  231:1,9,13,23  232:12,20
  233:14  234:2,7,15,22
  235:5,9,12  236:10  237:18
  239:16,20  241:3,13  242:8
  242:22  243:2  245:13
  247:19
sisters 23:22,23
sit 103:13  135:9  222:13
  230:12
sitting 9:9  123:6,16
situation 123:16  161:6  162:4
  166:1  173:11  217:20
  249:6,7
situations 16:22
six 30:20  41:17  46:5,5  47:6
  81:13  82:6,14,17,18
  125:13,15,15,19
size 32:15  39:23
skin 52:15
slab 30:22
slash 97:19
slot 203:3
small 27:2
Smith 143:14
smoothly 44:13
Social 41:5  76:21
sold 161:4  238:5,6
solicit 45:14
solicitation 78:14
soliciting 45:9
some 9:3  16:16,21,22,22
  39:13  43:4  47:15  49:8
  58:16  65:20  67:10  73:22
  76:19  93:3  96:17  102:19
  105:1  106:11  120:9  121:16
  122:23  126:3  148:12
  155:2  158:15  159:21
  160:3,18  165:6,20  173:2
  173:9  177:8  178:10
  188:12  211:12  222:10,17
  224:15  247:17,21  250:5
  251:5,17
somebody 38:4  44:17  118:10
  124:19  158:18  171:3  191:5
  195:9,18  227:11  249:10
  250:4
someone 140:13  171:13
  182:15  249:19
someone's 222:8
something 8:13,19  9:1  29:21
  60:15,17  63:21  70:23
  73:16  74:2  97:21,22
  99:13  123:18  124:19

137:2  142:10  145:16,19
  146:10  147:23  148:9,18
  162:19  178:8  179:10,12
  188:3  189:14  197:19
  200:1  202:2  209:6
  214:20  215:23  233:12
  238:21  244:17,18  246:7
sometime 58:8
sometimes 58:15  194:11
  209:7
somewhat 13:17  76:19
somewhere 114:22
son 159:17
sorry 21:7,20  70:4  86:13
  89:18  98:8  111:15  112:19
  116:20  117:8  122:13
  128:14  154:13  167:11
  171:11  190:11  193:9
  203:21  207:10  209:11
  242:19
sort 14:16  39:13  139:11
  158:15  173:7
sought 41:1
sound 225:2
sounds 15:18  60:1
south 3:7  6:10  22:18
southeast 89:7,7
southern 22:3
SP 76:16
speak 7:22
speaker 106:16
speaking 171:14
specific 16:20  105:8  140:16
  180:14  181:7  221:19
specifically 7:16  155:11  180:3
  180:13  205:12  220:18
  221:10
spell 24:11,20  25:11  36:8
  41:22
spelling 166:11
spend 14:1  29:6,11  251:16
split 30:20
spoke 91:12  109:8  149:17
  155:6  161:8  168:6  169:12
  169:12  171:3,3,16  172:2
  173:13  203:17  248:16
sporadic 58:23
sports 29:22
Spotswood 3:12,15  4:5  6:21
  6:23  23:7,17  25:16  42:9
  42:17  48:13,15  54:21
  61:2,8  66:15,23  104:8,22
  105:22  106:20  107:2
  111:3,20  113:12,15,20
  116:22  118:9,21  119:13
  120:4  121:4,7,8  125:22
  126:1  127:2,9,18,23
  132:19  154:11  159:16
  163:5,13  179:20  180:2
  182:6  187:2,4  193:3,8
  194:21  220:1,6  228:3,5,9

229:8,16  230:8  232:5
  236:21  237:1,10  245:4
  251:22  252:7,12
spouse 25:2  75:3,5  76:14,18
spraying 50:14
Sprinter 211:18
square 32:17
Sr 9:18
SS 179:2
ST 235:21
stack 61:9
staffing 204:18
Stan 129:4,6,11,19  141:2
  142:3  145:2  148:1  149:1
  156:1  157:11  180:11  192:4
  195:8  199:12,18,19,21
  200:3,11,13,16  201:18,22
  202:3  203:8,17  216:14,18
standard 133:12  134:16
stands 191:18  193:18
Stan's 146:14
staple 236:19
star 128:17
start 43:6,7  45:23  47:15
  49:16  60:14  92:15  98:7
  122:21  151:17  172:5
  178:10  226:4,5  251:20,23
started 54:7,7,8,9  101:7
  121:22  124:14  125:10
  174:15,22  200:7,8
  250:20
starting 110:13  144:22
starts 133:11
state 2:8  6:4  11:15  12:3,5,7
  12:18  23:5  27:9,12,17
  41:4  72:12,15  81:8  82:19
  103:19  133:2  146:3
  164:20  184:5  185:8
  235:3
stated 108:1  220:11,12  223:9
statement 114:8,10  245:9
States 1:1  6:7
status 210:5,16
stay 143:21,23
stayed 188:23
Stearns 227:6  228:17  241:11
  241:16  242:19
step 25:7
stepchildren 19:5  25:7
stepdaughter 19:14
stepson 19:17
Steve 26:12,13,18
stick 126:9
sticker 149:20  150:17  190:6
stickies 190:16
sticky 190:23
still 53:20  71:3,17  92:5
  120:22  182:14  200:14
  219:4  226:15  238:8
STIPULATED 2:2
stipulation 6:9

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
March 15, 2006

stocks 34:19
stop 34:23 229:6
stops 78:15
store 57:3,6,7 85:3,6
story 8:15
straight 59:22 144:20
straightforward 110:9
strap 236:5
street 3:7 6:10 31:11
Strictly 57:18
structure 15:1 45:20 46:18
struggling 110:6
study 11:2
stuff 44:14 84:12 144:13
  147:11 150:7 160:4
  165:18
subject 7:21 30:12
submitted 188:3
submitting 137:7,8
subsequent 252:20
substance 130:13,16
success 78:23 110:12
successful 182:10,13,15
  199:14
sue 18:2,2,19 124:16
sued 36:14 37:16 38:1
suggest 76:2
suggested 215:14
suing 18:10 125:11
Suite 3:16
suits 251:23
summer 53:16,18 58:8
Sunday 29:4 55:10
Sundays 55:9
supervisor 47:23 50:15 52:8
  71:15 79:22
supervisor's 55:22
supplement 8:20 133:8
supply 43:18
support 197:18
supposed 45:6 127:2 172:5
  194:9 223:4
supposedly 208:13
sure 7:9 29:2 44:13,20 45:2
  47:1 48:16 66:15 104:15
  105:16 118:21 133:18
  140:15 170:4,5,21 171:16
  181:23 184:5 188:5 190:4
  199:1 206:10 212:21,21,21
  220:1 224:18 229:20
  230:3 235:1,21 248:13
  249:5,10 250:7 252:10,12
surely 16:12 64:15 65:20
  224:19 247:11
suspect 114:21 227:17
Swift 87:20 88:7,23 89:1
sworn 6:18
system 1:10 35:16 39:20
  225:13
Systems 93:5 94:21

S-E-I-T-H-A-L-I-L 25:20

T

T 2:1,1 4:17 74:19 119:7
tab 134:16
table 133:13
tablet 9:8
tag 231:1,2 233:11 234:16
  236:14
take 7:14,15 8:3,23 9:3
  20:21 28:22 37:6 46:17
  46:21 58:21 78:6 81:8,11
  81:13 82:20 86:22 97:5
  97:11 99:19 106:18 107:8
  113:10 118:10 125:16
  129:6 135:18 140:17
  144:3 145:6 155:20
  156:4 165:22 168:11
  177:22 191:10 194:6
  210:23 212:1,14 213:5
  214:17 219:22 227:9
  233:13 238:4 242:10
  247:14 251:15 252:1,2
taken 1:21 2:5 7:5 226:22
taking 2:14 7:4 41:12 124:22
  140:14 211:14 226:2
talk 20:15 50:3 124:10
  139:6 152:6 166:3 167:17
  171:18 214:19 227:20
  251:3
talked 37:5 87:14 103:1
  104:6,15 106:2 149:23
  153:9,14 166:4 169:7
  177:9 180:6 212:17
  250:21
talking 23:3 25:4 70:3,5
  100:18 104:18 111:23
  112:12 155:17 156:18,20
  158:9 166:8 169:9 182:8
  205:18 210:18 216:15
  223:17 233:2
Tallahassee 25:6
Tallapoosa 23:11
Tammy 19:14 26:5,6,8,8,13
  26:21
Tampa 91:8
tape 98:23 99:15,18,19,19
  107:20 108:3 112:13
  114:5,11,17 124:7 155:10
  168:4
tapes 96:17,18 98:10,12,13,14
  99:6 112:14
taught 143:16
tax 43:3,8 66:8 67:1,2
  72:20 73:2,7 83:5 86:18
  87:6 90:1 91:17 234:17
  235:3,3,3,4 245:18
taxes 243:1
taxpayer 75:3,5 76:13,15
  77:1 87:18 91:18
teacher 29:4

telemarketing 85:9
telephone 102:3,4 103:7
  121:23
tell 9:17 10:10 13:7 19:6
  35:12 42:18 43:22 45:12
  45:19 47:2 61:23 65:3
  77:7 100:12,21,23 103:16
  108:9 110:17 126:16
  131:19 133:9 135:15,21
  137:2 139:8 151:21
  163:20 173:6 178:19
  182:17 185:16 187:11
  193:4 198:3 204:15
  212:8 216:17 221:11,12
  223:13 225:11,16,18
  232:6 243:11 245:7
  247:16 248:4 251:14
telling 61:23 104:11 137:3
  180:14,18 181:2 183:11
  205:19 219:18
tells 122:22 242:23
temp 210:13 213:14
temporary 213:6 217:9
ten 37:9 57:21 129:16
  189:22
terminal 52:6,7 141:21 145:5
  146:22 149:1,2,5,16
  152:14 158:6 180:16
  181:21 189:20 199:22
  200:2 202:18 225:22
terminate 221:23
terminated 51:3
terminology 70:16 181:18
  183:7 222:4
terms 205:13 230:13,14
terrible 224:13
territory 27:15 43:21,23 44:1
  44:2,3,12 215:23 219:10
test 81:11,14,21 82:3,20
  197:19
testified 6:19 121:13
testimony 101:17 135:23
  156:15 202:4 251:2
  252:21
tests 81:16
Texas 20:6
Thank 24:21 28:4 113:12
THD 49:5 56:13
their 2:3 21:13 44:14 45:5
  50:11 51:5 57:2 59:16
  65:11 69:4 82:2 92:1
  98:3 162:4 197:1 212:19
  217:17
theirs 98:6
themselves 107:21
thereto 2:23
thing 8:23 62:13 86:3 178:5
  204:20 214:10 246:5
things 28:21 29:8 42:19
  63:10 68:16 76:18 139:6
  139:9 173:5,9 200:6

203:1 208:8 214:22
think 8:10 9:4 14:5 24:3
  25:16 30:10 34:11 38:5
  39:19 40:8 56:12 60:19
  61:14 69:19 73:19 75:10
  76:9 80:6 81:10,11 93:15
  95:4 98:2 101:14 112:11
  117:5 122:7 124:10 126:3
  139:9 163:16 168:18
  175:8,9 187:8 191:16
  192:14 198:14 200:15,18
  203:16 207:11,20 224:3
  224:23 243:6 248:14
  249:2 250:13,16 251:6,15
  251:18
thinking 74:21 224:4
third 3:17 168:9
thirty-five 234:5
Thornton 1:7,16 2:5 6:13,17
  6:22 9:18,20 30:2 42:20
  54:22 97:19 123:11 128:1
  139:5 163:14 230:9
  232:6 239:4 240:1
  252:21
though 23:16 33:10 101:2
  131:19 151:13 178:12
  225:12 238:9 244:14
  251:11
thought 70:5,20 75:4 97:1
  99:7 100:2 104:18 122:17
  180:21 206:20 219:18
thousand 33:21
three 30:19 53:12 58:22
  83:10 110:13 112:23
  139:7 145:8,23 146:1
  154:9 163:6 180:15 181:2
  181:5,19,20 183:14 185:13
  202:1 234:5 247:4
three-month 59:6
three-page 228:19
three-week 144:23
through 2:3 54:11 57:5
  72:13 82:2 85:8 99:6
  108:9 110:13 111:22
  114:20 121:11 135:6 164:2
  183:2 185:6,8,10,10
  191:9 200:7 204:3
  211:17,17 212:22 213:19
  222:19 227:13 237:14
  239:15 243:7
throughout 70:18
Thursday 126:12 141:14,17
Tim 165:20
time 2:21,22 7:7,14,15,23
  8:4 14:1 20:18 25:22
  27:1 28:5,22 29:6 30:6
  30:13 34:1 37:2 40:2
  46:13 50:21,23 51:18
  53:10,15,22 56:5,7 58:5
  59:7 61:17 70:9 71:4
  72:2,4,9,13 82:5 92:11

93:13 95:7,21 99:20
  110:8 115:17,23 124:6,11
  124:14 130:10 139:11
  140:12 144:3,23 164:4
  165:1 168:14 169:4,8
  172:7 174:15 181:9 184:1
  189:2 194:15 200:3
  201:9 202:5 203:6,17
  208:14 209:2 211:3,3,13
  212:9 222:7,7,16 224:8
  224:10 226:12 249:20
  251:17
times 17:20 120:21 199:5
  208:23
Tina 177:18
tips 74:22 75:2 83:10
title 13:4 230:22 234:17
  239:15
titles 62:10
today 7:3 8:1,16,22 91:7
  103:14 104:3 115:4,5
  133:4 135:10 136:1
  182:22 230:12 237:13
  251:2
together 6:23 96:3
told 99:21 116:10 131:6
  135:11,13 136:6 140:12
  147:20,21 153:9 157:11
  161:8,9 173:18 178:9
  199:15 201:3,19 203:14
  205:11 206:21 211:5,7
  212:11 216:12,18 217:20
  217:23 225:19 226:1
  227:1,10 248:5 249:20
  251:6
tonight 164:4 252:10
Tony 152:16,21 153:9,15
  231:15,15,18
Tools 235:20
top 62:22 74:20 133:6
  141:13 151:18 160:14
  163:19 169:21 175:16
  191:1,12 193:12
topics 173:7
total 17:21 32:13 73:9,13
  76:14 80:2 83:13,15
  98:20 207:12 234:5,16
  235:3
touch 172:11 176:22
toward 213:17 219:6 224:9
towards 210:6
town 20:14 21:9
Toyota 96:11
tractor-trailer 78:4 89:9
trained 125:2 153:2 186:4
trainer 125:1
training 47:9,10,11,12 49:10
  51:17 54:11 80:17,18,19
  81:2 82:2 88:23 130:20
  142:1 143:13,14,15 144:2

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

145:3  147:9,10  149:6
153:3  177:20  182:11
183:2  184:13  185:9
193:17  194:1  196:9,10,16
200:12,15  202:7  206:13
206:15,16  207:16,17,20
209:16  213:20  214:6
245:10
transaction 35:17,23  36:14
235:7
transcribed 96:18  97:2
107:12
transcript 96:22  99:1,20,23
111:13  114:5,14,16  167:6
167:11  168:7  174:2
175:20
transcription 98:11  109:20
transcripts 98:15  99:7  100:8
108:1  169:6  171:21  174:7
transition 82:9  150:10
Transport 75:21  77:16
transportation 77:21  87:21
88:7
tremendously 70:14
trial 2:21
Tricia 154:22
tried 63:5  173:22
Trott 180:3  182:22  191:18
199:13  201:18  203:15
216:14,18
Trott's 142:3  195:8
trouble 24:14  177:13  247:18
247:21
Troy 129:1  140:8  141:9,10
177:20  181:6,23  203:20
203:23  204:3,11  208:15
209:3,4,7,19  210:1  211:6
211:14  212:10,15  213:9,17
214:2
truck 44:18  78:15  89:9,14,17
122:21  123:16  133:21,23
134:7,10,12  138:12  142:21
153:5  165:12  169:22,23
170:1,5  176:13  178:7,12
179:13  215:5,10  233:9
235:20,23  236:1,2,6
250:18
trucking 77:20
truckload 77:23  78:6
true 48:18  50:6,9  51:13,14
71:7  98:11  100:11,16
101:2  112:5  166:22
trusted 124:23,23
truth 219:19
truthful 40:14
truthfully 9:16  123:23,23
try 112:16  139:11,12  221:5
trying 8:15  28:23  44:8
53:23  63:14  77:5  93:14
102:10  110:11  137:2
145:14  151:21  166:1

191:14  210:14  217:18
219:15  222:17
Tuesday 146:19  155:3  226:6
226:8
turn 113:21  249:22
turned 51:4  152:13
turning 197:5
twenty 59:14
twice 17:22  59:16  81:12,12
two 19:5  20:20  21:10  34:5,6
58:16,17,21  59:1  62:23
64:10  67:14  82:9  87:4
90:16  107:23  123:19
124:22  128:11  132:17
136:7,13,23  137:5  138:2
138:14  151:9  154:9  169:1
169:8,21  171:8  173:4
176:9,11,11  178:14  181:5
181:19  183:13  185:13
196:21  207:12  211:21
228:19  229:1  248:2
two-page 128:5  245:6
two-year 132:12,14  137:1,12
138:3,6,17,23  139:1
type 130:22  178:10  222:18
typed 135:4
T's 75:1

_____ U _____

U 2:1  4:18  127:16,19  128:4
139:16
uh-huh 7:20
umbrella 162:17
uncles 22:20
under 9:11  35:19  41:11,15
42:10  103:14  132:8
162:16
underneath 142:7  148:16
150:17  165:4  173:3  176:7
177:11
understand 8:5,6,7  30:17
33:12  37:23  69:8,21
105:20  109:21  119:14
162:21,23  173:17  176:10
186:17,21  190:12  194:10
202:18  203:2  204:2
209:5  217:11,19  235:1
understanding 22:15  23:13
203:5  210:4  213:10
216:4  217:7  223:3
understood 127:21  131:22
178:10  216:11
unemployment 82:7,23
unfair 184:3
UniFirst 43:11,20  46:1  58:6
188:17
Uniform 43:18,20
uniforms 44:19  123:8  197:19
United 1:1  6:7
unknowing 35:18
unless 29:20  107:19  134:14

227:4,15
unrelated 159:5
until 55:18  58:5  61:5  63:3
66:20  85:22  106:22
113:17  119:3  127:12
150:10  179:22  203:2
220:3  252:18
upset 221:12
Uretic 9:4
use 96:9  106:14  159:22
236:1
used 95:11  222:3
U-N-I-F-I-R-S-T 43:12

_____ V _____

V 4:19  132:21,23  223:1
225:9
value 31:8
van 145:10,12  165:11,13
166:2  211:18  212:17,18
213:17  214:14  224:23
225:6,12,20  226:1,15,20
226:21  227:3,15,20,23
228:2  229:10,13,19
230:11,18,19  232:18
233:11  234:14  238:5
242:4
Vans 211:17
varied 57:20
variety 237:13
various 27:16  29:7  44:21
133:15  196:1  241:15
vary 55:14  58:12
vehicle 123:6  130:22  238:1
239:14  241:5
verbatim 116:16
versus 114:17
very 7:18  9:7  50:20,22  59:5
59:10  70:17  82:8  93:12
108:9  109:23  110:9  111:11
155:15  156:17  170:22
201:3  210:2  249:7
view 138:16
viewed 182:22  183:3,8
Visa 232:15
visit 164:6
volume 60:9  252:22
vs 1:9

_____ W _____

W 4:22  163:11,14  169:22
173:4
wages 48:23  67:10  73:9
74:5,13,14  75:21,22,23
83:9,18,19  87:13  91:16
95:5,17
wait 81:13  177:3
waiting 155:13,14
waive 104:13  105:5,6,13
waived 2:11
walk 184:18  237:14

Wallace 10:19  11:2
Wal-Mart 160:22
want 8:7,12,13,17  30:4
42:20  48:11,16  61:18
66:7  118:9,12  119:22
132:17  139:13  163:7
177:1  187:17,23  201:14
215:2,13  237:14  251:21
wanted 13:21,23  35:23  123:9
124:18,18,21,22  140:22
151:22  152:6  177:23
185:9  210:20  247:23
248:19
wanting 105:20  155:16  172:6
wash 226:3
wasn't 16:17  36:19  140:15
147:22  153:7,19  158:18
248:19  249:5
way 12:8  23:5,9,10  39:20
46:10  59:1  61:23  69:8
80:23  99:18  105:23
107:19  121:1  124:5,12
127:4  138:8,10  152:12
156:8  161:20  162:15
186:9  215:6  216:21
236:23
ways 45:11  46:10
website 62:7  65:12
week 29:7,10,14  46:6  47:6
54:2,3,4,13  55:17  58:10
58:18  60:10  82:9  83:1
96:21  133:8  146:1  172:5
172:11  211:21
weekend 55:6
weekly 47:4  78:21  79:2
weeks 20:20  46:3  47:4
53:11,13  58:17  82:10
123:19  145:8  207:12
213:5  249:18
well 14:11  16:22  23:15  24:7
28:18  29:13  33:14  34:5
36:19  40:3  41:13  44:7
45:12,22  50:21  53:22
55:14  59:1,3,8  70:2  75:1
77:11  81:17  86:10  88:17
92:12  94:5  96:1  102:9,23
104:20  105:22  107:22
108:2  109:21  111:5,11,20
129:21  130:16  131:5
133:19  136:21  141:16
143:19,22  145:13  147:4
147:21  148:4,10  154:7,20
159:17  161:14  162:10,12
165:1  166:3,15  168:13
169:2  170:3  176:23
178:2  180:8  183:10
194:15  196:20  203:5
217:18  221:5  223:23
233:10  240:6  248:16
249:1  250:10
went 35:23  37:1  50:23

54:10  57:9  63:4  66:1,4
71:7  80:7,18  81:23  82:1
86:8  93:12  118:3  120:9
120:10,11  125:2  129:23
148:22,23  149:1  155:9,22
159:1  161:13,17  185:6,8
194:6,13,18  197:2  199:21
200:2  205:8  208:19,20
209:6,8,10,22  218:3,10
219:8,11  221:15  223:16
225:22,23
were 6:15  16:22  17:17  18:18
36:2,16  38:16  47:12  49:9
50:5  51:2  52:23  53:5
54:12,16  55:8,11  57:1,5,7
57:16  58:10,23  59:16,18
59:20  60:1,2,5  61:16
62:1,20  63:14  64:8  65:4
65:15,19  67:14,17  68:8
69:13  70:5  71:2  74:14
77:9,15  78:9,19,22  80:10
82:11,23  84:9,19,23  85:7
86:1  87:2  88:6,18  89:3,8
91:4  92:8  96:15  97:1
100:14,18,20,22  102:7,18
105:9  107:12,13  108:21
109:3,6  111:15,15  112:6,7
112:12  113:1,6,7  114:14
115:20  117:21  119:7
120:21  121:17  124:16
125:12  129:13  130:17
144:2  151:21  152:10
153:5  155:13,17  156:6,11
156:18,19,19  157:22
160:16  162:10,23  164:9
165:23  168:11,14  173:4,5
176:3,3,20,21  181:2,23
182:3,7,10,14  183:1  184:1
186:5  187:11  190:12
191:14  192:6  193:15
199:5  200:6  203:10
206:6,11,12,16,17  208:3
208:13  210:5  211:4,13
212:9  217:9,22  220:23
221:12  222:10,17  223:6
224:8  230:13  243:7
245:11,17
weren't 191:15  211:6,15  212:3
Wes-Tech 91:22
Wetumpka 31:12  129:1
139:22  141:10  178:1
205:17  208:12  212:12
215:3  217:23  219:7
Wetumpka/Elmore 180:19
182:2
we'll 8:3  101:15  107:8  237:1
we're 7:3  8:16  31:13  43:6
60:23  74:11  101:14
111:23  139:6  166:8  194:8
we've 25:4  91:16  104:15
110:10  118:13  121:12

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

CHARLIE THORNTON
**March 15, 2006**

132:1  145:23  151:3,18
153:6  158:8  163:5  178:18
180:6  228:1  233:1  243:7
**while** 40:5  49:9  60:23  132:8
176:3  199:5  209:20
224:17
**White** 108:19  110:10,16  146:7
170:18,18  171:1,15,17
172:1  173:3  176:16
224:21  248:5,6
**whole** 11:20  58:18  193:5
249:15  250:14
**wife** 15:5  27:10  67:2,23
71:22  73:5,8  75:6,13
76:3  87:9  90:5,21  92:19
93:10  95:23  123:20
125:7  126:2,14,15  128:20
130:2  140:17  146:6  164:6
164:19  165:3  180:11
199:22  245:21
**wife's** 11:7  15:20  17:23
74:15
**Willie** 28:2  164:16,18,18
**willing** 211:22  212:1,2
**willingness** 111:7
**Wilson** 198:13,16,18
**wind** 182:17
**window** 56:20  57:13
**Windows** 84:22
**wish** 105:6
**withdraw** 148:4
**witness** 2:10  6:13  36:2
135:4
**woman** 207:3
**Womble** 152:7,15  153:10
**Wool** 41:21
**word** 217:17
**worded** 99:15
**words** 7:19  107:17  224:15
**word-by-word** 114:16
**work** 11:14  12:12  13:10,13
26:23  40:6  50:19  53:8
56:21  58:3  68:7  71:7
75:6,17  79:7  80:1  85:19
86:16  88:10,13  89:21
92:19,21  93:12  96:9
122:14,18,19,23  123:4,9
162:6,16  166:7  169:18
172:5  186:10  224:10
240:19,22
**worked** 12:17  13:1,3  42:23
48:17,18  55:18  58:4
64:22  68:9,16  71:12  72:3
75:15  79:13  81:1  84:5
85:21  93:9  153:11  155:5
222:1  229:20
**Workhorse** 165:12,13
**Workhouse** 237:17
**working** 27:1  43:10  45:23
47:4,8  53:21  54:2,12,23
55:8,11  58:11  60:1,3

68:8  88:6  145:8  161:23
162:10,12  165:1  188:17
202:19  210:5,13  213:4
217:5,9  224:9
**workmen's** 38:8  39:4,10,11
40:3
**works** 18:16  27:9,10  69:9
91:11  162:16  164:19  188:5
235:1
**Worksheet** 198:23
**worth** 63:22
**wouldn't** 236:6  244:18
**wound** 153:4
**write** 145:16  160:4  176:20
177:5  224:1
**writing** 124:8,12  128:6  176:3
177:9  191:5
**written** 46:16  131:20  146:10
147:23  148:19  166:9
178:6  180:5  186:19
247:6
**wrong** 69:10  100:3  123:1
166:16,21  184:3
**wrote** 25:21,23  114:20
128:20  141:6  145:19
149:18  155:2  157:8
178:14  179:10  224:14
245:21  246:10  251:4,8,12
**W-E-P-T** 139:21
**W-O-O-L** 42:1
**W-2** 48:20  49:13  56:13
57:23  66:9  73:4,17
83:22  161:21

___

**X**

**X** 4:1,20  5:1  158:10,13
249:18

___

**Y**

**Y** 4:21  19:12  160:10
**yeah** 13:17  14:5,5  24:5  26:4
34:11  42:17  47:18  48:13
61:2  74:12  79:16  93:14
95:2,6  108:11  111:3  113:4
116:23  118:12  154:11
157:10,13,16  159:14  160:7
160:18  161:19  171:11
183:12  184:7  189:12
190:14  198:15,17  208:18
210:1  219:1  220:1  230:15
236:16,21  243:10,13
251:22  252:4
**year** 10:12  12:5,6,20  15:17
16:7  18:19  67:2,7  73:3,5
73:10,14,22  75:6  83:1,14
83:16  86:20  87:10  88:4
88:14,16,18  93:19  96:6,16
133:10  142:15,22  155:7
157:13,23  170:2  178:14
**years** 11:11  13:14  17:15  31:19
34:5,6  37:8,9,12  38:9

124:21,22  132:17  136:7
136:14,23  137:5  138:2,14
227:7
**yellow** 51:13  139:20  159:2
**young** 191:20  197:2  198:11
204:11  207:5
**y'all** 96:3  104:20  120:6
252:9

___

**Z**

**Z** 5:3  192:21,23
**zip** 147:17,18  208:7

___

**$**

$1,351.88 235:4
$1,533.35 234:18
$1,587 93:5
$16,713 74:14  76:4,14
$18,986 90:10
$1800 75:21
$21,997 91:19
$22,837 83:11
$25 218:6,12  244:7
$25,146 83:14
$25,884 73:9  76:14
$2689 58:1
$28,000 87:19
$28,358 67:10
$29.68 236:9
$299.50 241:23
$3,000 83:13
$3,300 87:20
$33,797 237:20
$3471 75:23
$3900 75:22
$400 54:3
$418 87:23
$4402 83:12
$4800 84:16
$50,000 123:6
$51,830 240:9
$5900 83:20
$668 170:6  241:20
$720 48:23
$730 240:10
$9,171 76:13
$967.50 241:17
$971 84:2

___

**O**

003 246:23
03 16:11
04 16:11  34:8,10  188:8
05 108:22  188:8
06 188:8
06789 133:7
07 189:8

___

**1**

1,029.50 232:19
1-18 62:14  63:20

1-800 148:17  149:7  151:7
178:20
1/14/05 189:23
1/21/2005 193:16
1/21/2006 65:5
1/31/05 196:2  197:12
1:30 179:22
1:45 179:22
10 15:13  29:15,16
10/3/05 233:10
10:32 61:5
10:38 61:5
10:44 66:20
10:48 66:20
100 98:22  99:17  109:5
101S 175:17
107 4:15
11 87:15  190:7,14,19,20
11:32 106:22
11:39 106:22
11:46 113:17
11:49 113:17
11:54 119:3
11:57 119:3
112-069 169:19
113 4:16
119 4:17
12 190:7,14,20
12th 119:12  161:13
12:06 127:12
12:38 127:12
127 4:18
13 190:7,14
131 168:5,9
132 4:19
133 168:9
1351.88 244:12
14 19:14  67:22
14th 179:13  192:5,7
149 133:7
15 15:13  29:16  208:1,1
15th 1:17  6:11  241:12
153335 236:14
158 4:20
159 4:21
16th 252:19
163 4:22
18 19:13  62:12,14  63:20,22
64:1,1  192:9
18th 166:5  168:15  169:15
251:2
18-year-old 20:7
187 4:23
19 74:9  111:15  193:11,12
19th 101:12  108:22  109:7,15
111:16  112:6  113:1  114:21
115:4,9  168:11  220:8
221:8  222:13  246:9
250:23
192 5:3
1990 96:11

___

**2**

2
2nd 243:22
2/1/06 238:2
2/15/05 196:2
2/3/05 196:2,4
2/4/05 199:2
2/7/56 10:4
2/9/05 199:2
2:05-CV-00656-DRB 1:5
2:42 220:3
2:50 220:3
20s 52:19
20th 173:14,15
2000 15:21  90:1  93:20,22
94:3,21  95:3  96:7  133:10
2001 15:22  87:5
2002 15:19,21  83:4  86:6,16
86:20
2003 72:20  73:3,23  75:13
77:9  82:23
2004 66:8  67:2  68:17,23
70:10  71:9  204:4
2005 48:17,20  49:14,23
50:5  51:17  115:11,15
119:12  220:8  242:21
2006 1:17  6:12  43:7  252:20
21 13:14  108:15,17,21  109:4
112:6
2100 3:17
22 111:15  112:2
22nd 232:22
228 5:4
23 19:18  194:22
232 5:5
2325 32:7
233 5:6,7
234 5:8
235 5:9
237 5:10
239 5:11
24 19:13  150:18
240 5:12
241 5:13
242 5:14
243 5:15
244 5:16
245 5:17
246 5:18
25 195:21
25th 115:14  247:16
252 5:19
256 152:19
27 9:19  197:7
277-0030 142:4
28 197:8
29 135:1
29th 149:21

___

**3**

3rd 225:2  226:10,14
3/22 133:3

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

3:34 252:18
30s 52:19
32 19:15
32-year-old 25:21
32-year-old's 26:2
35 197:17
35,000 142:22
35203 3:18
359 32:7
36 197:23
36104 3:9
36116 147:15  175:17  177:19
    182:1  208:12  217:1,2
    218:23
37 197:23  198:7,8
375 54:8
39 198:22
390-0480 144:18
395-8387 142:7

_____ 4 _____

4 126:9
4/16/05 238:2
4/26/05 240:20
40 198:22
400 54:8
404 146:7  151:18
41 167:11
423-296-0253 149:21
45 167:10,12
458 33:8
462-4690 143:2
48 4:8

_____ 5 _____

5/18 166:4  168:17
5/18/05 167:17,20
5/25/05 243:4
50 33:21  157:9,13
50,000 142:14,18
5059 3:8
53 115:3
57 33:21
58 33:21
5878 246:7

_____ 6 _____

6 4:5  146:19,23  147:2,3
6th 242:18,20
6/13 160:14
6/14/05 154:22
60 54:2,3,13  155:7  156:23
    157:2
601 22:1
61 4:9
615-749-2198 191:2
64 10:9
65 22:17  23:5  155:7
65,000 157:2
65-year 156:23
66 4:10

668 169:23,23

_____ 7 _____

70 54:2,4
72 4:11  165:13
75 9:21  157:9,13
75,000 142:15,18
750 240:10
79 38:23

_____ 8 _____

83 4:12
847 3:7  6:10
85 23:8,10  129:7
87 4:13

_____ 9 _____

9:30 252:18
9:33 6:12
90 15:19
911 218:10
93 96:8
94 18:20
940 3:16
97 4:14