EXHIBIT 2

### In The Matter Of:

## CHARLIE THORNTON
### v.
## FEDEX GROUND PACKAGE SYSTEM

## NO. 2:05-CV-00656-DRB

---

### STAN TROTT
### April 12, 2006

---



## TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

## THE HIGHEST QUALITY IN COURT REPORTING

205.252.9152 • Toll-Free 800.458.6031 • Fax 205.252.0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
————— www.TylerEaton.com —————

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO: 2:05-CV-00656-DRB

CHARLIE THORNTON,
    Plaintiff,
vs.
FEDEX GROUND PACKAGE SYSTEM, INC.,
    Defendant.


DEPOSITION
OF
STAN TROTT
12TH DAY OF APRIL, 2006


TAKEN BEFORE:  Gary N. Morgan
    Registered Professional
    Reporter and Notary Public

---

**Page 2**

1       S T I P U L A T I O N
2      IT IS STIPULATED AND AGREED,
3  by and between the parties, through their
4  respective counsel, that the deposition
5  of STAN TROTT may be taken before Gary N.
6  Morgan, Commissioner, Registered
7  Professional Reporter and Notary Public,
8  State at Large;
9      That the signature to and
10  reading of the deposition by the witness
11  is waived, the deposition to have the
12  same force and effect as if full
13  compliance had been had with all laws and
14  rules of Court relating to the taking of
15  depositions;
16      That it shall not be necessary
17  for any objections to be made by counsel
18  to any questions, except as to form or
19  leading questions, and that counsel for
20  the parties may make objections and
21  assign grounds at the time of trial, or
22  at the time said deposition is offered in
23  evidence, or prior thereto.

---

**Page 3**

1      A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4    Mr. K. Anderson Nelms
5    Attorney at Law
6    Law Offices of Jay Lewis, LLC
7    847 South McDonough Street
8    P. O. Box 5059
9    Montgomery, Alabama 36104
10
11  FOR THE DEFENDANT:
12    Mr. Robert K. Spotswood
13    Attorney at Law
14    Law Offices of Robert K. Spotswood
15    Suite 940
16    2100 Third Avenue North
17    Birmingham, Alabama 35203
18
19  OTHERS PRESENT:
20    Mr. Charlie Thornton
21
22
23

---

**Page 4**

1      I N D E X
2          PAGE:
3  EXAMINATION BY MR. NELMS    6
4  EXAMINATION BY MR. SPOTSWOOD    68
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

1 (Pages 1 to 4)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 5

1    I, Gary N. Morgan, a
2    Registered Professional Reporter of
3    Birmingham, Alabama, and a Notary Public
4    for the State of Alabama at Large, acting
5    as Commissioner, certify that on this
6    date, as provided by the Federal Rules of
7    Civil Procedure of the United States
8    District Court, and the foregoing
9    stipulation of counsel, there came before
10   me at 847 South McDonough Street,
11   Montgomery, Alabama, on the 12th day of
12   April, 2006, commencing at 10:09 a.m.,
13   STAN TROTT, witness in the above cause,
14   for oral examination, whereupon the
15   following proceedings were had:
16
17        STAN TROTT,
18   being first duly sworn, was examined and
19   testified as follows:
20
21        MR. SPOTSWOOD:  Andy, before
22   we get started, I wanted to tell you that
23   we are producing Mr. Trott as an agent

Page 6

1    and representative of FedEx Ground
2    Package Systems. I do claim an
3    attorney-client privilege with respect to
4    him, and he is obviously offered here
5    today with respect to the subject matters
6    that I know are at issue and about which
7    he has some firsthand knowledge.
8
9    EXAMINATION BY MR. NELMS:
10       Q.   Okay. Mr. Thornton, have you
11   ever been deposed before?
12       A.   Yes.
13       Q.   Okay. What was it in
14   reference to?
15       A.   It was an employment issue
16   about 20 years ago, I'm guessing, with
17   Roadway Express.
18       Q.   Okay. My name is Andy Nelms.
19   I represent Charlie Thorton, who is the
20   Plaintiff in this matter, and as you
21   know, we have a lawsuit pending against
22   FedEx Ground Package System, Inc.
23       A.   Yes.

Page 7

1        Q.   Through the course of this
2    deposition, and I promise you it's not
3    going to be a long one, I may refer to
4    FedEx because I don't work there.
5    Generically, FedEx is Federal Express to
6    me.
7        A.   Right.
8        Q.   If I do that, you may correct
9    me, you're welcome to, or please
10   understand that I'm referring
11   specifically to the Defendant in this
12   matter, which, again, is FedEx Ground
13   Package Systems, Inc., and I will ask you
14   a series of questions. If for any reason
15   you don't understand my question, please
16   just say I don't understand, and then,
17   you can tell me why you don't understand
18   it or what part of it you don't
19   understand, and I'll rephrase it, if you
20   wish. Sometimes I ask very bad
21   questions.
22        So, I completely understand
23   why you wouldn't understand, and

Page 8

1    sometimes I have to ask questions in that
2    legalese that we use or proffered in a
3    certain way so that it makes sense on
4    paper. Because everything we say today
5    Gary is taking down, and it's going to
6    show up on paper; and you're not here,
7    and I won't be there when it's read by us
8    or some third party.
9        So, things like hand motions
10   and predicates that set up the question
11   and things like that may not be
12   completely apparent and sometimes, if you
13   say huh-uh or uh-uh, that won't show up
14   as a positive response or a negative
15   response on paper. So, let's do the best
16   we can to say yes or no or express it
17   completely, whatever the answer may be.
18        Also, if I'm speaking and then
19   you're speaking, which we do all the
20   time, in common conversations, it's
21   impossible for Gary to get both of what
22   we're saying at the same time on paper.
23       A.   Right.

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 9

1  **Q.**  And it reads terribly.  And I
2  usually make a pretty good record, but,
3  you know, everybody's prone to their
4  screw-ups.
5      Is there any reason why you
6  would have trouble giving testimony today
7  in this deposition?
8      **A.**  No.
9      **Q.**  Any physical reason, any
10  medications, anything like that?
11      **A.**  No.  Other than time factor,
12  you know, a year and a half ago or --
13      **Q.**  Oh, okay.
14      **A.**  I don't want to be
15  speculative.  That sort of depends on
16  what the question is.
17      **Q.**  Yes, sir.  Well, don't be.
18  Just -- if you remember, you remember it.
19      **A.**  Right.
20      **Q.**  If you don't, you don't.  And
21  I understand that you're retired now.
22      **A.**  Right.
23      **Q.**  Okay.  When did you retire?

---

Page 10

1      **A.**  March of 2005.
2      **Q.**  Okay.  And what was your last
3  position with FedEx?
4      **A.**  Senior manager of FedEx Ground
5  here in Montgomery.
6      **Q.**  Okay.  And I'll assume that
7  that that covers more than just the City
8  of Montgomery.  That's a geographical
9  area?
10      **A.**  Yes.
11      **Q.**  Okay.  What is encompassed in
12  that geographical area?
13      **A.**  Approximately, if you looked
14  at it, it's about a 50-mile radius all
15  the way around the City of Montgomery,
16  give or take.
17      **Q.**  Okay.
18      **A.**  Anywhere as far north as --
19  well, just below Clanton to Selma and
20  Demopolis -- or not even Demopolis but
21  Selma and that area to --
22      **Q.**  Greenville?
23      **A.**  -- Fort Deposit, right about

---

Page 11

1  there, to -- quite frankly, when I'm
2  looking east, maybe Union Springs, but
3  not -- not Auburn or Tuskegee or
4  anything -- oh, Tuskegee.
5      **Q.**  Okay.  And how long did you
6  hold that position?
7      **A.**  In Montgomery, two years.
8      **Q.**  Okay.
9      **A.**  I was a senior manager in
10  Marietta.  I actually came in from FedEx
11  Logistics in 2001 and was brought in
12  as -- to become a managing director.
13  I've been a managing director for FedEx
14  Logistics and for Roadway.  I had almost
15  28, 29 years in the industry, and they
16  brought me into Marietta to run a -- a
17  large facility there which, quite frankly
18  at that time, I was -- I -- I had told
19  them I really didn't want to go back up
20  the ladder.  So, they were kind of just
21  preparing me for retirement.
22      **Q.**  I understand.  I understand.
23  Now, you're saying FedEx.

---

Page 12

1      **A.**  FedEx Ground.
2      **Q.**  All right.  So, were you
3  solely employed by this Defendant, FedEx
4  Ground Package Systems, Inc.?
5      **A.**  From 2001, yes, up to 2005.
6      **Q.**  Okay.  And, so I understand,
7  you were in Montgomery from 2001 until
8  the day you retired?
9      **A.**  From 2002-ish.
10      **Q.**  So, the entire time that you
11  worked in Montgomery, you worked for this
12  Defendant --
13      **A.**  Yes.
14      **Q.**  -- FedEx Ground?
15      **A.**  Yes.
16      **Q.**  And tell me just generally
17  what kind of job responsibilities and
18  duties that you had during that last
19  period of time that you were in
20  Montgomery.
21      **A.**  As a senior manager in most
22  all FedEx Ground facilities, you oversee
23  the day-to-day operations from what we

---

3 (Pages 9 to 12)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 13

1   call the preload, or packages, coming in
2   to the loading of the packages and, then,
3   the drivers going out; any type of
4   customer service issues; periodically
5   going out with sales to make sales calls;
6   but mainly, pretty much a hand-on --
7   hands-on operation-type of position.
8          Small terminal like
9   Montgomery, two to three direct reports,
10  fairly small operation with -- with seven
11  or eight package handlers.  So, I mean,
12  you -- as a senior manager, you're pretty
13  well over running the -- the entire
14  facility operationally.  Now, in -- in
15  some particular instances, you have an
16  operations manager for the Home Delivery
17  side, and that, where it gets a little
18  confusing, is Home Delivery is a newly
19  formed entity of -- of FedEx Ground,
20  which is now about, maybe, three to four
21  years old.
22      Q.   All right.
23      A.   That is -- Home Delivery is.

Page 14

1      Q.   Home Delivery, you say, is
2   three to four years old from today's
3   date?
4      A.   Don't hold me to that.  Maybe
5   2000, 2001, they formed Home Delivery.
6   So, yes, somewhere, give or take, four or
7   five years.
8      Q.   Okay.
9      A.   And they would have a -- a --
10  a -- a operations person solely trained
11  for Home Delivery within an operation
12  like Montgomery or -- or -- or a lot of
13  the other operations.  They do have some
14  sole Home Delivery operations with no
15  Ground mixed in there, but I just wanted
16  to make sure you knew, in many instances,
17  the Ground manager may not oversee the
18  Home Delivery operation if there's a --
19  a -- an ops manager there for Home
20  Delivery.
21      Q.   Okay.  During the last year,
22  let's say that you were at FedEx here in
23  Montgomery, were you in charge of -- was

Page 15

1   there a -- was there a Ground delivery
2   system in place at the Montgomery branch?
3      A.   There was a Ground delivery.
4   There was not -- the Home Delivery
5   operation itself was within the
6   Montgomery facility.  On or about -- and
7   I think it was even before Charlie.  I'm
8   going to say somewhere around late 2004
9   the ops manager for Home Delivery was
10  promoted out of there, and I was kind of
11  given the responsibility to oversee both
12  sides and trying to just keep the
13  operation running until they could get a
14  full-time Home Delivery guy into the
15  Montgomery operation.
16      Q.   Okay.  When you say "Home
17  Delivery" --
18      A.   But technically, yes, I was
19  over both sides during the time in
20  question.
21      Q.   Okay.  When you say "Home
22  Delivery guy" --
23      A.   Yes.

Page 16

1      Q.   -- is it just --
2      A.   There was an ops manager that
3   used to be there that really ran that
4   side, and he didn't -- he had a dotted
5   line to me, but he had a direct line up
6   to the actual regional manager for Home
7   Delivery.
8      Q.   Okay.
9      A.   This can get somewhat
10  confusing.
11      Q.   I think I got it.  When you
12  say "Home Delivery guy," though, you're
13  just referring to the operations manager?
14      A.   Correct.
15      Q.   Okay.  How many trucks when
16  you retired were dedicated to sole Home
17  Delivery purpose?
18      A.   I think at the time there's
19  about seven to eight contracts and about
20  ten trucks.
21      Q.   Okay.  And at the time that
22  you retired, you were basically in charge
23  of that area of Home Delivery for the

4 (Pages 13 to 16)

Page 17

1  Montgomery operation?
2      A.   Yeah.
3      Q.   Okay.  You hesitated there.
4      A.   Well, that -- the -- the --
5  the previous Home Delivery guy, Joe
6  McConnell, who had been promoted up to
7  Birmingham, would come back every two or
8  three weeks, probably not enough, to kind
9  of make sure the Home Delivery side
10  was -- was somewhat running.  We went --
11  we had just gone through what we call
12  peak, which is, you know, from really
13  about October all the way up through
14  Christmas, where your -- your volumes
15  spike 30 to 40 percent.  But when I said
16  that, it's because Home Delivery tried to
17  make sure that Joe McConnell and/or --
18  and I don't even know Kent's last name,
19  had been -- was -- was eventually
20  assigned to come in and start trying to
21  run that side of the operation and --
22  and -- and manage it.
23      So, yes, I was over it, but it

Page 18

1  was with some help from their point --
2  their side to try and keep the -- the
3  administrative side -- there is -- there
4  is specific training on the Home Delivery
5  side operationally, systemswise, somewhat
6  contractually, with their contract that,
7  quite frankly, I'd not been trained on.
8      Q.   In the first quarter of
9  2005 --
10      A.   Yes.
11      Q.   -- was there a need in the
12  Montgomery operation for more Home
13  Delivery drivers?
14      A.   Yes.  But when I say "more,"
15  we had had, going into peak, and I'm
16  going to say it's probably October-ish, a
17  contractor who owned -- on the Ground
18  side who also owned a contract on the
19  Home Delivery side, and he had just --
20  his -- his -- his daughter was running
21  the truck, or driving the truck for him,
22  and she was pregnant.
23      And -- and I told the guys

Page 19

1  yesterday, when I was over going what
2  happened on the -- on that side, she
3  actually drove and delivered up to 120
4  stops up until the day she delivered, but
5  he had to give up that route.  And it was
6  the -- he oversaw or he had the -- the
7  Troy contract, and it was actually two
8  trucks that ran down in that area.
9      We had, in anticipation of
10  peak, hired what we call temp employees
11  to come in and try and take care of
12  the -- the additional packages and, so,
13  we had probably four or five, six temps
14  running at that time.  So, we had put a
15  couple of temps -- sometimes we had to
16  use three or four to deliver down in the
17  Troy area.
18      Q.   Who --
19      A.   So, we had an open contract in
20  Troy going into the -- going into the
21  January time period.
22      Q.   Okay.  Were there any other
23  areas out of the Montgomery operation

Page 20

1  that you had anticipated would need more
2  Ground Delivery drivers?
3      A.   We were -- we were going
4  through some growth problems and some
5  performance problems with a -- with a
6  driver by the name of Derrick Pettaway.
7  He had lost his -- he had -- he had two
8  contracts, and in most instances, was
9  needing to run anywhere from three trucks
10  to four trucks a day.  He had discharged
11  or fired his guy that drove for him, and
12  again, we were having to, due to lack of
13  area knowledge, give him anywhere from
14  three to four more additional people to
15  run his area.
16      So, there was some speculation
17  on my part, that quite frankly, due to
18  performance issues and/or just a guy
19  walking off the job, that we may have
20  some -- something come open in -- in that
21  area.
22      Q.   Okay.  Before I forget it,
23  let's cover something real quick.  You

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 21

1 said that these Ground Delivery drivers
2 have contracts?
3    A.   Yes.
4    Q.   And the contracts are directly
5 with FedEx Ground Package?
6    A.   You can have two different
7 contracts. You can have a FedEx Ground
8 contract, and if for some instance --
9 and -- and to a certain degree, we
10 encouraged it to allow them to grow
11 and -- and make more money. If -- if
12 contracts, due to attrition or growth,
13 became available on the Home Delivery
14 side, because those guys had been in the
15 business and -- and pretty well knew what
16 they were getting into, we would allow
17 them, if -- if they were doing -- doing a
18 good job on the Ground side, to -- to get
19 a Home Delivery contract. Different type
20 of equipment.
21        In some instances, may --
22 which was a perfect world, they would
23 have a Home Delivery driver running in

Page 22

1 their same area. So, they could flex
2 packages back and forth to adjust the
3 volume, and -- and -- and -- and serve
4 that area a lot better. But they would
5 sign two different contracts, a Ground
6 contract for your big step vans and a
7 Home Delivery contract for the little
8 delivery vans for Home Delivery, which is
9 supposed to be, theoretically, mostly
10 residential areas for Home Delivery.
11    Q.   Describe for me how, under
12 either contract, the operator would be
13 compensated. I guess what I'm wanting to
14 know was it --
15    A.   There is a different
16 compensation, and to be honest with you,
17 that comes out of Pittsburgh as to how
18 they engineer. It's different equipment.
19 It's -- it's -- it's -- they -- and on
20 the Ground side, because it's supposed to
21 be more density in the area, more
22 businesses with docks that you back up to
23 where it's a little bit easier to get

Page 23

1 your packages off. You can, in some
2 instances, drive a little bit faster
3 versus Home Delivery; nobody's ever at
4 home and in, especially in the Home
5 Delivery side, due to lack of density,
6 some stops may be ten, 15 miles apart.
7        They had different
8 compensations for the Home Delivery side
9 versus the Ground side, and I -- you
10 know, I couldn't go into specifics, but
11 it was somewhat different in paper
12 package, paper stop, and -- and then,
13 some of it was very similar.
14    Q.   When you say "paper stop," you
15 mean like the envelope?
16    A.   They would get a certain
17 dollar per package to deliver, and if
18 they delivered, you know, five packages
19 at one stop, they would get paid per
20 package, but they would only get one stop
21 dollar amount.
22    Q.   Okay. I got you. All right.
23 And you said there was a difference in

Page 24

1 the equipment that they used.
2    A.   Yeah. And, early on, for the
3 Home Delivery side, you could see little
4 Econoline vans running around versus the
5 big step vans.
6    Q.   An Econoline van is just your
7 regular Ford van that you buy off the lot
8 at --
9    A.   Yeah. You know, it might be a
10 15-passenger van, but it doesn't have the
11 seats in it. You know, they set them up
12 with the shelving and all of that stuff.
13 As that evolved over the years, they now
14 give them a smaller type of step van but
15 still one in which you can deliver a lot
16 more efficiently in a residential area.
17 It's not near as big and clunky and
18 probably gets better miles per gallon,
19 but it is a different type of equipment.
20    Q.   Okay. Did you participate in
21 a program at the Holiday Inn in January
22 of 2005?
23    A.   Apparently, I did, yes.

6 (Pages 21 to 24)

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 25

1    **Q.**   Do you not recall it?
2    **A.**   No, I do recall it because I
3    remember when Char -- I mean, I remember
4    meeting with Charlie and his wife.  There
5    was a lot of people.  I can't remember
6    how many, but we had a pretty good
7    reception there.  So, that we -- we
8    periodically put ads in the paper for
9    informational sessions because -- due to
10   growth, and I will say the good side of
11   FedEx, be it Ground or Home Delivery, is
12   in most instances, a -- they -- they're
13   in ten, 15, 30 percent growth modes all
14   the time.  There's a constant need to
15   have potential contractors in the
16   pipeline so that we can keep up with the
17   growth.
18   **Q.**   Okay.
19   **A.**   So, we call them informational
20   sessions.  They run an ad in the paper,
21   and in most instances, it can be for Home
22   Delivery and/or Ground or both.
23   **Q.**   And what is discussed in the

Page 26

1    informational sessions?
2    **A.**   Company history as far as
3    FedEx, the particulars on -- on
4    contract -- contractually, what you're
5    looking at, as far as -- they give a --
6    a -- a synopsis of -- of what potential
7    pay could be per stops, things like that.
8    They -- I think they actually have a
9    video, too, that they show to these guys
10   in some of the -- in some of the sessions
11   to just give them a -- an overall view of
12   what a -- a -- an independent contractor
13   within the realm of FedEx does.
14   **Q.**   Okay.  And is there any
15   discussion as to what it will take for a
16   potential contractor to qualify to become
17   a contractor?
18   **A.**   I would think there is.  You
19   know, in most instances, it -- if there's
20   not, and I -- and I'm pretty sure there
21   is an actual -- most all of your regional
22   HR people who -- who hire -- or we have
23   actual staff recruiters that go around

Page 27

1    and give a lot of these informational
2    sessions.
3        In many instances, they have a
4    standard type of presentation that they
5    give at these meetings.  And -- and
6    usually, they'll send you a copy of it so
7    you have kind of a working knowledge just
8    in case you get caught having to give the
9    sessions or if somebody comes in and
10   walks -- walks in off the street and
11   you're to talk to them kind of about
12   what's going on in the business, you kind
13   of stick to that.
14   **Q.**   "Stick to that," what?
15   **A.**   That type of -- what the
16   presentation would be.  You kind of give
17   the highlights of what they want you to
18   tell somebody about FedEx and FedEx
19   Ground.
20   **Q.**   If you can recall, what kind
21   of qualifications would a potential
22   contractor need to have?
23   **A.**   Well, I mean, obviously, when

Page 28

1    we look at -- at contractors or potential
2    contractors, we look at somebody who's --
3    we prefer to have somebody that has some
4    type of background in route experience
5    that would be similar to ours.  And --
6    and, believe it or not, a guy who comes
7    in off the street, has been driving a --
8    a -- a tractor/trailer truck for 20
9    years, doesn't necessarily mean he's a
10   good match for FedEx, you know,
11   he may just be backing trailers to docks.
12       And so, we try and look for
13   the type of guys who have a -- a good
14   experience of route -- running routes
15   and -- and know what it takes to run a
16   route, and in many instances, if it's
17   a -- like a Frito-Lay or something like
18   that, where it's a -- a sales route,
19   they're under time constraints to get
20   things done and stock -- you know, we
21   like that kind of background.
22       In the same respect, we also
23   try and look for people who have a good

7 (Pages 25 to 28)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 29

1  business background. They run some type
2  of business entity or have had their own
3  trucks in the past. In some instances,
4  we have outside contractors for other
5  companies come in looking to see if they
6  can put a couple of trucks in to run it.
7       And they -- you know, with
8  that kind of experience and background of
9  running their own business, it's a --
10  it's a combination of driving and route
11  experience, and -- and we would like to
12  have somebody who's had some good
13  business experience running their own
14  business. Because they do -- I mean, you
15  are literally running your own business
16  as an independent contractor.
17       Q.   What about the ability to
18  qualify for a CDL, commercial driver's
19  license?
20       A.   Well, CDLs are not necessarily
21  required for the step vans. If they've
22  got one, that's fine. CDLs are -- are
23  required for tractor/trailer. Now, the

Page 30

1  DOT requires you every year. Even for --
2  for the Ground and the Home Delivery
3  guys, you have to recertify every year
4  saying how many tickets you have or have
5  not gotten, whether it's on your personal
6  vehicle or whatever. But CDLs are not
7  necessarily a requirement for these --
8  these pieces of equipment. That's set by
9  the DOT.
10       Q.   What do you mean when you say
11  they need to "recertify every year?"
12       A.   That's a DOT requirement.
13  Every year, you have to -- you have to --
14  you give them a form to fill out, and it
15  says, I hereby certify that I have or
16  have not, and you have to list any
17  particular tickets or violations you
18  might have had while driving, either in
19  your personal vehicle and/or a FedEx van
20  or whatever it may be. And that's -- you
21  have to turn that in, put it in their
22  file and send it up to Pittsburgh. So,
23  they've got it, as a matter of record, as

Page 31

1  to whether these guys have had any
2  accidents or tickets that they might not
3  have reported.
4       Q.   Would FedEx inquire as to the
5  driving history of any potential
6  contractor?
7       A.   That's part of -- yes, that's
8  part of the -- when you -- about two
9  years ago, and -- and I'm trying to
10  remember, but I -- I would say
11  approximately two years ago, they -- they
12  automated this, but whether it's
13  automated or manually, part of when
14  someone comes through the door that wants
15  to apply for a contractor position, one
16  of the forms they sign is the one we're
17  talking about.
18       Automatedwise, if they came in
19  and we took them to that step, where we
20  let them fill out the application, it
21  would -- there was a -- there's an
22  outside firm that does all of our
23  background checks for driving and for

Page 32

1  criminal history or whatever. So, now,
2  it's automated, and they do it, and you
3  get a call as to whether they passed or
4  not.
5       But, yes, every person that
6  comes through the door that applies for a
7  job, we fill out one of those forms, and
8  you have to send it up to have a -- have
9  a background check done on them and their
10  driving history.
11       Q.   Is there any physical
12  examination that needs to be performed?
13       A.   They have to go through a DOT
14  examination at each local facility if --
15  you know, you don't really want to put a
16  guy through those DOT physicals because
17  they're not cheap, if you don't have some
18  intention of -- of using him either as a
19  temp or possible future employment.
20       Q.   What about financial
21  qualifications? Are there any
22  requirements in that regard?
23       A.   I don't think -- to be honest

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 33

1   with you, no.  I -- I -- I'm not aware of
2   any credit checks they may do.  I mean,
3   it's pretty well a given, that if they're
4   going to go out and -- and purchase or
5   lease a -- a van, that -- that whoever
6   they're doing it through, will do some
7   type of credit history on them to see if
8   they qualify them to -- to do that.  But,
9   no, we don't necessarily do a -- a credit
10  check of any type.
11      Q.    What would happen if someone
12  could not, for some financial reason,
13  procure his own transportation truck for
14  the contract?  What steps would be taken
15  by FedEx?
16      A.    Well, obviously, he can't be a
17  contractor if he can't have a van.  There
18  are some instances where they've gone
19  out, and -- and this is hypothetical
20  situations where they could go out and
21  lease a van from another contractor who
22  has, you know, additional equipment.
23      Q.    Okay.

---

Page 34

1       A.    But, no, not -- I mean, if you
2   can't -- that's part of the business, and
3   that's pretty well -- that -- at these
4   informational sessions, there's a couple
5   of things to get people to stand up and
6   walk out at some time during the --
7   during the session, and -- and that would
8   be, no, you're not employees, you're an
9   independent contractor, and you have to
10  have the ability to -- to lease or
11  purchase a -- a 35 to $50,000 van.
12      Q.    Okay.  You said there were
13  several things or other things that would
14  make someone get up and walk out of an
15  informational session.  What would
16  another one be?
17      A.    Well, that -- that's the --
18  the primary one.  Some -- when they -- a
19  lot of people, no matter what the ad may
20  say, have some visions of employee-type
21  versus independent contractor.  You know,
22  and -- and at some point in time, and
23  I've done probably, maybe, four to five

---

Page 35

1   sessions myself, but I've been in on
2   about 20 to 25 sessions where the
3   recruiters did them.  Sometimes they'll
4   ask you to come as a senior manager to
5   come and sit in and answer any questions.
6       But I do try and -- I don't
7   necessarily paint a rosy picture, as far
8   as the type of work they're getting into,
9   because it's -- it's not fair to them,
10  and it's really not fair to the company
11  to -- to point out that -- or to paint
12  this big rosy picture of lots of money
13  and, you know, no pressure and no hours
14  and, you know, you're off on weekends.
15  And, so, I usually pretty well tell them
16  up-front, be it a temp or be it a
17  potential contractor, that, you know,
18  this is a pretty tough job.
19      I mean, it's -- it's very
20  demanding.  If you want to go and grow
21  and as a entrepreneurial -- make a lot of
22  money, there's a potential there to add
23  on trucks.  All of those things are

---

Page 36

1   potentials with that kind of growth, but
2   when it comes down to the actual work,
3   day-to-day coming to work, it's -- it's
4   pretty high pressure, and I don't really
5   think twice about sometimes saying that
6   to people.
7       Q.    Do you specifically recall the
8   informational session in early January of
9   2005?
10      A.    I don't -- I mean, it -- I
11  went to several at the Holiday Inn, and
12  like I said, I -- I know that, at some
13  point in time, either before or after,
14  that Charlie and his wife came up and --
15  and asked me some questions because they
16  were interested.  The specifics, it just
17  depends on what questions you ask.
18      Q.    Okay.  And did you -- did you
19  give this informational session alone, or
20  did you have one of the --
21      A.    No, it was just me.
22      Q.    Just you?
23      A.    Yes.

---

9 (Pages 33 to 36)

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 37

1    **Q.**    Okay. And, if you know, how
2    many informational sessions have you
3    given in Montgomery at the Holiday Inn?
4    **A.**    Four to five.
5    **Q.**    Okay. You said a moment ago
6    that it's hard work being a contractor,
7    but you have to have an entrepreneurial
8    spirit, and there's a lot of money to be
9    made.
10    **A.**    Yes.
11    **Q.**    If you know, what do the
12    contractors doing Home Delivery in the
13    Montgomery area generally make?
14    **A.**    If somebody got me to the side
15    and said, look, give me -- just give me a
16    ballpark figure of what these guys make?
17    I would tell somebody probably in the low
18    50's, but I would also tell them that's
19    gross. There are still expenses there
20    to -- to -- that you got to pay. So, I
21    mean, gross is probably -- for -- for the
22    average, for a -- a contractor, is in the
23    mid to low 50's.

Page 38

1    **Q.**    Okay. And --
2    **A.**    And -- and, you know, what --
3    and -- and I would have to -- you know,
4    you'd have to look at it and see. If --
5    if -- even if you wanted to -- I think
6    the actual -- I don't even -- I don't
7    even know if the actual example they give
8    during some of these informational
9    sessions give a gross figure. It may.
10    It usually gives them just a -- an
11    itemized look at how a contractor gets
12    paid on stops and packages, but -- yeah,
13    I -- I would tell them low to mid-50s.
14    **Q.**    And that would be --
15    **A.**    Gross.
16    **Q.**    You got gross for --
17    **A.**    One truck.
18    **Q.**    One truck and one guy?
19    **A.**    Yes.
20    **Q.**    Okay. And then, his expenses
21    would be his fuel, right?
22    **A.**    Uh-huh.
23    **Q.**    Yes?

Page 39

1    **A.**    Yes. Lease payments.
2    **Q.**    Insurance?
3    **A.**    They -- they deduct insurance,
4    all those type of things.
5    **Q.**    They deduct insurance?
6    **A.**    Yeah, I think they have -- I
7    think they -- they charge them like ten
8    bucks a paycheck or something for some of
9    the insurance that they pay. They have
10    to have in -- we have liability
11    insurance.
12    **Q.**    On the person?
13    **A.**    On the -- on the -- on the --
14    on the van itself that -- that the
15    company oversees for them. But
16    there's -- when they're running it on the
17    weekends by themselves, empty or to do
18    another business, there's -- there's
19    other insurance that they have to --
20    to -- to pay for. And, again, this is
21    one of those where I go I don't
22    necessarily know the exact amount, but
23    they do take out some insurance on -- on

Page 40

1    these guys.
2    **Q.**    Okay. Now, what -- that's
3    insurance on the vehicle?
4    **A.**    Correct.
5    **Q.**    Okay. What about insurance on
6    the person --
7    **A.**    No.
8    **Q.**    -- the contractor himself?
9    **A.**    No.
10    **Q.**    None is taken out by the --
11    **A.**    Uh-huh.
12    **Q.**    -- company?
13    **A.**    (Shaking head negatively.)
14    **Q.**    Okay. That's a no?
15    **A.**    That's a no.
16    **Q.**    Okay. All right. Regarding
17    the Holiday Inn informational session
18    that you gave in January of 2005, other
19    than Charlie and his wife, Debbie, did
20    anyone else contact you with an interest
21    in becoming a contractor in the
22    Montgomery area?
23    **A.**    They run together, but to

10 (Pages 37 to 40)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 41

1  my -- to the best of my knowledge, there
2  was one other gentleman there with his
3  wife that -- I think was working for
4  Coca-Cola at the time, and they -- I
5  think it was this session.
6      Q.   Okay.
7      A.   He was very interested in
8  doing it, running his own truck, and his
9  wife was -- was -- was a little nervous
10  about that kind of an investment, but,
11  yeah, I -- I remember one other couple,
12  and I'd have to look back and see. I'm
13  sure we got, maybe, a temp or two out of
14  the deal but not necessarily contractors.
15      Q.   Okay.
16      A.   Potential contractors.
17      Q.   For giving the informational
18  sessions for people who become interested
19  in and, ultimately, get into the program,
20  do you get any kind of compensation or
21  commission for new contractors that are
22  brought in?
23      A.   Me, myself?

Page 42

1      Q.   Yes.
2      A.   Oh, no.
3      Q.   Okay. Does the operation, the
4  Montgomery operation, give any special
5  credit for bringing in new contractors?
6      A.   No.
7      Q.   Okay.
8      A.   There used to -- and I will
9  say this: There used to be a referral
10  program for other contractors to bring
11  in, but I don't even know if they still
12  have that.
13      Q.   Okay. Other than that one day
14  at the informational session, did you
15  ever have any direct contact with Charlie
16  Thornton at any other time?
17      A.   Yeah.
18      Q.   Okay. When did you next see
19  him, then?
20      A.   I don't remember.
21      Q.   The best you can recall.
22      A.   A week or two later.
23      Q.   Okay. And what was that in

Page 43

1  regard to?
2      A.   I think really coming in just
3  to talk more seriously about it, get the
4  application process going, kind of talk
5  more in detail about what the job
6  involved. At some point, and I -- I keep
7  looking at Charlie. I think Joe kind of
8  started helping him too. Joe McConnell
9  was the -- the former ops guy in
10  Birmingham --
11      Q.   Yes.
12      A.   -- trying to get him set up as
13  quick as possible. We had a training
14  session going on in Birmingham for
15  potential contractors. I'm pretty
16  sure --
17          MR. THORNTON: Can I --
18          MR. NELMS: No.
19      A.   -- Charlie came -- came back
20  and forth two or three times for the
21  physical, and for the -- any additional
22  paperwork that we had forgotten to get or
23  didn't get or lost or whatever. So, I --

Page 44

1  I know I had two or three more times
2  talking with -- with Charlie.
3      Q.   Okay. And was that at your
4  office?
5      A.   Yes.
6      Q.   Okay. Did his wife, Debbie,
7  show up at that second --
8      A.   I don't recollect.
9      Q.   Okay.
10      A.   I don't remember.
11      Q.   Fair enough. And did he, on
12  that day, fill out an application?
13      A.   When he -- at the
14  informational session or when he came to
15  the facility?
16      Q.   I guess we're talking about
17  the second time you saw him, the time
18  when he came to the facility?
19      A.   At that time, it was
20  automated, and I'd have to look and see,
21  but I'm pretty sure we would have
22  probably said, look, sit down here, and
23  let's get this going. I know we had a

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 45

1  lot of problems early on when they
2  automated that, as far as getting them
3  to -- to do right, and we had numerous
4  times where -- and probably Charlie could
5  tell you, where he had to come back
6  because something didn't get done right
7  or whatever.
8       But, yeah, I would have
9  probably that day said, you know, sit
10 down, and let's get this process going so
11 we can get physicals and background
12 checks and set you up for -- for
13 training.
14     Q.   Okay.  And you said the
15 training was in Birmingham?
16     A.   Birmingham, yeah.
17     Q.   Okay.  And describe the
18 training for me.
19     A.   It's a structured program,
20 and -- and going into -- let me --
21 there's two different types of training
22 programs -- really three.
23     When we were going into

Page 46

1  Christmas, usually around September-ish,
2  the company will say, okay, let's --
3  we're going to set up a three-day
4  training program for people that we know
5  for a fact are just going to be potential
6  temporary employees to get us through the
7  holidays.  And that can be a -- a -- a
8  one or two-day session of just sitting
9  there going over procedures and paperwork
10 and, then, taking them out and doing a --
11 a -- a -- a driving test and/or obstacle
12 course, depending on how formalized it is
13 for the temp employees, potential temp
14 employees.
15     MR. SPOTSWOOD:  Can I
16 interrupt a second.  This is terminology.
17 This is a qualification procedure, is it
18 not?  That's what it's called, you have
19 these driver qualification courses?
20 You're using the terminology "training,"
21 and I'm just -- is it --
22     A.   Well, there -- there -- well,
23 when you bring in a temp, you do have

Page 47

1  to -- I mean, you obviously have to
2  qualify.
3       MR. SPOTSWOOD:  Okay.
4     A.   And when you drive, I mean --
5  I think Charlie will pretty well tell
6  you, that -- that the -- on -- on either
7  side, but especially on the potential
8  contractor side, they put them through an
9  obstacle course forwards and backwards.
10 And if, at any point in time, you knock
11 over one or two, or I don't know what the
12 magic number is, I mean, you're out of
13 the program period.  But there's --
14     Q.   Let me interrupt you.  So, in
15 that respect, Bob's right, that's
16 qualifying.
17     A.   Correct.
18     Q.   You know, if you're not
19 physically able to move the packages --
20     A.   Right.
21     Q.   -- or even if you --
22     A.   I think you -- I don't think.
23 I know.  We -- we even, for -- for --

Page 48

1  for -- for package handlers and people
2  like that, we have a 50-pound lift test
3  where we make sure they can -- can lift
4  up to 50 pounds though.
5     Q.   Right.
6     A.   You -- you qualify for this.
7  And the -- and the temps, it's -- it's a
8  matter of bringing them in, doing --
9  going over paperwork, routes, and many
10 instances, we let them drive or ride with
11 a contractor for a day or two, but it's
12 kind of the type of person -- it -- it
13 would be great if we could bring in
14 people who would just be temp for six or
15 eight months and really know the business
16 and yet have the ability to give them a
17 van.  I mean, that's the perfect
18 scenario.
19     Q.   Right.
20     A.   But for a known potential
21 contractor that -- that we know really
22 wants to get in the business, we think or
23 we know that he's got the financial

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 49

1  ability to go out and -- and purchase or
2  lease a van and he's -- and he's really
3  the type of person, we think from a
4  business perspective, from a -- you know,
5  those go through -- and that's the only
6  thing you can go through, the eight-day
7  qualification course or training course
8  or whatever you want to call it, to
9  become potentially a contractor.
10       Now, when they come out of
11  that training program -- and let me be
12  very clear about this --
13       Q.   Yeah.
14       A.   -- they don't necessarily have
15  a contract waiting on them, okay?
16       Q.   Right.
17       A.   But they are -- they are --
18  they are potential contractors that we
19  know or -- in discussions with them, they
20  want to get into the business.  If a
21  contract's available, we've already got
22  something spotted for him or, in many
23  instances, they just want to come out.

Page 50

1  They know they got to run for -- with
2  a -- as a temp or run with another
3  contractor.  Now, some of these
4  contractors can pay these guys to run
5  other trucks for them.
6       Q.   Right.
7       A.   And in that particular
8  instance, they're actually employed by
9  the contractor.
10       Q.   I want to ask you one question
11  real quick, and then, if it's okay with
12  everybody, we'll take a break.
13       A.   Yeah.
14       Q.   You said "automated system," a
15  while ago, and I think I understand what
16  you're saying, but I'm going to ask you
17  to describe for me what you mean when you
18  say "automated."
19       A.   My experience, from 2001 up
20  until this happened, was it was a lot of
21  paperwork, just manual, okay?
22       Q.   Handwritten on paper?
23       A.   Handwritten on paper, then,

Page 51

1  having to send all of these files to
2  different people and, oops, well, you
3  didn't do this, or I never got it or
4  whatever.  So, I'm pretty sure it was
5  through PeopleSoft, FedEx contracted out
6  for the whole company and set up a --a
7  PeopleSoft sys -- system where literally,
8  from the time a person comes in, applies
9  to become a dock worker or an independent
10  contractor, whatever it may be, it
11  captures his application, and there's
12  different checkmarks along the way where
13  you approve it, and then, it might send
14  off for the -- the -- the driver -- or
15  the background check and the driving
16  history and all that stuff.  And, all
17  along the way, there's different stages
18  where a person has to come in and approve
19  it, but it's all automated.
20       Q.   Paperless?
21       A.   Paperless.
22       Q.   Okay.
23       A.   Virtually paperless, other

Page 52

1  than, like I said, the -- some of the
2  stuff they have to sign.  That starts the
3  file.
4       Q.   Okay.  If it's all right with
5  everybody, I need to take a break.
6            (Said deposition was in recess
7            at 10:46 a.m. until 10:49
8            a.m., after which the
9            following occurred:)
10       Q.   (BY MR. NELMS:)  All right.
11  We were talking about instances where you
12  met with Charlie, and you've told us
13  about the informational session, and
14  then, you told us, several weeks later,
15  he came back into your office, and you
16  told us about that.  Have you -- can you
17  remember any other instance of meeting
18  Charlie Thornton?
19       A.   Truthfully, no.  I mean,
20  I'm -- I'm sure, at any given point in
21  time when Charlie came into the office,
22  he and I would talk about something.  I
23  mean, you know.  What?  Is this a trick

Page 53

1  question?
2      **Q.**  No.  Sometimes the question is
3  just a question, you know.
4      **A.**  I -- I -- I know, from --
5  from -- from firsthand experience, that
6  our processing of paperwork, be it
7  automated or whatever, brought people
8  back many times to get something that we
9  failed to get the first time or the
10  second time or the third time, and I
11  can't see Charlie not walking through the
12  door and sticking his head in and us
13  talking about something, so --
14      **Q.**  Were you having problems with
15  your automated system?
16      **A.**  From a training perspective,
17  okay.  In many instances, because we were
18  not hiring a lot of people at that time
19  and/or processing a lot of drivers at
20  that time, it was an ongoing learning
21  experience for us, as far as making sure
22  everything was done correctly.
23      **Q.**  Okay.

Page 54

1      **A.**  So, to say were we having
2  trouble with the system as a -- as a
3  company, they'd have to answer that.  We
4  in Montgomery, trying to make sure we did
5  everything since we had not done it a
6  lot, sure, I'm -- we -- we at times,
7  probably didn't -- didn't do things
8  correctly or had to get him to come back
9  to get -- you still -- trust me, you
10  still had a checklist of forms that you
11  had to have before you could move
12  forward.
13      So, if you want to say, did we
14  have problems, yeah.  It meant people
15  having to come back, you know, a second,
16  third and fourth time to -- to get what
17  we didn't get the -- the last time they
18  were there.
19      **Q.**  I think I completely
20  understand what you're saying --
21      **A.**  Right.
22      **Q.**  -- but sometimes I've got to
23  make a record.  So, if a --

Page 55

1      **A.**  Right.
2      **Q.**  -- question seems silly or
3  not -- when you say you had a "checklist"
4  of things you had to do, what are you
5  referring to specifically?
6      **A.**  Well, there -- there -- when
7  you called up the system, as I remember
8  it, okay, it still pretty well mirrored
9  our hiring checklist for paperwork
10  needed, okay, for an independent
11  contractor or temp or whatever.  But
12  because it was now on a screen versus
13  that checklist sitting there that you had
14  in the folder when you first started that
15  and you were just checking it off as you
16  went along, in many instances, or in some
17  instances, you would get, oh, man, I
18  forgot to do that.  And then, you'd have
19  to call up whoever and say, you know,
20  what, I forgot to get this from you.  The
21  next time you're close by, could you come
22  by and sign this?
23      **Q.**  I got you.  I'm going to ask

Page 56

1  you a couple of little, quick specific
2  questions, and then, I think I'm
3  finished.  Who -- at what point during
4  this process would the decision be made
5  to issue uniforms to a potential
6  contractor?
7      **A.**  I don't think anybody ever
8  came through the door that was going to
9  drive for us that we didn't give them --
10  give them some uniforms to start out
11  because, if they were going to drive as a
12  temp, ride on a truck, anything
13  pertaining to delivering packages out
14  there in the public that we kept -- tried
15  to keep caps and shirts and -- not pants
16  because we never knew what their waist
17  size was.  Now, to -- to purchase a
18  uniform, I know this is going to sound
19  stupid, but at any given point in time,
20  as long as we knew he was driving, he
21  could come in and request us to order him
22  some uniforms any time he wanted to.
23      **Q.**  Okay.  Are there -- was the

14 (Pages 53 to 56)

Page 57

1  Montgomery facility in contact with the
2  drivers by radio?
3      **A.**  Cell phones, if they had one.
4      **Q.**  Okay.
5      **A.**  Going to sound silly to you,
6  but as an independent contractor, over
7  time they found out they had to have some
8  form of communication, but they could go
9  out there and deliver all day long, and
10 as long as they were getting their
11 packages delivered and everybody was
12 happy, they really didn't have to say one
13 thing to us or -- or talk to us.
14     **Q.**  Okay.  I -- I know from
15 experience because our FedEx guy comes in
16 here every day.  He's got a computer
17 wand.
18     **A.**  They've got -- they've got --
19 yes, now -- now, when you talk about
20 communication, they have scanners that
21 record every -- he does his bar code
22 scan, and -- and in that bar code, it's
23 got the -- the time -- it's

Page 58

1  automatically -- it -- it shows the time,
2  obviously, the date.  Within the bar
3  code, it shows the address of the
4  package.  Shows how many packages he
5  delivered.  We had over -- we had
6  overview within our system to see how
7  that driver was doing during the day, but
8  we had no means of communication at that
9  time, and I don't know if it's changed,
10 where we could ever even send them
11 anything.  You know, I think in the
12 future, they were talking about trying to
13 get that ability to -- to -- through
14 radio frequency be able to communicate
15 with them through those scanners.
16     **Q.**  So, it's a one-way
17 communication?
18     **A.**  Yeah.
19     **Q.**  Okay.  Were -- what do you
20 call those?
21     **A.**  I think they were called Star
22 II scanners.
23     **Q.**  Okay.

Page 59

1      **A.**  Star II, Roman numeral one,
2  one.
3      **Q.**  Were the Star II scanners
4  specifically assigned to the independent
5  contractors?
6      **A.**  Specifically assigned?
7      **Q.**  Well, I know it's not a good
8  question.  What do you mean by that?  I
9  don't know.
10         An independent contractor, did
11 he have one Star II scanner assigned to
12 him that he kept with him at all times?
13     **A.**  We -- they all wanted to keep
14 their same scanner, let me put it that
15 way.  And, in many instance, we would
16 type a name or -- or a tape that we would
17 put on there so they knew, when they
18 walked in in the morning, that that was
19 the scanner that they used the day
20 before.  And for the main reason of that
21 most of those scanners would hold that
22 data from the previous day so that when
23 they started up that day, it would call

Page 60

1  up ending mileage and that type of stuff.
2         So, I guess to a certain
3  degree, yeah, they were assigned a
4  scanner, and they actually paid a -- a
5  weekly charge for the use of those
6  scanners.  As a contractor, independent
7  contractor.  Now, temps were a whole
8  different ball game.  They would -- they
9  would get whatever was left over,
10 unfortunately.
11     **Q.**  So, a temp is actually an
12 employee and not an independent
13 contractor?
14     **A.**  Correct.  We're paying him.
15     **Q.**  Is it on the hourly rate or --
16     **A.**  Uh-huh, yeah, FedEx.  I
17 done -- I done forgot what the hourly
18 rate was, but they got paid by the hour.
19     **Q.**  Okay.  In regard to the trucks
20 that contractors would have, do you know
21 what process the contractor would have to
22 go through in order to obtain a FedEx
23 truck?

15 (Pages 57 to 60)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

Page 61

1    **A.**  In most instances, the way I
2  tried to at times talk with -- with -- I
3  would say it's really nothing more
4  than -- you could go to your local bank.
5  You could go to your local loan shark,
6  whatever it may be, because all you were
7  doing was -- was leasing a vehicle or
8  purchasing a vehicle.
9        We had, to my knowledge,
10  either two or three lending or leasing
11  companies that we recommended because, in
12  many instances, they would -- they would
13  take inventory. FedEx would purchase it
14  so that they had X amount of vehicles
15  every year available for new -- new
16  contractors coming on board, and these
17  lenders or leasing companies would have
18  visibility to that inventory, and in many
19  instances, it was already with the FedEx
20  decal spec'd exactly the way -- or in
21  most instances, the way FedEx would want
22  the truck to be spec'd.
23        And so, we would recommend or

---

Page 62

1  tell them that there was two or three
2  different companies they could go through
3  to qualify for these vans, but that, at
4  any given time if they located -- or in
5  talking with them wanted to purchase a
6  van with their own -- own private lender
7  or personal, you know, they had the
8  option to do that.
9     **Q.**   Okay. Were -- were the
10  vans -- if you know, were the vans or the
11  trucks always -- was the contractor
12  required to buy it through Federal
13  Express, though? Did the truck, itself,
14  have to come from Federal Express?
15     **A.**   No.
16     **Q.**   Okay. So, a guy could go to
17  the local Dodge dealership and pick up --
18     **A.**   Yes.
19     **Q.**   -- a truck that met Federal
20  Express specifications?
21     **A.**   Uh-huh.
22     **Q.**   Yes?
23     **A.**   Yes.

---

Page 63

1     **Q.**   Okay. Sorry. I know
2  that's --
3     **A.**   I know.
4     **Q.**   -- a very particular -- I
5  don't think I could do it either.
6        All right. Is there a
7  particular procedure within FedEx that
8  assigns or allows a potential contractor
9  to purchase a vehicle?
10     **A.**   Can you be a little --
11     **Q.**   Is there an authorization
12  process that a contractor has to go
13  through in order to obtain a vehicle?
14     **A.**   For FedEx itself?
15     **Q.**   Yeah.
16     **A.**   It -- yeah. I mean, along the
17  way, you -- you would -- yes, there is a
18  process that he has to go through.
19     **Q.**   Describe that process for me.
20     **A.**   Well, at any given point in
21  time, you know, especially early on,
22  when -- when you're talking to a
23  contractor or a potential contractor and

---

Page 64

1  you -- and you give him the -- the
2  information on him having to go out and
3  buy or lease a vehicle, number one, at
4  any given point in time, he can contact
5  very early on to see what the costs are,
6  does he qualify creditwise, you know, as
7  far as that's concerned.
8        The assignment of a vehicle to
9  a new contractor is supposed to come at
10  the time the contract is officially
11  signed, and he is, that day, a
12  contractor, and then, that -- that
13  vehicle, in a perfect world, is
14  released -- it's either on-site, or it's
15  released from wherever it's being held
16  and delivered to the local facility where
17  that contractor is.
18        I don't know if that's giving
19  you the information you want or if --
20     **Q.**   I don't know what the answer
21  is, to be honest with you. All right.
22     **A.**   I mean, a guy could go out --
23  I mean, we -- you know, a guy could go

16 (Pages 61 to 64)

Page 65

1  out, and like you said, he could buy a --
2  -- a-- what I call a straight truck.
3  It's got a box on the rear of it in --
4  in -- instead of a FedEx step van, and --
5  but if he was going to do it, he knows
6  that he's got to make sure that -- and
7  we'll give him a copy of what the specs
8  are and what it must have on it and
9  what -- within -- you know, they don't
10  have to absolutely buy a brand-new one.
11  They can buy one that's two, three, four
12  years old. I think, at one point, it
13  used to be newer than five years old, but
14  then, he's got to do all the decals.
15  He's got to do all those things. But
16  yeah, he could -- he could walk in and
17  go, I'm just going to go buy me a van
18  right now just in case. And -- but he's
19  on his own, when he does that, you know.
20  I mean -- it's kind of two different
21  scenarios I'm trying to give you there.
22      Q.   No, I understand. I
23  understand. Other than what we've

Page 66

1  already talked about today in this
2  deposition, and don't tell me about any
3  conversations, please, that you've had
4  with Mr. Spotswood or anyone with his
5  office --
6      A.   Yes.
7      Q.   -- have you had any
8  conversations with anyone at FedEx
9  regarding this lawsuit?
10      A.   No.
11      Q.   Okay. And you are
12  currently -- consider yourself not an
13  employee of FedEx, is that correct?
14      A.   Correct.
15      Q.   Okay.
16      A.   I'm retired.
17      Q.   Okay. What are you doing with
18  yourself? You're too young to be
19  retired.
20      A.   I'm -- I told Bob I'm a
21  consultant. By the way, you'll get my
22  bill.
23      Q.   You send it on.

Page 67

1      A.   No, I -- I've -- I graduated
2  from Tennessee, and I grad -- and I --
3  was -- I majored in transportation
4  logistics, and kind of part of retirement
5  was just, you know, to do my own thing.
6  So, I'm -- I'm a third-party logistics
7  consultant right now for a couple of
8  companies, and if y'all happen to know
9  anybody that's got the money, I got the
10  time.
11      Q.   I actually did know him. I'll
12  think about that.
13          MR. NELMS: I can't think of
14  anything else, Bob, but if you'll let me
15  talk to Charlie for just a minute -- or
16  you can go ahead and ask him, and then,
17  I'll talk to Charlie in a minute, and if
18  I have something else, I'll follow up
19  with it, but I can't think of anything --
20          MR. SPOTSWOOD: Why don't you
21  figure out if there's anything else you
22  want to ask --
23          MR. NELMS: Okay.

Page 68

1          MR. SPOTSWOOD: -- and then,
2  I'll go ahead and ask a few questions
3  while -- after you come back and let me
4  know if you've got anything else.
5          MR. NELMS: Okay. Great.
6  Come on, Charlie. Let's talk just a
7  second.
8          (Said deposition was in recess
9          at 11:03 a.m. until 11:11
10          a.m., after which the
11          following occurred:)
12          MR. NELMS: I don't have
13  anything else.
14
15  EXAMINATION BY MR. SPOTSWOOD:
16      Q.   All right. Let me ask a few
17  questions here.
18          Mr. Trott, is it correct that
19  FedEx Ground and FedEx Home Delivery are
20  operating divisions of the Defendant in
21  the case, FedEx Ground Package Systems,
22  Inc.? In other words, they are
23  functioning, operating divisions within

17 (Pages 65 to 68)

Page 69

1  the same --
2      **A.**  Yes.
3      **Q.**  -- corporate entity?
4      **A.**  Yes.
5      **Q.**  Okay.  And for a period there,
6  were you -- I took it, from your prior
7  testimony, that you were acting as senior
8  manager in Montgomery for both the FedEx
9  Ground operations and the FedEx Home
10  Delivery operations during this
11  transition period between Mr. McConnell
12  and when Kent Gastineau came?
13      **A.**  That would be true.
14      **Q.**  Okay.  And you -- you couldn't
15  remember Kent's last name.  It's
16  Gastineau.
17      **A.**  All right.
18      **Q.**  You said you retired from
19  FedEx in March of 2005.  Were you
20  actually working during that last couple
21  of weeks of March, or were you taking
22  vacation?
23      **A.**  I actually took -- yeah, I

Page 70

1  think the official date had to change a
2  couple of times.  I actually took my last
3  four weeks or five weeks on vacation,
4  so -- now, during March, no, I would not
5  have been there.  I think the actual
6  retirement day is like the 1st of April
7  or 7th of April, if you looked at my
8  actual retirement date because I was on
9  vacation.
10      **Q.**  So, you would not --
11      **A.**  I was virtually --
12      **Q.**  -- have been --
13      **A.**  I was virtually --
14      **Q.**  -- at the facility during
15  March?
16      **A.**  I was not even there during
17  March.
18      **Q.**  Okay.  At the informational
19  session that we've been talking about,
20  did you talk to Mr. Thornton about what
21  routes might or would be available at
22  that time?
23      **A.**  Yes.

Page 71

1      **Q.**  What do you recall about
2  telling him?
3      **A.**  I know we were having a lot of
4  problems at that time with some of the
5  routes, like I said.  I know -- and if
6  Charlie and/or his wife came up to me
7  after the meeting, and I'm sure -- I -- I
8  know they did because I do remember
9  talking with them.  I know we had Troy
10  contract wide-open at that time, and
11  probably we discussed that contract being
12  open.
13      **Q.**  Okay.
14      **A.**  And then, I would have, if he
15  asked me, any other areas, I probably
16  would have said with growth, the Wetumpka
17  area or that Elmore County area, Autauga
18  County with growth.  We might potentially
19  have some growth opportunities coming up,
20  and -- and since I really and truthfully
21  was kind of being off-the-cuff, I
22  probably -- might have told him we were
23  having some problems with a contractor in

Page 72

1  Autauga County or Elmore County that
2  could lead to something coming open,
3  but -- I mean, I'd -- I'd done it enough
4  with Ground to know that you stick to --
5  you stick to what's open, and then, with
6  growth and attrition, there's always
7  opportunities there.
8      And I -- and I -- and like I
9  said, I -- I don't remember verbatim
10  everything, but I just remember that he
11  and his wife were very open and nice, and
12  we were just talking about potential for
13  the future.
14      **Q.**  Did you believe to be true
15  everything that you did tell Mr.
16  Thornton?
17      **A.**  Yes.
18      **Q.**  Did you have any intent to
19  injure him or mislead him in any way?
20      **A.**  No.
21      **Q.**  Did you ever tell Mr. Thornton
22  that he, in fact, would get and would be
23  entitled to a route with -- a route

18 (Pages 69 to 72)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 73

1  contract?
2      **A.**  No.
3      **Q.**  I want to show you Exhibit --
4  we labeled these letters, and these are
5  just continuations of exhibits that are
6  in -- they actually are the exhibits from
7  Mr. Thornton's deposition.  This one's
8  marked Defendant's Exhibit V as in
9  Victor.  Can you tell me what that is?
10     **A.**  Well, it's -- it's the P & D
11 Contractor Business Guide which, in many
12 instances, are issued to the managers.
13 It's a working guide we have within the
14 office, and I think -- I'm going to be
15 honest with you.  I don't know -- I don't
16 know if they give them a copy of this at
17 their actual training, but it's kind of
18 the contract itself that -- that kind of
19 leads them to learn and know and
20 understand what the -- what all is
21 entailed in their contract.
22     **Q.**  The potential contract?
23     **A.**  Yeah, potential contracts.

Page 74

1  And -- and -- and -- and I will tell you
2  this, whether -- well, nevermind.
3      **Q.**  Well, what -- what is the
4  procedure that was generally followed by
5  you with respect to educating a potential
6  contractor about this document?
7      **A.**  When it actually came time,
8  and -- and -- and I will say this, and
9  you guys will have to ask Charlie this.
10 Usually, during the training session,
11 there was a day where they talked, and I
12 don't know how long it was, but they
13 talked about the contract itself and how
14 it worked and specific items and --
15 and --
16     **Q.**  Right.
17     **A.**  -- the ins and outs of how a
18 contract worked for an independent
19 contractor.
20     But, in what instances I had
21 where new contractors -- and there wasn't
22 a lot of them that came on board with
23 Ground, under the old process and/or

Page 75

1  under the new automated process, you were
2  always told, and I agreed -- and I agree
3  this was a no-brainer that you -- when
4  you printed it out, your -- it was very
5  smart to make a copy of it and have them
6  go home and at least review it for 24 to
7  4 -- depending upon how big a hurry they
8  were in, 24 to 48 hours, so that, when
9  they came back in, you -- you know, they
10 could ask specific questions as to what
11 this particular area of the contract
12 meant before they signed it.
13     And that was -- I would have
14 to say that's not something I came up
15 with.  In most instances, all managers,
16 as -- might even have been on the
17 checklist.  You -- you had to check off,
18 and I'm doing it from memory, that you
19 had -- you know, had sat down and
20 reviewed the contract with that
21 individual contractor prior to him
22 signing it.
23     **Q.**  Okay.  I've just got a couple

Page 76

1  of documents I want to see if you can
2  authenticate for me.  These are from
3  Defendant's Exhibit C to Mr. Thornton's
4  deposition.  The first one is labeled FXG
5  0000-13.  Can you tell me what this is?
6      **A.**  That would have -- that is one
7  of the forms that we had them fill out
8  that has to be for DOT purposes, part of
9  their file for --
10     **Q.**  And is this for Charlie?
11     **A.**  Yeah.
12     **Q.**  And it's called Driver's
13 Annual Certification Motor Vehicle
14 Violations?
15     **A.**  That was -- that -- that
16 initiates or goes in their file, and
17 really, it's done every year.  They have
18 to fill it out.  And that's where I was
19 talking about having to report any
20 potential violations on their personal
21 vehicle and/or their FedEx vehicle.  And,
22 in this particular instance, since
23 they're applying for a job, he would

19 (Pages 73 to 76)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 77

1  still supposedly have to report all of
2  his personal violations.
3      Q.   All right.  And did you sign
4  this on the bottom?
5      A.   That would be me.
6      Q.   And on what date did you sign
7  it?
8      A.   1/14 of '05.
9      Q.   Okay.
10     A.   Just as information, that's
11  that checklist where, if you didn't dot
12  your I's and cross your T's, you might
13  refer back to it and have to get them
14  back in to do stuff.
15     Q.   You're referring to --
16     A.   And I don't know if this is
17  computer-generated or whether it's
18  something we -- you know, it looks like
19  this one's typed out.
20     Q.   I think it's
21  computer-generated.
22     A.   Right.
23     Q.   What you're referring to is

Page 78

1  FXG, a bunch of zeros --
2      A.   Right.
3      Q.   -- 22?
4      A.   And, as it carried you through
5  the process, you can see these are little
6  Xs or dots.
7      Q.   Right.
8      A.   And you really -- until you
9  got to the end, you couldn't do anything,
10  until you had done every -- you know.
11     Q.   Right.  Okay.  Let me flip
12  over here to pages 27 and 28.  Can you
13  tell me what those two pages are?
14     A.   That is a record of road test
15  that was given apparently in Birmingham
16  by Omar Newman where they went through
17  the -- I don't know if they issued this
18  after they went through the hazardous --
19  hazardous -- through the driving course
20  or whether they actually went out and did
21  a road test with them, but --
22     Q.   Okay.  And then, what is the
23  document here, exhibit -- this is for Mr.

Page 79

1  Thornton, obviously?
2      A.   Right.
3      Q.   What is Document 29
4  specifically?
5      A.   That's a card apparently they
6  issued to him showing that he is -- he's
7  been certified, and he passed his road
8  test.
9      Q.   Okay.
10     A.   Part of their training, Smith
11  systems.
12     MR. NELMS:  And that's
13  Document 30.
14     Q.   Document 30 is -- this is
15  called on the top of it Advanced Driving
16  Training Safety Seminar.  This is the
17  classroom or the several day
18  qualification program that you described
19  previously?
20     A.   Correct, and if I'm not
21  mistaken, you can ask Charlie, if they do
22  not pass that, they don't move forward in
23  the training.  That looks like the same

Page 80

1  thing.
2      Q.   Right.  Document 31 appears to
3  be the same thing as Document 30.
4  Document 32 --
5      A.   That's a different form.
6      Q.   That's -- that says -- that's
7  a certificate for the on-road format
8  apparently for this seminar?
9      A.   (Nodding head affirmatively.)
10     MR. NELMS:  You're referring
11  to 32?
12     MR. SPOTSWOOD:  Yeah,
13  Exhibit 32.  Correct?
14     A.   Yes.  Strength test.
15     Q.   Right.
16     MR. NELMS:  34.
17     (Off-the-record discussion.)
18     MR. SPOTSWOOD:  That's all I
19  have.
20     MR. NELMS:  Okay.
21
22     FURTHER THE DEPONENT SAITH NOT
23

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

Page 81

1　　　(Said deposition was concluded
2　　at 11:23 a.m. on the 12th day
3　　of April, 2006.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 82

1　　　C E R T I F I C A T E
2
3
4　STATE OF ALABAMA)
5　JEFFERSON COUNTY)
6
7　　　　I hereby certify that the
8　above and foregoing deposition was taken
9　down by me in stenotypy, and the
10　questions and answers thereto were
11　reduced to typewriting under my
12　supervision, and that the foregoing
13　represents a true and correct transcript
14　of the deposition given by said witness
15　upon said hearing.
16　　　　I further certify that I am
17　neither of counsel nor of kin to the
18　parties to the action, nor am I in
19　anywise interested in the result of said
20　cause.
21
22
23　　　COMMISSIONER - NOTARY PUBLIC

21 (Pages 81 to 82)

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

---

**A**

ability
29:17 34:10 48:16 49:1
58:13
able
47:19 58:14
about
6:6,16 10:14,23 13:20 15:6
16:19,19 17:13 27:11,18
29:17 31:8,17 32:20 35:2
36:5 40:5 41:10 43:3,5
44:16 49:12 52:11,13,16
52:22 53:13 57:19 58:12
66:1,2 67:10 70:19,20
71:7 72:12 74:6,13 76:19
above
5:13 82:8
absolutely
65:10
accidents
31:2
acting
5:4 69:7
action
1:5 82:18
actual
16:6 26:21,23 36:2 38:6,7
70:5,8 73:17
actually
11:10 19:3,7 26:8 50:8
60:4,11 67:11 69:20,23
70:2 73:6 74:7 78:20
ad
25:20 34:19
add
35:22
additional
19:12 20:14 33:22 43:21
address
58:3
adjust
22:2
administrative
18:3
ads
25:8
Advanced
79:15
affirmatively
80:9
after
36:13 52:8 68:3,10 71:7
78:18
again
7:12 20:12 39:20
against
6:21
agent
5:23
ago
6:16 9:12 31:9,11 37:5

50:15
agree
75:2
agreed
2:2 75:2
ahead
67:16 68:2
Alabama
1:2 3:9,17 5:3,4,11 82:4
allow
21:10,16
allows
63:8
almost
11:14
alone
36:19
along
51:12,17 55:16 63:16
already
49:21 61:19 66:1
always
62:11 72:6 75:2
amount
23:21 39:22 61:14
Anderson
3:4
Andy
5:21 6:18
and/or
17:17 20:18 25:22 30:19
46:11 53:19 71:6 74:23
76:21
Annual
76:13
another
33:21 34:16 39:18 50:2
answer
8:17 35:5 54:3 64:20
answers
82:10
anticipated
20:1
anticipation
19:9
anybody
56:7 67:9
anyone
40:20 66:4,8
anything
9:10 11:4 56:12 58:11
67:14,19,21 68:4,13 78:9
anywhere
10:18 20:9,13
anywise
82:19
apart
23:6
apparent
8:12
apparently

24:23 78:15 79:5 80:8
appears
80:2
application
31:20 43:4 44:12 51:11
applies
32:6 51:8
apply
31:15
applying
76:23
approve
51:13,18
approximately
10:13 31:11
April
1:17 5:12 70:6,7 81:3
area
10:9,12,21 16:23 19:8,17
20:13,15,21 22:1,4,21
24:16 37:13 40:22 71:17
71:17 75:11
areas
19:23 22:10 71:15
around
10:15 15:8 24:4 26:23
46:1
asked
36:15 71:15
assign
2:21
assigned
17:20 59:4,6,11 60:3
assignment
64:8
assigns
63:8
assume
10:6
Attorney
3:5,13
attorney-client
6:3
attrition
21:12 72:6
Auburn
11:3
Autauga
71:17 72:1
authenticate
76:2
authorization
63:11
automated
31:12,13 32:2 44:20 45:2
50:14,18 51:19 53:7,15
75:1
Automatedwise
31:18
automatically
58:1

available
21:13 49:21 61:15 70:21
Avenue
3:16
average
37:22
aware
33:1
a.m
5:12 52:7,8 68:9,10 81:2

---

**B**

back
11:19 17:7 22:2,22 41:12
43:19 45:5 52:15 53:8
54:8,15 68:3 75:9 77:13
77:14
background
28:4,21 29:1,8 31:23 32:9
45:11 51:15
backing
28:11
backwards
47:9
bad
7:20
ball
60:8
ballpark
37:16
bank
61:4
bar
57:21,22 58:2
basically
16:22
became
21:13
become
11:12 26:16 41:18 49:9
51:9
becoming
40:21
before
1:21 5:9,21 6:11 15:7
20:22 36:13 54:11 59:20
75:12
being
5:18 37:6 64:15 71:11,21
believe
28:6 72:14
below
10:19
best
8:15 41:1 42:21
better
22:4 24:18
between
2:3 69:11
big
22:6 24:5,17 35:12 75:7

bill
66:22
Birmingham
3:17 5:3 17:7 43:10,14
45:15,16 78:15
bit
22:23 23:2
board
6:16 74:22
Bob
66:20 67:14
Bob's
47:15
both
8:21 15:11,19 25:22 69:8
bottom
77:4
box
3:8 65:3
branch
15:2
brand-new
65:10
break
50:12 52:5
bring
42:10 46:23 48:13
bringing
42:5 48:8
brought
11:11,16 41:22 53:7
bucks
39:8
bunch
78:1
business
21:15 27:12 29:1,2,9,13,14
29:15 34:2 39:18 48:15
48:22 49:4,20 73:11
businesses
22:22
buy
24:7 62:12 64:3 65:1,10,11
65:17

---

**C**

C
3:1 76:3 82:1,1
call
13:1 17:11 19:10 25:19 32:3
49:8 55:19 58:20 59:23
65:2
called
46:18 55:7 58:21 76:12
79:15
calls
13:5
came
5:9 11:10 31:18 36:14
43:19,19 44:14,18 52:15
52:21 56:8 69:12 71:6

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

data
59:22
date
5:6 14:3 58:2 70:1,8 77:6
daughter
18:20
day
1:17 5:11 12:8 19:4 20:10
42:13 44:12 45:9 48:11
57:9,16 58:7 59:19,22,23
64:11 70:6 74:11 79:17
81:2
day-to-day
12:23 36:3
deal
41:14
dealership
62:17
Debbie
40:19 44:6
decal
61:20
decals
65:14
decision
56:4
dedicated
16:16
deduct
39:3,5
Defendant
1:11 3:11 7:11 12:3,12
68:20
Defendant's
73:8 76:3
degree
21:9 60:3
deliver
19:16 23:17 24:15 57:9
delivered
19:3,4 23:18 57:11 58:5
64:16
delivering
56:13
delivery
13:16,18,23 14:1,5,11,14,18
14:20 15:1,3,4,9,14,17,22
16:7,12,17,23 17:5,9,16
18:4,13,19 20:2 21:1,13
21:19,23 22:7,8,8,10
23:3,5,8 24:3 25:11,22
30:2 37:12 68:19 69:10
demanding
35:20
Demopolis
10:20,20
density
22:21 23:5
depending
46:12 75:7
depends

9:15 36:17
DEPONENT
80:22
deposed
6:11
Deposit
10:23
deposition
1:14 2:4,10,11,22 7:2 9:7
52:6 66:2 68:8 73:7
76:4 81:1 82:8,14
depositions
2:15
Derrick
20:6
describe
22:11 45:17 50:17 63:19
described
79:18
detail
43:5
difference
23:23
different
21:6,19 22:5,15,18 23:7,11
24:19 45:21 51:2,12,17
60:8 62:2 65:20 80:5
direct
13:9 16:5 42:15
directly
21:4
director
11:12,13
discharged
20:10
discussed
25:23 71:11
discussion
26:15 80:17
discussions
49:19
District
1:1,2 5:8
DIVISION
1:3
divisions
68:20,23
dock
51:9
docks
22:22 28:11
document
74:6 78:23 79:3,13,14
80:2,3,4
documents
76:1
Dodge
62:17
doing
21:17,17 33:6 37:12 41:8
46:10 48:8 58:7 61:7

66:17 75:18
dollar
23:17,21
done
28:20 32:9 34:23 45:6
53:22 54:5 60:17,17
72:3 76:17 78:10
door
31:14 32:6 53:12 56:8
dot
30:1,9,12 32:13,16 76:8
77:11
dots
78:6
dotted
16:4
down
8:5 19:8,16 36:2 44:22
45:10 75:19 82:9
drive
23:2 47:4 48:10 56:9,11
driver
20:6 21:23 46:19 51:14
58:7
drivers
13:3 18:13 20:2 21:1 53:19
57:2
driver's
29:18 76:12
driving
18:21 28:7 29:10 30:18
31:5,23 32:10 46:11
51:15 56:20 78:19 79:15
drove
19:3 20:11
due
20:12,17 21:12 23:5 25:9
duly
5:18
during
12:18 14:21 15:19 34:6,7
38:8 56:3 58:7 69:10,20
70:4,14,16 74:10
duties
12:18

E

E
3:1,1 4:1 82:1,1
each
32:14
early
24:2 36:8 45:1 63:21 64:5
easier
22:23
east
11:2
Econoline
24:4,6
educating
74:5

effect
2:12
efficiently
24:16
eight
13:11 16:19 48:15
eight-day
49:6
either
22:12 30:18 32:18 36:13
47:6 61:10 63:5 64:14
Elmore
71:17 72:1
employed
12:3 50:8
employee
60:12 66:13
employees
19:10 34:8 46:6,13,14
employee-type
34:20
employment
6:15 32:19
empty
39:17
encompassed
10:11
encouraged
21:10
end
78:9
ending
60:1
engineer
22:18
enough
17:8 44:11 72:3
entailed
73:21
entire
10:13 13:13
entitled
72:23
entity
13:19 29:2 69:3
entrepreneurial
35:21 37:7
envelope
23:15
equipment
21:20 22:18 24:1,19 30:8
33:22
especially
23:4 47:7 63:21
even
10:20 15:7 17:18 30:1 38:5
38:6,7 42:11 47:21,23
58:10 70:16 75:16
eventually
17:19
ever

6:11 23:3 42:15 56:7
58:10 72:21
every
17:7 30:1,3,11,13 32:5
57:16,21 61:15 76:17
78:10
everybody
50:12 52:5 57:11
everybody's
9:3
everything
8:4 53:22 54:5 72:10,15
evidence
2:23
evolved
24:13
exact
39:22
exactly
61:20
examination
4:3,4 5:14 6:9 32:12,14
39:23
examined
5:18
example
38:7
except
2:18
exhibit
73:3,8 76:3 78:23 80:13
exhibits
73:5,6
expenses
37:19 38:20
experience
28:4,14 29:8,11,13 50:19
53:5,21 57:15
express
6:17 7:5 8:16 62:13,14,20

F

F
82:1
facilities
12:22
facility
11:17 13:14 15:6 32:14
44:15,18 57:1 64:16
70:14
fact
46:5 72:22
factor
9:11
failed
53:9
fair
35:9,10 44:11
fairly
13:10
far

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

guide
73:11,13
guy
15:14,22 16:12 17:5 20:11
20:18 28:6 32:16 38:18
43:9 57:15 62:16 64:22
64:23
guys
18:23 21:14 26:9 28:13
30:3 31:1 37:16 40:1
50:4 74:9

**H**

half
9:12
hand
8:9
handlers
13:11 48:1
hands-on
13:7
Handwritten
50:22,23
hand-on
13:6
happen
33:11 67:8
happened
19:2 50:20
happy
57:12
hard
37:6
having
20:12 27:8 51:1 53:14 54:1
54:15 64:2 71:3,23 76:19
hazardous
78:18,19
head
40:13 53:12 80:9
hearing
82:15
held
64:15
help
18:1
helping
43:8
hesitated
17:3
high
36:4
highlights
27:17
him
6:4 18:21 20:11,13 32:18
42:19 43:8,12 44:17
49:22 54:8 56:21 59:12
59:12 60:14 64:1,2 65:7
67:11,16 71:2,22 72:19,19
75:21 79:6

himself
40:8
hire
26:22
hired
19:10
hiring
53:18 55:9
history
26:2 31:5 32:1,10 33:7
51:16
hold
11:6 14:4 59:21
Holiday
24:21 36:11 37:3 40:17
holidays
46:7
home
13:16,18,23 14:1,5,11,14,18
14:19 15:4,9,14,16,21
16:6,12,16,23 17:5,9,16
18:4,12,19 21:13,19,23
22:7,8,10 23:3,4,4,8
24:3 25:11,21 30:2 37:12
68:19 69:9 75:6
honest
22:16 32:23 64:21 73:15
hour
60:18
hourly
60:15,17
hours
35:13 75:8
HR
26:22
huh-uh
8:13
hurry
75:7
hypothetical
33:19

**I**

II
58:22 59:1,3,11
impossible
8:21
Inc
1:10 6:22 7:13 12:4 68:22
independent
26:12 29:16 34:9,21 51:9
55:10 57:6 59:4,10 60:6
60:12 74:18
individual
75:21
industry
11:15
information
64:2,19 77:10
informational
25:9,19 26:1 27:1 34:4,15

36:8,19 37:2 38:8 40:17
41:17 42:14 44:14 52:13
70:18
initiates
76:16
injure
72:19
Inn
24:21 36:11 37:3 40:17
inquire
31:4
ins
74:17
instance
21:8 50:8 52:17 59:15
76:22
instances
13:15 14:16 20:8 21:21
23:2 25:12,21 26:19 27:3
28:16 29:3 33:18 48:10
49:23 52:11 53:17 55:16
55:17 61:1,12,19,21 73:12
74:20 75:15
instead
65:4
insurance
39:2,3,5,9,11,19,23 40:3,5
intent
72:18
intention
32:18
interest .
40:20
interested
36:16 41:7,18 82:19
interrupt
46:16 47:14
inventory
61:13,18
investment
41:10
involved
43:6
issue
6:6,15 56:5
issued
73:12 78:17 79:6
issues
13:4 20:18
itemized
38:11
items
74:14
i's
77:12

**J**

January
19:21 24:21 36:8 40:18
Jay
3:6

JEFFERSON
82:5
job
12:17 20:19 21:18 32:7
35:18 43:5 76:23
Joe
17:5,17 43:7,8
just
7:16 9:18 10:7,19 11:20
12:16 14:15 15:12 16:1,13
17:11 18:19 20:18 24:6
26:11 27:7 28:11 36:16
36:21,22 37:15 38:10
43:2 46:5,8,21 48:14
49:23 50:21 53:3 55:15
65:17,18 67:5,15 68:6
72:10,12 73:5 75:23
77:10

**K**

K
3:4,12,14
keep
15:12 18:2 25:16 43:6
56:15 59:13
Kent
69:12
Kent's
17:18 69:15
kept
56:14 59:12
kin
82:17
kind
11:20 12:17 15:10 17:8
27:7,11,12,16,20 28:21
29:8 36:1 41:10,20 43:4
43:7 48:12 65:20 67:4
71:21 73:17,18
knew
14:16 21:15 56:16,20 59:17
knock
47:10
know
6:6,21 9:3,12 17:12,18
22:14 23:10,18 24:9,11
26:19 28:10,15,20 29:7
32:15 33:22 34:21 35:13
35:14,17 36:12 37:1,11
38:2,3,7 39:22 42:11
44:1,23 45:9 46:4 47:11
47:18,23 48:15,21,23
49:4,19 50:1 52:23 53:3
53:4 54:15 55:19 56:18
57:14 58:9,11 59:7,9
60:20 62:7,10 63:1,3,21
64:6,18,20,23 65:9,19
67:5,8,11 68:4 71:3,8,9
72:4 73:15,16,19 74:12
75:9,19 77:16,18 78:10,17
knowledge

6:7 20:13 27:7 41:1 61:9
known
48:20
knows
65:5

**L**

L
2:1
labeled
73:4 76:4
lack
20:12 23:5
ladder
11:20
large
2:8 5:4 11:17
last
10:2 12:18 14:21 17:18
54:17 69:15,20 70:2
late
15:8
later
42:22 52:14
Law
3:5,6,13,14
laws
2:13
lawsuit
6:21 66:9
lead
72:2
leading
2:19
leads
73:19
learn
73:19
learning
53:20
lease
33:5,21 34:10 39:1 49:2
64:3
leasing
61:7,10,17
least
75:6
left
60:9
legalese
8:2
lender
62:6
lenders
61:17
lending
61:10
let
31:20 45:20 47:14 48:10
49:11 59:14 67:14 68:3
68:16 78:11

Tyler Eaton Morgan Nichols & Pritchett Inc.

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

morning
59:18
most
12:21 20:8 25:12,21 26:19
26:21 59:21 61:1,21
75:15
mostly
22:9
motions
8:9
Motor
76:13
move
47:19 54:11 79:22
much
13:6
must
65:8
myself
35:1 41:23

___ N ___
N
1:21 2:1,5 3:1 4:1 5:1
name
6:18 17:18 20:6 59:16
69:15
near
24:17
necessarily
28:9 29:20 30:7 33:9
35:7 39:22 41:14 49:14
necessary
2:16
need
18:11 20:1 25:14 27:22
30:11 52:5
needed
55:10
needing
20:9
needs
32:12
negative
8:14
negatively
40:13
neither
82:17
Nelms
3:4 4:3 6:9,18 43:18 52:10
67:13,23 68:5,12 79:12
80:10,16,20
nervous
41:9
never
51:3 56:16
nevermind
74:2
new
41:21 42:5 61:15,15 64:9

74:21 75:1
newer
65:13
newly
13:18
Newman
78:16
next
42:18 55:21
nice
72:11
nobody's
23:3
Nodding
80:9
None
40:10
north
3:16 10:18
NORTHERN
1:3
Notary
1:23 2:7 5:3 82:23
nothing
61:3
no-brainer
75:3
number
47:12 64:3
numeral
59:1
numerous
45:3

___ O ___
O
2:1 3:8
objections
2:17,20
obstacle
46:11 47:9
obtain
60:22 63:13
obviously
6:4 27:23 33:16 47:1 58:2
79:1
occurred
52:9 68:11
October
17:13
October-ish
18:16
off
20:19 23:1 24:7 27:10
28:7 35:14 51:14 55:15
75:17
offered
2:22 6:4
office
44:4 52:15,21 66:5 73:14
Offices

3:6,14
official
70:1
officially
64:10
off-the-cuff
71:21
Off-the-record
80:17
oh
9:13 11:4 42:2 55:17
okay
6:10,13,18 9:13,23 10:2,6
10:11,17 11:5,8 12:6 14:8
14:21 15:16,21 16:8,15,21
17:3 19:22 20:22 23:22
24:20 25:18 26:14 33:23
34:12 36:18 37:1,5 38:1
38:20 40:2,5,14,16 41:6
41:15 42:3,7,13,18,23
44:3,6,9 45:14,17 46:2
47:3 49:15 50:11,21
51:22 52:4 53:17,23
55:8,10 56:23 57:4,14
58:19,23 60:19 62:9,16
63:1 66:11,15,17 67:23
68:5 69:5,14 70:18 71:13
75:23 77:9 78:11,22
79:9 80:20
old
13:21 14:2 65:12,13 74:23
Omar
78:16
one
7:3 23:19,20 24:15 29:22
31:15,16 32:7 34:16,18
36:20 38:17,18,18 39:21
41:2,11 42:13 46:8 47:11
50:10 57:3,12 59:1,2,11
64:3 65:10,11,12 76:4,6
one's
73:7 77:19
one-way
58:16
ongoing
53:20
only
23:20 49:5
on-road
80:7
on-site
64:14
oops
51:2
open
19:19 20:20 71:12 72:2,5
72:11
operating
68:20,23
operation
13:10 14:11,18 15:5,13,15

17:1,21 18:12 19:23 42:3
42:4
operationally
13:14 18:5
operations
12:23 13:16 14:10,13,14
16:13 69:9,10
operation-type
13:7
operator
22:12
opportunities
71:19 72:7
ops
14:19 15:9 16:2 43:9
option
62:8
oral
5:14
order
56:21 60:22 63:13
other
9:11 14:13 19:22 29:4
34:13 39:19 40:18 41:2
41:11 42:10,13,16 50:5
51:23 52:17 65:23 68:22
71:15
OTHERS
3:19
out
13:3,5 15:10 19:23 22:17
30:14 31:20 32:7 33:4,19
33:20 34:6,14 35:11
39:23 40:10 41:13 44:12
46:10 47:12 49:1,10,23
51:5 56:10,13 57:7,9
64:2,22 65:1 67:21 75:4
76:7,18 77:19 78:20
outs
74:17
outside
29:4 31:22
over
13:13 15:19 17:23 19:1
24:13 46:9 47:11 48:9
57:6 58:5 60:9 78:12
overall
26:11
oversaw
19:6
oversee
12:22 14:17 15:11
oversees
39:15
overview
58:6
own
29:2,9,13,15 33:13 41:8
62:6,6 65:19 67:5
owned
18:17,18

___ P ___
P
2:1 3:1,1,8 73:10
package
1:10 6:2,22 7:13 12:4 13:11
21:5 23:12,17,20 48:1
58:4 68:21
packages
13:1,2 19:12 22:2 23:1,18
38:12 47:19 56:13 57:11
58:4
PAGE
4:2
pages
78:12,13
paid
23:19 38:12 60:4,18
paint
35:7,11
pants
56:15
paper
8:4,6,15,22 23:11,12,14
25:8,20 50:22,23
paperless
51:20,21,23
paperwork
43:22 46:9 48:9 50:21
53:6 55:9
part
7:18 20:17 31:7,8,13 34:2
67:4 76:8 79:10
participate
24:20
particular
13:15 30:17 50:7 63:4,7
75:11 76:22
particulars
26:3
parties
2:3,20 82:18
party
8:8
pass
79:22
passed
32:3 79:7
past
29:3
pay
26:7 37:20 39:9,20 50:4
paycheck
39:8
paying
60:14
payments
39:1
peak
17:12 18:15 19:10
pending
6:21

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

real
20:23 50:11
really
11:19 16:3 17:12 32:15
35:10 36:4 43:2 45:22
48:15,21 49:2 57:12 61:3
71:20 76:17 78:8
realm
26:13
rear
65:3
reason
7:14 9:5,9 33:12 59:20
recall
25:1,2 27:20 36:7 42:21
71:1
reception
25:7
recertify
30:3,11
recess
52:6 68:8
recollect
44:8
recommend
61:23
recommended
61:11
record
9:2 30:23 54:23 57:21
78:14
recruiters
26:23 35:3
reduced
82:11
refer
7:3 77:13
reference
6:14
referral
42:9
referring
7:10 16:13 55:5 77:15,23
80:10
regard
32:22 43:1 60:19
regarding
40:16 66:9
regional
16:6 26:21
Registered
1:22 2:6 5:2
regular
24:7
relating
2:14
released
64:14,15
remember
9:18,18 25:3,3,5 31:10
41:11 42:20 44:10 52:17

55:7 69:15 71:8 72:9,10
rephrase
7:19
report
76:19 77:1
reported
31:3
Reporter
1:23 2:7 5:2
reports
13:9
represent
6:19
representative
6:1
represents
82:13
request
56:21
required
29:21,23 62:12
requirement
30:7,12
requirements
32:22
requires
30:1
residential
22:10 24:16
respect
6:3,5 28:22 47:15 74:5
respective
2:4
response
8:14,15
responsibilities
12:17
responsibility
15:11
result
82:19
retire
9:23
retired
9:21 12:8 16:16,22 66:16
66:19 69:18
retirement
11:21 67:4 70:6,8
review
75:6
reviewed
75:20
ride
48:10 56:12
right
7:7 8:23 9:19,22 10:23
12:12 13:22 23:22 38:21
40:16 45:3,6 47:15,20
48:5,19 49:16 52:4 54:21
52:10 54:21 55:1 63:6
64:21 65:18 67:7 68:16

69:17 74:16 77:3,22
78:2,7,11 79:2 80:2,15
road
78:14,21 79:7
Roadway
6:17 11:14
Robert
3:12,14
Roman
59:1
rosy
35:7,12
route
19:5 28:4,14,16,18 29:10
72:23,23
routes
28:14 48:9 70:21 71:5
rules
2:14 5:6
run
11:16 17:21 20:9,15 25:20
28:15 29:1,6 40:23 50:1
50:2,4
running
13:13 15:13 17:10 18:20
19:14 21:23 24:4 28:14
29:9,13,15 39:16 41:8

---

S

---

S
2:1 3:1
Safety
79:16
SAITH
80:22
sales
13:5,5 28:18
same
2:12 8:22 22:1 28:22
59:14 69:1 79:23 80:3
sat
75:19
saw
44:17
saying
8:22 11:23 30:4 36:5
50:16 54:20
says
30:15 80:6
scan
57:22
scanner
59:11,14,19 60:4
scanners
57:20 58:15,22 59:3,21
60:6
scenario
48:18
scenarios
65:21
screen

55:12
screw-ups
9:4
seats
24:11
second
44:7,17 46:16 53:10 54:15
68:7
see
24:3 29:5 33:7 38:4 41:12
42:18 44:20 53:11 58:6
64:5 76:1 78:5
seems
55:2
Selma
10:19,21
seminar
79:16 80:8
send
27:6 30:22 32:8 51:1,13
58:10 66:23
senior
10:4 11:9 12:21 13:12 35:4
69:7
sense
8:3
September-ish
46:1
series
7:14
seriously
43:3
serve
22:3
service
13:4
session
34:7,15 36:8,19 40:17 41:5
42:14 43:14 44:14 46:8
52:13 70:19 74:10
sessions
25:9,20 26:1,10 27:2,9
34:4 35:1,2 37:2 38:9
41:18
set
8:10 24:11 30:8 43:12
45:12 46:3 51:6
seven
13:10 16:19
several
34:13 36:11 52:14 79:17
Shaking
40:13
shark
61:5
shelving
24:12
shirts
56:15
show
8:6,13 26:9 44:7 73:3

showing
79:6
shows
58:1,3,4
side
13:17 16:4 17:9,21 18:2,3,5
18:18,19 19:2 21:14,18
22:20 23:5,8,9 24:3
52:10 37:14 47:7,8
sides
15:12,19
sign
22:5 31:16 52:2 55:22
77:3,6
signature
2:9
signed
64:11 75:12
signing
75:22
silly
55:2 57:5
similar
23:13 28:5
since
54:5 71:20 76:22
sir
9:17
sit
35:5 44:22 45:9
sitting
46:8 55:13
situations
33:20
six
19:13 48:14
size
56:17
small
13:8,10
smaller
24:14
smart
75:5
Smith
79:10
sole
14:14 16:16
solely
12:3 14:10
some
6:7 8:8 13:15 14:13 18:1
20:4,4,16,20 21:8,21 23:1
23:6,13 26:10,10 28:3
29:1,3,12 32:17 33:6,12
33:18 34:6,18,20,22
36:12,15 38:8 39:8,23
43:6 50:3 52:1 55:16
56:10,22 57:7 71:4,19,23
somebody
27:9,18 28:2,3 29:12 37:14

CHARLIE THORNTON
FEDEX GROUND PACKAGE SYSTEM

STAN TROTT
April 12, 2006

32:23 36:5 38:5 39:6,7
41:3,5 43:2,7 47:5,22,22
48:22 49:3 50:15 54:19
56:2,7 58:11,21 63:5
65:12 67:12,13,19 70:1,5
73:14 77:20
**third**
3:16 8:8 53:10 54:16
**third-party**
67:6
**Thornton**
1:7 3:20 6:10 42:16 43:17
52:18 70:20 72:16,21
79:1
**Thornton's**
73:7 76:3
**Thorton**
6:19
**though**
16:12 48:4 62:13
**three**
13:9,20 14:2 17:8 19:16
20:9,14 43:20 44:1
45:22 61:10 62:1 65:11
**three-day**
46:3
**through**
2:3 7:1 17:11,13 20:4 31:14
32:6,13,16 33:6 46:6
47:8 49:5,6 51:5 53:11
56:8 58:13,15 60:22
62:2,12 63:13,18 78:4,16
78:18,19
**tickets**
30:4,17 31:2
**time**
2:21,22 8:20,22 9:11 11:18
12:10,19 15:19 16:18,21
19:14,21 25:14 28:19
34:6,22 36:13 41:4 42:16
44:17,17,19 47:10 51:8
52:21 53:9,10,10,18,20
54:16,17 55:21 56:19,22
57:7,23 58:1,9 62:4
63:21 64:4,10 67:10
70:22 71:4,10 74:7
**times**
43:20 44:1 45:4 53:8 54:6
59:12 61:2 70:2
**today**
6:5 8:4 9:6 66:1
**today's**
14:2
**together**
40:23
**told**
11:18 18:23 52:12,14,16
66:20 71:22 75:2
**top**
79:15
**tough**

35:18
**tractor/trailer**
28:8 29:23
**trailers**
28:11
**trained**
14:10 18:7
**training**
18:4 43:13 45:13,15,18,21
46:4,20 49:7,11 53:16
73:17 74:10 79:10,16,23
**transcript**
82:13
**transition**
69:11
**transportation**
33:13 67:3
**trial**
2:21
**trick**
52:23
**tried**
17:16 56:14 61:2
**Trott**
1:16 2:5 5:13,17,23 68:18
**trouble**
9:6 54:2
**Troy**
19:7,17,20 71:9
**truck**
18:21,21 28:8 33:13 38:17
38:18 41:8 56:12 60:23
61:22 62:13,19 65:2
**trucks**
16:15,20 19:8 20:9,10 29:3
29:6 35:23 50:5 60:19
62:11
**true**
69:13 72:14 82:13
**trust**
54:9
**truthfully**
52:19 71:20
**try**
18:2 19:11 28:12,23 35:6
**trying**
15:12 17:20 31:9 43:12
54:4 58:12 65:21
**turn**
30:21
**Tuskegee**
11:3,4
**twice**
36:5
**two**
11:7 13:9 17:7 19:7 20:7
21:6 22:5 31:8,11 41:13
42:22 43:20 44:1 45:21
47:11 48:11 61:10 62:1
65:11,20 78:13
**two-day**

46:8
**type**
13:3 21:19 24:14,19 27:4
27:15 28:4,13 29:1 33:7
33:10 35:8 39:4 48:12
49:3 59:16 60:1
**typed**
77:19
**types**
45:21
**typewriting**
82:11
**T's**
77:12

_____
U
_____

**U**
2:1
**Uh-huh**
38:22 40:11 60:16 62:21
**uh-uh**
8:13
**ultimately**
41:19
**under**
22:11 28:19 74:23 75:1
82:11
**understand**
7:10,15,16,17,19,22,23 9:21
11:22,22 12:6 50:15
54:20 65:22,23 73:20
**unfortunately**
60:10
**uniform**
56:18
**uniforms**
56:5,10,22
**Union**
11:2
**United**
1:1 5:7
**until**
12:7 15:13 19:4 50:20
52:7 68:9 78:8,10
**up-front**
35:16
**use**
8:2 19:16 60:5
**used**
16:3 24:1 42:8,9 59:19
65:13
**using**
32:18 46:20
**usually**
9:2 27:6 35:15 38:10 46:1
74:10

_____
V
_____

**V**
73:8
**vacation**

69:22 70:3,9
**van**
24:6,7,10,14 30:19 33:5,17
33:21 34:11 39:14 48:17
49:2 62:6 65:4,17
**vans**
22:6,8 24:4,5 29:21 62:3
62:10,10
**vehicle**
30:6,19 40:3 61:7,8 63:9
63:13 64:3,8,13 76:13,21
76:21
**vehicles**
61:14
**verbatim**
72:9
**versus**
23:3,9 24:4 34:21 55:12
**very**
7:20 23:13 35:19 41:7
49:12 63:4 64:5 72:11
75:4
**Victor**
73:9
**video**
26:9
**view**
26:11
**violations**
30:17 76:14,20 77:2
**virtually**
51:23 70:11,13
**visibility**
61:18
**visions**
34:20
**volume**
22:3
**volumes**
17:14
**vs**
1:9

_____
W
_____

**waist**
56:16
**waiting**
49:15
**waived**
2:11
**walk**
34:6,14 65:16
**walked**
59:18
**walking**
20:19 53:11
**walks**
27:10,10
**wand**
57:17
**want**

9:14 11:19 27:17 32:15
35:20 49:8,20,23 50:10
54:13 61:21 64:19 67:22
73:3 76:1
**wanted**
5:22 14:15 38:5 56:22
59:13 62:5
**wanting**
22:13
**wants**
31:14 48:22
**wasn't**
74:21
**way**
8:3 10:15 17:13 51:12,17
59:15 61:1,20,21 63:17
66:21 72:19
**week**
42:22
**weekends**
35:14 39:17
**weekly**
60:5
**weeks**
17:8 52:14 69:21 70:3,3
**welcome**
7:9
**well**
9:17 10:19 13:13 17:4 21:15
27:23 29:20 33:3,16
34:3,17 35:15 46:22,22
47:5 51:2 55:6,8 59:7
63:20 73:10 74:2,3
**went**
17:10 36:11 55:16 78:16,18
78:20
**were**
5:15 11:20 12:2,7,19 14:22
14:23 16:16,22 19:22
20:3,3,12 21:16,17 34:12
36:16 45:23 52:13 54:14
53:17 54:1,18 55:15
56:11 57:10 58:12,19,21
59:3 60:3,7 61:6 62:9,9
62:10 69:6,7,19,21 71:3
71:22 72:11,12 75:1,8
82:10
**Wetumpka**
71:16
**we'll**
50:12 65:7
**we're**
8:22 31:16 44:16 46:3
60:14
**we've**
49:21 65:23 70:19
**while**
30:18 50:15 68:3
**whole**
51:6 60:7
**wide-open**

Tyler Eaton Morgan Nichols & Pritchett Inc.