# Exhibit A

## J.R. Parker

**From:** Dana Simon [dana-simon@jaylewislaw.com]
**Sent:** Thursday, March 30, 2006 2:03 PM
**To:** J.R. Parker
**Cc:** Andy Nelms
**Subject:** Thornton v. Fed Ex

I have had an opportunity to discuss the issues pursuant to our telephone conversation on March 21, 2006.

1. Tag and title was paid for in the amount that was financed. You should already have the documentation. Mr. Thornton said he made a down payment on the vehicle, (cannot remember the amount) and believes that he was sent a check for reimbursement for the tag.

2. Mr. Thornton did NOT receive a refund for the life/disability insurance.

3. Mr. Thornton incurred gas expenses for his travel to Birmingham that you should already have documentation of.

4. Deborah's income for 2005 State Farm W-2 reflects $15,770.00.

Please do not hesitate to call the office should you need additional information.

Dana L. Simon
Legal Assistant to Andy Nelms