IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO.: 2:05-cv-656-MEF |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) (WO- Not Recommended for Publication) |
| DEFENDANT. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Fedex Ground Package System, Inc. and against Plaintiff Charlie Thornton, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED against Plaintiff Charlie Thornton, for which execution may issue.

(3) The trial and the pretrial are CANCELLED.

(4) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

Done this the 20th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE