IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     2:05-CV-00656-MEF |
| | ) |
| FED EX GROUND PACKAGE SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER CANCELLING MEDIATION

Upon notice of the *Memorandum Opinion and Order* granting summary judgment in favor of the Defendant and the *Final Judgment* thereon, each entered this day (Docs. 38 and 39), it is

**ORDERED** that the scheduled mediation conference at 1:00 p.m. on June 29, 2006, is hereby **CANCELLED**.

Done this 20TH day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE