# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHARLIE THORNTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 2:05cv00656 MEF |
| | ) |
| FEDEX GROUND PACKAGE | ) |
| SYSTEM, INC., | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEAL

_____Notice is hereby given that **CHARLIE THORNTON**, Appellant in the above named case, appeals to the United States Court of Appeals for the 11th Circuit from that Order granting judgment in favor of the defendant against the plaintiff, taxing costs against plaintiff, dismissing this action entered in this case on June 20, 2006.

    Respectfully Submitted this the _20th_ day of July, 2006.

                                                       s/K. ANDERSON NELMS
                                                       K. ANDERSON NELMS
                                                       P.O. Box 5059
                                                       Montgomery, AL 36103
                                                       Phone: (334) 263-7733
                                                       Fax: (334) 832-4390
                                                       andynelms@jaylewislaw.com
                                                       ASB-6972-E63K
                                                       Counsel for Plaintiff

LAW OFFICES OF JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
j-lewis@jaylewislaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_20th_ day of July, 2006.

Robert Keeling Spotswood
Kenneth Daniel Sansom
John Robert Parker, Jr.
Spotswood, LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

                                            s/K. ANDERSON NELMS
                                            K. ANDERSON NELMS
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            Phone: (334) 263-7733
                                            Fax: (334) 832-4390
                                            andynelms@jaylewislaw.com
                                            ASB-6972-E63K