IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-14079-JJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 21 2006

THOMAS K. KAHN
CLERK

CHARLIE THORNTON,

Plaintiff-Appellant,

versus

FEDEX GROUND PACKAGE SYSTEM, INC,

Defendant-Appellee.

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the record excerpts within the time fixed by the rules, effective this 21st day of September, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Carol P. Lewis
Deputy Clerk
FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40