IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-14079-JJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 03 2006
THOMAS K. KAHN
CLERK

CHARLIE THORNTON,

           Plaintiff-Appellant,

versus

FEDEX GROUND PACKAGE SYSTEM, INC.,

           Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE:    DUBINA and HULL, Circuit Judges.

BY THE COURT:

Appellant's motion to reinstate appeal is granted.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia