# United States Court of Appeals
For the Eleventh Circuit

RECEIVED
2007 MAR 14 P 1:05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 06-14079

District Court Docket No.
05-00656-CV-F-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Feb 12, 2007
THOMAS K. KAHN
CLERK

CHARLIE THORNTON,

    Plaintiff-Appellant,

versus

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
MAR 13 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:     February 12, 2007
For the Court:     Thomas K. Kahn, Clerk
By:     Gilman, Nancy